# <u>Exhibit 2</u>



# Transcript of Angela Svonavec

**Date:** November 4, 2024
**Case:** Heritage Holding Co. -v- KTRV, LLC / Banshee Industries -v- Heritage Coal

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

```
1                IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2

3      HERITAGE HOLDING CO.,        )
       LLC, a Pennsylvania          )
4      limited liability            )
       company,                     )
5                                   )
                    PLAINTIFF,      )
6                                   )
       VS.                          )
7                                   )  Civil Action No.
       KTRV, LLC,                   )  2:24-cv-1448
8                                   )
                    DEFENDANT.      )
9                                   )
                                    )
10     BANSHEE INDUSTRIES, LLC,     )
11     Pennsylvania limited         )
       liability company,           )
12                                  )
                    PLAINTIFF,      )
13                                  )
       VS.                          )  Civil Action No.
14                                  )  3:24-cv-233
       HERITAGE COAL & NATURAL      )
15     RESOURCES, LLC,              )
                                    )
16                  DEFENDANT.      )

17     ----------------------------------------------------
18              ORAL AND VIDEOTAPED DEPOSITION OF
                        ANGELA SVONAVEC
19                     NOVEMBER 4, 2024
       ----------------------------------------------------
20

21          ORAL AND VIDEOTAPED DEPOSITION OF ANGELA SVONAVEC,
       produced as a witness at the instance of the DEFENDANT,
22     and duly sworn, was taken in the above-styled and
       numbered cause on the NOVEMBER 4, 2024, from 9:22 a.m.
23     to 1:56 p.m., before Jodi Goodman, CSR, RPR, CRR, CRC,
       reported by machine shorthand, at the offices of Regus,
24     3080 Tamiami Tr E, Suite 301, Naples, FL 34112, pursuant
       to the Federal Rules of Civil Procedure and the
25     provisions stated on the record or attached hereto.
```

```
 1                    A P P E A R A N C E S

 2   FOR THE PLAINTIFFS:
          Mr. Chadd Colin
 3        MORELLA & ASSOCIATES
          706 Rochester Road
 4        Pittsburgh, PA 15237
          412-369-9696
 5
     FOR THE DEFENDANTS:
 6        Mr. Curtis Krasik
          K&L GATES, LLP
 7        K&L Gates Center
          210 Sixth Avenue
 8        Pittsburgh, PA  15222
          412-355-6500
 9
     ALSO PRESENT:
10         Ms. Michelle Mejia, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Transcript of Angela Svonavec
Conducted on November 4, 2024          3

```
1                            INDEX

2                                                     PAGE

3   Appearances....................................  2

4   ANGELA SVONAVEC
         Examination by Mr. Krasik...................  5
5
    Signature and Changes............................186
6   Reporter's Certificate...........................188

7                          EXHIBITS
    NO.  DESCRIPTION                                 PAGE
8    1   Declaration of Domicile                      13
     2   2024 Florida Statutes                        14
9    3   Compilation of Tax Returns                   18
     4   TriState Capital Bank Tax Information         33
10   5   Voter Information Lookup                      56
     6   Warranty Deed                                61
11   7   Article - The Greater Cumberland Committee   63
     8   Article - The Greater Cumberland Committee   70
12   9   UCC1 Financing Statement                     72
    10   Article from the Trib Democrat               74
13  11   Letter to Judge Bissoon                      78
    12   Motion to Transfer Venue                     82
14  13   Letter from Rockwood Alliance Church         85
    14   Civil Complaint                              88
15  15   Excerpts from IRS Examiner Report           101
    16   ATC Flight Record                           124
16  17   Certificate of Amendment                    144
    18   Operating Agm't of Angela's Interest, LLC   146
17  19   Operating Agm't of Jason's Interest, LLC    146
    20   Membership Interest Assignment Agreement    157
18  21   Plaintiff's Motion in Support of Remand     159
    22   Membership Interest Assignment Agreement    166
19  23   Contribution Agreement                      170
    24   Amended and Restated Operating Agreement    174
20       of Banshee Industries, LLC

21                REQUESTED DOCUMENTS/INFORMATION

22  NO.  DESCRIPTION
     1   Property Records for 796 Portside Property
23   2   Proof of Checking Account for Ms. Svonavec at FNB
     3   Copy of Ms. Svonavec's Passport
24   4   Documentation of Flights
     5   Proof Ms. Svonavec was in Florida for the Dates
25       Contradictory to the ATC document, Exhibit 16
```

```
 1                    P R O C E E D I N G S

 2                     NOVEMBER 4, 2024

 3             (Deposition commenced at 9:22 a.m.)

 4             THE VIDEOGRAPHER:  Here begins Media Number

 5   One in the videotaped deposition of Angela Svonavec in

 6   the matter of Heritage Holding Co. v. KTRV, LLC/Banshee

 7   Industries v. Heritage Coal, In the United States

 8   District Court for the Western District of Pennsylvania.

 9   Case Number 2:24-CV-1448.

10             Today's date is November 4th, 2024, and the

11   time on the video monitor is 9:22 a.m.  The videographer

12   today is Michelle Mejio representing Planet Depos and

13   this video deposition is taking place at Regus, 3080

14   Tamiami Trail East, Suite 301, Naples, Florida 34112.

15             Would counsel please identify themselves

16   and state whom they represent?

17             MR. COLIN:  Chadd Colin from Morella &

18   Associates representing the Plaintiff -- Plaintiffs in

19   both cases.  Thank you.

20             MR. KRASIK:  Curt Krasik with K&L Gates

21   representing both Defendants.

22             THE VIDEOGRAPHER:  Thank you.  The court

23   reporter today is Jodi Goodman representing Planet

24   Depos.  The witness will now be sworn.

25             THE REPORTER:  Thank you.
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                              5

```
1                    (Witness sworn)
2                       ANGELA SVONAVEC,
3     having been first duly sworn, testified as follows:
4                          EXAMINATION
5     BY MR. KRASIK:
6          Q.  Good morning, Ms. Svonavec.
7          A.  Good morning.
8          Q.  As I said, my name is Curt Krasik and I
9     represent the Defendants in these cases.  You
10    understand, ma'am, the obligations of the oath you just
11    took?
12         A.  I do.
13         Q.  Is there anything that would prevent you from
14    telling your full, complete and best testimony today?
15         A.  There is not.
16         Q.  Great.  Would you state your full name for the
17    record?
18         A.  Angela Lynn Svonavec.
19         Q.  And what was your name at birth?
20         A.  Angela Lynn Youngen.
21         Q.  Okay.  And where were you born, ma'am?
22         A.  Meyersdale, Pennsylvania.
23         Q.  What county is Meyersdale?
24         A.  Somerset.
25         Q.  Somerset County?  And do you have any siblings?
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    6

```
1        A.  One.

2        Q.  And what is his or her name?

3        A.  Jennifer.

4        Q.  Jennifer.  Is Casey Schrift --

5        A.  No.

6        Q.  -- a sibling?

7        A.  No.

8        Q.  Okay.  And where did you grow up, ma'am?

9                MR. COLIN:  Object to the form.  You can

10   answer.

11       A.  I grew up in western Pennsylvania.

12       Q.  (BY MR. KRASIK)  Okay.  In Somerset County?

13       A.  Mostly, yes.

14       Q.  And where else?

15       A.  Well, my family had businesses in Maryland,

16   too, so we spent -- we worked every day in Maryland.

17       Q.  Where was your residence?

18       A.  In Harvest Drive, Rockwood, PA.  That's where

19   my parents live.

20       Q.  Okay.  And what high school did you go to,

21   ma'am?

22       A.  Rockwood.

23       Q.  And did you pursue any education after high

24   school?

25       A.  Yes.
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    7

```
1        Q.  What was that?

2        A.  A lot.

3        Q.  Please.

4        A.  Let me see if I can recall it all.  It's --

5   it's very diverse, so I did -- first I did nursing.

6        Q.  Uh-huh.

7        A.  Got my RN.  I then did my doctorate in

8   naturopathic medicine through Clayton College in

9   Alabama.  I studied in Ashrams, I -- mostly the Bahamas.

10  I studied the Kripalu up in Massachusetts.  I studied

11  the Australasion Herbal College.  I studied mechanics.

12  I'm actually a mechanic also.  I took courses in

13  trucking.  I have my CDLs.  That was before -- some

14  of -- this isn't all in order.

15       Q.  Uh-huh.

16       A.  That's all I can recall right now.

17       Q.  Okay.  And it sounds like some -- at least some

18  of those were outside of Pennsylvania?

19       A.  Yes.

20       Q.  Were any in Pennsylvania?

21       A.  The nursing was in Pittsburgh.

22       Q.  Okay.  So for a time you lived outside of

23  Pennsylvania?

24       A.  Yes.

25       Q.  And then returned to Pennsylvania?
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    8

1      A.  Yes.

2      Q.  Okay.  And when did you return to reside in

3  Pennsylvania after school?

4      A.  I don't really -- I don't really recall exactly

5  the year.  I want to say maybe -- I hate to guess.

6      Q.  I don't -- just tell me your best testimony.

7  So was it before 2000?

8      A.  Around 2000.

9      Q.  All right.  Around 2000.

10      A.  '99 -- well, '98, I'll bet.

11      Q.  Okay.  And where did you live at that time?

12      A.  When I came back I lived for a little while

13  at -- in a property my grandmother lived in Rockwood --

14  or she didn't live there.  She owned it and then moved

15  to the Mud Pike Road.

16      Q.  And that's in Rockwood?

17      A.  That was in Rockwood.

18      Q.  Okay.  Okay.  And at some point you got married

19  to Jason Svonavec?

20      A.  Uh-huh.

21      Q.  And when was that?

22      A.  We stayed 2000 -- 2002.

23      Q.  And were you married before marrying Jason

24  Svonavec?

25      A.  Yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    9

1      Q.  Okay.  And what was your ex-husband's name?

2      A.  Travis.

3      Q.  Travis.  Okay.  And where did you live during

4  the time of your prior marriage?

5      A.  That's where we lived at my grandma's house for

6  a little while, the property she owned, and then Mud

7  Pike.

8      Q.  Okay.  And you had a child from that prior

9  marriage?

10     A.  Sydney.

11     Q.  Okay.  And when was Sydney born?

12     A.  '99.

13     Q.  And where was Sydney born?

14     A.  She was born in Conemaugh in Johnstown.

15     Q.  And after -- let me ask first, did you get

16  divorced from Travis?

17     A.  Uh-huh.

18     Q.  Okay.  Did you have a custody arrangement with

19  him regarding Sydney?

20     A.  Yes.

21     Q.  And under that custody arrangement, did you

22  have -- what was -- what amount of custody did you --

23     A.  It was shared custody.

24     Q.  Shared custody.  Where did Travis live after

25  your divorce?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    10

1        A.  I'm not sure.

2        Q.  Well, in the times that you shared custody with

3   him where did you take Sydney?

4        A.  Oh, he picked her up.

5        Q.  He picked her up?  You don't know where he

6   lived?

7        A.  I -- no.  I -- I think he moved a few times.  I

8   can't recall.

9        Q.  Okay.  In Pennsylvania?

10       A.  In Pennsylvania.  Yes.

11       Q.  Okay.  And what was the shared custody

12  arrangement?

13       A.  I had her most of the time.  He got her on

14  Fridays and returned her Saturday mornings.

15       Q.  And was that the relation -- was that the

16  arrangement schedule that you maintained through the

17  time she was 18?

18       A.  Well, no, it got more relaxed.

19       Q.  Okay.  Okay.  And you have a child in your

20  marriage with Jason Svonavec.  Correct?

21       A.  Uh-huh.  Yep.

22       Q.  And what is his name?

23       A.  Spencer.

24       Q.  Okay.  And when was Spencer born?

25       A.  In 2003.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    11

1      Q.  And where was Spencer born?

2      A.  He was born in Somerset Hospital.  You know

3  what, I'm embarrassed as a mom.  I have those reversed.

4  Sydney was born in Somerset Hospital and Spencer was

5  born in Johnstown, because Somerset, the OB closed.

6  Sorry.  I have a menopausal brain right now.

7      Q.  Thank you for correcting it.  No -- no problem.

8           All right.  And you and -- have you and

9  Jason been continuously married for, what is that, 23

10  years?

11      A.  Yes.

12      Q.  Okay.  And where have you resided during your

13  marriage with Jason?

14           MR. COLIN:  Object to form.

15      A.  Yeah, so it's changed through the years.

16      Q.  (BY MR. KRASIK)  I assumed it had, so just tell

17  me everything.

18      A.  Yes, so we lived in -- on Mud Pike for several

19  years.  And then we'd owned a farm, so he wanted to

20  build on the farm and about the time -- let's see.  I'd

21  moved here first.  So around 2012 I moved to Florida,

22  but not in official capacity till 2014.

23      Q.  Right.

24      A.  And so I've been here ever since.

25      Q.  And then you have a home at -- I'm trying to

Transcript of Angela Svonavec
Conducted on November 4, 2024                              12

1    find the address.  What other address -- or what other

2    house -- 192 Stone Ridge Lane.  You have a house at 192

3    Stone Ridge Lane.  Is that correct?

4         A.  Yes, there's a property there.

5         Q.  Okay.  It's a property, but it's a house?

6         A.  There's a house there, uh-huh.

7         Q.  And you co-own the house?

8         A.  Right, I'm on the deed.

9         Q.  So you co-own it?  Is there any difference in

10   your understanding being on the deed versus owning it?

11        A.  I don't think so.

12        Q.  Okay.  Okay.  And when was the 192 Stone Ridge

13   house built?

14        A.  I'm not sure the year.

15        Q.  It was a new -- was it a new construction?

16        A.  It was.

17        Q.  Okay.  Where do you currently reside?

18        A.  Currently here in Naples at 5792 Clarendon

19   Drive.

20        Q.  And when did you start residing at 5792

21   Clarendon Drive?  Withdraw the question.

22              When did you start residing in Florida?

23        A.  In full capacity it was in 2014.

24        Q.  And at that time what -- did you reside at 5792

25   Clarendon Drive?

Transcript of Angela Svonavec
Conducted on November 4, 2024                           13

1        A.  No, that time it was The Moorings.  It was 796

2    Portside Drive.

3        Q.  And at some time afterwards you moved to 5792

4    Clarendon Drive?

5        A.  Yeah.  Around 2020.

6        Q.  Okay.

7        A.  Maybe 2021.

8        Q.  Okay.

9        A.  That vicinity.

10       Q.  Okay.  I'll mark an exhibit and show it to you.

11            MR. KRASIK:  For the witness and for you,

12   Chadd.

13            MR. COLIN:  Thank you.

14            (Deposition Exhibit No. 1 marked)

15       Q.  (BY MR. KRASIK)  Ms. Svonavec, I've shown you

16   what I've marked as Exhibit 1.  Do you recognize this

17   document?

18       A.  Yes.

19       Q.  Okay.  And is this the declaration of domicile

20   that you filed in 2014?

21       A.  Yes.

22       Q.  Okay.  And the date on this is May 22nd, 2014.

23   Correct?

24       A.  Yes.

25       Q.  Okay.  And you filed this declaration -- if you

Transcript of Angela Svonavec
Conducted on November 4, 2024                    14

1    look at the first paragraph -- where is it?  In

2    conformity with Florida Statute Section 222.17.  Do you

3    see that in the first paragraph?

4         A.  I don't yet.  The first paragraph to clerk.

5         Q.  Above the address.

6         A.  Declaration of Florida I'm filing in -- okay.

7    Yeah.  Accord -- accordance and conformity, yes.

8         Q.  Okay.  And do you recall if you read Florida

9    Statute 222.17 at the time that you filed this?

10        A.  I would not have, but my attorneys would have.

11        Q.  I'm showing you what I've marked as Exhibit 2.

12             (Deposition Exhibit No. 2 marked)

13        Q.  (BY MR. KRASIK)  And this, Ms. Svonavec, you

14   can see is Section 222.17 of the Florida Statutes

15   manifesting and evidencing domicile in Florida.  Do you

16   see that?

17        A.  Yes.

18        Q.  Okay.  And if you'll turn your attention to

19   subparagraph 1, do you see that -- the filing that you

20   make showing he or she resides in is a sworn statement?

21        A.  Yes.

22        Q.  Okay.  And if you look in paragraph 3, the

23   statute says that this sworn statement shall contain,

24   among other things, a declaration that the person making

25   the same, the declaration, is at the time of making such

Transcript of Angela Svonavec
Conducted on November 4, 2024                    15

1    statement a bona fide resident of the State?

2         A.  Uh-huh.

3         Q.  Do you see that?

4         A.  Yes.

5         Q.  Okay.  And at the time that you -- oh, last

6    thing.  In paragraph 5 of the statute do you see that

7    the sworn statement permitted by this section shall be

8    signed under oath before an official authorized to take

9    affidavits.  Do you see that?

10        A.  Yes.

11        Q.  Okay.  And so you understand this is subject to

12   perjury?

13        A.  Yes.

14        Q.  Okay.  And at the time that you made your

15   declaration of domicile, you understood that you were

16   making that declaration subject to penalties of perjury.

17   Is that right?

18        A.  Correct.

19        Q.  Okay.  You can put that aside for now.

20             MR. KRASIK:  Thank you.

21        Q.  (BY MR. KRASIK)  Okay.  Turning back to the

22   declaration of domicile, Exhibit 1, if you look in the

23   middle of the declaration you swore under oath that you

24   formerly resided at 184 West Mud Pike, Rockwood,

25   Milford, PA 1557.  Correct?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    16

1        A.  5557.  Yes.

2        Q.  Okay.  And at that time for how long had you

3    lived at 184 West Mud Pike?

4        A.  I can't remember what year that house was

5    built, but that's where -- when I came back after my

6    schooling that's where I lived.

7        Q.  Okay.  So since around 2000, we said?

8        A.  No.  That -- it would have been prior to that.

9        Q.  Okay.

10       A.  Because '98 --

11       Q.  Okay.

12       A.  -- was when I got married to Travis so it would

13   have been maybe '98.

14       Q.  Okay.

15       A.  '97.  I can't -- I don't know exactly, but --

16       Q.  Okay.

17       A.  -- that's a long time ago.

18       Q.  Okay.  So at the time you filed this

19   declaration in 2014 you had lived there more than 15

20   years?  Is that fair to say?

21            MR. COLIN:  Object to form.

22       Q.  (BY MR. KRASIK)  I'm not trying to trick you.

23       A.  I'm just having to do math.  I'm not that good

24   at math.

25       Q.  Okay.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    17

1          A.   Yeah.  So 2014, that would be 14 --

2          Q.   Okay.

3          A.   Yeah.

4          Q.   When did you stop residing at 184 West Mud

5     Pike?

6          A.   When I moved here, I --

7          Q.   Okay.  And did Jason Svonavec continue to live

8     at 184 West Mud Pike?

9          A.   I -- yes.  He'd have lived there till the house

10    at Stone Ridge was built.

11         Q.   Okay.  And we didn't remember exactly when that

12    was?

13         A.   I don't --

14         Q.   But 2018, 2019.  About right?  Stone Ridge?

15         A.   I -- I don't know.

16         Q.   Okay.

17         A.   I'd say a little bit before that.

18         Q.   Okay.  But Jason continued to live at 184 West

19    Mud Pike at the time that you filed this declaration of

20    domicile in Florida?

21         A.   Uh-huh.  Yes.

22         Q.   Okay.  Prior to filing this declaration of

23    domicile, you had filed tax returns saying that you

24    lived in Pennsylvania.  Right?

25         A.   I don't do my taxes, so I don't know.

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    18

1        Q.  Okay.  Let me show you what I've marked as
2    Exhibit 3, which is a collective exhibit of tax returns.
3                (Deposition Exhibit No. 3 marked)
4        Q.  (BY MR. KRASIK)  And, Ms. Svonavec, if you
5    would look at the first page of the exhibit, this is the
6    2012 U.S. individual income tax return.  Do you see
7    that?
8        A.  Yes.
9        Q.  Okay.  And the top line says Jason R. Svonavec
10   and the second line says Angela L. Svonavec.  Do you see
11   that?
12       A.  Yes.
13       Q.  Okay.  So would you agree that in 2012 you
14   filed a federal tax return saying that you lived with
15   Jason at 184 West Mud Pike?
16       A.  Yes.
17       Q.  Okay.  And if you look on the second page, this
18   is the Pennsylvania income tax return for 2012, and
19   again, it's filed by Jason and Angela Svonavec.  And if
20   you look on the right, there's the statuses.  And I
21   think R on the third line down means PA resident.  Do
22   you see that, ma'am?
23                MR. COLIN:  Object to form.
24       A.  I -- that's PA resident, nonresident, part year
25   resident.

Transcript of Angela Svonavec
Conducted on November 4, 2024                               19

1        Q.  (BY MR. KRASIK)  Right.

2        A.  Okay.

3        Q.  And if -- if you see the bolded capital letters

4    it looks like for a PA resident you do -- you put R, for

5    a nonresident you put N, and for a part year resident

6    you put P.

7        A.  Oh, okay.

8        Q.  Do you see that?

9        A.  Yes.

10       Q.  Okay.  And there's an R next to that residency

11   status for 2012.  Correct?

12       A.  I -- I don't see where that is.

13       Q.  Well --

14       A.  I see the Jason R. and Angela L.

15       Q.  Uh-huh.

16       A.  And where would -- where's the R that you're

17   referring to?

18       Q.  So if you look at the right column of the

19   return, there's a line that says extension with an N

20   next to it.  There's a line that says amended return

21   with an N next to it, and there's a residency status

22   with an R next to it.  Do you see that?

23       A.  Yes.

24       Q.  Okay.  And do you have any reason to believe

25   that R does not mean PA resident?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    20

1                MR. COLIN:  Object to form.

2        A.  Yeah, it says resident, nonresident or part

3    year resident.

4        Q.  (BY MR. KRASIK)  Right.  But instead --

5        A.  So --

6        Q.  I'm sorry.  Finish your answer.

7        A.  So I don't think it's clear what it means.  It

8    looks to me that it has a lot of meaning, but go ahead.

9        Q.  We can agree it says R.  Correct?

10       A.  Yeah.  The letter R.  Yeah.

11       Q.  All right.

12       A.  The long definition.

13       Q.  All right.  And you understood when you were

14   filing your tax returns that you were filing them under

15   oath subject to penalties of perjury as well.  Right?

16               MR. COLIN:  Object to form.

17       A.  I assume.  They're prepared by professionals

18   and we just Docusign and send the checks.

19       Q.  (BY MR. KRASIK)  Okay.  Well, you didn't -- you

20   didn't intend or know that any information in your

21   return was not accurate.  Would that be fair to say?

22               MR. COLIN:  Object to form.

23       A.  Correct.  I assumed they did everything

24   correctly.

25       Q.  (BY MR. KRASIK)  Okay.  And if we look at page

1    1 of the exhibit for the federal tax return, would this

2    mean that you were filing then married, filed jointly?

3         A.  I --

4              MR. COLIN:  Object to form.

5         A.  -- don't know.

6              MR. COLIN:  Object to form.

7         Q.  (BY MR. KRASIK)  Okay.  If we look at page 2 of

8    your Pennsylvania tax return, I would direct your

9    attention to the right-hand column, the line under

10   residency status which we were looking at before, there

11   is a J?

12        A.  Uh-huh.

13        Q.  Do you see that?

14        A.  Yes.

15        Q.  Okay.  And if you look at the options there's a

16   bolded capitalized M for filing jointly married?

17        A.  Okay.

18        Q.  And then a filing separately?

19        A.  Uh-huh.

20        Q.  And then final return and deceased.  Do you see

21   those options?

22        A.  I do, yes.

23        Q.  Okay.  And there's a J next to that line.

24   Correct?

25        A.  Yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    22

1       Q.  All right.  So does that refresh your

2   recollection that you were filing --

3              MR. COLIN:  Object to --

4       Q.  (BY MR. KRASIK)  -- jointly married in 2012?

5              MR. COLIN:  Object --

6       A.  I just don't --

7              MR. COLIN:  Object to form.

8       Q.  (BY MR. KRASIK)  Go ahead.

9       A.  I don't -- I don't recall how they were

10  prepared and what years they were joint and which years

11  they weren't, so we'll just have to look at the

12  record --

13      Q.  (BY MR. KRASIK)  Right.

14      A.  -- and agree that however they prepared it

15  sounds --

16      Q.  And my question was, does seeing this document

17  refresh your recollection as to how they were --

18      A.  No, it doesn't.

19      Q.  Okay.  Let's look at -- if you could turn the

20  page to the third page of that document, which is the

21  federal income tax for 2013.

22      A.  Uh-huh.

23      Q.  And again, it says -- lists Jason R. Svonavec,

24  Angela L. Svonavec at 184 West Mud Pike.  Correct?

25      A.  Correct.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    23

1       Q.  All right.  Did you understand that you were

2   filing your 2013 U.S. tax returns jointly?

3               MR. COLIN:  Object to form.

4       A.  It wasn't something that was discussed with me.

5   I don't know how they were filed.

6       Q.  (BY MR. KRASIK)  Does seeing your 2013 federal

7   income tax return, at least what we have, refresh your

8   recollection they were filed jointly with your husband?

9               MR. COLIN:  Object to form.

10      Q.  (BY MR. KRASIK)  Is that no?

11      A.  No.

12      Q.  If you could turn to the next page, which is

13  your 2013 Pennsylvania income tax return, it again lists

14  Jason R. and Angela L. Svonavec.  Does this mean that

15  you were filing your Pennsylvania income tax returns

16  married, filing jointly --

17              MR. COLIN:  Object --

18      Q.  (BY MR. KRASIK)  -- in 2013?

19              MR. COLIN:  Object to form.

20      A.  These are really questions for the accountant

21  that handled it.  I don't know how -- I don't know how

22  they do.  I'm being 100% honest with you.  I don't

23  understand how taxes are prepared.

24      Q.  Okay.

25      A.  I put it in the hands of the professionals.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    24

1          Q.  Okay.  In 2013 and 2012 did you reside in

2     Pennsylvania?

3          A.  I believe so.

4          Q.  Okay.  And so did you file your federal -- your

5     Pennsylvania income tax returns together with your

6     husband as a PA resident?

7                    MR. COLIN:  Object to form.

8          A.  That's a tax question for the accountant.

9          Q.  (BY MR. KRASIK)  Okay.  And before we leave

10    this 2013 Pennsylvania return, I would direct your

11    attention to the second line where it says residency

12    status.  Do you see that?

13         A.  Yes.

14         Q.  And you see the R next to that?

15         A.  Yes.

16         Q.  And under that residency status line, you see

17    there's a bolded R -- capitalized R for PA resident and

18    a capitalized, bolded N for nonresident and a bolded,

19    capitalized P for part year resident?  Do you see that,

20    ma'am?

21         A.  Yes.

22         Q.  Okay.  And you've listed R.  Correct?

23                    MR. COLIN:  Object to form.

24         A.  I don't see where it's listed as an R.

25         Q.  (BY MR. KRASIK)  Next to residency status does

Transcript of Angela Svonavec
Conducted on November 4, 2024                    25

1     it say R, N or P?

2          A.   Oh, R.

3          Q.   Yes.  And the line below that, do you see a J?

4          A.   Yes.

5          Q.   Okay.  And the -- next to the J, are the

6     options single, married, filing jointly married, with a

7     bolded, capitalized M and a filing separately with a

8     bolded, capitalized S.  Do you see that?

9          A.   Yes.

10         Q.   Okay.  And there's a J next to that line on

11    your return.  Correct?

12         A.   Correct.

13         Q.   Okay.  All right.  We can put aside Exhibit 3

14    for the moment.

15              So, Ms. Svonavec, what changed in May

16    of 2014 to make you a Florida resident?

17              MR. COLIN:  Object to form.

18         A.   I don't understand what -- what the question

19    means.

20         Q.   (BY MR. KRASIK)  Well, you already owned the

21    property in Florida.  Correct?

22         A.   Yeah, I don't know the exact date that it was

23    bought, but, yes.

24         Q.   It was bought before 2014?

25         A.   (Moving head up and down).

Transcript of Angela Svonavec
Conducted on November 4, 2024                26

1        Q.  Correct?

2        A.  I think it was bought in 2014.

3        Q.  I believe earlier you said it was bought in

4    2012.

5        A.  2012 I lived on the other coast.  The -- over

6    in like Bal Harbour and Sunny Isles.  I think I came to

7    Naples in 2014 and that's where I established residency

8    and domicile.

9        Q.  So the 796 Portside --

10       A.  Is here in Naples.

11       Q.  Okay.  When did you move into that house?

12       A.  I believe 2014.

13       Q.  Okay.  Prior to that you had a house on the

14   other coast?

15       A.  Not a house, just property.

16       Q.  You had another property?

17       A.  I had like a yacht and a dock, that type of

18   property.

19       Q.  Okay.  Did you have a place to sleep?

20       A.  That's where we slept, on the yacht.

21       Q.  Okay.  And that's property?  Was there real

22   property?  Did you have a deed to it?

23       A.  I don't recall.  I don't believe so.  Probably

24   rented the space, but we owned the yacht, obviously.

25       Q.  Okay.  And your testimony now is that you

Transcript of Angela Svonavec
Conducted on November 4, 2024                    27

```
1    bought the 796 Portside property in 2014?

2          A.  I believe around that --

3                MR. COLIN:  Object to form.  Go ahead.

4          A.  I believe around then.  I --

5                MR. KRASIK:  Okay.  We're going to need the

6    property records for that, Chadd.

7                MR. COLIN:  For the --

8                MR. KRASIK:  That's not consistent with

9    what we know, so when 796 Portside -- when they started.

10         A.  When the closing was?  I didn't build it.  It

11   was -- yeah, purchased.

12               MR. KRASIK:  Since when she owned it.

13         Q.  (BY MR. KRASIK)  Okay.  And do you have a

14   Florida driver's license, Ms. Svonavec?

15         A.  I do.

16         Q.  Okay.  When did you get that?

17         A.  I also believe 2014.

18         Q.  So you had had property here previously, but

19   you did not have a Florida driver's license?

20         A.  I don't understand the question.

21         Q.  So you had property in Florida before 2014, but

22   you didn't have a Florida driver's license then?

23         A.  I had a yacht down here.

24         Q.  But you --

25         A.  But I didn't live here.  I lived here from 2014
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    28

1    on.  I got a driver's license here when I moved to this

2    state.

3        Q.  Well, did -- when you had your boat on the

4    other coast, how often did you go there?

5        A.  Not very often.

6        Q.  No?

7        A.  I didn't -- I didn't reside here then.  I

8    didn't vote here.  I didn't work from here.  I just had

9    property over there.

10       Q.  And it's your sworn testimony that you bought

11   the 796 Portside house in 2014?

12       A.  That's my best --

13            MR. COLIN:  Object to form.  Object to

14   form.  Go ahead.

15       A.  I know and I keep saying it over and over.

16   It's my best guesstimate.  I'd have to look up the exact

17   deed.

18       Q.  (BY MR. KRASIK)  Okay.  Well, we'll get the

19   records and we'll check --

20       A.  When I moved here is when I decided to move

21   here and I did everything here from registering to vote

22   to getting my driver's license to voting in every

23   election.  I voted for Rick Scott back then, so that

24   would be -- if you count back the elections, DeSantis

25   has been twice, and -- so -- or Rick Scott and Ron

Transcript of Angela Svonavec
Conducted on November 4, 2024                    29

1    DeSantis was twice, so eight -- 12 -- but then it's only
2    been two years of his, so at least -- at least for the
3    last ten years I've voted here.  I think it's 2014.
4         Q.  Okay.  Your best memory is that you got your --
5    you registered to vote in Florida in 2014?
6         A.  Correct.
7         Q.  Okay.  Not before that?
8         A.  I don't believe so.
9         Q.  Okay.
10        A.  I think the year --
11             THE WITNESS:  Does he have the checklist?
12   Do you know?
13             MR. COLIN:  I don't -- I don't know what
14   you're referring to specifically, but why don't you wait
15   for Mr. Krasik to ask you a question and then respond to
16   the question that he asks you.
17             THE WITNESS:  Okay.
18             MR. KRASIK:  We'll get the property records
19   for 796 Portside and we'll clarify that.
20        A.  Okay.  I think it's really well documented, I
21   know.
22        Q.  (BY MR. KRASIK)  Okay.  And, Ms. Svonavec, at
23   the time that you submitted this declaration of domicile
24   you still owned property in Pennsylvania.  Correct?
25        A.  Yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    30

1        Q.  Okay.  At the time you owned or co-owned 184

2    West Mud Pike.  Correct?

3        A.  At -- at the time I purchased Portside Drive?

4    I -- I believe so.  Yes.

5        Q.  Okay.  And then after you -- well, how -- what

6    happened to the 184 West Mud Pike property in

7    Pennsylvania?  Did you sell it?  Did you just continue

8    to own it?

9        A.  Eventually it was sold.

10       Q.  You sold it.  Okay.  And you don't remember

11   when you sold that?

12       A.  I don't remember the year.

13       Q.  Was it before or after you built the 192 Stone

14   Ridge Lane property?

15       A.  It would have been right about the same time.

16       Q.  Okay.  So at some point in time you sold 184

17   West Mud Pike.  Correct?

18       A.  Yes.

19       Q.  Okay.  And you bought -- or excuse me.  You

20   built 192 Stone Ridge Lane?

21       A.  About the same time, yes.

22       Q.  Okay.  And you were a co-owner of 192 Stone

23   Ridge Lane?

24       A.  Yes.

25       Q.  Okay.  So at all times since 2014 you've owned

Transcript of Angela Svonavec
Conducted on November 4, 2024                    31

1    property in Pennsylvania.  Is that correct?

2        A.  Yes.

3        Q.  Okay.  I believe I asked you this earlier, but

4    since I'm not 100% sure, Jason Svonavec did not file a

5    declaration of domicile.  Is that right?

6        A.  Correct.

7        Q.  Why not?

8        A.  He lives in Pennsylvania.

9        Q.  So since 2014 you've lived in a different state

10   than your husband?

11       A.  Uh-huh.

12       Q.  Okay.  And at no time since 2014 were you and

13   Jason separated in your marriage?

14       A.  No, we haven't been.

15       Q.  Okay.

16       A.  By distance.  Not legally.

17       Q.  How often do you see your husband?

18       A.  He comes pretty frequently to visit.

19       Q.  On average?

20       A.  Every other week.  Every other weekend.

21       Q.  So he's a resident of Pennsylvania, but he

22   comes here approximately every other week?

23       A.  Yeah, every other weekend usually.  He -- for

24   years he had to be feet on the ground in Pennsylvania to

25   work.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    32

1        Q.  Because of jobs?

2        A.  Uh-huh.

3        Q.  Okay.

4        A.  And I could work from anywhere with mine.

5   The -- yeah.  So he -- he travels down a lot.

6        Q.  And what -- is there a time of the year that

7   you typically are in Florida?

8        A.  Yeah.  I'm always here September through May

9   and usually the month of July.

10       Q.  September to May and the month of July?

11       A.  Uh-huh.

12       Q.  Okay.  All right.  Now, we talked a little bit

13  about the 192 Stone Ridge Lane property.  Have you ever

14  resided at 192 Stone Ridge Lane?

15       A.  19 -- no, not resided.  I stay there when I go

16  up.

17       Q.  That was built during the time that you resided

18  in Florida?

19       A.  Uh-huh.

20       Q.  Let me show --

21            MR. COLIN:  While Mr. Krasik is getting

22  that ready, make sure when you answer if you're going to

23  say yes, you say yes and not uh-huh.

24            THE WITNESS:  Okay.

25            MR. COLIN:  Because it's very difficult for

Transcript of Angela Svonavec
Conducted on November 4, 2024                    33

1    everybody to understand looking back on that.  I think

2    Mr. Krasik would agree with that.

3                MR. KRASIK:  It's good -- good instruction.

4        Q.  (BY MR. KRASIK)  I'm showing you what I've

5    marked as Exhibit 4, Ms. Svonavec.

6                (Deposition Exhibit No. 4 marked)

7        Q.  (BY MR. KRASIK)  This is a document you

8    produced that appears to be a 2019 loan interest

9    statement.  Do you see that?

10       A.  Uh-huh.  Yes.

11       Q.  Okay.  And did you claim a home mortgage

12   interest deduction on your 2019 tax returns?

13               MR. COLIN:  Object to form.

14       A.  I have never heard of this bank.  And what year

15   are we saying?

16       Q.  (BY MR. KRASIK)  See if I have that.  Well,

17   this is -- if you look at this document, it is --

18       A.  2019.

19       Q.  -- dated 2019.  Yes.

20       A.  I'm not familiar with this at all.  This bank.

21       Q.  Okay.

22       A.  It has me Beagle Road.

23       Q.  Did you provide documents to your attorneys to

24   be produced to us in this case?

25       A.  I did not provide this.  I've never seen this.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    34

1      Q.   Okay.  Do you -- do you see the Bates -- what

2  we call the number at the bottom, that's what we lawyers

3  call Bates numbers.

4      A.   Uh-huh.

5      Q.   Do you see it's marked BANS01844?

6      A.   Yes.

7      Q.   Okay.  I would represent to you that it was

8  produced by your attorneys to us in this litigation.

9           MR. COLIN:  I -- I agree that our office

10  produced these documents.  What I will note for the

11  record is that Ms. Svonavec is not a Defendant in this

12  or is not a party to this matter.  These are corporate

13  parties, and so it's entirely possible -- and I don't

14  know this, but it's entirely possible that the office of

15  Banshee or the office of Heritage Holdings produced this

16  without her knowledge.

17           MR. KRASIK:  That's fine.  That --

18      Q.   (BY MR. KRASIK)  Your testimony, Ms. Svonavec,

19  is that you don't recall seeing this document before?

20      A.   I've never seen it.

21      Q.   Okay.  Do you know -- well, let me first direct

22  your attention.  This is a loan interest -- 2019 loan

23  interest statement.  Do you see that?

24      A.   Yes.

25      Q.   Okay.  Do you know on what -- oh, before I get

Transcript of Angela Svonavec
Conducted on November 4, 2024                    35

1   there.  And a couple lines down, it lists a note number,

2   note date, maturity date, current interest rate.  Do you

3   see that?

4        A.  Yes.

5        Q.  Okay.  Do you know on what property this

6   interest -- this mortgage was taken?

7        A.  I do not.

8             MR. COLIN:  Object to -- object to form.

9   Now answer.

10       A.  I do not.

11       Q.  (BY MR. KRASIK)  Okay.  Well, let me ask this.

12   Was it -- was it a loan taken on your Florida property?

13            MR. COLIN:  Object to form.

14       A.  Not to my knowledge.

15       Q.  (BY MR. KRASIK)  Do you recall that you paid

16   cash?  You bought your Florida property.  There was no

17   mortgage on it.  Right?

18       A.  I don't recall.

19       Q.  Okay.  We'll look at that in a little bit.  So

20   your testimony today is you don't know on what property

21   the loan interest -- well, let me ask another question.

22            Do you know what the loan that the -- is

23   referred to in this document, what kind of loan it is?

24            MR. COLIN:  Object to form.

25       A.  I do not.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    36

1        Q.  (BY MR. KRASIK)  Okay.  Do you see your name

2   identified on this document?

3        A.  I do.

4        Q.  Okay.  And it identifies you at the address 550

5   Beagle Road, Rockwood?  Do you see that?

6        A.  Right.  That --

7                MR. COLIN:  Object to form.

8        Q.  (BY MR. KRASIK)  The question was, do you see

9   that?

10               MR. COLIN:  No, the question was it

11  identifies you at.

12               MR. KRASIK:  Oh.

13               MR. COLIN:  No, we will stipulate that this

14  paper says 550 Beagle Road, Rockwood, 155 --

15               MR. KRASIK:  I just want to make sure we

16  could agree on that one.

17               MR. COLIN:  Absolutely.  Without question.

18       Q.  (BY MR. KRASIK)  All right.  So this

19  document --

20       A.  I've never resided at 550 Beagle Road.

21       Q.  I was not suggesting that you did.  What is 550

22  Beagle Road?

23       A.  That is the farm address, Banshee Farms, but

24  it's also a mailing address for a lot of the businesses.

25  It's like the main mail -- mailbox, if you will say.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    37

1      Q.  Okay.  550 Beagle Road is a farm?

2      A.  It is a farm.

3      Q.  Is there a building on that property?

4      A.  A lot of buildings.

5      Q.  Okay.

6           THE VIDEOGRAPHER:  I'm so sorry.  Can I

7  have the witness move her hair off to the side?

8           THE WITNESS:  Sorry.  I could do a pony --

9           MR. COLIN:  Ponytail.

10          THE WITNESS:  I was going to say, I don't

11 have a thing, but I will -- if anybody has one I'll tie

12 it back.

13     Q.  (BY MR. KRASIK)  So 550 Beagle Road is a farm?

14     A.  Uh-huh.

15     Q.  And there are a number of buildings on that

16 property?

17     A.  Correct.

18     Q.  Okay.  Is one of those buildings used as an

19 office?

20     A.  A scale house.

21     Q.  What is a scale house?

22     A.  Where corn -- like, grain is weighed, coal is

23 weighed.  Like where something is weighed.

24     Q.  Okay.

25     A.  A scale house --

Transcript of Angela Svonavec
Conducted on November 4, 2024                    38

```
1        Q.  So --
2        A.  -- with certified scales.
3        Q.  Sorry to interrupt you.  Thank you.
4              I believe you also said that 550 Beagle
5   Road is used as a mailing address for a number of
6   businesses.  Is that right?
7        A.  Correct.
8        Q.  But there's no office there?
9        A.  There's no office.
10       Q.  Does anybody work there?
11       A.  Yes.
12       Q.  Does anybody work there not working on the
13  farm?
14             MR. COLIN:  Object to form.
15       A.  I don't know, actually.
16       Q.  (BY MR. KRASIK)  So there's farm work being
17  done there?
18       A.  There is.
19       Q.  Okay.  Is there any other work being done
20  there?
21       A.  I don't know.
22       Q.  Okay.  Well, what are some of the businesses
23  that you use 550 Beagle Road as a mailing address for?
24       A.  Off the top of my head, I believe -- I believe
25  Fearless Leasing.
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    39

1        Q.  Uh-huh.

2        A.  And Banshee Industries mail there and maybe not

3   anymore.  You know, I never get the mail, so I honestly

4   don't know.  The -- Jason would know those answers.  He

5   gets the mail.

6        Q.  Well, let's start with Banshee Industries.  Are

7   there employees of Banshee Industries?

8        A.  There are employees of Banshee Industries.

9        Q.  Okay.  Where do they work?

10       A.  Some are mobile and some work in Meyersdale.

11       Q.  In Meyersdale?

12       A.  Uh-huh.

13       Q.  Those employees that work at Meyersdale, where

14   do they work?

15       A.  At an office in Meyersdale through --

16       Q.  And what is that address?

17       A.  338 Industrial Park Road.

18       Q.  338 Industrial Park Road?

19       A.  Yeah.

20       Q.  Okay.  So the employees of -- some employees of

21   Banshee Industries, LLC, work at 338 Industrial Park

22   Road?

23       A.  Correct.

24       Q.  Okay.  But that's not the mailing address for

25   Banshee Industries, LLC?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    40

1          A.   It wasn't originally, but there -- I believe
2     they have a mailbox there now.
3          Q.   Well, on official correspondence what is the
4     mailing address for Banshee Industries, LLC?
5          A.   I don't know.  I don't handle that.
6          Q.   In your complaint in this lawsuit do you know
7     the address that's identified as the address of Banshee
8     Industries?
9          A.   I don't.
10         Q.   Okay.  I will represent to you it's 550 Beagle
11    Road.
12         A.   Okay.
13         Q.   So Banshee Industries -- do you have a position
14    with Banshee Industries?
15         A.   No.
16         Q.   No?
17         A.   Well, I'm an owner.
18         Q.   Owner.  Okay.  Do you have -- other than being
19    an owner, do you have a position?
20         A.   Not a title, no.
21         Q.   Okay.
22         A.   Just owner, managing member.
23         Q.   And you're an owner.  We'll talk about this
24    more later, but this is -- are there any other owners?
25         A.   No.

Transcript of Angela Svonavec
Conducted on November 4, 2024                                          41

```
1        Q.   Okay.  And what's the nature of the business of

2    Banshee Industries, LLC?

3        A.   Banshee Industries sells mulch, stone, house

4    coal, propane, heating products to the public.

5        Q.   And does it have operations in Pennsylvania?

6        A.   Yes.

7        Q.   Okay.  Does it have operations in Florida?

8        A.   No.

9        Q.   Okay.  I think you mentioned Fearless Leasing,

10   LLC?

11       A.   Yes.

12       Q.   And that has a mailing address at 550 Beagle

13   Road as well?

14       A.   I believe so.

15       Q.   Okay.  Does Fearless Leasing, LLC, have

16   employees?

17       A.   All -- well, the way the companies are set up,

18   all the employees are hired through Banshee Industries,

19   and then there are intercompany, like, agreements --

20       Q.   Uh-huh.

21       A.   -- where the employees work for the different

22   companies.

23       Q.   Okay.

24       A.   They're owned by me.  So, yes, they have

25   employees, but they're -- they're employees of Banshee
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    42

1    Industries with roles at Fearless Leasing --

2         Q.   Gotcha.

3         A.   -- if that makes sense.

4         Q.   And what is the nature of the business of

5    Fearless Leasing, LLC?

6         A.   Fearless Leasing is equipment rental and sales.

7         Q.   And does Fearless Leasing, LLC, have operations

8    in Pennsylvania?

9         A.   Yes.

10        Q.   Does Fearless Leasing, LLC, have operations in

11   Florida?

12        A.   Yes.

13        Q.   What are those operations?

14        A.   Here out of -- out of my office here in Naples.

15        Q.   Okay.  What do you do out of your office here

16   in Naples for Fearless Leasing, LLC?

17        A.   Buy and sell equipment.

18        Q.   Do you have customers in Florida?

19        A.   I have vendors in Florida.

20        Q.   You have vendors in Florida from whom you buy

21   equipment?

22        A.   Or rent or lease.

23        Q.   Or rent or lease equipment?

24        A.   Uh-huh.

25        Q.   Who are those?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    43

1          A.  I have -- it -- and there are often auctions,

2     so Ritchie Brothers, who are really based out of

3     Vancouver, but they have the largest -- I think their

4     largest auction site in Pennsylvania -- or not

5     Pennsylvania -- in the U.S. is here in Florida in the

6     Kissimmee area.

7          Q.  What does that -- when you say an auction site,

8     what -- what does -- what does that mean?

9          A.  They auction equipment.

10         Q.  At this site in Kissimmee, Florida?

11         A.  Yes, and Jack Lyons.

12         Q.  Is that a different one?

13         A.  Uh-huh.

14         Q.  Jack Lyons?

15         A.  Uh-huh.

16         Q.  Ritchie Brothers and Jack Lyons sell or

17    lease --

18         A.  They sell.

19         Q.  -- equipment?  Sell?

20         A.  They sell.  They're auction -- auctioneers.

21         Q.  Any others?

22         A.  There's a CAT dealer down here.  I'm not the

23    one that directly deals with them, but we have a local

24    CAT dealer.

25         Q.  Do you have a CAT dealer in Pennsylvania?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    44

1        A.  Yes.

2        Q.  Any others?

3        A.  Not off the top of my head.

4        Q.  Okay.  I believe you also mentioned Fearless

5   One, Inc., as having a mailing address at 550 Beagle --

6   withdrawn.  Let me back up.

7                Why does Fearless Leasing, LLC, use 550

8   Beagle Road as a mailing address?

9                MR. COLIN:  Object to form.

10       A.  Simplicity.  I just like to have all the mail

11  delivered to my accountants and -- and lawyers.

12  Everybody -- it's collected at one site and then sent to

13  the proper offices.

14       Q.  (BY MR. KRASIK)  And at that one site, nobody

15  is working on this business?

16                MR. COLIN:  Object to form.

17       A.  I wouldn't say that's completely accurate,

18  because Banshee Industries hires all the employees and

19  so they work at different locations.

20       Q.  (BY MR. KRASIK)  Do any of those locations

21  include 550 Beagle Road?

22       A.  On occasion.

23       Q.  What does that mean, on occasion?

24       A.  Every day is different at work, so if a piece

25  of equipment maybe breaks down, they'll use the site

Transcript of Angela Svonavec
Conducted on November 4, 2024                    45

1    there for repairs, washing, weighing, whatever needs

2    done.

3         Q.  Okay.  But not in an office there?

4         A.  There's not an office.

5         Q.  The farm work that's done at 550 Beagle Road,

6    what business is that for?

7         A.  The farm work that's done there is for the

8    farm, Banshee Farms.

9         Q.  That's Banshee Farm.  Is that Banshee Crane and

10   Farm, LLC?

11        A.  Well, it was changed years ago, but it's just

12   Banshee Farms now.

13        Q.  Okay.  And what's the business of Banshee

14   Farms?

15        A.  It is a farm.

16        Q.  It's a farm.  And what does it sell?

17        A.  Beef mostly.  There's cattle and a lot of -- a

18   lot of hay production and hay for -- before that was

19   grain.  It -- it varies through the years, but it's all

20   farming.

21        Q.  Okay.  And are you an owner of Banshee Farms?

22        A.  I am the owner, yes.

23        Q.  You're the owner.  Okay.  And I didn't ask you.

24   Are you the -- an owner of Fearless Leasing, LLC?

25        A.  I am the owner, yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                46

1      Q.  Okay.  And Banshee Farms has operations in
2  Pennsylvania.  Right?
3      A.  Yes.
4      Q.  Okay.  Does it have operations in Florida?
5      A.  No.
6      Q.  Okay.  I started to ask you, I think, about
7  Fearless One, Inc.  Does Fearless One, Inc., have a
8  mailing address at 550 Beagle Road?
9      A.  It -- the mailing address for Fearless One is
10 Delaware.
11     Q.  Is Delaware?
12     A.  Uh-huh.
13     Q.  What's the business of Fearless One, Inc.?
14     A.  It is the -- like the holding company -- or I
15 don't know if holding company is the right word.  It
16 owns the planes.  It's all aviation.
17     Q.  Okay.  So it doesn't sell any goods or
18 services?
19              MR. COLIN:  Object to form.
20     Q.  (BY MR. KRASIK)  Does it sell any goods or
21 services?
22     A.  I'm not sure how to answer the question.  It
23 has -- it leases the plane.  So is that selling -- I
24 don't know what that means.  It leases a plane.
25     Q.  Okay.  It doesn't do anything else?

Transcript of Angela Svonavec
Conducted on November 4, 2024                47

1          A.   I don't believe so.

2          Q.   Okay.  And are you an owner of Fearless One,

3     Inc.?

4          A.   Yes.

5          Q.   Are you the owner of Fearless One, Inc.?

6          A.   I believe so.  I'm not 100% sure.

7          Q.   Okay.  Do you have a company called Banshee

8     Crane and Erection, LLC?

9          A.   No.

10         Q.   Okay.  Did you used to have that company -- or

11    a company with that name?

12         A.   There was a farm called Banshee -- I mean, the

13    farm used to be called Banshee Crane and Farm.

14         Q.   Okay.

15         A.   Yeah.

16         Q.   But Crane and Erection, LLC?

17         A.   It was never its own company, no.

18         Q.   Okay.

19         A.   No.

20         Q.   Did you -- do you have any interest in a

21    company called Bandit Equipment Operations, LLC?

22         A.   No.

23         Q.   Did you ever?

24         A.   No.  Not that I'm aware of.

25         Q.   Okay.  Heritage Holding Company, is its mailing

Transcript of Angela Svonavec
Conducted on November 4, 2024                    48

1    address at 550 Beagle Road?

2        A.  I'm not sure.

3        Q.  Okay.  And do you own Heritage Holding Company?

4        A.  Yes.

5        Q.  Are you the sole owner?

6        A.  Yes.

7        Q.  All right.  Other than what we've talked about,

8    do you -- are there any other companies that have a

9    mailing address at 550 Beagle Road?

10       A.  I don't know.

11       Q.  Okay.  Besides 550 Beagle Road and 192 Stone

12   Ridge Lane, do you own any other property in

13   Pennsylvania?

14       A.  Yes.  The 338 Industrial Park Road, I would

15   own.  And quite -- quite a bit of land, but I don't know

16   the addresses --

17       Q.  Okay.

18       A.  -- to provide you.  I'm sorry.

19       Q.  No, that's fine.  338 Industrial Park Road, in

20   what name is that owned?

21       A.  That -- through my company, through Ban --

22   well, I'm not sure how it's titled, to be honest, but

23   that's --

24       Q.  That was my -- that was my real question.  I'm

25   sorry to interrupt you, but, yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                              49

1        A.  Yeah, I don't know, but Banshee Industries, the

2    offices are there, but I don't know how it is titled or

3    deeded, whatever that word would be.

4        Q.  I'll take either one.  Thank you.

5                And the other property that you own, do you

6    know who is the owner of that property?

7        A.  The farm just recently purchased some

8    property -- or acquired it.  Some would be in my -- mine

9    and Jason's name jointly, and some would be owned by the

10   farm, Banshee Farms.  That should be -- that should be

11   the only ways that they're titled.

12       Q.  I'm not sure I asked you.  I should have.  Who

13   owns the property at 550 Beagle Road?

14       A.  The -- I believe -- well, I don't know.  I'm

15   not sure.

16       Q.  Do you have a bank account at First National

17   Bank in Somerset?

18       A.  The Wealth Management portion I have.  But I

19   don't think there's -- I don't have a personal account

20   there.  I mean, just the Wealth Management.

21       Q.  Meaning they handle your Wealth Management?

22       A.  Uh-huh.

23       Q.  Okay.  In whose name is the account?

24       A.  Mine.  They're out of Johnstown, Pennsylvania.

25       Q.  So you have an account in your name for Wealth

Transcript of Angela Svonavec
Conducted on November 4, 2024                    50

1     Management at First National?

2          A.   FNB Wealth Management in Johnstown, PA.

3          Q.   Okay.  But that's not a checking account,

4     you're saying?  That's the distinction you make?

5          A.   They're separate.  I don't know if they're

6     affiliated anymore.  I mean, I think there's some

7     affiliation between the branch and the Wealth

8     Management, but I deal only on the Wealth Management

9     side.

10         Q.   Okay.  Do you have a checking account at FNB?

11         A.   I don't know.  Not that I'm aware of.

12         Q.   Okay.

13              MR. KRASIK:  We're going to need an answer

14    on that one, Chadd.

15         Q.   (BY MR. KRASIK)  So we'll leave a space in the

16    deposition to fill that in when you get the answer.

17    Okay?

18         A.   Uh-huh.

19              (Please information on page 186)

20         Q.   (BY MR. KRASIK)  Do you belong to any country

21    clubs or social clubs in Pennsylvania?

22         A.   No, not that I'm aware of.

23         Q.   Have you in the past?

24         A.   Not in Pennsylvania.  I've never had, like,

25    leisurely free time, so I'm not really much of a club

Transcript of Angela Svonavec
Conducted on November 4, 2024                    51

1    joiner.

2        Q.  Just asking the question.  All right.

3            MR. KRASIK:  We've been going about an

4    hour.  We can take a break, if you want, for a few

5    minutes.

6            MR. COLIN:  Would you like to take a break

7    or would you like to keep going?

8            THE WITNESS:  I'm fine either way.

9            MR. KRASIK:  Okay.  We'll keep going then.

10       Q.  (BY MR. KRASIK)  I believe you said earlier

11   that Sydney was born in 1999?

12       A.  Yes.

13       Q.  Okay.  So would it be fair to say in 2014 she

14   was 15?

15       A.  Probably, yes.

16       Q.  Okay.  And in -- at 15, she was in ninth or

17   tenth grade?

18       A.  Probably tenth.

19       Q.  Okay.  Where did Sydney reside from 2014

20   through the end of high school?

21       A.  She lived with her dad, Travis.  And it --

22   yeah.

23       Q.  So you resided in Florida, but she resided in

24   Pennsylvania?

25       A.  Correct.  She -- she didn't want to relocate

Transcript of Angela Svonavec
Conducted on November 4, 2024                    52

1    schools.

2         Q.   And what high school, I guess, did she attend?

3         A.   Rockwood.

4         Q.   And earlier you told me that you had a custody

5    arrangement that was shared, but you had her pretty much

6    all week except for Friday to Saturday?

7         A.   Uh-huh.

8         Q.   But that changed?

9         A.   Uh-huh.  Yes.

10        Q.   Okay.  Did it formally change?  Did you change

11   it with the Court?

12        A.   I don't believe it changed with the Court, but

13   I -- I don't believe it did.

14        Q.   Okay.

15        A.   Because it -- it was pretty relaxed at that

16   time.  We, you know, didn't have to go seek intervention

17   for who Sydney got to spend time with.  Plus, at a

18   certain age I think they get to make up their own mind.

19        Q.   Okay.

20        A.   Yeah.

21        Q.   But so from 2014 through the end of her high

22   school, you resided in different states from your

23   daughter?

24        A.   Yes.

25        Q.   Okay.  How often did you see her?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    53

1      A.  Oh, I don't recall exactly.  But we -- we spoke
2   often on the phone.
3      Q.  Did you ever go to one of her parent/teacher
4   conferences?
5      A.  When -- in high school, no.
6      Q.  What activities did Sydney do in high school?
7      A.  Soccer and track.
8      Q.  Did you go to any soccer games of hers?
9      A.  Not often -- I went to a few.  And a few track.
10     Q.  When is girls soccer season?
11     A.  Soccer starts -- she was AYSO, so I feel like
12  that's over the summer.
13     Q.  High school soccer, isn't that the fall?
14     A.  Yeah.  That starts in August and goes, I don't
15  know, maybe to October.
16     Q.  Okay.  And what about track?
17     A.  Track's in the spring.  So it would have been
18  in May.
19     Q.  Okay.
20     A.  Might start in April.  If I was there it would
21  have been, you know, probably some of the May -- the end
22  of the season things.
23     Q.  Okay.  So earlier you told me that you lived in
24  Florida from September to May?
25     A.  Uh-huh.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    54

1      Q.  And July.  Do you recall that?

2      A.  Yeah.

3      Q.  Okay.  So when you would go to her soccer games

4  you were obviously in Pennsylvania between September and

5  May.  Right?

6      A.  Well, soccer would have been in August.

7      Q.  And through October, November?

8      A.  But I probably didn't get up to the games then.

9  That's what I mean by just a few.

10     Q.  Okay.

11     A.  I mean, in her whole career I was probably

12  lucky to see a dozen games in her entire career, but I

13  worked a lot too.

14     Q.  I understand.  Sydney has a Florida driver's

15  license, doesn't she?

16     A.  Uh-huh.

17     Q.  When did she get that?

18     A.  I don't recall when.

19     Q.  So she has a Florida driver's license, but

20  she's a Pennsylvania resident.  Right?

21           MR. COLIN:  Object to form.

22     A.  She was eligible because I was a Florida

23  resident and she would come here and stay.  She took her

24  tests here.  I took her to Orange Blossom for her test.

25     Q.  (BY MR. KRASIK)  Okay.  So she has a Florida

1   driver's license?

2        A.  Not anymore.

3        Q.  She doesn't?

4        A.  Not any longer.  Sydney doesn't.  No.  When she

5   went to college she got rid of it.  She went -- she

6   switched it for a PA.  She attended college at Duquesne

7   in Pittsburgh.

8        Q.  Uh-huh.

9        A.  So she just had probably just a few years of a

10  Florida resident.  And -- or not a Florida resident, a

11  Florida driver's license, and then she switched it to

12  Pennsylvania.

13       Q.  Okay.  And your testimony is she no longer has

14  a Florida driver's license?

15       A.  Correct.

16       Q.  Okay.

17       A.  She's -- yeah, she's 25 or something like that

18  right now.  She's -- hasn't had Florida residence -- or,

19  I mean, a Florida driver's license since -- what year

20  did she graduate -- 2017.

21       Q.  Okay.  Earlier you said that Spencer was born

22  in 2003.  So in 2014 he was 11?

23       A.  That sounds right.

24       Q.  Okay.  Where did he reside from 2014 through

25  the end of his high school?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    56

1       A.  Mostly with me here.

2       Q.  In Florida?

3       A.  Yes.

4       Q.  What schools did he go to?

5       A.  He home schooled.

6       Q.  He home schooled from 2014 through the end of

7  high school?

8       A.  Uh-huh, yes.

9       Q.  Currently Spencer resides in Pennsylvania.

10  Right?

11      A.  Yes.

12      Q.  When did that start?

13      A.  Well, I don't know exactly.  He just switched

14  his driver's license in September.  But after he

15  graduated he bought his own company and moved back to

16  Pennsylvania, so like -- like three years ago.  He

17  graduated early.  Probably three years ago.

18      Q.  After he graduated high school?

19      A.  Yes.

20          (Deposition Exhibit No. 5 marked)

21      Q.  (BY MR. KRASIK)  I'll show you what's marked

22  Exhibit 5.

23          MR. COLIN:  Thank you.

24      Q.  (BY MR. KRASIK)  This is a record from the

25  Florida Department of State indicating that Spencer

Transcript of Angela Svonavec
Conducted on November 4, 2024                    57

1    Jason Svonavec is registered to vote in Florida.  Do you

2    see that?

3         A.  Yes.

4         Q.  Okay.  Did you understand he's still registered

5    to vote in Florida?

6         A.  He's not anymore.  He is registered -- as of

7    September, he registered in Pennsylvania.

8         Q.  As of September 2024?

9         A.  This September, yes.

10        Q.  I'm not sure the Florida Department of State

11   knows that, but your testimony is that he registered to

12   vote in Pennsylvania?

13        A.  That's what he told me.  Yes.

14        Q.  Okay.  So it would be news to you if he was

15   still registered to vote in Florida?

16        A.  Correct.

17              MR. COLIN:  Excuse me.

18        Q.  (BY MR. KRASIK)  Do you have a passport,

19   Ms. Svonavec?

20        A.  I do.

21        Q.  What address is on the passport?

22        A.  5792 Clarendon Drive.  And that's been since

23   2014.

24        Q.  Okay.

25        A.  Or -- well, it's been Florida since 2014.  It

Transcript of Angela Svonavec
Conducted on November 4, 2024                    58

1    was Portside before and then I updated it.

2                MR. KRASIK:  We'd like a copy of the

3    passport whenever you get a chance after this.

4         Q.  (BY MR. KRASIK)  And is your cell phone still

5    814-233-0016?

6         A.  Correct.

7         Q.  Okay.  814 is the area code in Somerset.  Is

8    that right?

9         A.  Correct.  It's a business phone.

10        Q.  814-233-0016 is a business phone?

11        A.  Uh-huh.  All the -- it all goes through the

12   same account with the company.

13        Q.  Do you have a separate cell phone --

14        A.  I don't.

15        Q.  -- personally?

16                MR. KRASIK:  All right.  Let's go off for a

17   brief break, please.  Can we go off?  Can we go off?

18                THE VIDEOGRAPHER:  We are going off the

19   record.  The time is 10:31 a.m.

20                (Recess from 10:31 a.m. to 10:39 a.m.)

21                THE VIDEOGRAPHER:  We are back on the

22   record.  The time is 10:39 a.m.

23        Q.  (BY MR. KRASIK)  Ms. Svonavec, earlier, you had

24   said that Spencer lived with you in Florida after 2014.

25   When did he begin to live with you in Florida?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    59

1        A.  Immediately.

2        Q.  So 2014?

3        A.  Yes.

4        Q.  Okay.  And he was -- what did we say, '03, so

5   11 at the time?

6        A.  Yeah, around.  Would that be fourth or fifth

7   grade?

8        Q.  Right.

9        A.  Yeah.

10       Q.  So what school was he attending previously?

11       A.  Rockwood.

12       Q.  Rockwood.  And that -- Rockwood in

13   Pennsylvania?

14       A.  Correct.

15       Q.  Okay.  And he left whatever school -- was it --

16   let me ask, was it an elementary school at the time or a

17   middle school?

18       A.  Rockwood.  Yeah, K-12 is all in the same

19   building, Rockwood.

20       Q.  Oh, so K-12.  Okay.

21            So your testimony is he left Rockwood in

22   2014 and came to live with you in Florida and was home

23   schooled?

24       A.  Correct.

25       Q.  Is there a -- a diploma or something that one

Transcript of Angela Svonavec
Conducted on November 4, 2024                    60

1    gets from home schooling?

2         A.  Uh-huh.  It's -- so it's through Cyber School.

3    So, yes, he does.

4         Q.  And he has a Cyber School diploma?

5         A.  Yes.  I assume.  I've not actually seen it.

6    But I'm sure it does.

7         Q.  Pennsylvania has a Cyber School too.  Correct?

8         A.  Yes.  What that -- he did do -- because Jason,

9    his father, was a resident of Pennsylvania, he

10   qualified.

11        Q.  Uh-huh.

12        A.  So there was a lot of documentation that --

13   because of him living with me, but if one parent is a

14   resident of the state, they're able to do the Cyber

15   School --

16        Q.  Okay.

17        A.  -- of that state.

18        Q.  He was enrolled in Cyber School in

19   Pennsylvania?

20        A.  PA Cyber and he did it remotely from here.

21        Q.  Since this was Cyber School it was all online?

22        A.  Yes.

23        Q.  Okay.  And which means he could do it from

24   Pennsylvania or Florida.  Right?

25        A.  Or anywhere in between, yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    61

1      Q.  Right.  Would it be fair to say he did some of
2  his schooling in Pennsylvania?
3      A.  Possibly -- probably not, because Jason would
4  not have helped him with it, so I would say no.  I'd say
5  highly unlikely.
6      Q.  Does Spencer have a bedroom at 192 Stone Ridge
7  Lane?
8      A.  Well, Spencer has his own home.
9      Q.  Now?
10     A.  Yeah.
11     Q.  Let's say from 2014 to when he -- to the end of
12 high school, did he have a bedroom?
13     A.  Somewhere in Pennsylvania, yes, he would have
14 always had it --
15     Q.  Yes.
16     A.  -- whether it was at Mud Pike or Stone Ridge.
17     Q.  Thank you for clarifying that.
18     A.  Yeah.
19     Q.  Okay.  All right.  You currently live in
20 Florida at 5 -- 5792 Clarendon Drive?
21     A.  Correct.
22              (Deposition Exhibit No. 6 marked)
23              MR. KRASIK:  I'm terrible with these
24 things.
25              MR. COLIN:  Thank you.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    62

1              MR. KRASIK:  Sure.

2        Q.  (BY MR. KRASIK)  Showing you what I've marked

3    as Exhibit 6, which is the deed for 47 -- 5792 Clarendon

4    Drive.

5        A.  Yes.

6        Q.  Have you seen this before?

7        A.  Yes.

8        Q.  Okay.  And this memorializes that you purchased

9    this house with your husband, Jason?

10       A.  Yes.

11       Q.  Okay.

12       A.  '21.

13       Q.  And the purchase date is February 26th, 2021?

14       A.  Yes.

15       Q.  Okay.  At the end of that first paragraph of

16   the warranty deed, do you see that it identifies yours

17   and Jason's post office address at 550 Beagle Road,

18   Rockwood, PA?

19       A.  I can't see where that is, but I trust you that

20   it does say that.  Yes.  Yes, there, I see it.

21       Q.  Okay.  At the time you bought the 5792

22   Clarendon Drive house, you were living at 796 Portside

23   Drive.  Right?

24       A.  Yes -- yes.  I'm trying to remember the exact

25   timing.  If I -- if I moved first and still owned it and

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    63

1    sold Portside right prior or if I sold Portside prior --

2    I can't remember, but basically came from one to the

3    next.

4        Q.  Right.  My question is, why is your address --

5    on the warranty deed to purchase 5792 Clarendon Drive,

6    you listed 550 Beagle Road in Rockwood as opposed to 796

7    Portside Drive?

8        A.  Well, same reason as all the businesses.

9    Simplicity.  We tend to use one mailing address to send

10   everything to and let the offices forward it to the

11   proper people.

12       Q.  Okay.

13            (Deposition Exhibit No. 7 marked)

14       Q.  (BY MR. KRASIK)  Ma'am, I'm going to show you

15   what I've marked as Exhibit 7.

16            MR. KRASIK:  Copy for you.

17       Q.  (BY MR. KRASIK)  Do you recognize this to be an

18   article from the Greater Cumberland Committee?

19       A.  Yes.

20       Q.  Okay.  What is the Greater Cumberland

21   Committee?

22       A.  Well, it is a multistate effort.  It was

23   basically established to complete Route 219.  So the

24   states of Pennsylvania, Maryland and West Virginia all

25   had vested interest in trying to get a highway to be

Transcript of Angela Svonavec
Conducted on November 4, 2024                    64

1    completed.  And I served on the board for a time.

2          Q.  Okay.  That was going to be my next question.

3    You served on the board of the Greater Cumberland

4    Committee?

5          A.  Uh-huh.

6          Q.  Okay.  And this -- let's have the number.  That

7    would help us out.  This Exhibit 7, this is from -- if

8    you look at the date on the second page, February 10th,

9    2021.  Correct?

10         A.  Yes.

11         Q.  Okay.  And you were residing in Florida at the

12   time?

13         A.  Yes.

14         Q.  Okay.  Did -- did you talk to the author of

15   this article in -- in preparation?

16         A.  No, I didn't -- I didn't know that -- I don't

17   know where this was published, so --

18         Q.  From your work as -- on the board of the

19   Greater Cumberland Committee --

20         A.  I mean, I understand, but I don't know where

21   they published this information about me, if it was on

22   their website or in their -- like, I don't know.

23         Q.  Okay.  I was going to ask, did you understand

24   from your work on the committee that they have a

25   newsletter or periodic mailing or publication?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    65

1        A.  Not necessarily.  All of our meetings were

2   Zoom, so everybody just remoted in and discussed things

3   on Zoom.  And so I -- we didn't get mailings.  I didn't

4   receive a mailing, I guess I should say.

5        Q.  Okay.  And your testimony is you don't recall

6   talking to somebody in advance of this article coming

7   out?

8        A.  No, I don't recall.

9        Q.  Do you know how they got this information about

10  you?

11       A.  I do not.

12       Q.  Could you turn to the second page of the

13  article?  The last sentence of the first paragraph says,

14  like many others in the industry, she, that refers to

15  Ms. Svonavec, shares a vision to carry on the noble

16  tradition of hard work and ingenuity that helped build

17  this great nation.

18            Do you recall telling the author that?

19       A.  I don't recall that, but something similar to

20  that was on one of my websites.

21       Q.  Okay.

22       A.  So they may have snippeted (sic) it.  I don't

23  know.  It's not normally the way I speak about myself.

24       Q.  Okay.  If you look at the last paragraph of the

25  article, do you see it says, Angela is a native of

Transcript of Angela Svonavec
Conducted on November 4, 2024                    66

1    Somerset County, PA, and has a deep respect for the work

2    ethic and integrity of the local residents?

3         A.  Yes.

4         Q.  Okay.  Did you tell them that?

5         A.  I definitely have a deep respect for work

6    ethic.  So somehow --

7         Q.  My question was, how would they know that

8    without you telling them that?

9         A.  Well, I speak very proudly of anybody in the

10   farming and co-industries, because it's all I've done my

11   whole life.  So I'd say they took that from me directly

12   somehow.

13        Q.  Okay.  Seeing that doesn't refresh your

14   recollection that you spoke to them in connection with

15   this publication or article?

16        A.  No, not specifically.

17        Q.  Okay.  The last sentence of the article says,

18   with a drive and desire to serve, it is a high priority

19   for Angela that each of her companies be a valuable and

20   positive contribution to her local community.  Do you

21   see that?

22        A.  Yes.

23        Q.  And that local community refers to Somerset.

24   Right?

25                MR. COLIN:  Object to form.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    67

1        A.  Well, I have companies everywhere, so the local

2    communities wherever I'm at, I want the impact to be

3    positive.

4        Q.  (BY MR. KRASIK)  Is it your sworn testimony

5    under oath you were not referring to Somerset there?

6        A.  I didn't --

7             MR. COLIN:  Object to form.

8        A.  I didn't write this article.

9        Q.  (BY MR. KRASIK)  Does -- is it your sworn

10   testimony under oath that that does not refer to

11   Somerset?

12             MR. COLIN:  Object to form.  Asked and

13   answered.  She said she didn't write it and she

14   doesn't --

15             MR. KRASIK:  I asked a different question.

16       A.  I --

17             MR. COLIN:  She said -- hang on.  She said

18   she didn't write it and she doesn't recall speaking with

19   the person who did.

20             MR. KRASIK:  Okay.

21             MR. COLIN:  So I don't know how we can

22   repute those words to her.  So you can --

23             MR. KRASIK:  I didn't -- that wasn't my

24   question.

25             MR. COLIN:  Okay.  Can you please restate

Transcript of Angela Svonavec
Conducted on November 4, 2024                    68

1    the question for my benefit?

2                    THE WITNESS:  Yeah.

3        Q.  (BY MR. KRASIK)  Is it your testimony under

4    oath that the reference to local community there does

5    not refer to Somerset?

6                    MR. COLIN:  Okay.  And I object to form.

7    She didn't write this and she didn't -- she said that

8    she didn't talk to a person who did.  Subject to those

9    objections, you may answer.

10       A.  I think that Somerset is included in that, but

11   it's not limited to Somerset County.

12       Q.  (BY MR. KRASIK)  What else is included?

13       A.  It includes all the counties where I have

14   businesses, which have been West Virginia and Maryland

15   and here and anywhere I've ever had a business.

16       Q.  Okay.  Is it your --

17       A.  I want my businesses to impact the communities

18   in a positive way.  I think that's how any business

19   owner would feel.  But it's not limited to Somerset

20   County.

21       Q.  Do you -- as a business owner of coal and

22   mining companies in Pennsylvania, is it important that

23   you demonstrate support for those local communities?

24       A.  Yes, and I'm also -- I owned companies in

25   mining in West Virginia and in Maryland.  So I was in

Transcript of Angela Svonavec
Conducted on November 4, 2024                    69

1    the tri state region, so all those local communities, I

2    think, are vitally important.

3        Q.  Do you have any understanding that those

4    communities care about what you're doing in Florida?

5                MR. COLIN:  Object to form.  You can

6    answer.

7        A.  I don't understand.  If you could restate.  I

8    don't understand what you mean.

9        Q.  (BY MR. KRASIK)  Does the Greater Cumberland

10   Committee have any interest in what you're doing in

11   Florida?

12                MR. COLIN:  Object to form.  You can

13   answer.

14       A.  The -- the businesses I operate down here are

15   different than the highway that would be impacted for

16   these businesses.

17       Q.  (BY MR. KRASIK)  Uh-huh.  Do you have any basis

18   to say that the Greater Cumberland County (sic) in

19   speaking of the local community was referring to

20   Florida?

21                MR. COLIN:  Object to form.  You can

22   answer.

23       A.  I believe they're speaking about West Virginia,

24   Maryland and Pennsylvania.

25       Q.  (BY MR. KRASIK)  Okay.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    70

1              (Deposition Exhibit No. 8 marked)

2       Q.  (BY MR. KRASIK)  I'll show you what I've marked

3  as Exhibit 8.

4       A.  Thank you.

5       Q.  You see this is another publication from the

6  Greater Cumberland Committee?

7       A.  Yes.

8       Q.  Okay.  And this one is dated June 8th, 2021?

9       A.  Yes.

10      Q.  Okay.  So it's after the publication we just

11  looked at in Exhibit 7.  Right?

12      A.  Correct.

13      Q.  All right.  So does this refresh your

14  recollection that you spoke with someone from the

15  Greater Cumberland Committee before they wrote these

16  publications about you?

17      A.  No, I don't recall ever being interviewed or --

18      Q.  Okay.  If I could direct your attention,

19  please, to the second page of the article, the last

20  paragraph, it says, Angela and her husband, Jason, are

21  natives of Somerset County, PA.  Do you see that?

22      A.  Yes.

23      Q.  All right.  Okay.  But you resided at -- in

24  Florida as of February -- I'm sorry -- June 8th, 2021.

25  Correct?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    71

```
1              MR. COLIN:  Object to form.
2        A.  What does native mean?
3              MR. COLIN:  Stop, stop, stop, stop.
4   Mr. Krasik's question was, you resided in Florida as of
5   some date in 2021.
6              MR. KRASIK:  Correct.
7              MR. COLIN:  And I don't believe that's
8   consistent with her testimony to this point.  I believe
9   she said she resided in Florida much sooner than that.
10       Q.  (BY MR. KRASIK)  Oh.  That's fine, but at least
11  as of June 8th, 2021, you were -- your claim is you were
12  residing in Florida?
13       A.  Correct.
14       Q.  Okay.  Sorry if that wasn't clear.  I was not
15  intending to suggest anything else.
16             MR. COLIN:  We don't want to -- we don't
17  want to minimize her time as a Florida resident.
18             MR. KRASIK:  I'm sure you don't.
19       Q.  (BY MR. KRASIK)  In writing that Angela and
20  Jason are natives of Somerset County, PA, did you inform
21  the Greater Cumberland Committee that you no longer
22  resided in Somerset County, PA?
23       A.  Yes.  They know I was born there in Somerset
24  County.
25       Q.  And you remember telling them that you no
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    72

1    longer resided in -- in Somerset?

2        A.  Yeah, they are all very well aware that I lived

3    in Florida.

4        Q.  Okay.

5        A.  Because everyone vicariously made me have my

6    computer showing them the 360 of the --

7        Q.  That you took meetings --

8        A.  Yes.

9        Q.  So you're saying they knew you were taking

10   meetings in Florida?

11       A.  They knew that's where I lived, yes.

12       Q.  Okay.  So you remember telling them that, but

13   you don't remember if you talked to them in connection

14   with these articles?

15       A.  I just remember because it was a topic of every

16   meeting whenever I would come on the screen.  Please

17   show us your backyard, because it was always cold and

18   snowy in Somerset.

19       Q.  You can put that aside.  I'm showing you what

20   I've marked as Exhibit 9.

21               (Deposition Exhibit No. 9 marked)

22       Q.  (BY MR. KRASIK)  And, Ms. Svonavec, do you

23   recognize this as a UCC1 financing statement on behalf

24   of Heritage Holding Company, LLC?

25       A.  Yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    73

1          Q.  Okay.  And this is recording interests in

2     property owned by Heritage Coal and Natural Resources,

3     LLC.  Correct?

4          A.  Yes.

5          Q.  Okay.  And this document was filed July 1,

6     2024?

7          A.  Yes.

8          Q.  If you look in the filed --

9          A.  Yes, I see that.  Yes.

10         Q.  Okay.  And on this document that was filed --

11    withdrawn.

12              This document was filed with the

13    Commonwealth of Pennsylvania.  Correct?

14         A.  Correct.

15         Q.  All right.  And so would it be fair to say you

16    had every intention of getting -- making sure the

17    information in this document was accurate?

18              MR. COLIN:  Object to form.  You can

19    answer.

20         A.  I've not seen it before today.

21         Q.  (BY MR. KRASIK)  Okay.  Would you want any

22    information filed on your behalf with the Commonwealth

23    of Pennsylvania Department of State to be accurate?

24         A.  I would expect it to be.

25         Q.  Okay.  And this document was submitted by your

Transcript of Angela Svonavec
Conducted on November 4, 2024                          74

1    attorneys at Morella & Associates.  Correct?

2         A.  It was.

3         Q.  Okay.  And the secured parties for this UCC1

4    filing statement are identified as Heritage Holding

5    Company, LLC, Angela Svonavec and Jason Svonavec.  Do

6    you see that?

7         A.  I do.

8         Q.  Okay.  And for Angela and Jason Svonavec, the

9    mailing address listed is 192 Stone Ridge Lane,

10   Rockwood.  Correct?

11        A.  That's how it's listed, but it's incorrect for

12   me.

13        Q.  Okay.  Because your position is at this time

14   you resided in Florida?

15        A.  I do.  Yes, I do.

16        Q.  Okay.  Do you have any understanding why it

17   would list 192 Stone Ridge Lane as your address at this

18   time?

19        A.  Somebody made an error in the office.

20        Q.  Okay.

21        A.  I guess we should update it.

22             (Deposition Exhibit No. 10 marked)

23        Q.  (BY MR. KRASIK)  Let me show you what I've

24   marked as Exhibit 10.  Do you recognize this as an

25   article from the Trib Democrat dated February 25th,

1    2024?

2         A.  Yes.

3         Q.  Okay.  And the Trib Democrat is a newspaper out

4    of Johnstown.  Is that correct?

5         A.  It -- yes, I don't know where they're out of,

6    but it's a -- it's definitely a newspaper.  I thought it

7    was out of Pittsburgh.

8         Q.  I -- it's not the Tribune Review.  I actually

9    had to Google this to look it up and it seems to be --

10        A.  Okay.

11        Q.  -- out of Johnstown.  Fair to say it's from the

12   Somerset County area?

13        A.  Yeah.  Well, Johnstown is Cambria County.

14        Q.  Cambria.  Okay.  Pennsylvania?

15        A.  Pennsylvania.

16        Q.  Okay.  And I do not think this is the Tribune

17   Review.

18        A.  Okay.

19        Q.  But -- but be that as it may, do you recall

20   being interviewed for this article?

21        A.  Vaguely, yes.  I -- I received a phone call.  I

22   was actually here when I received the phone call.

23        Q.  And do you recall what you were asked?

24        A.  They were doing something about women in

25   business and they wanted to know if I could speak about

Transcript of Angela Svonavec
Conducted on November 4, 2024                          76

1    two of my businesses.

2          Q.   Okay.  Which two were those?

3          A.   They asked me to speak about the farm and the

4    coal company.

5          Q.   So that's Banshee?

6          A.   Uh-huh.

7          Q.   -- and --

8          A.   And Heritage -- at that time I still owned.

9          Q.   -- Heritage?

10         A.   Well --

11         Q.   Probably right around the closing?

12         A.   Yeah.  Well, it must have printed -- I

13   definitely -- I definitely did interview -- so we sold

14   in February 5th of 2024.  So this was printed evidently

15   after I was interviewed, because when I interviewed I

16   would have been the owner --

17         Q.   Okay.

18         A.   -- of Heritage Coal and Natural Resources, so

19   I'm not sure on this timing, but --

20         Q.   Could you turn to -- well, feel free to refresh

21   yourself with the entire article.

22         A.   Okay.

23         Q.   But it's page -- I have it down as page 8 of

24   the article, which is -- I'll try to direct you more

25   specifically.  It's under the heading, Not Giving Up.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    77

1       A.  Okay.  I see it.  Yes.

2       Q.  Okay.  And if you go down to the third

3   paragraph under that heading, Not Giving Up, do you see

4   it says Svonavec, who resides half the year in Rockwood

5   and the other half in Naples, Florida, said she had

6   eight employees, et cetera, et cetera.  Did you tell

7   this author that you reside half the year in Rockwood

8   and half in Naples, Florida?

9       A.  Well, no.  I mean, she would have maybe somehow

10  assumed that she -- I did not say that because that's

11  not actually true.

12      Q.  Okay.  Your testimony is what's in this

13  newspaper article is wrong?

14      A.  Right.  I didn't write that.

15      Q.  And you say you didn't tell her that?

16      A.  No.  I didn't.

17      Q.  Okay.  Have you seen this article before?

18      A.  I -- this morning I did actually.

19      Q.  Before this morning?

20      A.  No.

21      Q.  Okay.

22      A.  No, because I don't get this newspaper.  I

23  don't actually get any newspaper.

24      Q.  Okay.  But your testimony today under oath is

25  that the author made up that line about you?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    78

1              MR. COLIN:  Object to form.  You may

2    answer.

3        A.  Well -- right.  I wouldn't say that she made it

4    up.  I didn't proof anything.  She asked a lot of

5    questions over the phone and I didn't get a proof.  I

6    didn't see what she was writing up.  So this wasn't

7    prepared by me and that's an error.

8        Q.  (BY MR. KRASIK)  The statement -- you're saying

9    she got that wrong?

10       A.  That statement is wrong.

11       Q.  Okay.

12              (Deposition Exhibit No. 11 marked)

13       Q.  (BY MR. KRASIK)  I show you what I've marked as

14   Exhibit 11.  Do you recognize this as a letter you wrote

15   to Judge Bissoon in connection with your husband Jason's

16   sentencing hearing?

17       A.  Yes, I did.

18       Q.  Okay.  And you addressed this letter to Judge

19   Bissoon?

20       A.  Yes.

21       Q.  Okay.  And you wrote this on May 1, 2024?

22       A.  Yes.

23       Q.  Okay.  And in writing this letter to Judge

24   Bissoon for this purpose, would it be fair to say that

25   you wanted everything you said in here to be accurate

1    and correct?

2             MR. COLIN:  Object to form.  You may

3    answer.

4        A.  Yes, I wanted to give her a very good view of

5    my husband of -- of his attributes to describe him to

6    the best that I could to somebody that doesn't know him.

7        Q.  (BY MR. KRASIK)  Uh-huh.  If you would turn to

8    the very end of the letter, the last line in the letter

9    says, and I believe our local community needs Jason.  Do

10   you see that?

11       A.  Uh-huh.

12       Q.  And that local community you're referring to is

13   Somerset, isn't it?

14       A.  All of our communities.  Again, we have

15   businesses everywhere.  They need him.

16       Q.  Your testimony under oath is that in writing,

17   and I believe our local community needs Jason, you are

18   not referring to Somerset?

19             MR. COLIN:  Object to form.  You may

20   answer.

21       A.  I -- I did just answer.  Not specifically to

22   Somerset.

23             MR. KRASIK:  Could you read back the

24   question, please.

25             (Last question read by the reporter)

Transcript of Angela Svonavec
Conducted on November 4, 2024                    80

1            MR. COLIN:  Object to form.  You can

2    answer.

3        A.  And I'm saying not specifically Somerset.  Our

4    local community.

5        Q.  (BY MR. KRASIK)  What are you referring to?

6        A.  Everywhere we have a business or family or

7    anywhere we are active in supporting community.

8        Q.  You believe this is referring to -- you

9    intended this to refer to Florida?

10       A.  That's my -- no, my intention is for

11   everywhere.

12       Q.  Including Florida?

13       A.  Everywhere including Florida, including

14   Maryland, including West Virginia.  Our community --

15   community to me -- your community is your like network.

16   The people in your community is not a location on a map.

17   When I say the coal community, the coal community is

18   broad.  It's the coal community.

19       Q.  Is there coal community in Florida?

20       A.  There is a lot of retired coal community here

21   in Florida.  Yes.

22       Q.  Your testimony under oath is that the coal

23   community refers to Florida?

24       A.  There isn't mining here, but --

25            MR. COLIN:  Object to form.  Object to

Transcript of Angela Svonavec
Conducted on November 4, 2024                    81

1    form.  You may answer.

2        A.  There's not mining in Florida, as you well

3    know.  There's not coal in the ground, but there is coal

4    community here.

5        Q.  (BY MR. KRASIK)  So in writing this sentence to

6    Judge Bissoon you intended local community to the extent

7    it related to local coal community to include Florida?

8            MR. COLIN:  Object to form.  You may

9    answer.

10       A.  When I said local community, my intention --

11   and I'm the one writing the letter.  Under oath before

12   God, my intention on community is everyone we -- that

13   needs Jason in our community.

14       Q.  (BY MR. KRASIK)  Uh-huh.

15       A.  It's not specific to Somerset County.  It's

16   specific to our community.

17       Q.  This letter says, and I believe our local

18   community needs Jason.  Jason was a resident of

19   Pennsylvania only.  Right?

20       A.  Right, but Jason has a much larger community.

21       Q.  Okay.  What's Jason's community?

22       A.  The coal industry, the -- the equipment

23   industry, very, very big in the tractor pulling

24   industry.  That is -- that is a huge community to him

25   and he is extremely active in that and gives back so

Transcript of Angela Svonavec
Conducted on November 4, 2024                    82

1  much within that community it's unbelievable.

2       Q.  And you intended all of that in writing, "our

3  local community needs Jason?"

4            MR. COLIN:  Object to form.  You may

5  answer.

6       A.  I don't know how many more times I have to

7  answer it.  My intention was our community.

8       Q.  (BY MR. KRASIK)  And that community includes

9  Florida?

10            MR. COLIN:  Object to form.  You may

11  answer.

12       A.  Absolutely.

13            MR. COLIN:  Mr. Krasik, I think we have our

14  answer.

15       Q.  (BY MR. KRASIK)  Showing you what I've marked

16  as Exhibit 12.

17            (Deposition Exhibit No. 12 marked)

18       Q.  (BY MR. KRASIK)  Ms. Svonavec, do you recognize

19  this as a motion for transfer of venue within the

20  district in connection with your husband Jason's

21  criminal case?

22       A.  That's what this says, yes.  I've never seen it

23  before.

24       Q.  Okay.  Would you please refer to paragraph 7 of

25  the document.  The document says, the Defendant is a

Transcript of Angela Svonavec
Conducted on November 4, 2024                    83

1   resident of Somerset -- Somerset County and believes

2   that all the witnesses in this case except law

3   enforcement witnesses on behalf of the government reside

4   in the Johnstown area.  Do you see that?

5       A.  Uh-huh.

6       Q.  All right.  Weren't you one of the witnesses in

7   this case?

8              MR. COLIN:  Object to form.  You may

9   answer.

10      A.  I was not.

11      Q.  (BY MR. KRASIK)  Didn't you submit a character

12  witness letter on behalf of your husband?

13      A.  I mailed a --

14             MR. COLIN:  Object to form.  You may

15  answer.

16      A.  I mailed a letter, but I was not a witness that

17  day.  There were witnesses that had to speak.

18      Q.  (BY MR. KRASIK)  You -- you were not a witness

19  at the sentencing hearing.  Correct?

20      A.  Correct.

21      Q.  Right.  But you did submit a character witness

22  letter in support of your husband.  Correct?

23      A.  Correct.

24      Q.  Okay.

25      A.  A lot of letters came from people all over the

Transcript of Angela Svonavec
Conducted on November 4, 2024                    84

1    United States.  This wasn't regarding letters.  They

2    were talking about witnesses who had to come and

3    testify, I'm sure.  This -- and this is sort of wrong,

4    because he's a resident of Rockwood in Somerset County,

5    but -- still the same.

6         Q.  Uh-huh.

7         A.  It's Somerset County.

8         Q.  If you look at paragraph 10 of this, your --

9    Jason's lawyers refer to character witnesses?

10        A.  Uh-huh.  Yes.

11        Q.  Including witnesses who would be unable to

12   attend the sentencing hearing if it were held in

13   Pittsburgh.  Do you see that?

14        A.  Yes.

15        Q.  All right.  So does that clarify for you that

16   this motion was referring to all witnesses including

17   those that submitted character witness letters like

18   yourself?

19             MR. COLIN:  Object to form.  You may

20   answer.  It's pretty clear, Mr. Krasik, that she didn't

21   write this, but I will -- I will permit her to answer,

22   subject to my form objection.

23        A.  Yeah.  I didn't prepare it and I don't know

24   what they mean.

25        Q.  (BY MR. KRASIK)  Okay.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    85

```
 1        A.  But there were a lot of people from different
 2   states that wrote, so it seems an error, if anything.
 3                (Deposition Exhibit No. 13 marked)
 4        Q.  (BY MR. KRASIK)  Showing you what I've marked
 5   Exhibit 13.
 6                MR. COLIN:  Excuse me.
 7        Q.  (BY MR. KRASIK)  Have you seen this letter
 8   before?
 9        A.  I haven't, no.
10        Q.  Okay.  Do you recognize this as a letter from
11   the Rockwood Alliance Church in support of your husband
12   Jason's sentencing hearing?
13                MR. COLIN:  Object to form.  You may
14   answer.
15        A.  Yes, that's what it says.
16        Q.  (BY MR. KRASIK)  Okay.  Would it be fair to say
17   that you attended the Rockwood Alliance Church?
18        A.  I have -- on occasion I have been there, yes.
19   That's my mom's church.
20        Q.  It's your mom's church?
21        A.  Uh-huh.  Actually, she's not a member there,
22   but she attends almost every Sunday.
23        Q.  And Rockwood Alliance Church is in Rockwood,
24   PA?
25        A.  Yes.
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                        86

1      Q.  Okay.  Are you affiliated with any other
2   church?
3      A.  I do.  I attend church here.  Where --
4   sometimes we go to other churches in -- if we're in
5   Pennsylvania.
6      Q.  Okay.  Do you see that the letter from Rockwood
7   Alliance Church says that his, meaning Jason's, family
8   has attended this church for many years and have been
9   active members of the community?  Do you see that?
10     A.  Yes.
11     Q.  Okay.  Do you think that's an accurate
12  statement?
13     A.  Yes, and my mom has been there for many years.
14  And we have supported it.  We've sent donations to that
15  church for many years.
16     Q.  Okay.  Has your family been active members of
17  the community?
18              MR. COLIN:  Object to form.
19     A.  Of the church community or -- I mean, both.  I
20  would say, yes, everybody -- we gave actively there.
21     Q.  (BY MR. KRASIK)  Okay.  And that community,
22  we're not sure what they meant?  Could be the church
23  community, could be the local community?
24     A.  Yeah, I didn't write -- I don't know
25  specifically what she means.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    87

1       Q.  Okay.  Does it refer to Florida?

2              MR. COLIN:  Object to form.

3       A.  I don't know what she means.

4       Q.  (BY MR. KRASIK)  Well, do you know Pam Burkett?

5       A.  I do.

6       Q.  Okay.  Pam Burkett is the church treasurer?

7       A.  Yes, I think so.  That's what it says.

8       Q.  Okay.  From your knowing Pam Burkett, would she

9  say anything to the Court in connection with your

10 husband's sentencing that wasn't accurate?

11              MR. COLIN:  Object to form.

12      A.  I think she was trying to display that Jason

13 generously donated to the church.

14      Q.  (BY MR. KRASIK)  My question was, from your

15 familiarity and knowledge of Pam Burkett, would she say

16 something to the Court in connection with your husband's

17 sentencing that wasn't accurate?

18              MR. COLIN:  Object to form.

19      A.  I don't know.

20      Q.  (BY MR. KRASIK)  Do you think she would make

21 every effort to be accurate?

22              MR. COLIN:  Object to form.

23      A.  I don't know what other people think or say or

24 the meaning of their words.

25      Q.  (BY MR. KRASIK)  You think she might not have

Transcript of Angela Svonavec
Conducted on November 4, 2024                    88

1    been?

2                  MR. COLIN:  Object to form.

3        Q.  (BY MR. KRASIK)  You think she might not have

4    been --

5                  MR. COLIN:  Object to form.

6        A.  I don't know.

7                  MR. COLIN:  Object to form.

8        Q.  (BY MR. KRASIK)  Showing you what I've marked

9    Exhibit 14.

10                 (Deposition Exhibit No. 14 marked)

11       Q.  (BY MR. KRASIK)  Ms. Svonavec, do you recognize

12   this as a civil complaint that you and your husband

13   filed against Ron McIntosh?

14       A.  Yes, that's what it looks like.

15       Q.  Okay.

16                 MR. COLIN:  For the -- for the record,

17   Mr. Krasik, there appears to be a fax stamp at the top

18   bearing the date 10-10-24.  I assume we're not

19   characterizing that as the time that this was filed.

20                 MR. KRASIK:  No.  No.  No, no, no.

21                 MR. COLIN:  Okay.  Just want to be clear

22   with that.

23                 MR. KRASIK:  No.  Oh.  I believe the filing

24   date is what's stamped June 24th, 2019.  If you look on

25   the right -- upper right corner, but thank you for

Transcript of Angela Svonavec
Conducted on November 4, 2024                    89

1    clarifying that.

2         Q.   (BY MR. KRASIK)  Ms. Svonavec, do you see the

3    date stamped?

4         A.   Yeah.

5         Q.   Actually, I -- we can be even more specific.

6    If you look underneath your names and Mr. McIntosh's

7    lane -- name --

8         A.   Oh, yeah, June 18th --

9         Q.   -- it says case filed June 18th, 2019?

10        A.   Yes.

11        Q.   Okay.  So this civil complaint was filed

12   June 18th, 2019.  Correct?

13        A.   Yes.

14        Q.   And the address listed for Jason and Angela

15   Svonavec on this complaint is 192 Stone Ridge Lane,

16   Rockwood.  Correct?

17        A.   Yes.

18        Q.   And if I could direct your attention below the

19   handwritten narrative in the middle of the page, do you

20   see it says, I, Angela Svonavec, verify that the facts

21   set forth in this complaint are true and correct to the

22   best of my knowledge, information and belief.  This

23   statement is made subject to the penalties of

24   Section 4904 of the Crimes Code related to unsworn

25   falsification to authorities.  Do you see that?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    90

```
1        A.  Yes.

2        Q.  Did you understand that you were swearing or

3   verifying that the information on this civil complaint

4   was accurate?

5             MR. COLIN:  Object to form.

6        A.  Yes, and this was the address that this person

7   was paid for something and didn't supply it to, so the

8   address where he should have provided -- it says trees.

9   I knew it was landscaping, yeah.  I vaguely remember

10  this case.  But that was the location -- it's not

11  claiming my -- that I reside there.  It's not claiming

12  anything other than that was the location where he was

13  being sued for not providing something.

14       Q.  (BY MR. KRASIK)  Ms. Svonavec, isn't it true

15  that you verified a civil complaint filed with a

16  Pennsylvania Court identifying your address as 192 Stone

17  Ridge Lane in Rockwood?

18       A.  I was ver --

19             MR. COLIN:  Object to form.  You may

20  answer.

21       A.  I was verifying the address where the complaint

22  was from.  That was the intention there.  I do think

23  that was truthful.

24       Q.  (BY MR. KRASIK)  The verification that you

25  made, if I could refer you to the middle of the page,
```

1    says, the facts set forth in this complaint are true and

2    correct.  Correct?

3        A.  Yes.  This is true and correct.  What it says

4    in the paragraph is what was not provided to the -- to

5    the address at the Jason Svonavec, 192 Stone Ridge Lane

6    address.

7        Q.  The paragraph doesn't say that, does it?

8        A.  The paragraph says what happened.  And this is

9    the location where it happened.

10       Q.  Can we agree that what you verified here, you

11   said, I, Angela Svonavec, verify that the facts set

12   forth in this complaint are true and correct to the best

13   of my knowledge, information and belief?

14       A.  Yes.  And that's what I just clarified was the

15   facts and the knowledge.

16       Q.  So you're saying that you limited what you were

17   verifying?

18            MR. COLIN:  Object to form.

19       A.  No, it's correct.

20            MR. COLIN:  Object to form.

21       Q.  (BY MR. KRASIK)  The facts in the complaint?

22       A.  The facts in the complaint, yes.

23       Q.  Okay.  All right.  Could we refer back to -- I

24   think it's Number 3 was the compilation exhibit of tax

25   returns.  All right.  I want to kind of deal with these

1    in groups, so we don't have to go through each one, if

2    we can do that.  Earlier we were talking about 2012

3    and -- withdrawn.

4                    This exhibit collects the -- the redacted

5    tax returns we were provided for the years 2012 through

6    2023.  You're welcome to flip through that.  And I

7    believe there's one -- one PA return for one year that

8    might not be there, but I can represent to you this is a

9    collection of everything that we got for this period.

10                   MR. COLIN:  And we'll stipulate to that.

11                   MR. KRASIK:  Yeah.  Okay.

12        Q.  (BY MR. KRASIK)  Now, for this entire period,

13   for 2012 to 2023, you filed federal income tax returns

14   as married, filing jointly, with Jason.  Is that

15   correct?

16                   MR. COLIN:  Object to form.

17        A.  I -- again, I've never prepared my own taxes.

18   I don't know how they were filed.  I signed them.  So --

19        Q.  (BY MR. KRASIK)  Okay.  Well, if you look

20   through these, the federal -- page 1 is the federal tax

21   return for 2012 and then a couple pages later for 2013

22   and then for 2014.  All of those federal tax returns

23   list your name and Jason's name together with a

24   Pennsylvania address.  Isn't that correct?

25                   MR. COLIN:  Object to form.

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    93

```
1        A.  Yes.

2        Q.  (BY MR. KRASIK)  Okay.  And then my question

3   is, for the federal tax returns, were you filing them

4   married filed jointly with Jason in all of these years?

5             MR. COLIN:  Object to form.

6        A.  I don't know how they were prepared.

7        Q.  (BY MR. KRASIK)  Okay.  And you don't know --

8   aside from how they were prepared, you don't have an

9   understanding about your status of filing your federal

10  returns for these years?

11       A.  I don't have any understanding on taxes.

12       Q.  Okay.

13       A.  It's definitely something to direct to them --

14       Q.  Okay.

15       A.  -- the preparers.

16       Q.  Okay.  Earlier we were talking about that for

17  2012 and 2013 for your Pennsylvania returns, that you

18  filed Pennsylvania income tax returns married filed

19  jointly with Jason.

20             MR. COLIN:  Object to form if that's a

21  question.

22             MR. KRASIK:  Is that -- I was going to say,

23  is that right?

24       A.  I don't know anything about the tax

25  preparation.  I -- I'm looking at it for the first time
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    94

1    with you.  Whatever you see here obviously is going to

2    be how it was filed.

3         Q.  (BY MR. KRASIK)  Uh-huh.

4         A.  And I don't have any further insight into how

5    it was filed.

6         Q.  Okay.  Let's try this.  If you turn to the page

7    that's marked BANS01797.  Do you see that page -- that

8    number at the bottom?

9              MR. COLIN:  We didn't produce these to you

10   in this order, did we?

11             MR. KRASIK:  They're out of order.

12             MR. COLIN:  Okay.

13             MR. KRASIK:  Because there were redacted

14   pages that followed each one.  I just put together --

15             MR. COLIN:  1797?

16             MR. KRASIK:  1797.

17             MR. COLIN:  All right.  It would be the

18   fourth piece of paper in the packet.

19        A.  Oh, there.  Fourth.

20        Q.  (BY MR. KRASIK)  Okay.  And if we look again on

21   the right column of information, one, two, three --

22   three down -- three lines down, you see a J?

23        A.  Yes.

24        Q.  Okay.  And the options there, I think we went

25   through, there's an S for single, then married filed

Transcript of Angela Svonavec
Conducted on November 4, 2024                    95

1   jointly is a J, married filed separately is an S, and --

2   I'm not sure what final return means, but there's a J

3   there which I think means filing jointly married.  Do

4   you see that?

5        A.  Yes.

6        Q.  Okay.  If you turn two pages back --

7        A.  One, two.

8              MR. COLIN:  Two pages toward the front?

9              MR. KRASIK:  No, no.  Toward --

10             MR. COLIN:  Two pages later.

11             MR. KRASIK:  Later.

12       Q.  (BY MR. KRASIK)  It's the 2014 Pennsylvania

13   return and again, three lines down, there's now an M as

14   in married, not a J.  Do you see that?

15       A.  Yes.

16       Q.  Okay.  And I believe if you look at the -- the

17   initials or the symbols, whatever you call it, married

18   filed jointly is a J, married filed separately is an M?

19             MR. COLIN:  Object to form.

20       Q.  (BY MR. KRASIK)  Okay.  So you're not familiar

21   with how -- the -- these -- whatever letter was chosen

22   for that --

23       A.  I'm not familiar.

24       Q.  Okay.  But we can agree there's a difference

25   between 2013 and 2014?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    96

1        A.  Correct.

2        Q.  Okay.

3        A.  Which makes sense.  That's when I believe that

4   we moved.

5        Q.  So right.  So 2012 and '13 it says S, but then

6   it -- I'm sorry.  It says -- yeah, it says J.

7              MR. COLIN:  J.

8        Q.  (BY MR. KRASIK)  I'm sorry, J. And then in 2014

9   and I believe from then on, it says M.  And feel free to

10  check me on the Pennsylvania returns after that.

11       A.  Should be correct, because that's about the

12  timeframe I believe I moved here.  2014.  But I'll take

13  your word for it.  I don't need to go through them all.

14       Q.  Okay.

15             MR. COLIN:  Yeah, I mean, Mr. Krasik, for

16  the record, we will stipulate that they say what they

17  say.

18       A.  Yeah.

19       Q.  (BY MR. KRASIK)  Okay.  And where I wanted to

20  get, but it sounds like your knowledge might be limited

21  is, why did you file federal income tax returns as

22  married filed jointly, but Pennsylvania returns as

23  married filed separately?

24             MR. COLIN:  Object to form.

25       A.  And that definitely is a preparer question.  I

Transcript of Angela Svonavec
Conducted on November 4, 2024                    97

1    have no idea why they would choose any of those letters.

2         Q.  (BY MR. KRASIK)  Okay.  Did you -- do you

3    recall any discussion with a tax preparer -- not

4    attorney -- tax preparer about how you were going --

5    about filing federal returns as married filed jointly,

6    but filing Pennsylvania returns as married filed

7    separately?

8         A.  It was never discussed.

9         Q.  It was never discussed?  Or you don't recall --

10   how -- how would they know to do that?

11                   MR. COLIN:  Object to form.

12        A.  I -- I don't know.  I don't ever recall a

13   conversation of -- of choosing state and federal to be

14   different.  Is that what you're saying, that they're

15   different?

16        Q.  (BY MR. KRASIK)  Uh-huh.  Uh-huh.

17        A.  Yes, I don't ever recall a discussion on that,

18   nor do I have any idea why they did that.

19        Q.  You -- that was going to be my next question.

20   You don't know why?

21        A.  I do not.

22        Q.  Do you know who made the decision to file in

23   that way?

24        A.  The preparer.

25        Q.  And you don't recall any discussion with the

Transcript of Angela Svonavec
Conducted on November 4, 2024                    98

1    preparer --

2         A.  Correct.

3         Q.  -- to that effect?

4         A.  Correct.

5         Q.  Okay.  For the years that you filed state tax

6    returns through Pennsylvania as married filed

7    separately, so 2014 through the present, did you file a

8    state tax with the State of Florida?

9         A.  I get all of my -- everything Docusign and so

10   I -- I don't know exactly every state that I'm signing

11   in, but I'm sure they're doing my Florida taxes.

12        Q.  Well, Florida doesn't have an income tax.

13   Right?

14        A.  Yeah.

15        Q.  So you --

16        A.  But there are taxes in Florida.

17        Q.  Okay.  What taxes are there in Florida?

18        A.  I don't know, but they prepare them.  There's

19   definitely property tax and isn't Sunbiz a tax?  I'm not

20   sure.  The accountants handle it all.  Accountants and

21   attorneys.

22        Q.  Okay.  So -- but you're familiar that Florida

23   does not have an income tax?

24        A.  It doesn't have income tax.

25        Q.  Right.  Okay.  So for the same years we're

Transcript of Angela Svonavec
Conducted on November 4, 2024                    99

1  talking about, 2014 through 2023, if you had filed --

2  withdrawn.

3                  For the same years, 2014 through 2023, if

4  you had continued to file married filed jointly in PA,

5  you would have had to pay state income tax in

6  Pennsylvania.  Right?

7                  MR. COLIN:  Object to form.

8      A.  I don't know.  I don't have that tax knowledge.

9      Q.  (BY MR. KRASIK)  Okay.  Well, let me ask you

10  this.  Does Jason pay state income tax to Pennsylvania?

11                 MR. COLIN:  Object to form.

12     A.  I don't know.  I -- it comes out of his pay.

13     Q.  (BY MR. KRASIK)  Uh-huh.  So you're --

14     A.  Actually it comes out of my pay.

15     Q.  Do you pay state income tax to Pennsylvania?

16     A.  I don't know.  It's definitely a tax question.

17     Q.  Okay.  All right.  So you don't know if you had

18  continued to file as married filed jointly for your PA

19  tax returns from 2014 to '23 whether you would have to

20  pay income tax in Pennsylvania?

21     A.  I have no idea the rules of taxes.  I just know

22  that the accountants and the lawyers are well aware

23  Jason is a Pennsylvania resident.  I am a Florida

24  resident.  And I assume they are doing everything

25  properly.

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    100

```
1        Q.   Okay.  Have you referred to your Florida house
2   as your tax house -- tax home?  Excuse me.
3        A.   I'm homesteaded in Florida.
4        Q.   But have you referred to your Florida house as
5   your tax home?
6        A.   I don't know what that means.
7        Q.   I don't know.  Have you used that term?
8        A.   I call it homesteaded.
9        Q.   You don't recall using the term, it's your tax
10  home?
11       A.   I don't understand the question.  Like where I
12  pay tax -- I definitely pay my property taxes.
13       Q.   I -- I don't --
14            MR. COLIN:  Stop.  Mr. Krasik is asking
15  you, have you ever characterized your house in Florida
16  as your tax home, I think is the question.
17       A.   Not that I recall.
18       Q.   (BY MR. KRASIK)  Okay.  Do you recall
19  characterizing your Florida house as your work home?
20       A.   Characterizing it -- I do work from there.
21       Q.   Have you used that expression before?
22       A.   Working from home, yes, all the time.
23       Q.   No.  The term your work home.  I don't know
24  if --
25       A.   I don't recall.
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    101

1       Q.   Okay.  That's fine.  That's totally fair.

2                 (Deposition Exhibit No. 15 marked)

3       Q.   (BY MR. KRASIK)  I'm going to show you what

4   I've marked as Exhibit 15.  Your copies of 15 are double

5   sided because it's a longer document.  Oh, sorry.  I

6   will tell you that this document is an IR -- excerpts

7   from an IRS examiner's report --

8       A.   Okay.

9       Q.   -- that was produced by your lawyers to us.

10      A.   Okay.

11      Q.   And feel free to look through as much of the

12  document as you'd like, but I'm going to direct your

13  attention first to the number at the bottom that ends in

14  1703.

15      A.   I'm having a hard time seeing those numbers.

16      Q.   This one is on white so it should be --

17      A.   Halfway back?  Okay.  Yes.

18      Q.   You see that?

19      A.   Yes.

20      Q.   You're at that page.  Okay.  So in the middle

21  of the page, the document says, Fearless work paper

22  405-1.2 of the examiner's report states, quote, the

23  shareholder's wife is saying that Florida is her tax and

24  work home.  Do you see that?

25      A.   Yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    102

```
1        Q.  Okay.  I think you are the shareholder's wife
2   who's being referred to here.  Does this refresh your
3   recollection that you've referred to your Florida house
4   as your tax home?
5             MR. COLIN:  Object to form.  You may
6   answer.
7        A.  I -- I never spoke to an examiner ever.  The
8   tax preparers did 100% of the communication with the
9   exam -- like, the IRS agent, I've never spoke to.
10       Q.  (BY MR. KRASIK)  Okay.  So when this refers to
11  the examiner's report stating the shareholder's wife is
12  saying, you're saying you never spoke to that person?
13       A.  Ever.
14       Q.  Okay.  And so seeing this does not refresh your
15  recollection that you've referred to your Florida home
16  as your tax home?
17       A.  It does not.
18       Q.  Okay.  Could you turn back or up to -- up
19  earlier to -- and this one is a little harder to see.
20  This number is 1616 and it's printed half on the black
21  and half on the white, so it's a little hard to see.
22       A.  Geez.  Okay.
23             MR. COLIN:  I'll help you when I find it
24  myself.
25             MR. KRASIK:  It's under a heading that says
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    103

1    Florida property.  There isn't a lot here that's

2    unredacted, so if you just look for what's -- the words,

3    this is under the heading that says Florida property.

4                  MR. COLIN:  1616, Mr. Krasik?

5                  MR. KRASIK:  Yes.  If I'm reading this

6    right.

7                  MR. COLIN:  These seem to start on 1634 and

8    we end on 17 --

9                  MR. KRASIK:  Maybe it's 1646.  I can't --

10   this is the page.  I can't --

11                 MR. COLIN:  Got it.  We got it.

12                 MR. KRASIK:  Okay.  So I think it's --

13                 THE WITNESS:  Is it very close apart?

14                 MR. COLIN:  Here, I'll get you.

15                 MR. KRASIK:  For the record, I

16   misidentified it.  I think it's the page that ends 1646.

17        A.  Okay.  I think I see it.

18        Q.  (BY MR. KRASIK)  All right.  And under Florida

19   property, if I could direct your attention there,

20   Ms. Svonavec, it says the property is owned by Jason and

21   Angela Svonavec.  The representatives contend it is an

22   office location for Fearless One, Inc.  Do you see that?

23        A.  Yes.

24        Q.  Okay.  I should have said this is a -- this is

25   a IRS examiner's report for the 2015 and 2016 tax years.

Transcript of Angela Svonavec
Conducted on November 4, 2024                         104

1      A.  Okay.

2      Q.  So do you recall that you contended as part of

3   this process for 2015 and 2016 that your Florida home

4   was an office location for Fearless One, Inc.?

5              MR. COLIN:  Object to form.

6      A.  Again, my preparers would have represented all

7   of this.  I never spoke to them, although I did work

8   full-time --

9      Q.  (BY MR. KRASIK)  Do you --

10     A.  -- from the house.

11     Q.  Sorry to interrupt.  Do you contend that your

12  Florida home is an office location for Fearless One,

13  Inc.?

14             MR. COLIN:  Today?

15             MR. KRASIK:  Well, let's start with 1015,

16  2016.

17     A.  I don't recall back that far.

18     Q.  (BY MR. KRASIK)  Do you contend that today?

19     A.  I work from there for that company, but that's

20  a tax question.  I don't know if it qualifies as an

21  office for that business specifically.

22     Q.  What, again, did you say your relationship is

23  to Fearless One, Inc.?

24     A.  I own it.

25     Q.  You're the owner?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    105

1        A.  Uh-huh.

2        Q.  Do you know if -- do you contend today -- have

3    you contended at any time that your Florida home is an

4    office location of Fearless One, Inc.?

5              MR. COLIN:  Object to form.

6        A.  I don't know.  I don't know what qualifies it

7    as that.  If I -- if it was from working there, I don't

8    know.  Like I say, that's a tax question for the

9    preparers.

10       Q.  (BY MR. KRASIK)  Okay.  As the owner of the

11   company you don't know if your Florida home is an office

12   location of Fearless One, Inc.?

13             MR. COLIN:  Object to form.

14       A.  I don't know.

15       Q.  (BY MR. KRASIK)  Do you know why you would need

16   an office -- a Florida office for Fearless One, Inc.?

17             MR. COLIN:  Object to form.

18       A.  I need an office to work from and that's where

19   I live and work from.

20       Q.  (BY MR. KRASIK)  But why you would need an

21   office in Florida for Fearless One, Inc.?

22             MR. COLIN:  Object to form.

23       Q.  (BY MR. KRASIK)  Do you know?

24       A.  The same reason for any business.  I need an

25   office to work from.

Transcript of Angela Svonavec
Conducted on November 4, 2024                              106

1          Q.  Do you recall you or those acting on your

2     behalf telling the tax examiner that the purpose -- that

3     the proper and substantial business purpose of the

4     Florida office is the state tax savings enabled thereby?

5                    MR. COLIN:  Object to form.  I don't know

6     what they told her.

7          Q.  (BY MR. KRASIK)  You didn't authorize that

8     statement?

9                    MR. COLIN:  Object to form.

10         A.  I didn't -- I authorized my tax preparers to

11    prepare my taxes and to handle the audit completely.

12         Q.  (BY MR. KRASIK)  Okay.  Could you turn to page

13    1696, please.

14         A.  Toward the end?

15         Q.  Kind of in the middle.

16         A.  Keep going?  This?  Okay.

17         Q.  Okay.  Before we get to page 1696, that's in

18    the middle of a letter.  If you look at -- 1695 is the

19    first page of the letter.  This is a letter to an

20    appeals officer for the Internal Revenue Service sent by

21    your attorneys at Metz Lewis Brodman Must O'Keefe?

22         A.  Yes.

23         Q.  You were using Metz Lewis in the process?

24         A.  Yeah.  We were -- yes.

25         Q.  Okay.  Now, if you look in -- at page 1696, the

Transcript of Angela Svonavec
Conducted on November 4, 2024                    107

1    top paragraph on the page, do you see that your

2    attorneys wrote in the middle of that paragraph, among

3    other proper and substantial business purpose of the

4    Florida office is the tax -- state tax savings enabled

5    thereby?  Do you see that?

6        A.   What -- it says, as you know, taxpayers are

7    firmly convinced maintenance of an office in Florida is

8    ordinary.

9        Q.   Read the next sentence.

10       A.   The next sentence, among other property and

11   substantial business purpose of the Florida office is

12   the state tax savings enabled thereby.

13       Q.   As the owner of Fearless One, Inc., did you

14   understand that a proper and substantial business

15   purpose of having a Florida office is the state tax

16   savings enabled thereby?

17            MR. COLIN:   Object to form.

18       A.   Well, I don't fully understand the questions,

19   and, no, I don't really understand that Florida was

20   needed for that company.  Isn't -- that one is a

21   Delaware company.  There is no tax there either.  So

22   this is tax -- this is tax questions.  I don't

23   understand.

24       Q.   (BY MR. KRASIK)  Okay.  So as the owner of the

25   company you don't have an understanding whether a proper

Transcript of Angela Svonavec
Conducted on November 4, 2024                    108

1    and substantial business purpose of the Florida office

2    is the state tax savings enabled thereby?

3        A.  Right, I do not --

4              MR. COLIN:  Object to form.

5        A.  -- understand.

6        Q.  (BY MR. KRASIK)  You didn't understand that you

7    use the Florida house as a tax shelter?

8              MR. COLIN:  Object to form.

9        A.  I know they wrote off a portion of the house

10   for the business use, the office.  I believe that they

11   did.

12       Q.  (BY MR. KRASIK)  Uh-huh.  Isn't it true you

13   deducted all of the expenses of the Florida house on the

14   books of Fearless One?

15       A.  Oh, I don't --

16             MR. COLIN:  Object to form.

17       A.  -- that the -- I don't know that.

18       Q.  (BY MR. KRASIK)  As the owner of the company

19   you don't recall that you wrote off all the expenses of

20   the house on the books of Fearless One to offset the

21   income that was generated from selling a plane in 2015?

22             MR. COLIN:  Object to form.

23       A.  I don't know.

24       Q.  (BY MR. KRASIK)  You don't know that?

25       A.  I didn't -- I don't do the books.

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    109

1          Q.  Well, you're the owner of the company.  Right?

2                    MR. COLIN:  Object to form.

3          A.  I was not the owner then.

4          Q.  (BY MR. KRASIK)  You weren't the owner of

5     Fearless One in 2015?

6          A.  Correct.

7          Q.  Who was?

8          A.  You'd have to go back and look.  I -- probably

9     Jason, but it wasn't me.

10         Q.  When did you become the owner of Fearless One,

11    Inc.?

12         A.  I don't know.  You'd have -- that's a Gabby

13    question.

14         Q.  Okay.  So you don't have an understanding that

15    you wrote off the expenses of the house -- you took the

16    expenses of the house as a deduction on Fearless One,

17    Inc.'s books to offset income generated from the sale of

18    a plane?

19                    MR. COLIN:  Object to form.

20         A.  I don't know that at all.  No, I have no

21    information on that or knowledge.

22         Q.  (BY MR. KRASIK)  Okay.  Could you turn back now

23    toward the end to page 1762?  That should be toward --

24    that's right at the end and it should be pretty easy to

25    see.

Transcript of Angela Svonavec
Conducted on November 4, 2024                                110

1        A.  Okay.  Oh.

2        Q.  Are you there?

3        A.  Yes.

4        Q.  Okay.  And it says on the part that's not

5   redacted on page 1762, Mr. and Mrs. Svonavec have a

6   second home in Florida.  In 2015 all the expenses were

7   paid by the taxpayer, but deducted on the books of

8   Fearless One, Inc., to offset income generated from the

9   sale of that entity's airplane.  Do you see that?

10       A.  I see that.

11       Q.  Does that refresh your recollection that in

12  2015 the expenses for the house were deducted on the

13  books of Fearless One, Inc., to offset income generated

14  from the sale of the -- an airplane?

15              MR. COLIN:  Object to form.

16       A.  It doesn't refresh my memory, because I wasn't

17  involved in the preparation of it at all.

18       Q.  (BY MR. KRASIK)  You're saying you didn't know

19  this had occurred?

20       A.  Correct.

21       Q.  Does it surprise you?

22              MR. COLIN:  Object to form.

23       A.  I only see one sentence there.  I'd have to

24  have a lot more information to know the context.

25       Q.  (BY MR. KRASIK)  We only see one sentence too.

Transcript of Angela Svonavec
Conducted on November 4, 2024                                111

1    We'd like a lot more context also.  We'll try to both

2    get more context and then we can have another discussion

3    about this.

4         A.  I don't know that you really think that's

5    necessary.  I'm pretty certain --

6         Q.  I do.

7         A.  -- you know I live here.  I do have two homes

8    here.

9         Q.  You have two homes where?

10        A.  Here.

11        Q.  In Florida?

12        A.  (Moving head up and down).

13        Q.  I thought I asked you earlier if there was any

14   other property in Florida.

15        A.  You asked me in Pennsylvania.

16        Q.  What other property do you own in Florida?

17        A.  Saona.

18        Q.  What is that?

19        A.  Saona.  7209 Saona.

20        Q.  7209 Saona?

21        A.  Uh-huh.

22        Q.  And what city is that or what area?

23        A.  Naples.

24        Q.  Naples?  And what type of property is at 7209

25   Saona?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    112

1          A.   It's a home.

2          Q.   Who -- who lives at 7209 Saona?

3          A.   Nobody lives there.  It's a rental.  It's one

4     of the businesses I manage here.

5          Q.   Okay.  Thank you.

6               In 2015, Ms. Svonavec, isn't it true that

7     you caused Fearless One, Inc., to pay rent to you in the

8     amount of $2,000 a month?

9          A.   In what year?

10         Q.   2015.

11         A.   Yeah, I don't know, but also all the rent is

12    determined by the accountants and lawyers.

13         Q.   Could you turn to -- we were on this page

14    before.  1646, please.

15         A.   Would that be in the front?

16              MR. COLIN:  It's more up in the front.

17              THE WITNESS:  That one?

18              MR. COLIN:  Uh-huh.

19         Q.   (BY MR. KRASIK)  Okay.  This is the paragraph

20    under Florida Property and in the second sentence it

21    says, they, meaning Jason and Angela Svonavec, also

22    contend that Fearless One and Banshee Crane are

23    registered to do business in Florida.  There was a lease

24    agreement between the Svonavecs and Fearless paying rent

25    of $2,000 a month.  Do you see that?

Transcript of Angela Svonavec
Conducted on November 4, 2024                                113

1          A.   The -- management agreement?  Is that the same

2     place?

3          Q.   It goes on to say that, but I just want to talk

4     about --

5          A.   Oh.

6          Q.   -- the lease agreement first.

7          A.   Yes.

8          Q.   Okay.  So does this refresh your recollection

9     that Fearless One was paying rent to you for your office

10    in Florida in the amount of $2,000 a month?

11         A.   No, again, anything with leases, rents

12    agreements, the attorneys and the accountant handled

13    entirely.

14         Q.   Who made that decision?

15         A.   The accountants and the attorneys.

16         Q.   Who are they?  Give me some names.

17         A.   I don't know what year that --

18         Q.   2015.

19         A.   I don't know who did it in 2015.  We'd have to

20    look up the tax preparer.  You have it somewhere on all

21    of these.  So does it say that?

22         Q.   I don't know if we have that page.

23         A.   Yeah, I don't, just on recall, know.

24         Q.   Okay.  Your testimony under oath is that your

25    accountants made the decision to pay you $2,000 a month

Transcript of Angela Svonavec
Conducted on November 4, 2024                    114

1    in rent?

2                MR. COLIN:  Object to form.

3        A.  Yes, I did not.  That was all through the

4    accountants and attorneys.

5        Q.  (BY MR. KRASIK)  Who were the attorneys?  I

6    just want names.  I'm not asking for communications.

7        A.  I -- I don't know in 2015.

8        Q.  One name?

9        A.  I don't know in 2015.  I -- I don't want to

10   give you a wrong name.

11       Q.  Okay.  Your testimony under oath is that

12   Fearless One paid rent of $2,000 a month to you and your

13   husband, but you don't know who made that decision?

14               MR. COLIN:  Object to form.  Does this have

15   something to do with her -- the issue at bar?

16               MR. KRASIK:  Absolutely.

17               MR. COLIN:  Can you explain to me --

18               MR. KRASIK:  No, I'm not going to.  I will

19   at the end.

20       A.  I was advised by my attorneys and lawyers -- or

21   my attorneys and accountants.  I -- everything was under

22   advisement by them.  I don't make decisions like this.

23   And in addition to that, I didn't own that company at

24   that time.  But they had advised that and I would have

25   followed through with whatever was advised.

1      Q.  (BY MR. KRASIK)  Okay.  Did you own Fearless

2  One, Inc., in part, in 2015?

3      A.  No.  I think that's why there was a management

4  agreement.

5      Q.  So you -- what role did you have with Fearless

6  One, Inc., in 2015?

7      A.  I don't recall what it was in 2015, but I was

8  obviously fulfilling some role --

9      Q.  I'm asking --

10     A.  -- that this was necessary and I -- I don't

11 know.  I don't recall back that far.

12     Q.  Okay.  So you had -- you needed to have an

13 office in Florida for Fearless One, Inc., for you, but

14 you don't know what role you were fulfilling at the

15 time?

16     A.  Correct.

17     Q.  Okay.  All right.  By paying you $2,000 a month

18 in rent, that's $24,000 a year of rent paid from

19 Fearless One, Inc., to you and your husband.  Did you

20 pay state income tax on that income?

21     A.  That's a tax question.  I do not know.

22     Q.  You don't know one way or the other?

23     A.  No, I do not.

24     Q.  Okay.  If you had been a resident of

25 Pennsylvania and you received that income, would you

Transcript of Angela Svonavec
Conducted on November 4, 2024                              116

1    have had to pay state tax on it?

2              MR. COLIN:  Object to form.

3         A.  I don't know.

4         Q.  (BY MR. KRASIK)  You don't know?

5         A.  I don't know.

6         Q.  Okay.  And you don't know that since you're a

7    resident of Florida and there's no state income that you

8    didn't pay income tax on that?

9              MR. COLIN:  Object to form.

10        A.  I -- I don't know.  I know that that is the

11   Delaware company.

12        Q.  (BY MR. KRASIK)  That wasn't my question.

13        A.  That's where I'm confused.  I do not know

14   anything about the taxes.  You can ask me a hundred

15   different ways.

16        Q.  Okay.

17        A.  And I let somebody else prepare it --

18        Q.  Okay.

19        A.  -- and I trust that it's done properly.

20        Q.  Okay.  Okay.  Well, I'm going to ask the

21   question.  If you don't know the answer, then just say

22   you don't know.

23        A.  Okay.

24        Q.  All right.  And do you know if Fearless One,

25   Inc., deducted that expense for rent on its books?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    117

1          A.  I do not know.

2                   MR. COLIN:  Object to form.

3          Q.  (BY MR. KRASIK)  Okay.  All right.  Now,

4    separate from the -- the rent we just were talking

5    about, isn't it true that you caused Fearless One, Inc.,

6    to pay you a management service fee?

7          A.  I don't know.

8          Q.  Okay.  Well, let's look back at this page.

9          A.  It says it on there, but I don't know and I

10   don't recall anything about it.

11         Q.  Okay.  It says on there -- if you can turn to

12   1646.

13         A.  I -- I did read it.

14         Q.  Just so we're -- --

15         A.  And on everything -- I'll agree that whatever

16   it says in there is how it was written by the tax

17   preparers, but I recall nothing about it.

18         Q.  Okay.  And just for the record, it says on page

19   1646, there was a management services agreement between

20   Fearless One and Heritage Coal that Mrs. Svonavec was

21   compensated to manage the business of Fearless.  Right?

22         A.  Heritage Coal.  Yes.

23         Q.  Well, you were compensated to manage the

24   business of Fearless.  Right?

25                   MR. COLIN:  Object to form.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    118

1          A.  That's what -- that's what it says.  I don't

2     recall.

3          Q.  (BY MR. KRASIK)  Did you manage the business of

4     Fearless?

5          A.  I don't recall.

6          Q.  Okay.  Do you recall receiving a management

7     service fee?

8          A.  I don't recall.

9          Q.  Do you know how much of a management service

10    fee you were paid?

11               MR. COLIN:  Object to form.  She just said

12    she didn't recall receiving one.

13         Q.  (BY MR. KRASIK)  Do you know for what years you

14    were paid a management service fee?

15         A.  I do not.

16         Q.  Okay.  Isn't it true you did not pay state

17    income tax on this income?

18               MR. COLIN:  Object to form.

19         A.  I don't know that.

20         Q.  (BY MR. KRASIK)  You don't know one way or the

21    other?

22         A.  I do not know.

23         Q.  Do you -- would you have paid state income

24    tax -- well, Florida has no state income tax.  Right?

25         A.  Florida has none and Delaware has none --

Transcript of Angela Svonavec
Conducted on November 4, 2024                    119

1      Q.  Okay.

2      A.  -- and Montana.

3      Q.  So if you're receiving this money in Florida,

4  do you think you paid income tax on it in Florida?

5      A.  I don't know.

6      Q.  Do you think you paid income tax on it in

7  Pennsylvania?

8      A.  I don't know.

9      Q.  If you were a Pennsylvania resident you know --

10  would you have had to pay income tax on this money?

11          MR. COLIN:  Object to form.

12      A.  I don't know.  That's a tax question.

13      Q.  (BY MR. KRASIK)  Okay.

14      A.  And tax law changes every year, so 2015, I have

15  no idea.

16      Q.  Okay.

17      A.  I don't even know this year's tax code.

18      Q.  I'm asking you facts of what happened.  I'm not

19  asking you to understand the tax code.

20      A.  And I don't know.

21      Q.  Okay.  And do you know if Fearless One deducted

22  the management fee paid to you as an expense on its

23  books?

24      A.  I have no idea.

25          MR. COLIN:  Object to form.

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    120

1        A.  No idea what deductions were taken.

2        Q.  (BY MR. KRASIK)  All right.  Do you recall that

3   you also caused Banshee to pay rent to you?

4        A.  I do not know.

5        Q.  You don't know?

6        A.  No.

7        Q.  Okay.  Can you turn back to page 1696, please.

8   That's the one not towards the -- towards the end.

9   That's part of the Metz letter that we were looking at

10  before.

11       A.  1696.  Yep.  Oops.

12       Q.  Are you there?  Okay.  In the middle of the

13  page, do you see under the heading, Return?

14       A.  Yes.

15       Q.  And these are expenses that you claimed on your

16  return.  You can feel free to read as much of this

17  letter as you want, but these are a list of returns that

18  you claimed that are being disputed.

19            MR. COLIN:  Object to form.

20       Q.  (BY MR. KRASIK)  Do you understand that these

21  are --

22       A.  Yeah, that -- yes.

23       Q.  Okay.  And one of the expenses claimed on the

24  return is Banshee rent?

25       A.  Yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                          121

1       Q.  Okay.  And in 2015, the amount of the Banshee

2  rent was $111,216?

3       A.  That's what it says.

4       Q.  Okay.  Does that refresh your recollection that

5  Banshee was paying you rent in the amount of $111,216 in

6  2015?

7       A.  No, it does not.

8       Q.  Okay.  Do you know if you paid state income tax

9  on this income?

10      A.  I have no idea how the taxes were filed.

11      Q.  Okay.  And do you have an understanding if you

12 would have been required to pay state tax in

13 Pennsylvania on this income had you been a resident

14 there?

15      A.  I do not have any knowledge on the tax laws.

16      Q.  And do you know if Fearless One, Inc., deducted

17 this so-called expense on its books?

18      A.  I do not know.

19           MR. COLIN:  Object to form.

20      A.  I have no idea.

21      Q.  (BY MR. KRASIK)  Okay.  If this money was paid

22 to you, the Banshee rent, the management service fee and

23 the -- and the Fearless rent was paid to you, wouldn't

24 that be a way to get you income without paying state tax

25 on it?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    122

1              MR. COLIN:  Object to form.

2         A.  I have no idea.

3         Q.  (BY MR. KRASIK)  Okay.  And in addition to

4    giving you income without paying tax on it, it would

5    have been a deduction for Fearless One, Inc.?

6              MR. COLIN:  Object to form.

7         Q.  (BY MR. KRASIK)  Is that right?

8              MR. COLIN:  Object to form.

9         A.  I don't know.  I don't understand what's

10   deductible.

11        Q.  (BY MR. KRASIK)  Okay.  Do you have an

12   understanding -- for the years that you've claimed to be

13   a Florida resident, 2014 through 2023, do you have an

14   understanding in what state income attributable -- I'm

15   sorry.  Withdrawn.

16             For the years you've claimed to be a

17   Florida resident, 2014 to 2023, for income you earned

18   from Heritage Holding Company, in what states that

19   income was attributed?

20             MR. COLIN:  Object to form.

21        A.  I don't understand, no.

22        Q.  (BY MR. KRASIK)  No?  For income -- for the

23   period 2014 through 2023 for income you received from

24   Banshee, do you know in what states that income was

25   allocated?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    123

```
1              MR. COLIN:  Object to form.

2         A.  I do not.

3         Q.  (BY MR. KRASIK)  Same question for Fearless

4    Leasing, LLC.

5              MR. COLIN:  Object to form.

6         A.  Same answer.  I have no idea on any tax

7    decisions.

8         Q.  (BY MR. KRASIK)  Get the list here.  Okay.

9    Other than Heritage Holding Company, Banshee Industries,

10   LLC, Fearless One, Inc., and Fearless Leasing, LLC, do

11   you own any other companies currently?

12        A.  Yes.

13        Q.  Okay.  Which other companies?

14        A.  I would need a whiteboard to look them up.  I

15   don't know.  I have -- I don't -- I can't recall them

16   all.

17        Q.  Okay.

18        A.  I think there are roughly a dozen.

19        Q.  Okay.  But as you sit here today you can't

20   recall the names?

21        A.  Specific to this year or specific to always?

22        Q.  I'm asking currently, do you own any other

23   companies?

24        A.  Yes, I do.

25        Q.  What is another one?
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    124

1       A.  I actually had -- Gabby, my attorney, has just

2   reorganized everything, so I am not 100% sure, so I

3   don't want to answer wrong.

4       Q.  Okay.

5       A.  So in the last six or eight months we have done

6   a lot of reorganization in forming of corporations and I

7   don't know --

8       Q.  Okay.

9       A.  -- with 100% accuracy.

10              (Deposition Exhibit No. 16 marked)

11      Q.  (BY MR. KRASIK)  Showing you what I've marked

12  as Exhibit 16.

13              THE WITNESS:  Can we soon take a rest room

14  break?

15              MR. KRASIK:  Whenever you want.

16              THE WITNESS:  You want to do that first?

17              MR. COLIN:  Sure.

18              THE VIDEOGRAPHER:  We are going off the

19  record.  The time is 12:01 p.m.

20              (Recess from 12:01 p.m. to 12:31 p.m.)

21              THE VIDEOGRAPHER:  We are back on the

22  record.  The time is 12:31 p.m.

23      Q.  (BY MR. KRASIK)  Ms. Svonavec, earlier we were

24  talking about Fearless Leasing, LLC, operating the --

25  your company's plane.  Is that right?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    125

1          A.   That's Fearless One.

2          Q.   I'm sorry.  Fear --

3          A.   It is confusing.  There's three Fearlesses.  So

4     there's Fearless One, then Fearless Leasing, which is

5     the equipment, and then Fearless 2.

6          Q.   Okay.

7          A.   So we call them F1, F2 and Fearless.

8          Q.   Okay.  Fearless One, Inc., operates the plane?

9          A.   F1, yes.

10         Q.   Okay.  What does F2 do, by the way?

11         A.   Charters down here in Florida.

12         Q.   Charters.  Okay.

13         A.   Of yacht charters.

14         Q.   Okay.  Thank you.  And we say it operates the

15    plane.  Does Fearless One, Inc., own the plane?

16         A.   I'm not sure.

17         Q.   Okay.

18         A.   I believe -- I believe, but I'm not sure.

19         Q.   Okay.

20         A.   That's a attorney question.

21         Q.   Okay.  And -- and that -- and you have access

22    to the plane.  Right?

23         A.   Right.  So -- yes.

24         Q.   Okay.  Is that the principal way that you

25    travel between Pennsylvania and Florida?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    126

```
 1        A.  Yes.  Me, yes.
 2        Q.  Okay.  I just want to focus on 2024, current
 3   year.
 4        A.  Okay.
 5        Q.  Did you travel between Florida and Pennsylvania
 6   any way other than the plane that Fearless One, Inc.,
 7   owns?
 8        A.  No.
 9        Q.  That was the only way?
10        A.  Yes.
11        Q.  You didn't drive one time?
12        A.  I don't believe.
13        Q.  Okay.
14        A.  Oh, but I've used other people's planes --
15        Q.  Okay.
16        A.  -- to get here, so I have been here --
17        Q.  And again, just -- just focusing on 2024.
18        A.  Yeah.  This year I've used other people's
19   planes.  We had our plane down some time.
20        Q.  Okay.  So who -- whose plane and when in 2024?
21        A.  Oh, boy.  I don't know the exact dates.  One
22   was to get me to an auction and one of my business
23   associates out of Texas was here and sent his plane down
24   for me.  I've been on with Mack Trailers.  I -- I can't
25   remember them all, to be honest with you.  It's -- every
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    127

1    week is a blur to me.

2        Q.  Okay.  So then when you went on a plane from a

3    business associate from Texas, do you remember what time

4    of year it was?

5        A.  It was during the auctions because I was going

6    to an equipment auction in -- in North Florida.  In

7    Kissimmee.

8        Q.  And let me ask this question.  Was that a

9    flight from Naples to Kissimmee?

10       A.  Yeah.  Naples, yeah.

11       Q.  Okay.

12       A.  Picked me up here and took me to Orlando.

13       Q.  Just focusing on going from Pennsylvania to

14   Florida --

15       A.  Oh.  Yeah, I wasn't up very many times this

16   year, so I -- I can't tell you whose plane I was on when

17   I went, but I'd have to look at the dates.  I'd have to

18   look at a calendar.

19       Q.  In 2024 did you travel between Pennsylvania and

20   Florida any way other than your plane?

21       A.  I don't know.  That's what I'm saying.  I'd

22   have to look at a calendar and I don't even know if I'd

23   know that.

24       Q.  Okay.  I'm just -- and just focused on 2024.

25       A.  Right.  I don't know.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    128

1          Q.  Okay.

2          A.  I don't know.

3          Q.  Did you ever drive?

4          A.  I don't know.  I don't want to say that I

5     didn't, because I'm just not sure.  I don't know.

6          Q.  Did you ever fly commercial?

7          A.  I have flown commercial.

8          Q.  In 2024?

9          A.  I don't know.  I don't know.

10         Q.  Okay.  I'm showing you what I've marked as

11    Exhibit 16.

12         A.  Oh, boy.  My eyes can't see that well, I'm

13    sorry.

14         Q.  Unfortunately, this is how it was produced, so

15    we'll all strain our eyes on it.  This is an excerpt of

16    a document that was produced to us in this litigation.

17    Have you -- do you know what this type of document is?

18         A.  No, I've never seen this.

19         Q.  You didn't provide this to your attorneys?

20         A.  No.

21         Q.  Okay.  You don't know what an aviation -- on

22    the left upper left side of the header, it says ATC.  Do

23    you see that?

24         A.  Right.  I don't know what it is.

25         Q.  Aviation -- Aviation Tax Consultants, LLC?

Transcript of Angela Svonavec
Conducted on November 4, 2024                               129

1        A.  I don't know.  I don't deal with them or record

2    any of this data.

3        Q.  Okay.  Well, what this appears to be is

4    tracking your flights using the plane owned by Fearless

5    One, Inc. -- Fearless One, LLC, in 2024.  Okay?  So I

6    want to go through these -- well, let me ask you this.

7    This is how this doc -- these two pages of the document

8    were produced to us with all -- with certain information

9    exposed and a lot redacted.  Do you know why the

10   information that is redacted was redacted?

11       A.  No, I've never seen this report.  And I

12   actually can't even read it.

13       Q.  Well, I'll help you.

14       A.  Okay.

15       Q.  If we look at the first -- the -- the last line

16   of what is exposed on page 1, it lists a date 3-31-2024,

17   Naples, Florida, to Friedens, PA.  Is there a private

18   airport in Friedens?

19       A.  Uh-huh.

20       Q.  Okay.  So you flew from -- on 3-31 from Naples,

21   Florida, to Friedens, PA.  Does that mean -- and the

22   prior listing that we're able to see is from December --

23   excuse me -- February in-Florida flights.  So this is

24   the first flight that we see that takes you to

25   Pennsylvania.  Does this mean that prior to 3-31-2024

Transcript of Angela Svonavec
Conducted on November 4, 2024                    130

1    you were in Florida?

2        A.  Yes, I was in Florida -- we left -- almost

3    all -- every year we leave the 25th of December and then

4    I stay here and everybody else comes back and forth.  So

5    this would be other people coming to me.

6        Q.  Now, this --

7        A.  Or going back --

8        Q.  This is a flight from Naples to Friedens --

9        A.  Yeah.

10       Q.  -- on 3-31.

11       A.  So maybe Jason came and then went back, but how

12   did the plane get here from Friedens?  This --

13       Q.  You didn't come to Pittsburgh from Florida on

14   3-31-2024?

15       A.  No.

16       Q.  No?

17       A.  No.  I -- I don't know how to read this, but I

18   can tell from looking at it that it's not even accurate,

19   because the plane does not -- the plane doesn't stay in

20   Florida.  So it had to come from somewhere to Naples to

21   get whoever was here and took somebody back to Friedens.

22   Likely not me, because -- and if it was, I was there a

23   day or two and straight back, but I didn't leave.  This

24   year I didn't leave until May -- till right at Mother's

25   Day or even maybe right after Mother's Day.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    131

1          Q.   Your testimony is you didn't come to

2     Pennsylvania from Florida until Mother's Day of 2024?

3          A.   Yeah, it was May or June this year, yes.

4          Q.   You were in Florida from January till May or

5     June 2024?

6          A.   From December 25th.  From Christmas Day of 2023

7     solid -- I don't recall going back for anything unless

8     somebody died, I went for a day or two and came back.

9          Q.   Okay.  Well, I can only --

10         A.   But I don't recall it.

11         Q.   I'm only looking at the information that your

12    attorneys provided.  There's a flight on 3-31-2024 from

13    Naples to Friedens.  Your testimony is you weren't on

14    that flight?

15         A.   Not that I'm aware.  I gave my travel log.  I

16    have a travel log.  This isn't it.  I've never seen this

17    ever.  So my travel log was very, very accurate.  And

18    all of my receipts 100% back up my travel log.

19              MR. KRASIK:  I don't know what that means,

20    but obviously we --

21              MR. COLIN:  I don't -- I don't know what

22    that means either.  We'll have to look and -- this is

23    not the travel log?

24              THE WITNESS:  This is not the travel log.

25    I have never seen this in my life.  I don't know what

Transcript of Angela Svonavec
Conducted on November 4, 2024                            132

1    the ATC even means.

2              MR. COLIN:  We'll have to look --

3              MR. KRASIK:  Did you intend that these

4    flights were the flights that Ms. Svonavec took?

5              MR. COLIN:  My understanding of the

6    redactions of this document is that every flight on here

7    that is memorialized that does not bear Angie Svonavec

8    has been redacted.

9              MR. KRASIK:  That's what I would have

10   assumed.

11             MR. COLIN:  That's my understanding.  So

12   she's saying -- obviously right now she's saying that

13   this is not accurate because she does not remember -- I

14   will say, she does not remember taking a flight on her

15   plane on 3-31-24 from Naples to Friedens.

16             MR. KRASIK:  Right.

17             THE WITNESS:  Right.

18             MR. COLIN:  If she doesn't remember that,

19   she doesn't remember that.

20        A.  But here's what I'll say.  From December till

21   when the plane came down in -- to Naples on whatever

22   date that is, it looks like February, then we went up to

23   an auction, so that -- that was one of the auctions I'd

24   have been on my plane, but there were others I went from

25   Naples up to others.  But I've been in Florida the whole

1    time clear through till this summer.

2        Q.  (BY MR. KRASIK)  Okay.

3        A.  And then traveled various other places.  I do

4    have a very thorough log.  I don't know where you got

5    this or what this is -- because this is very -- and then

6    I don't think I was on that flight, but if it was it

7    would be on my actual log and it wouldn't have been for

8    many days.

9        Q.  Okay.  Let me try to help you, Ms. Svonavec.

10       A.  And then it's June.

11       Q.  And if you look over across that line there's a

12   column that says passenger names.

13       A.  Yeah.

14       Q.  So I think what your counsel is saying is that

15   all -- all flights for which you were not the passenger

16   have been redacted, so if there's a flight listed, that

17   means you were the passenger.  And in fact, for the

18   flight on 3-31-2024 it lists a passenger name, Angela

19   Svonavec.  Do you see that?

20       A.  I see that.

21       Q.  Okay.

22       A.  And whether that's correct or not, I can't tell

23   you.  It could be an error.  Likely is an error.

24       Q.  Why is it likely an error?

25       A.  Because I have -- I was in Florida, like I just

Transcript of Angela Svonavec
Conducted on November 4, 2024                    134

1  told you, from Christmas till -- I don't remember going

2  back to PA at all.  And like I say, if I did it was --

3  it was -- like if there's a funeral sometimes I'll go

4  back, but then I'm -- I am right back here.  So it

5  doesn't make sense.

6       Q.  Why doesn't it make sense, Ms. Svonavec?

7       A.  Well, then how did I get back?

8       Q.  Okay.  Well, let's look at the next line.  The

9  next flight that you're on is listed on June 30th, 2024,

10  from Friedens to Naples.

11      A.  Right.  So that's impossible, because it's very

12  well documented on here all those other months.

13      Q.  Why is it well documented?  Where is it well

14  documented?

15      A.  You've seen all of my receipts and all of my

16  appointments and all of my -- there's -- there's so much

17  evidence.  I have -- this is -- this is an error.  This

18  is wrong.

19      Q.  You're saying this document is in error?

20      A.  This -- first of all, I've never seen this

21  document.  I don't know who prepared it.  I don't know

22  where they got the names that are here, because I can

23  tell you my pilots don't take an inventory.  Nobody

24  signs anything when they're on the plane.  And I -- I

25  have never seen it.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    135

1          Q.  Do you know if you have to track your flights

2     for tax purposes?

3          A.  I don't know that.

4          Q.  Since this document is called Aviation Tax

5     Consultants, LLC, I thought this might be used for tax

6     preparation purposes.

7          A.  I don't know.

8          Q.  You don't know?

9          A.  I don't know.

10         Q.  Okay.  So how do you know if this is accurate

11    or not?

12         A.  Because I know where I was.

13         Q.  Well, we can only go by the information that

14    was provided to us.

15         A.  Well, this is one page out of thousands of

16    pages that you were provided.

17         Q.  Okay.  So how -- if your testimony is that

18    you -- do you dispute that you came to Pennsylvania from

19    Florida on 3-31-2024?

20         A.  I have no idea.

21         Q.  Okay.

22         A.  I'm saying that my thousands of pages --

23              MR. COLIN:  That's not what Mr. Krasik is

24    asking you, if I could --

25         A.  I don't know.  I -- I have never seen this --

Transcript of Angela Svonavec
Conducted on November 4, 2024                                          136

1    nobody has ever asked me about this and I have never

2    signed anything when I got on the plane, when I got off

3    the plane.

4         Q.  (BY MR. KRASIK)  Okay.

5         A.  It doesn't look accurate to me because I know

6    my general whereabouts and which months and that's not

7    accurate of a depiction whatsoever.

8         Q.  Okay.  Do you have any basis for saying that?

9         A.  Knowing where I'm at?

10        Q.  No.  Saying that this document is inaccurate.

11        A.  Because it contradicts all of my receipts and

12   my -- all my other details.

13        Q.  Okay.  Well, if we were to assume this document

14   is accurate, which I have to believe it is because it

15   was produced to us by -- in this litigation by your

16   counsel.

17             MR. COLIN:  Well, let's --

18        Q.  (BY MR. KRASIK)  This shows --

19             MR. COLIN:  -- take a step back from that.

20   I mean, we produced what we had.  Okay.  So obviously,

21   you know, I don't control Aviation Tax Consultants and

22   their recordkeeping practices, but this is what we

23   were -- this is what we have vis-a-vis the plane and its

24   occupants.  Now, if Ms. Svonavec is saying that this is

25   incorrect, then I -- this is what it is.  I mean, she's

Transcript of Angela Svonavec
Conducted on November 4, 2024                    137

1    saying that it's not correct.  This is the paperwork

2    that we have.

3              MR. KRASIK:  Okay.

4              MR. COLIN:  I'm not aware of any other

5    paperwork.

6              THE WITNESS:  And 2024 hasn't been

7    completed yet.  Like, maybe it hasn't been updated or

8    maybe it -- it's not a --

9              MR. COLIN:  All right.  There's no question

10   pending for you.  I'm having a -- I'm trying to sort

11   this out with Mr. Krasik.

12             MR. KRASIK:  We intend to rely on this

13   document, so if there's some other evidence that you

14   intend to rely on after we file our opposition to motion

15   to remand relying on this document, we need that

16   produced.

17             MR. COLIN:  Understood.  And -- and that is

18   understood within the context of her oral testimony here

19   today in which she's saying this is not correct.

20             THE WITNESS:  It's not correct.

21             MR. COLIN:  Okay.  Then let me -- let me

22   talk with Mr. Krasik, please.  Okay?  So if there are

23   documents that are discoverable and not privileged that

24   shed additional light on this issue, we'll be happy to

25   produce them.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    138

```
 1                    MR. KRASIK:  Okay.

 2                    MR. COLIN:  If it turns out to be that her

 3    testimony is the evidence of the inaccuracy of this,

 4    then so be it.

 5                    MR. KRASIK:  Okay.

 6        Q.  (BY MR. KRASIK)  And your testimony,

 7    Ms. Svonavec, is that this document that was produced to

 8    us is not accurate?

 9        A.  It's 100% not accurate.

10        Q.  Okay.

11        A.  I was not in Friedens from March till June.

12        Q.  June?  Okay.

13        A.  100% inaccurate.  I was here.

14        Q.  Do you have any basis for saying that?

15        A.  Because I was here.

16        Q.  Do you have any basis for saying that?

17        A.  I have proof that I was here.

18        Q.  Okay.

19                    MR. KRASIK:  We would request whatever

20    proof Mrs. Svonavec is referring to --

21                    THE WITNESS:  So I've produced thousands of

22    pages of --

23                    THE REPORTER:  Hold on.  Y'all are talking

24    over each other.

25                    MR. KRASIK:  We would request whatever
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                              139

1    proof Ms. Svonavec is referring to.

2              MR. COLIN:  Understood.

3      Q.  (BY MR. KRASIK)  Okay.  Ms. Svonavec, just

4    relying on this document that we have, this shows you

5    came to Pennsylvania on 3-31-2024 and returned to

6    Florida on 6-30-2024.  Isn't that right?

7      A.  It's incorrect.

8      Q.  But that's what the document shows?

9              MR. COLIN:  Okay.  I'll --

10             THE WITNESS:  I heavily --

11             MR. COLIN:  Stop, stop, stop, stop, stop.

12   Objection to form because she didn't write this and

13   she's disputed its accuracy.  You may answer.

14             So the question is, does this document,

15   which you didn't write, show that you left Naples and

16   went to Friedens on 3-31-24 and you did not return from

17   Friedens to Naples until 6-30-24.

18     A.  That's what this flight record that somebody

19   prepared somewhere that I've never seen before would

20   show.

21             MR. COLIN:  Okay.  You're saying it's

22   incorrect?

23     A.  On probably a specific aircraft even.  I can't

24   even -- I don't know -- yeah.  I have -- I have no idea

25   how this was prepared or by whom.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    140

1          Q.  (BY MR. KRASIK)  Okay.

2          A.  But it's inaccurate.

3          Q.  You don't know how it was prepared by whom, but

4     you just know it was inaccurate?

5                    MR. COLIN:  Well, I -- objection; form.

6                    MR. KRASIK:  I -- that's a question.

7                    MR. COLIN:  Object to form.

8          A.  100% know it's inaccurate as to my whereabouts.

9          Q.  (BY MR. KRASIK)  Okay.

10         A.  I 100% know my whereabouts in those months.

11         Q.  Okay.  But just relying on this document

12    because that's what we have, it says you were in

13    Pennsylvania between March 31, 2024, and June 30, 2024.

14    Isn't that correct?

15                   MR. COLIN:  Object to form.

16         A.  That's what the inaccurate form says.

17         Q.  (BY MR. KRASIK)  Okay.  And then it says you

18    refer -- you returned to Florida on 6-30-2024 and the

19    next listing is you came back to Pennsylvania on July 4,

20    2024.  Do you see that?

21         A.  I remember that trip.

22         Q.  Okay.  And then the next listing on this

23    document is that you went back to Naples on September 1,

24    2024.  Do you see that?

25         A.  I can't read it.  So I rely on you reading it

Transcript of Angela Svonavec
Conducted on November 4, 2024                    141

1    to me, but I don't see -- because it's teeny.

2         Q.  Okay.  The next flight listed for you is from

3    Pennsylvania to Naples on September 1, 2024.  That would

4    indicate you were in Pennsylvania between July 4th,

5    2024, and September 1, 2024?

6                   MR. COLIN:  Object to form.

7         Q.  (BY MR. KRASIK)  Is that information correct?

8                   MR. COLIN:  Object to form.

9         A.  I was not in Pennsylvania all that time.  They

10   obviously have -- flights I've gone to other places are

11   not on here.

12        Q.  (BY MR. KRASIK)  What other flights?

13        A.  From July until -- well, there were quite a

14   few.  I'd have to pull up my travel log, but I've been

15   various places over the summer.

16        Q.  Where?

17        A.  I have been to Rhode Island.  Is it -- yeah,

18   Newport.  I've been to Jackson Hole.  I've been to --

19   I've been to some tractor pulls.  Can't tell you all the

20   names of those towns, but it's on my travel logs.

21   Probably was at some auctions.

22        Q.  Auctions where?

23        A.  Out of state.  It -- it would all be -- I can't

24   have exact recall on this, but I wasn't all summer in

25   Pennsylvania.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    142

```
 1          Q.  How did you travel to these other places?
 2          A.  Some on this plane.  That's how it's inaccurate
 3    too.  So I'm not -- I'm not sure who does this or how
 4    complete it was, because there's a lot of missing data
 5    from my summer.
 6          Q.  Your testimony is you flew to Rhode Island on
 7    your plane --
 8          A.  Uh-huh.
 9          Q.  -- private plane and you flew to Jackson Hole
10    on your private plane?
11          A.  And -- and auctions and tractor pulls.
12          Q.  And where were those auctions and tractor
13    pulls?
14          A.  Let me think.  You know, it's on my travel
15    logs.  The -- there's so many tractor pulls.  There's
16    one every weekend.  I don't go to them all, so -- and
17    they're -- they're all logged, the ones that I went to.
18          Q.  Where were any of them?
19          A.  Well, they're in Ohio.  They're in Bowling
20    Green, they're in Chapel Hill, Tennessee, they're in --
21    oh, I can't remember all the places.  Tomah, Wisconsin.
22    Is Tomah Wisconsin?  They're all tiny little towns.
23          Q.  And your testimony is you flew there on your
24    private plane also?
25          A.  I flew to some of them.  And they're logged in
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    143

1    my travel logs.

2        Q.  But they're not --

3        A.  If you weren't provided those, then I'm sure we

4    can get them.  I snapped shots of all of them.

5        Q.  Okay.  The last entry on this document, what we

6    were provided is a flight from Naples back to

7    Pennsylvania on September 5th, 2024.  So you flew to --

8    from Pennsylvania to Florida on September 1, 2024, and

9    then back from Florida to Pennsylvania on September 5,

10   2024.  And that's the last entry.  Have you been in

11   Pennsylvania -- well, you're not now.  When did you

12   return to Florida?

13       A.  That's why I'm saying it's inaccurate.  Here I

14   sit.  I didn't levitate here, and I've been here through

15   the last two hurricanes, Helene and Milton.

16       Q.  Okay.  So when did you come back to Florida?

17       A.  I don't know the exact date, but it's on my

18   travel logs.

19            MR. KRASIK:  Well, I'll again reiterate

20   that if there's any evidence to corroborate what

21   Ms. Svonavec's testimony is, we need that.

22            MR. COLIN:  Understood.

23       Q.  (BY MR. KRASIK)  Based on the dates in this

24   document, Ms. Svonavec, if you count them up, you were

25   in Pennsylvania for 150 days prior to September 1.  Is

Transcript of Angela Svonavec
Conducted on November 4, 2024                    144

1    it your testimony that's not accurate?

2         A.  That's not accurate.  100% not accurate.

3         Q.  Okay.  If there's any evidence to corroborate

4    that, we expect and need its production.

5                   (Deposition Exhibit No. 17 marked)

6         Q.  (BY MR. KRASIK)  Showing you what I've marked

7    Exhibit 17.  Ms. Svonavec, I'm showing you a document

8    that was filed with the Commonwealth of Pennsylvania

9    Department of State changing the name of Heritage House

10   Coal, LLC, to Banshee Industries, LLC.

11        A.  Okay.

12        Q.  Do you see that?

13        A.  Yes.

14        Q.  Okay.  And this was filed on -- see, August --

15   where is that date?  Oh.  If you look at the bottom,

16   Jason Svonavec, who's listed as the member, files this

17   on August 14th, 2023.  Do you see that?

18        A.  Yes.

19        Q.  Okay.  Do you know why the name of -- was

20   changed from Heritage House Coal, LLC, to Banshee

21   Industries, LLC?

22        A.  Yes.

23             MR. COLIN:  Object to form.  Go ahead.

24        A.  Yes.  That was part of the agreement with KTRV.

25   When they bought Heritage Coal and Natural Resources

Transcript of Angela Svonavec
Conducted on November 4, 2024                    145

1    they wanted the name of this company changed to prevent

2    confusion.

3        Q.  (BY MR. KRASIK)  And that -- so that -- that --

4    the transaction was discussed in August of 2023?

5        A.  I don't know when it was discussed.  But

6    they -- the Heritage -- both of them are -- have offices

7    in Meyersdale and so the Heritage House Coal name we

8    took off to not confuse it with the ownership of the

9    newly acquired KTRV entity.  So that was why it was

10   changed.  When it was changed, I have no idea.

11       Q.  Okay.  This document lists the address of

12   Banshee Industries, LLC, as 550 Beagle Road.  Do you see

13   that in Rockwood?

14       A.  Uh-huh.

15       Q.  Is that still the address of Banshee

16   Industries, LLC?

17       A.  It's the mailing address for the same reason as

18   all the others.  Everything is mailed to the same box.

19       Q.  Okay.  Are you aware of any filing with the

20   Commonwealth of Pennsylvania Department of State on

21   behalf of Banshee Industries after this date?

22       A.  It was transferred to me at some point.

23       Q.  I understand that, but are you aware of any

24   filing with the State after this date?

25       A.  Wouldn't you have to file with the State to

Transcript of Angela Svonavec
Conducted on November 4, 2024                    146

1    transfer it to me?

2        Q.  No.  That's the question I'm asking you.  We're

3    not aware of anything filed with the State after this

4    date on behalf of Banshee Industries, and I'm asking if

5    you were aware of anything.

6        A.  I definitely signed things, so I know my

7    attorney handled it.

8              MR. COLIN:  Mr. Krasik is -- Mr. Krasik, is

9    it?  Krasik?

10             MR. KRASIK:  It's Krasik.  It's fine.

11             MR. COLIN:  Krasik.  Mr. Krasik is asking

12   you a specific question.  Are you aware of any other

13   papers that were filed -- filed with the Pennsylvania

14   Secretary of State after 8-14-23?

15       A.  I don't know.

16       Q.  (BY MR. KRASIK)  Okay.  Okay.

17             (Deposition Exhibit No. 18 marked)

18       Q.  (BY MR. KRASIK)  I'm going to show you two

19   documents together, Ms. Svonavec.  This is 18.

20             MR. KRASIK:  This is hers.  This is yours.

21             MR. COLIN:  Thank you.

22             MR. KRASIK:  And I'll give you 19.  This

23   will be 19.

24             (Deposition Exhibit No. 19 marked)

25             MR. KRASIK:  This is hers and this is

Transcript of Angela Svonavec
Conducted on November 4, 2024                    147

1   yours.

2            MR. COLIN:  Thank you.

3       Q.  (BY MR. KRASIK)  So I'm showing you together

4   the operating agreements for Angela's Interest, LLC,

5   which is 18, and Jason's Interest, LLC, which is 19.  Do

6   you see that?

7       A.  Yes.

8       Q.  All right.  And when were these corporations

9   formed?

10      A.  I don't know.

11      Q.  Well, it says on the -- at the first paragraph

12  that the operating -- it says for each.  This operating

13  agreement has been adopted as of this 7th day of

14  August 2023.  Do you see that?

15      A.  Yes.

16      Q.  Okay.  So I understood from this they were

17  formed on August 7th, 2023.  Do you have any other

18  understanding?

19            MR. COLIN:  Object to form.  Just because

20  an operating agreement is adopted, doesn't necessarily

21  mean it wasn't form -- it was formed on the same day.  I

22  mean --

23            MR. KRASIK:  Okay.

24            MR. COLIN:  But if she knows then -- you

25  answer if you -- if you know when these entities were

Transcript of Angela Svonavec
Conducted on November 4, 2024                      148

1    formed, you may answer.

2         A.  I'm trying to remember.  I thought they were

3    formed back in the beginning of the year, but I don't

4    know for sure.

5         Q.  (BY MR. KRASIK)  Okay.  Does Angela's Interest,

6    LLC, maintain corporate books and records?

7         A.  I don't know.  My accountant and lawyer -- my

8    accountant and attorneys handle it all.

9         Q.  You are the 100% owner of Angela's Interest,

10   LLC.  Is that correct?

11        A.  That's my understanding.  Yes.

12        Q.  So again, question, does Angela's Interest --

13   as the owner of Angela's Interest, LLC, does Angela's

14   Interest, LLC, maintain corporate books and records?

15                  MR. COLIN:  Form objection.

16        A.  I don't know.

17        Q.  (BY MR. KRASIK)  Okay.  Do you know if Jason's

18   Interest, LLC, maintains corporate books and records?

19        A.  I do not.

20        Q.  Does Angela's Interest, LLC, hold annual

21   meetings?

22        A.  I don't know.

23        Q.  As the owner of Angela's Interest, LLC, have

24   you ever attended an annual meeting?

25        A.  I attend meetings with my attorney and

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    149

1    accountant all the time.

2        Q.  Was it for the purpose of an annual meeting of

3    Angela's Interest, LLC,?

4        A.  I don't recall.

5        Q.  Do you not recall or you don't know?

6        A.  I don't recall.

7        Q.  Because they mean two different things.  Right?

8        A.  Right.  I don't recall what was discussed in

9    all those meetings.

10       Q.  Okay.  So it might not have been an annual

11   meeting of Angela's Interest, LLC?

12       A.  I don't know.

13       Q.  Right.  I think that's the real answer is you

14   don't know, not that you don't recall.  You just don't

15   know?

16       A.  I don't recall what was discussed, yes.

17       Q.  Well, you don't know if it ever happened, do

18   you?

19       A.  I -- I don't have a recollection of it.

20       Q.  Okay.  Do you know if an annual meeting was

21   ever held for Jason's Interest, LLC?

22       A.  No.

23       Q.  Do you know if there are minutes of any

24   meetings of Angela's Interest, LLC?

25       A.  I don't know.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    150

1        Q.  As the -- as the owner of Angela's Interest,
2   LLC, have you ever seen any minutes of any meetings of
3   Angela's Interest, LLC?
4        A.  I've seen lots of minute books and I don't
5   remember for which company each of them are.  So, no.
6        Q.  My question is specific to Angela's Interest,
7   LLC.
8        A.  I don't specifically recall.
9        Q.  Do you know if there are any?
10       A.  Don't specifically recall.
11       Q.  My question was different.  Do you know if
12  there are any?  Do you know if there are minutes for any
13  single meeting of Angela's Interest, LLC?
14       A.  I don't recall.
15       Q.  Do you know?
16            MR. COLIN:  Mr. Krasik is asking you not as
17  if you remember attending one.  Mr. Krasik is asking you
18  if you know whether or not any meetings were held or any
19  minutes kept.  Do you know that?  If you don't know,
20  then you don't know.
21       A.  Yeah, I don't know for which businesses.
22            MR. COLIN:  He's asking you specific to --
23  to Angela's Interest.
24       A.  I don't know.  I don't know specifically.
25            MR. COLIN:  Okay.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    151

```
1          Q.  (BY MR. KRASIK)  Same question for Jason's
2     Interest, LLC.  Do you know if --
3          A.  I have no idea.
4          Q.  -- there were minutes or meetings?
5          A.  No idea.
6          Q.  Do you know why both the operating agreements
7     of Angela's Interest, LLC, and Jason's Interest, LLC,
8     were adopted on the same day, August 7th, 2023?
9          A.  I don't know.
10         Q.  Okay.  Looking at Angela's Interest, the
11    operating agreement for Angela's Interest, LLC,
12    Exhibit 18, you executed that agreement as the member,
13    didn't you?
14         A.  Yes.
15         Q.  Okay.  And that's your signature on page 5?
16         A.  Yes.
17         Q.  Okay.  Who signed the operating agreement of
18    Jason's Interest, LLC?
19              MR. COLIN:  Object to form.
20         A.  I don't see it.
21              MR. KRASIK:  What's the form objection to
22    who signed the operating agreement?
23              MR. COLIN:  Well, if she didn't, then --
24              MR. KRASIK:  Well, we don't know that yet.
25              THE WITNESS:  Yeah.
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    152

1          MR. KRASIK:  She can answer.

2          THE WITNESS:  Not me.  It's not me.

3          MR. COLIN:  I didn't say she couldn't

4    answer.  I just said -- okay.  Maybe I was getting ahead

5    of myself, but it seems as though that's calling for

6    speculation, but I'll -- I'll withdraw my form

7    objection.  Go ahead.

8          Q.  (BY MR. KRASIK)  Who signed the operating

9    agreement for Jason's Interest, LLC?

10         A.  Well, I assume it was Jason, but I don't know

11   for 100%.  I didn't witness him.

12         Q.  Okay.  For -- if you could, can you turn to the

13   last page of the document of Exhibit 19?

14         A.  19?

15         Q.  Uh-huh.  And if you would look at the second

16   entry from the bottom, do you know why it says that it

17   was signed by Angela Svonavec?

18         A.  Oh, because he can't open it in his phone.

19         Q.  Did you sign the operating agreement for

20   Jason's -- excuse me.  Let me finish my question.  Did

21   you sign the operating agreement of Jason's Interest,

22   LLC, for Jason Svonavec?

23         A.  Not that I recall, but many times I've pulled

24   it up for him on my phone because he doesn't know how to

25   pull it up.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    153

```
1        Q.  Okay.  If you look -- turn back to page 5 of

2   this document, not the last page, the page before that,

3   isn't this your handwritten signature for Jason's

4   Svonavec?

5              MR. COLIN:  Object to form.

6        A.  No, I -- I don't really recognize that.  That's

7   why I wasn't sure it was Jason's, but it's not my

8   signature either.

9        Q.  (BY MR. KRASIK)  Your testimony under oath is

10  that you did not sign this document on behalf of Jason

11  Svonavec?

12       A.  No, my testimony is I do not recall that at

13  all.  Yeah, I do not --

14       Q.  And even though the Docusign says that Jason --

15  the operating agreement for Jason's Interest, LLC, was

16  signed for Angela Svonavec, you dispute that?

17              MR. COLIN:  Object to form.

18       A.  I don't know.  I don't recall it.

19       Q.  (BY MR. KRASIK)  So it's possible you did?

20              MR. COLIN:  Object to form.

21       A.  It would be highly unusual.  I can't think of a

22  reason, other than helping him pull up his documents.

23       Q.  (BY MR. KRASIK)  Is it possible that you signed

24  this operating agreement for Jason Svonavec?

25              MR. COLIN:  Object to form.
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                          154

```
1        A.  Can -- can we talk about how it was signed?
2    You're saying it was electronically signed.  Correct?
3        Q.  (BY MR. KRASIK)  I'm not saying anything other
4    than what the Dropbox --
5        A.  Dropbox.
6        Q.  -- record says.
7        A.  I don't recall anything about it.
8        Q.  But do you see where it says signed by Angela
9    Svonavec?
10       A.  I do see that.
11       Q.  Okay.  Does that mean that you signed this
12   document on behalf of Jason Svonavec?
13       A.  I don't think that's what it means.  I don't
14   think it's conclusive of that.
15       Q.  And your testimony under -- whether it's
16   conclusive or not I'm asking your testimony about it.
17       A.  Because I don't understand enough about
18   electronics.  Does it mean it was opened on my computer
19   and signed?  I don't know.  I don't know what that
20   means.  I don't recall anything about that.
21       Q.  Okay.  And looking back at page 5, it's your
22   testimony that that's not your signature on page 5?
23       A.  No.  No, my signature looks like this, on page
24   5 of mine.
25       Q.  Have you signed documents --
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                          155

1        A.  They're not even remotely close.

2        Q.  Have you signed documents for Jason Svonavec?

3        A.  I have, yes.

4        Q.  What documents are you thinking of that you've

5   signed for Jason Svonavec?

6        A.  I have signed, like, checks.  Actually there's

7   a stamp, but they have my stamp at the office as well.

8        Q.  Anything else?

9        A.  I can't recall anything specific.

10       Q.  Do you recall that there were other instances?

11       A.  I recall there were times I needed the stamp.

12       Q.  Do you recall signing your signature --

13            MR. COLIN:  I'll object to the form.  Does

14   that -- is using the stamp signing in context of your

15   question?  Let him clarify.

16            MR. KRASIK:  Right.

17       Q.  (BY MR. KRASIK)  So your testimony is you used

18   a stamp of Jason Svonavec's signature?

19       A.  Yes, I have.

20       Q.  Okay.  Other than that, have you given any wet

21   signature, it's sometimes called, on behalf of Jason

22   Svonavec?

23       A.  Not anything specific I can recall.

24       Q.  Okay.  Looking back at Jason's Interest, LLC,

25   page 5, the signature we were looking at, is that

Transcript of Angela Svonavec
Conducted on November 4, 2024                    156

1   Jason's signature?  No, look at yours.  You have it.

2        A.  Yeah.  19?

3        Q.  Exhibit 19, page 5.  Is that Jason Svonavec's

4   signature?

5        A.  I'm not sure.

6        Q.  You've been married to him for 24 years.  You

7   don't know his signature?

8        A.  It -- it's similar to -- I mean, he's a

9   scribbler, so it could be and it's very small and I

10  can't see well right now.  Like I told you, it's

11  minuscule on here.  So it would be something to ask him,

12  I think.  I don't know.

13       Q.  Well, I'm asking you first.  Is this Jason

14  Svonavec's signature?

15            MR. COLIN:  All right.

16       A.  I don't know.

17            MR. COLIN:  Objection; asked and answered.

18  I mean, she said -- she said she doesn't know.

19       Q.  (BY MR. KRASIK)  So the answer is I don't know?

20       A.  I truly don't know.

21       Q.  Okay.

22       A.  I've said it like ten times.

23            MR. COLIN:  All right.  Okay.  Okay.

24       Q.  (BY MR. KRASIK)  I'm showing you what I've

25  marked Exhibit 20.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    157

```
 1              (Deposition Exhibit No. 20 marked)
 2         Q.   (BY MR. KRASIK)   I'm showing you what is a
 3    membership interest assignment agreement assigning the
 4    interest of Banshee Industries from Jason Svonavec
 5    personally to Jason's Interest, LLC.  Do you see that in
 6    the first paragraph?
 7         A.   Membership -- Jason Svonavec and Jason -- yes.
 8         Q.   Okay.  And this membership interest assignment
 9    agreement is effective as of August 31, 2023.  Do you
10    see that?
11         A.   Yes.
12         Q.   Okay.  Do you know why the membership interest
13    in Banshee Industries, LLC, was assigned from Jason
14    Svonavec to Jason's Interest, LLC?
15         A.   I do not.
16         Q.   You weren't part of that decision?
17         A.   No.  No.  I mean, my attorney has been
18    reorganizing our companies.
19         Q.   Okay.  So you don't know why it was assigned
20    and you weren't part of the decision to assign it from
21    Jason's Svonavec personally to Jason's Interest, LLC?
22         A.   I don't know why.  I was probably in the
23    discussions when Gabby was making recommendations, but I
24    don't know why.
25         Q.   Okay.  Do you know if anything was filed with
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    158

1    the State of Pennsylvania about this assignment?

2        A.  I don't know.

3        Q.  Okay.  Would you turn to the second page.  Is

4    that your signature on behalf of Jason Svonavec as the

5    assignor and assignee?

6        A.  You're asking if it's my signature --

7        Q.  Uh-huh.

8        A.  No, it's not my signature.

9        Q.  You deny that?

10       A.  It's -- it's definitely not my signature.

11       Q.  Okay.

12              MR. COLIN:  Are --

13       A.  I have a big loopy A.

14              MR. COLIN:  Stop, stop, stop, stop, stop,

15    stop, stop, stop.  Let me ask Mr. Krasik a clarifying

16    question.  Are you asking her if she wrote this

17    signature --

18              MR. KRASIK:  Yes.

19              MR. COLIN:  -- on this paper?

20              MR. KRASIK:  Yes.

21              MR. COLIN:  Answer that question.  Did you

22    write this signature on this paper?

23       A.  Oh, I have no idea.  I thought you were asking

24    me, is it my signature.

25       Q.  (BY MR. KRASIK)  I apologize.  Thank you for

Transcript of Angela Svonavec
Conducted on November 4, 2024                    159

1    helping to clarify that.

2         A.  Yeah.

3         Q.  You don't know if you physically signed for

4    Jason Svonavec on this document?

5                MR. COLIN:  No, that's not -- that's not

6    what she said.  Or is it?

7         Q.  (BY MR. KRASIK)  No, I think she's saying it's

8    not hers -- it's not Angela Svonavec's signature.

9    Correct?

10        A.  Yeah, that's what I'm saying.

11        Q.  I'm asking if you physically signed for Jason

12   Svonavec as assignor or assignee on this document.

13        A.  It could be a stamp, but I don't know.  I don't

14   recall.

15        Q.  Okay.  Is it possible it's also your

16   handwritten signature for him?

17        A.  It's not impossible, but I don't know.

18        Q.  When you say it's not impossible, why do you

19   say that?

20        A.  Because I don't know.

21               MR. COLIN:  Was that 20?

22               MR. KRASIK:  That was 20.  Yeah.

23               (Deposition Exhibit No. 21 marked)

24        Q.  (BY MR. KRASIK)  There's 21.  Showing you what

25   I've marked as Exhibit 21, Ms. Svonavec.  This is a

Transcript of Angela Svonavec
Conducted on November 4, 2024                              160

1    filing that you, through your attorneys, made in this

2    case.

3              MR. COLIN:  Can we say Banshee Industries,

4    LLC, made this filing?

5              MR. KRASIK:  I apologize.

6              MR. COLIN:  That's why I asked.

7         Q.  (BY MR. KRASIK)  That Banshee Industries, LLC,

8    made through its attorneys in this case.  And I'd like

9    to specifically direct your attention to what's

10   attached.  Exhibit 1 is an affidavit in support of

11   motion to remand by you and Exhibit 2 is an affidavit in

12   support of motion for remand by Jason Svonavec.  Do you

13   see that?

14        A.  Yes.

15        Q.  Okay.  And I'd like you to open the signature

16   from the operating agreement of Jason's Interest, LLC,

17   that we were looking to a moment ago, Exhibit 19.

18        A.  19.

19        Q.  Is this the same signature on Exhibit 21 as on

20   Exhibit 19?

21              MR. COLIN:  Object to form.

22        A.  I don't know.  They're all scribbles to me.

23        Q.  (BY MR. KRASIK)  Okay.  Did you sign Exhibit 21

24   on behalf of Jason Svonavec?

25        A.  Before a notary public?  No, I don't even know

Transcript of Angela Svonavec
Conducted on November 4, 2024                          161

```
1    who that is, that notary public.
2        Q.  We'll get there in a minute.  My question is,
3    did you sign Exhibit 21 on behalf of Jason Svonavec?
4        A.  I -- I don't know, but that's not how I sign
5    either.
6        Q.  What --
7        A.  I don't know.  I don't know.
8        Q.  Is it possible that you signed Exhibit 21 on
9    behalf of Jason Svonavec?
10       A.  I don't know.
11       Q.  This is dated October 8th.  This is less than a
12   month ago.  You don't remember?
13       A.  I don't.  You think I'd remember because I'm
14   supposedly in front of this person and I don't.
15       Q.  So this is like three weeks ago now, you don't
16   know if you signed Exhibit 21 on behalf of Jason
17   Svonavec?
18               MR. COLIN:  Okay.  Objection; asked and
19   answered.  She said she don't know.
20       A.  I don't know.
21       Q.  (BY MR. KRASIK)  Okay.  You said you don't know
22   who Laura Williams is.  Is that true you don't know
23   Laura Williams?
24       A.  I need more context, like where is she from,
25   where she works.
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    162

1          Q.  Okay.  I will represent to you she's at the

2     Morella Law Firm.

3          A.  Okay.

4          Q.  Were you at the offices of Morella Law Firm on

5     October 8th?

6          A.  No.

7          Q.  Was Jason?

8          A.  Well, he could have been.

9          Q.  Well, let's turn back to your affidavit in

10    support of the motion for remand.

11         A.  I do remember Fed Ex'ing paperwork.

12         Q.  Okay.  Were you in the offices of the Morella

13    Law Firm on October 8th, 2024?

14         A.  I've never been in the offices.

15         Q.  So when this notary says, sworn to before me

16    this 8th day of October, 2024, by Angela Svonavec, you

17    weren't standing in front of her?

18         A.  Unless she came to me.

19         Q.  Did she come to you?

20         A.  I don't know.

21         Q.  This is three weeks ago.

22         A.  I don't know.  I'm sorry.  I wish I knew, but I

23    don't know.  I cannot remember three days ago.

24         Q.  Okay.  You were not in the offices of the

25    Morella Law Firm on October 8th, 2024?

Transcript of Angela Svonavec
Conducted on November 4, 2024                          163

```
1              MR. COLIN:  Objection; asked an answered.
2         Q.  (BY MR. KRASIK)  Is that your testimony?
3         A.  Correct.
4         Q.  Okay.  You're saying it's possible a notary
5    from the Morella Law Firm came to you on October 8th,
6    2024?
7         A.  That's possible.
8         Q.  Okay.  Where were you on October 8th?
9         A.  I don't know.
10        Q.  Were you in Pennsylvania or were you in
11   Florida?
12        A.  I would have been here.
13        Q.  Okay.  Did somebody from the Morella Law Firm
14   fly down to Florida on October 8th when you signed this?
15        A.  People fly in to see me every week.  I don't
16   have a recall on that.  You'd have to check -- you'd
17   have to ask them.
18        Q.  Do you remember three weeks ago on October 8th
19   did some --
20        A.  I don't remember.
21        Q.  -- notary from Pittsburgh fly down to see you?
22        A.  I don't remember.
23        Q.  That's your testimony under oath?
24        A.  I have --
25             MR. COLIN:  Objection; asked and answered.
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    164

1    Don't answer that.

2                MR. KRASIK:  That's a different -- that's a

3    different question.

4                MR. COLIN:  How is it different?

5                MR. KRASIK:  I'm asking if that's her

6    testimony under oath.

7        A.  Because I don't recall.

8                MR. COLIN:  I just -- in --

9                MR. KRASIK:  Because that's incredulous.

10               MR. COLIN:  There is --

11       A.  It's not incredulous.

12               MR. COLIN:  Stop.

13               THE REPORTER:  Everybody's talking at one

14   time.

15       Q.  (BY MR. KRASIK)  Okay.  Do you have the

16   question?  So we've established you were not at the

17   office of Morella Law Firm October 8th.  That, we know.

18       A.  Correct.  We do know that.

19       Q.  Okay.  All right.  So when Ms. Williams says

20   sworn to and before me this 8th day of October, you were

21   not before her.  Correct?

22               MR. COLIN:  Object to the form.  You may

23   answer.

24       Q.  (BY MR. KRASIK)  Correct.

25       A.  I was not in Pittsburgh.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    165

1       Q.  So you were not in front of Laura Williams,

2   notary public --

3       A.  In Pittsburgh.

4       Q.  -- in Allegheny County?

5       A.  Correct.

6       Q.  Okay.  Do you know if Jason Svonavec was

7   standing in front of Laura Williams on October 8th,

8   2024?

9       A.  I don't know.

10      Q.  You don't know?

11      A.  Huh-uh.

12      Q.  Okay.  And this signature for Jason Svonavec,

13  you don't know if it's your signature for him?

14      A.  I mean, if it is, I'm really good because that

15  really looks like him to me, but --

16              MR. COLIN:  That -- that's not what

17  Mr. Krasik is asking.

18      A.  I don't know.  I don't know.

19              MR. COLIN:  Please let me clarify the

20  question so that we have a clean record.  Did you write

21  this signature on this last page of Exhibit 21 where it

22  says Jason Svonavec?  Did you write this signature?

23              THE WITNESS:  I don't know.

24      Q.  (BY MR. KRASIK)  Okay.

25              MR. COLIN:  That's her answer.

Transcript of Angela Svonavec
Conducted on November 4, 2024                         166

```
 1                (Deposition Exhibit No. 22 marked)

 2        Q.   (BY MR. KRASIK)  I'll show you 22.

 3             MR. COLIN:  Would it be helpful -- I'm

 4   sorry, Mr. Krasik.  Would it be helpful going forward

 5   when you're talking about signatures to frame the

 6   question the way I framed it, which is to say, did you

 7   write this signature?  Because I think we're getting a

 8   lot of confusion on the issue of that -- that wording.

 9             MR. KRASIK:  I don't think so, but I will

10   try to make it as clear as possible.

11             MR. COLIN:  Fair enough.  Thank you.

12        Q.   (BY MR. KRASIK)  Ms. Svonavec, what I've shown

13   you is Exhibit 22, which is the membership interest

14   assignment agreement of Banshee Industries, LLC, from

15   Jason's Interest, LLC, to you personally.  Do you see

16   that?

17        A.   Yes.

18        Q.   Okay.  Why was the ownership of Banshee

19   Industries, LLC, assigned from Jason's Interest, LLC, to

20   you personally?

21        A.   At the direction of our attorney.

22        Q.   And who was that attorney?

23        A.   Gabby.

24        Q.   Okay.  Without disclosing to me the substance

25   of any communications with your attorney, were you part
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    167

1    of communications about this decision?

2        A.  Yes.

3        Q.  Okay.  And those were all with -- with your

4    attorney?

5        A.  Yes.

6        Q.  Okay.  Do you know if anything was filed with

7    the Commonwealth of Pennsylvania regarding this

8    assignment?

9        A.  Is that what this is?

10       Q.  No.

11       A.  Then I don't know.

12       Q.  Okay.  If you look on page 1 to one, two,

13   three, four paragraphs down, it says, now, therefore,

14   for good and valuable consideration, the receipt and

15   sufficiency of which is hereby acknowledged, and

16   intending to be legally bound, the parties hereby agree

17   as follows and then it goes on.  When I first read for

18   good and valuable consideration -- what consideration

19   did you give in exchange for this agreement?

20       A.  I don't know.

21           MR. COLIN:  Object to form.

22       Q.  (BY MR. KRASIK)  You don't know?

23       A.  Huh-uh.

24       Q.  Did you give any consideration?

25       A.  I don't know.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    168

1      Q.  Do you know what consideration means?

2      A.  Huh-uh.

3      Q.  Did you give anything in exchange for the

4  rights that were granted to you under this agreement?

5      A.  I don't know because the lawyers and the

6  accountants handle it all.

7      Q.  Okay.  Do you know if you received --

8      A.  I don't know.

9      Q.  -- anything of value --

10     A.  I don't know.

11     Q.  -- in exchange for this agreement?

12     A.  I don't know.

13     Q.  As you sit here today can you identify anything

14  of value that you received or you gave, excuse me, in

15  consideration for the rights granted to you under this

16  agreement?

17              MR. COLIN:  Objection; asked and answered.

18              MR. KRASIK:  Would you like the question

19  read back?

20              MR. COLIN:  No.

21              MR. KRASIK:  I'm going to need an answer to

22  that question.

23              MR. COLIN:  Why is that -- how is that any

24  different from the three preceding questions that you

25  just asked her?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    169

1        A.  I don't know.

2        Q.  (BY MR. KRASIK)   Okay.

3        A.  I don't handle it.  People handle this all for

4    me.

5        Q.  Okay.  Do you know if there was anything of

6    value that you gave in exchange for the rights

7    granted --

8        A.  I don't know.

9        Q.  -- under this agreement?

10       A.  I don't know.

11       Q.  Okay.  Who else might know that answer if there

12   was --

13       A.  My attorney.

14       Q.  Okay.  From your perspective was this like a

15   gift to you?

16       A.  I didn't have a perspective on it.  I don't

17   know.

18       Q.  You don't know if you gave anything of

19   consideration -- anything of value and you don't know if

20   it was a gift to you?

21       A.  Correct.  The attorneys and accountants handle

22   that.

23       Q.  Okay.

24       A.  That's a designation they would know.

25       Q.  Okay.  Looking at the date of the agreement it

Transcript of Angela Svonavec
Conducted on November 4, 2024                          170

1    says it's effective 1st day of June 2024.  Was there a

2    reason that you wanted this to be effective June 1,

3    2024?

4        A.  My attorney made that decision.  I have no

5    idea.

6        Q.  Okay.  You don't know of a reason why?

7        A.  I don't.

8        Q.  Okay.  But the agreement wasn't executed on

9    June 1, 2024, was it?

10       A.  I don't know when it was executed.

11       Q.  Okay.  Well, if you look at the Docusign

12   receipt at the end for both you and Jason, it says

13   viewed and signed on August 2nd, 2024.  Do you see that?

14       A.  Yes.

15       Q.  Okay.  So if it -- if the Docusign receipt says

16   it was signed on August 2nd, '24, do you know why this

17   agreement is effective as of June 1, 2024?

18       A.  I do not know.

19       Q.  Do you know why the membership interest in

20   Banshee Industries, LLC, was assigned to you personally?

21       A.  My attorney suggested that.

22            MR. KRASIK:  We'll mark this at the same

23   time and talk about them together.

24            (Deposition Exhibit No. 23 marked)

25       Q.  (BY MR. KRASIK)  Let me show you what I've

Transcript of Angela Svonavec
Conducted on November 4, 2024                    171

1   marked as Exhibit 23.  Ms. Svonavec, this is a

2   contribution agreement also effective as of June 1,

3   2024, between you and Angela's Interest, LLC, with

4   respect to the membership interest of Banshee

5   Industries, LLC.  Do you see that?

6        A.  Yes.

7        Q.  Okay.  We don't have a Docusign receipt for

8   this agreement to know when it was actually executed,

9   but it's made effective June 1, 2024, just like the

10  membership interest assignment agreement from Jason's

11  Interest, LLC, to you personally.  Do you see that?

12       A.  June 1st, yes.

13       Q.  Okay.  So my question is, if you turned around

14  the same day and assigned the interest of Banshee

15  Industries, LLC, to Angela's Interest, LLC, why was the

16  membership interest assignment agreement from Jason's

17  Interest, LLC, to you personally instead of being

18  between Jason's Interest, LLC, and Angela's Interest,

19  LLC, which is how it ended up later that same day?

20            MR. COLIN:  Object to form.

21       A.  That's how the attorney instructed it be done.

22       Q.  (BY MR. KRASIK)  Okay.  Do you have an

23  understanding why it was done that way?

24       A.  No.

25       Q.  And so you said that's the attorney -- I'm

Transcript of Angela Svonavec
Conducted on November 4, 2024                    172

1   sorry.

2              MR. KRASIK:  Read back the answer.  I don't

3   want to get it wrong.

4              THE REPORTER:  The answer?

5              MR. KRASIK:  Yeah.  That's the way the

6   attorney --

7              THE REPORTER:  Your question was, do you

8   have an understanding of why it was done that way?  She

9   said, no.

10             MR. KRASIK:  I thought --

11       Q.  (BY MR. KRASIK)  Okay.  If I heard you right a

12  moment ago you said that the attorneys had -- had

13  instructed it be done that way?

14       A.  (Moving head up and down).

15       Q.  Is that right?

16       A.  Yeah, Gabby handled all of this.  She did all

17  the paperwork --

18       Q.  Okay.

19       A.  -- and sent --

20       Q.  Okay.  So Gabby, and that's Morella, made that

21  decision?

22       A.  Uh-huh.  Yes.

23       Q.  Okay.  And do you know if anything was filed

24  with the Commonwealth of Pennsylvania either about the

25  assignment from Jason's Interest, LLC, to you personally

Transcript of Angela Svonavec
Conducted on November 4, 2024                    173

1    or the contribution from you personally to Angela's

2    Interest, LLC?  Do you know if something was filed with

3    the State of Pennsylvania?

4        A.  I don't know.

5        Q.  Okay.  If you would look at Exhibit 22, the

6    membership interest assignment agreement.  And I'll ask

7    you to pull out Exhibit 20, the membership interest

8    assignment agreement between Jason Svonavec and Jason's

9    Interest, LLC.  I'd like you to compare the signatures

10   for those two documents.

11       A.  I have three documents.

12       Q.  (BY MR. KRASIK)  For Exhibit 22, Jason

13   Svonavec's signature is very different, isn't it?

14       A.  Which number?

15       Q.  22.

16       A.  22.  That's one of those stamps on Docusign.

17       Q.  Right.  It's a --

18       A.  Yeah.

19       Q.  It's a -- it's a -- what do they call it?

20       A.  I know --

21       Q.  Preselected style?

22       A.  Uh-huh.

23       Q.  Yes.

24       A.  Yeah.

25       Q.  So -- so the signature for Jason is a

Transcript of Angela Svonavec
Conducted on November 4, 2024                    174

1    preselected style on Exhibit 22.  Correct?

2         A.  Yes.

3         Q.  Okay.  But it's very different on Exhibit 20?

4         A.  Yes.

5         Q.  Does this help to refresh your recollection

6    that you wrote Jason's signature on Exhibit 20?

7         A.  No.  It doesn't.

8         Q.  Do you know why Jason picked a preselected

9    style to execute the membership interest assignment

10   agreement, but didn't do that on either the -- the

11   agreement between Jason Svonavec and Jason's Interest,

12   LLC, for the operating agreement of Jason's Interest,

13   LLC, or the affidavit that we looked at?

14        A.  I don't know.

15        Q.  You don't know?

16        A.  I don't know.

17             (Deposition Exhibit No. 24 marked)

18        Q.  (BY MR. KRASIK)  I'm showing you what I've

19   marked as Exhibit 24.

20             THE WITNESS:  Will we be able to take a

21   bathroom break again soon?

22             MR. KRASIK:  Whenever you'd like.  Would

23   you like now?

24             THE WITNESS:  Yeah.  And I don't know if

25   there's any snacks out there, but my blood sugar is

Transcript of Angela Svonavec
Conducted on November 4, 2024                                                   175

1    getting super low.

2                    THE VIDEOGRAPHER:  We're going off the

3    record.  The time is 1:32 p.m.

4                    (Recess from 1:32 p.m. to 1:45 p.m.)

5                    THE VIDEOGRAPHER:  We are back on the

6    record.  The time is 1:45 p.m.

7        Q.  (BY MR. KRASIK)  Ms. Svonavec, if I could

8    direct your attention back to Exhibit 22 for a final

9    question?

10       A.  Uh-huh.

11       Q.  Earlier I believe you said that you weren't

12   aware of any reason why the -- or any -- any need to

13   have the agreement effective June 1, 2024.  Is that

14   right?

15       A.  I'm -- I don't know specifically.  I can't

16   recall what the meaning -- or the reason was.

17       Q.  Okay.  And do you recall if there was a reason?

18       A.  Oh, I'm sure there's a reason.

19       Q.  Okay.  As we looked at on the Docusign, the --

20   this agreement was actually signed -- executed on

21   August 2nd, 2024.  If you turn to the last page it shows

22   that.

23       A.  Uh-huh.  Yes.

24       Q.  Okay.  Do you know why that first paragraph of

25   the agreement wasn't updated to say effective August 2,

Transcript of Angela Svonavec
Conducted on November 4, 2024

1    2024, instead of leaving 1st day of June 2024?

2        A.  I don't know why.

3        Q.  Okay.  You can put aside -- well, one more

4    question.  I mean, is it -- is it accurate in your --

5    from your perspective that -- to say that this

6    membership interest assignment agreement was effective

7    June 1, 2024, if it wasn't executed until August 2nd,

8    2024?

9        A.  Yes, I believe it was effective.

10       Q.  It was basically being back dated?

11       A.  I don't know.  My attorney told me it was

12   effective for the date on here.

13       Q.  Okay.  Even though it wasn't signed for two

14   months later?

15       A.  That was my understanding.

16       Q.  Okay.  All right.  Let's look at Exhibit 24,

17   which is also before you.  This is the amended and

18   restated operating agreement of Banshee Industries, LLC,

19   also adopted as of this June 1, 2024.  Do you see that?

20       A.  Sorry.  Yes.

21       Q.  Okay.  We don't have a -- a Docusign receipt

22   for this document.  Do you recall when you actually

23   signed this amended and restated operating agreement

24   with Banshee Industries, LLC?

25       A.  I don't know.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    177

1        Q.  Don't know.  Do you recall if it was on June 1,

2   2024?

3        A.  I don't know.

4        Q.  If -- well, I think we can agree it would have

5   had to have been August 2nd, 2024, or later.  Right?

6   Because if the membership interest of Banshee wasn't

7   assigned to you personally until August 2nd, 2024, you

8   couldn't have signed an amended restated operating

9   agreement of Banshee Industries, LLC, by Angela's

10  Interest, LLC, before you were assigned the interest.

11  Right?

12       A.  Yeah, I have no idea the order they came

13  through for signature in.

14       Q.  Okay.

15       A.  None.

16       Q.  Okay.  All right.  If you look at paragraph 3

17  of Exhibit 24, paragraph 3A specifically.

18       A.  Wait, I'm not --

19       Q.  Oh, I'm sorry.  Take your time.

20       A.  So does that mean management?

21       Q.  Under management.  Yes.

22       A.  Okay.

23       Q.  3A it says, member hereby appoints Angela

24  Svonavec to serve as the initial manager of the company?

25       A.  Yes.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    178

1      Q.  Okay.  So you -- you are the manager of Banshee
2   Industries, LLC?
3      A.  Correct.
4      Q.  Okay.  And please turn to paragraph 5 of this
5   document.  It says under the heading, Compensation of
6   Manager, the manager shall be reimbursed for all
7   expenses incurred in managing the company.  Let's stop
8   there.
9      A.  I don't see that on page 5.
10     Q.  No, I'm sorry.  Paragraph 5.
11            MR. COLIN:  Paragraph 5.  Page 3.
12     Q.  (BY MR. KRASIK)  Apologies if I wasn't clear.
13     A.  Okay.  Page 3, paragraph 5.  Okay.
14     Q.  Under the heading, Compensation of Manager, the
15  manager shall be reimbursed for all expenses incurred in
16  managing the company.  I'll stop there.  Have you been
17  reimbursed for expenses by Banshee?
18     A.  Not that I'm aware, but I don't track any of
19  the expenses or do the accounting.
20     Q.  Well, you'd have to track the expenses.  Right?
21  I mean, you -- how does your accountant know what
22  expenses to take?
23     A.  I mail all the receipts and they organize
24  everything.
25     Q.  Okay.  So you keep track of the receipts and

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    179

1    then you give those to your accountant.  Right?

2        A.  Well, if keeps track means throw them in a bag

3    and mail them up, that's what I do.

4        Q.  Okay.  Have you sought reimbursement for

5    expenses incurred in managing Banshee?

6        A.  Not that I'm aware.

7        Q.  Okay.  If you look further in paragraph 5 under

8    Compensation of Manager it says, the manager -- it says,

9    reading further in the paragraph, the manager may at the

10   election of the member, be entitled to compensation for

11   management services rendered in an amount to be

12   determined from time to time by the member.

13              Have you been paid a management services

14   fee by Banshee?

15       A.  I -- I think I have, but I -- I believe so, but

16   that's an accounting question.  I receive -- I believe

17   so.

18       Q.  Okay.  I'm first asking, have you been paid.

19   And the answer is yes?

20       A.  I've been paid by Banshee Industries.

21       Q.  Okay.  Do you know how much?

22       A.  I don't.

23       Q.  Okay.  Do you know to what state or states that

24   compensation has been allocated?

25       A.  I don't.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    180

1        Q.  Would it be fair to say you've not paid state

2    taxes on it because Florida has no state tax?

3        A.  I don't know.

4        Q.  Well, you haven't paid Florida income tax.

5    Right?

6        A.  I haven't handled any of it.

7        Q.  Okay.  Do you know if your management service

8    fee from Banshee has been allocated to Florida or

9    Pennsylvania?

10       A.  I don't know.

11       Q.  You'd agree with me Banshee doesn't operate in

12   Florida?

13       A.  I don't know.

14       Q.  Well, sure you do.  Does -- does Banshee

15   Industries operate in Florida?  Does it have business in

16   Florida?

17       A.  I don't know.

18       Q.  You're the owner of the company and you don't

19   know?

20       A.  I don't know.  I send everything back and the

21   accountants and attorneys make the decisions.

22       Q.  Well, I'm talking about the operations of

23   Banshee.  We -- earlier we talked about Banshee sells

24   coal, sells other forms of heating products?

25            MR. COLIN:  Let me -- let me -- let me

Transcript of Angela Svonavec
Conducted on November 4, 2024                    181

1    object to the form, because I think she said that she

2    has an office down here, so are you characterizing

3    office as part of operations?

4                 MR. KRASIK:  Well, it's coaching the

5    witness, by the way, but, no, I'm not.  I don't think

6    those are operations.  If she wants to say I have an

7    office, that's fine.

8        A.  Well, the management was going to be my

9    question.  Does the management count, because I manage

10   all of these companies from this location here and how

11   they break it out and allot it, I don't know till the

12   end of the year when --

13       Q.  (BY MR. KRASIK)  Does Banshee mine or produce

14   any products from Florida -- in Florida or from Florida?

15       A.  I don't know everything that's sold up there,

16   so I don't know, but we manage all the employees.

17   Remember, it's the hiring hub.

18       Q.  Yes.  To your knowledge --

19       A.  So all the employee management is done from

20   here.

21       Q.  To your knowledge does Banshee sell, mine or

22   make anything from Florida?

23       A.  Banshee doesn't do any mining.  I don't know if

24   it sells or makes anything.  I don't know.

25       Q.  Okay.  Who would know the answer to that

Transcript of Angela Svonavec
Conducted on November 4, 2024                    182

1   question, if not the owner of the company?

2       A.  Probably the lawyers.

3       Q.  The lawyers?  Okay.

4       A.  It feels like a trick question.  I don't know

5   what you're calling business and what is -- is not, so I

6   don't know.

7       Q.  Does Banshee have any customers in Florida?

8       A.  Customers come to Florida all the time.

9       Q.  That wasn't my question.

10      A.  I don't know.

11      Q.  As the owner of the company you don't know who

12  your customers are?

13      A.  I have thousands of customers.

14      Q.  Are any of them in Florida?

15      A.  I don't know.  I don't check everybody's

16  address.  I don't know.

17      Q.  Okay.

18      A.  I have -- in all kinds of states I have

19  customers.

20      Q.  If Banshee focuses on heating supplies, does it

21  make sense that they would be selling to Florida?

22      A.  That's just one segment of their business.

23      Q.  What else?

24      A.  We don't sell heating supplies in Florida.  I

25  can answer that.

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    183

1        Q.  Okay.  What part -- what part of their business
2    would they direct to Florida?
3        A.  They're -- there's -- all the employees are
4    hired through Banshee Industries for all of these
5    companies and then some.  So all that management is done
6    from here.
7        Q.  Okay.  That wasn't my question.  Does Banshee
8    sell anything to Florida?
9        A.  I don't know.  I, at this point, cannot recall.
10   I don't know it.
11       Q.  Okay.  Does Banshee sell into Pennsylvania?
12       A.  Some, yes.
13       Q.  Okay.  Is any part of your management service
14   fee allocated to Pennsylvania?
15       A.  I don't know.  That's a tax and lawyer
16   question.  I have no idea.
17       Q.  And Banshee's office is at 550 Beagle Road in
18   Rockwood.  Right?
19       A.  Banshee's office is at 338 Industrial Park Road
20   in Meyersdale.
21       Q.  That wasn't alleged in this lawsuit that
22   Banshee's address is 550 Beagle Road?
23       A.  Banshee Farm?  Are you talking about Banshee
24   Industries?
25       Q.  Banshee Industries.

Transcript of Angela Svonavec
Conducted on November 4, 2024                    184

1      A.  Banshee Industries, again, the physical

2  location of the office is 338 Industrial Park Road.  The

3  mailing address is 550 Beagle Road.

4      Q.  Okay.  Both of those are in Rockwood?

5      A.  No.  One is in Meyersdale, one is in Rockwood.

6      Q.  Both are in Pennsylvania?

7      A.  Both are in Pennsylvania.

8          MR. KRASIK:  All right.  That concludes

9  this deposition on subject matter jurisdiction.  We, of

10  course, reserve our right to take Ms. Svonavec's

11  deposition on the merits of the case at some later time

12  in these proceedings.

13          MR. COLIN:  I have no questions.  We'll

14  read.

15          THE VIDEOGRAPHER:  Okay.  Thank you.  This

16  marks the end of the videotaped deposition of Angela

17  Svonavec and the time is 1:56 p.m.

18          MR. COLIN:  Thank you.

19          THE REPORTER:  Did you want to order a

20  copy?

21          MR. COLIN:  Yeah.  You've got my card

22  there?

23          THE REPORTER:  I've got your card, yes.

24          MR. COLIN:  PDF, searchable PDF?  Is that

25  what you do?

Transcript of Angela Svonavec
Conducted on November 4, 2024                    185

1                    THE REPORTER:  Yes.  E-Tran?  Okay.

2                    (Deposition concluded at 1:56 p.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Angela Svonavec
Conducted on November 4, 2024                186

```
 1                    CHANGES AND SIGNATURE

 2    WITNESS NAME:  ANGELA SVONAVEC

 3    DATE OF DEPOSITION: NOVEMBER 4, 2024

 4    PAGE       LINE    CHANGE          REASON

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23    _____

24    _____

25    _____
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                    187

1          I, ANGELA SVONAVEC have read the foregoing

2     deposition and hereby affix my signature that same is

3     true and correct, except as noted above.

4

5                              _____

6                              ANGELA SVONAVEC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Angela Svonavec
Conducted on November 4, 2024                    188

```
1              IN THE UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF PENNSYLVANIA
2

3    HERITAGE HOLDING CO.,          )
     LLC, a Pennsylvania            )
4    limited liability             )
     company,                       )
5                                   )
                    PLAINTIFF,      )
6                                   )
     VS.                            )
7                                   ) Civil Action No.
     KTRV, LLC,                     ) 2:24-cv-1448
8                                   )
                    DEFENDANT.      )
9                                   )
                                    )
10                                  )
     BANSHEE INDUSTRIES, LLC,       )
11   Pennsylvania limited          )
     liability company,            )
12                                  )
                    PLAINTIFF,      )
13                                  )
     VS.                            ) Civil Action No.
14                                  ) 3:24-cv-233
     HERITAGE COAL & NATURAL        )
15   RESOURCES, LLC,                )
                                    )
16                  DEFENDANT.      )
17   -----------------------------------------------------
                    REPORTER'S CERTIFICATION
18              DEPOSITION OF ANGELA SVONAVEC
                    NOVEMBER 4, 2024
19   -----------------------------------------------------
20        I, Jodi Goodman, Certified Shorthand Reporter,

21   hereby certify to the following:

22        That the foregoing deposition of ANGELA SVONAVEC,

23   the witness, hereinbefore named was, at the time named,

24   taken by me in stenograph on NOVEMBER 4, 2024 having

25   been first duly cautioned and sworn to tell the truth,
```

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    189

1    the whole truth, and nothing but the truth, and the same

2    were thereafter reduced to typewriting by me or under my

3    direction.

4           I further certify that pursuant to FRCP Rule

5    30(f)(1) that the signature of the deponent:

6           __XXX__ was requested by the deponent or a party

7    before the completion of the deposition and is to be

8    returned within 30 days from date of receipt of the

9    transcript.  If returned, the attached Changes and

10   Signature Page contains any changes and the reasons

11   Therefor;

12           _____ was not requested by the deponent or a

13   party before the completion of the deposition.

14          I further certify that I am neither counsel for,

15   related to, nor employed by any of the parties in the

16   action in which this proceeding was taken, and further

17   that I am not financially or otherwise interested in the

18   outcome of the action.

19

20          GIVEN UNDER my hand of office on the 6th of November, 2024.

21

22          _____
            Jodi Goodman
23          Texas CSR No. 7033
            Expiration Date:  10-31-26

24

25

Transcript of Angela Svonavec
Conducted on November 4, 2024

190

| A |
| --- |
| **able** |
| 60:14, 129:22, 174:20 |
| **about** |
| 11:20, 17:14, 30:15, 30:21, 32:13, 40:23, 46:6, 48:7, 51:3, 53:16, 64:21, 65:9, 65:23, 69:4, 69:23, 70:16, 75:24, 75:25, 76:3, 77:25, 84:2, 92:2, 93:9, 93:16, 93:24, 96:11, 97:4, 97:5, 99:1, 111:3, 113:4, 116:14, 117:5, 117:10, 117:17, 124:24, 136:1, 154:1, 154:7, 154:16, 154:17, 154:20, 158:1, 166:5, 167:1, 170:23, 172:24, 180:22, 180:23, 183:23 |
| **above** |
| 14:5, 187:3 |
| **above-styled** |
| 1:40 |
| **absolutely** |
| 36:17, 82:12, 114:16 |
| **access** |
| 125:21 |
| **accord** |
| 14:7 |
| **accordance** |
| 14:7 |
| **account** |
| 3:39, 49:16, 49:19, 49:23, 49:25, 50:3, |

50:10, 58:12
**accountant**
23:20, 24:8, 113:12, 148:7, 148:8, 149:1, 178:21, 179:1
**accountants**
44:11, 98:20, 99:22, 112:12, 113:15, 113:25, 114:4, 114:21, 168:6, 169:21, 180:21
**accounting**
178:19, 179:16
**accuracy**
124:9, 139:13
**accurate**
20:21, 44:17, 73:17, 73:23, 78:25, 86:11, 87:10, 87:17, 87:21, 90:4, 130:18, 131:17, 132:13, 135:10, 136:5, 136:7, 136:14, 138:8, 138:9, 144:1, 144:2, 176:4
**acknowledged**
167:15
**acquired**
49:8, 145:9
**across**
133:11
**acting**
106:1
**action**
1:12, 1:25, 188:12, 188:25, 189:16, 189:18
**active**
80:7, 81:25, 86:9, 86:16
**actively**
86:20
**activities**
53:6

**actual**
133:7
**actually**
7:12, 38:15, 60:5, 75:8, 75:22, 77:11, 77:18, 77:23, 85:21, 89:5, 99:14, 124:1, 129:12, 155:6, 171:8, 175:20, 176:22
**addition**
114:23, 122:3
**additional**
137:24
**address**
12:1, 14:5, 36:4, 36:23, 36:24, 38:5, 38:23, 39:16, 39:24, 40:4, 40:7, 41:12, 44:5, 44:8, 46:8, 46:9, 48:1, 48:9, 57:21, 62:17, 63:4, 63:9, 74:9, 74:17, 89:14, 90:6, 90:8, 90:16, 90:21, 91:5, 91:6, 92:24, 145:11, 145:15, 145:17, 182:16, 183:22, 184:3
**addressed**
78:18
**addresses**
48:16
**adopted**
147:13, 147:20, 151:8, 176:19
**advance**
65:6
**advised**
114:20, 114:24, 114:25

**advisement**
114:22
**affidavit**
160:10, 160:11, 162:9, 174:13
**affidavits**
15:9
**affiliated**
50:6, 86:1
**affiliation**
50:7
**affix**
187:2
**after**
6:23, 8:3, 9:15, 9:24, 16:5, 30:5, 30:13, 56:14, 56:18, 58:3, 58:24, 70:10, 76:15, 96:10, 130:25, 137:14, 145:21, 145:24, 146:3, 146:14
**afterwards**
13:3
**again**
18:19, 22:23, 23:13, 79:14, 92:17, 94:20, 95:13, 104:6, 104:22, 113:11, 126:17, 143:19, 148:12, 174:21, 184:1
**against**
88:13
**age**
52:18
**agent**
102:9
**agm't**
3:28, 3:29
**ago**
16:17, 45:11, 56:16, 56:17, 160:17, 161:12, 161:15, 162:21,

Transcript of Angela Svonavec
Conducted on November 4, 2024

162:23, 163:18,
172:12
**agree**
18:13, 20:9,
22:14, 33:2,
34:9, 36:16,
91:10, 95:24,
117:15, 167:16,
177:4, 180:11
**agreement**
3:30, 3:32,
3:33, 3:34,
112:24, 113:1,
113:6, 115:4,
117:19, 144:24,
147:13, 147:20,
151:11, 151:12,
151:17, 151:22,
152:9, 152:19,
152:21, 153:15,
153:24, 157:3,
157:9, 160:16,
166:14, 167:19,
168:4, 168:11,
168:16, 169:9,
169:25, 170:8,
170:17, 171:2,
171:8, 171:10,
171:16, 173:6,
173:8, 174:10,
174:11, 174:12,
175:13, 175:20,
175:25, 176:6,
176:18, 176:23,
177:9
**agreements**
41:19, 113:12,
147:4, 151:6
**ahead**
20:8, 22:8,
27:3, 28:14,
144:23, 152:4,
152:7
**aircraft**
139:23
**airplane**
110:9, 110:14
**airport**
129:18

**alabama**
7:9
**alleged**
183:21
**allegheny**
165:4
**alliance**
3:23, 85:11,
85:17, 85:23,
86:7
**allocated**
122:25, 179:24,
180:8, 183:14
**allot**
181:11
**almost**
85:22, 130:2
**already**
25:20
**also**
2:17, 7:12,
27:17, 36:24,
38:4, 44:4,
68:24, 111:1,
112:11, 112:21,
120:3, 142:24,
159:15, 171:2,
176:17, 176:19
**although**
104:7
**always**
32:8, 61:14,
72:17, 123:21
**amended**
3:34, 19:20,
176:17, 176:23,
177:8
**amendment**
3:27
**among**
14:24, 107:2,
107:10
**amount**
9:22, 112:8,
113:10, 121:1,
121:5, 179:11
**angela**
1:34, 1:38,

3:4, 4:5, 5:2,
5:18, 5:20,
18:10, 18:19,
19:14, 22:24,
23:14, 65:25,
66:19, 70:20,
71:19, 74:5,
74:8, 89:14,
89:20, 91:11,
103:21, 112:21,
133:18, 152:17,
153:16, 154:8,
159:8, 162:16,
177:23, 184:16,
186:2, 187:1,
187:6, 188:33,
188:38
**angela's**
3:28, 147:4,
148:5, 148:9,
148:12, 148:13,
148:20, 148:23,
149:3, 149:11,
149:24, 150:1,
150:3, 150:6,
150:13, 150:23,
151:7, 151:10,
151:11, 171:3,
171:15, 171:18,
173:1, 177:9
**angie**
132:7
**annual**
148:20, 148:24,
149:2, 149:10,
149:20
**another**
26:16, 35:21,
70:5, 111:2,
123:25
**answer**
6:10, 20:6,
32:22, 35:9,
46:22, 50:13,
50:16, 68:9,
69:6, 69:13,
69:22, 73:19,
78:2, 79:3,

79:20, 79:21,
80:2, 81:1,
81:9, 82:5,
82:7, 82:11,
82:14, 83:9,
83:15, 84:20,
84:21, 85:14,
90:20, 102:6,
116:21, 123:6,
124:3, 139:13,
147:25, 148:1,
149:13, 152:1,
152:4, 156:19,
158:21, 164:1,
164:23, 165:25,
168:21, 169:11,
172:2, 172:4,
179:19, 181:25,
182:25
**answered**
67:13, 156:17,
161:19, 163:1,
163:25, 168:17
**answers**
39:4
**any**
5:25, 6:23,
7:20, 12:9,
19:24, 20:20,
38:19, 40:24,
43:21, 44:2,
44:20, 46:17,
46:20, 47:20,
48:8, 48:12,
50:20, 53:8,
55:4, 68:18,
69:3, 69:10,
69:17, 73:21,
74:16, 77:23,
86:1, 93:11,
94:4, 97:1,
97:3, 97:18,
97:25, 105:3,
105:24, 111:13,
121:15, 123:6,
123:11, 123:22,
126:6, 127:20,
129:2, 136:8,

137:4, 138:14,
138:16, 142:18,
143:20, 144:3,
145:19, 145:23,
146:12, 147:17,
149:23, 150:2,
150:9, 150:12,
150:18, 155:20,
166:25, 167:24,
168:23, 174:25,
175:12, 178:18,
180:6, 181:14,
181:23, 182:7,
182:14, 183:13,
189:10, 189:15
**anybody**
37:11, 38:10,
38:12, 66:9
**anymore**
39:3, 50:6,
55:2, 57:6
**anything**
5:13, 46:25,
71:15, 78:4,
85:2, 87:9,
90:12, 93:24,
113:11, 116:14,
117:10, 131:7,
134:24, 136:2,
146:3, 146:5,
154:3, 154:7,
154:20, 155:8,
155:9, 155:23,
157:25, 167:6,
168:3, 168:9,
168:13, 169:5,
169:18, 169:19,
172:23, 181:22,
181:24, 183:8
**anywhere**
32:4, 60:25,
68:15, 80:7
**apart**
103:13
**apologies**
178:12
**apologize**
158:25, 160:5

**appeals**
106:20
**appearances**
3:3
**appears**
33:8, 88:17,
129:3
**appointments**
134:16
**appoints**
177:23
**approximately**
31:22
**april**
53:20
**area**
43:6, 58:7,
75:12, 83:4,
111:22
**around**
8:8, 8:9,
11:21, 13:5,
16:7, 27:2,
27:4, 59:6,
76:11, 171:13
**arrangement**
9:18, 9:21,
10:12, 10:16,
52:5
**article**
3:17, 3:18,
3:20, 63:18,
64:15, 65:6,
65:13, 65:25,
66:15, 66:17,
67:8, 70:19,
74:25, 75:20,
76:21, 76:24,
77:13, 77:17
**articles**
72:14
**ashrams**
7:9
**aside**
15:19, 25:13,
72:19, 93:8,
176:3
**asked**
31:3, 49:12,

67:12, 67:15,
75:23, 76:3,
78:4, 111:13,
111:15, 136:1,
156:17, 160:6,
161:18, 163:1,
163:25, 168:17,
168:25
**asking**
51:2, 100:14,
114:6, 115:9,
119:18, 119:19,
123:22, 135:24,
146:2, 146:4,
146:11, 150:16,
150:17, 150:22,
154:16, 156:13,
158:6, 158:16,
158:23, 159:11,
164:5, 165:17,
179:18
**asks**
29:16
**assign**
157:20
**assigned**
157:13, 157:19,
166:19, 170:20,
171:14, 177:7,
177:10
**assignee**
158:5, 159:12
**assigning**
157:3
**assignment**
3:30, 3:32,
157:3, 157:8,
158:1, 166:14,
167:8, 171:10,
171:16, 172:25,
173:6, 173:8,
174:9, 176:6
**assignor**
158:5, 159:12
**associate**
127:3
**associates**
2:4, 4:18,

74:1, 126:23
**assume**
20:17, 60:5,
88:18, 99:24,
136:13, 152:10
**assumed**
11:16, 20:23,
77:10, 132:10
**atc**
3:26, 3:43,
128:22, 132:1
**attached**
1:46, 160:10,
189:9
**attend**
52:2, 84:12,
86:3, 148:25
**attended**
55:6, 85:17,
86:8, 148:24
**attending**
59:10, 150:17
**attends**
85:22
**attention**
14:18, 21:9,
24:11, 34:22,
70:18, 89:18,
101:13, 103:19,
160:9, 175:8
**attorney**
97:4, 124:1,
125:20, 146:7,
148:25, 157:17,
166:21, 166:22,
166:25, 167:4,
169:13, 170:4,
170:21, 171:21,
171:25, 172:6,
176:11
**attorneys**
14:10, 33:23,
34:8, 74:1,
98:21, 106:21,
107:2, 113:12,
113:15, 114:4,
114:5, 114:20,
114:21, 128:19,

Transcript of Angela Svonavec
Conducted on November 4, 2024

193

131:12, 148:8,
160:1, 160:8,
169:21, 172:12,
180:21
**attributable**
122:14
**attributed**
122:19
**attributes**
79:5
**auction**
43:4, 43:7,
43:9, 43:20,
126:22, 127:6,
132:23
**auctioneers**
43:20
**auctions**
43:1, 127:5,
132:23, 141:21,
141:22, 142:11,
142:12
**audit**
106:11
**august**
53:14, 54:6,
144:14, 144:17,
145:4, 147:14,
147:17, 151:8,
157:9, 170:13,
170:16, 175:21,
175:25, 176:7,
177:5, 177:7
**australasion**
7:11
**author**
64:14, 65:18,
77:7, 77:25
**authorities**
89:25
**authorize**
106:7
**authorized**
15:8, 106:10
**avenue**
2:13
**average**
31:19

**aviation**
46:16, 128:21,
128:25, 135:4,
136:21
**aware**
47:24, 50:11,
50:22, 72:2,
99:22, 131:15,
137:4, 145:19,
145:23, 146:3,
146:5, 146:12,
175:12, 178:18,
179:6
**ayso**
53:11

**B**

**back**
8:12, 15:21,
16:5, 28:23,
28:24, 33:1,
37:12, 44:6,
56:15, 58:21,
79:23, 81:25,
91:23, 95:6,
101:17, 102:18,
104:17, 109:8,
109:22, 115:11,
117:8, 120:7,
124:21, 130:4,
130:7, 130:11,
130:21, 130:23,
131:7, 131:8,
131:18, 134:2,
134:4, 134:7,
136:19, 140:19,
140:23, 143:6,
143:9, 143:16,
148:3, 153:1,
154:21, 155:24,
162:9, 168:19,
172:2, 175:5,
175:8, 176:10,
180:20
**backyard**
72:17
**bag**
179:2

**bahamas**
7:9
**bal**
26:6
**ban**
48:21
**bandit**
47:21
**bank**
3:14, 33:14,
33:20, 49:16,
49:17
**bans**
34:5, 94:7
**banshee**
1:19, 3:35,
4:6, 34:15,
36:23, 39:2,
39:6, 39:7,
39:8, 39:21,
39:25, 40:4,
40:7, 40:13,
40:14, 41:2,
41:3, 41:18,
41:25, 44:18,
45:8, 45:9,
45:12, 45:13,
45:21, 46:1,
47:7, 47:12,
47:13, 49:1,
49:10, 76:5,
112:22, 120:3,
120:24, 121:1,
121:5, 121:22,
122:24, 123:9,
144:10, 144:20,
145:12, 145:15,
145:21, 146:4,
157:4, 157:13,
160:3, 160:7,
166:14, 166:18,
170:20, 171:4,
171:14, 176:18,
176:24, 177:6,
177:9, 178:1,
178:17, 179:5,
179:14, 179:20,
180:8, 180:11,

180:14, 180:23,
181:13, 181:21,
181:23, 182:7,
182:20, 183:4,
183:7, 183:11,
183:23, 183:25,
184:1, 188:19
**banshee's**
183:17, 183:19,
183:22
**bar**
114:15
**based**
43:2, 143:23
**basically**
63:2, 63:23,
176:10
**basis**
69:17, 136:8,
138:14, 138:16
**bates**
34:1, 34:3
**bathroom**
174:21
**beagle**
33:22, 36:5,
36:14, 36:20,
36:22, 37:1,
37:13, 38:4,
38:23, 40:10,
41:12, 44:5,
44:8, 44:21,
45:5, 46:8,
48:1, 48:9,
48:11, 49:13,
62:17, 63:6,
145:12, 183:17,
183:22, 184:3
**bear**
132:7
**bearing**
88:18
**because**
11:5, 16:10,
32:1, 32:25,
44:18, 52:15,
54:22, 60:8,
60:13, 61:3,

Transcript of Angela Svonavec
Conducted on November 4, 2024

66:10, 72:5,
72:15, 72:17,
74:13, 76:15,
77:10, 77:22,
84:4, 94:13,
96:11, 101:5,
110:16, 127:5,
128:5, 130:19,
130:22, 132:13,
133:5, 133:25,
134:11, 134:22,
135:12, 136:5,
136:11, 136:14,
138:15, 139:12,
140:12, 141:1,
142:4, 147:19,
149:7, 152:18,
152:24, 154:17,
159:20, 161:13,
164:7, 164:9,
165:14, 166:7,
168:5, 177:6,
180:2, 181:1,
181:9
**become**
109:10
**bedroom**
61:6, 61:12
**beef**
45:17
**been**
5:3, 11:9,
11:24, 16:8,
16:13, 28:25,
29:2, 30:15,
31:14, 51:3,
53:17, 53:21,
54:6, 57:22,
57:25, 68:14,
76:16, 85:18,
86:8, 86:13,
86:16, 88:1,
88:4, 115:24,
121:12, 121:13,
122:5, 126:16,
126:24, 132:8,
132:24, 132:25,
133:7, 133:16,

137:6, 137:7,
141:14, 141:17,
141:18, 141:19,
143:10, 143:14,
147:13, 149:10,
156:6, 157:17,
162:8, 162:14,
163:12, 177:5,
178:16, 179:13,
179:18, 179:20,
179:24, 180:8,
188:41
**before**
1:42, 7:13,
8:7, 8:23, 15:8,
17:17, 21:10,
24:9, 25:24,
27:21, 29:7,
30:13, 34:19,
34:25, 45:18,
58:1, 62:6,
70:15, 73:20,
77:17, 77:19,
81:11, 82:23,
85:8, 100:21,
106:17, 112:14,
120:10, 139:19,
153:2, 160:25,
162:15, 164:20,
164:21, 176:17,
177:10, 189:7,
189:13
**begin**
58:25
**beginning**
148:3
**begins**
4:4
**behalf**
72:23, 73:22,
83:3, 83:12,
106:2, 145:21,
146:4, 153:10,
154:12, 155:21,
158:4, 160:24,
161:3, 161:9,
161:16
**being**
12:10, 23:22,

38:16, 38:19,
40:18, 70:17,
75:20, 90:13,
102:2, 120:18,
171:17, 176:10
**belief**
89:22, 91:13
**believe**
19:24, 24:3,
26:3, 26:12,
26:23, 27:2,
27:4, 27:17,
29:8, 30:4,
31:3, 38:4,
38:24, 40:1,
41:14, 44:4,
47:1, 47:6,
49:14, 51:10,
52:12, 52:13,
69:23, 71:7,
71:8, 79:9,
79:17, 80:8,
81:17, 88:23,
92:7, 95:16,
96:3, 96:9,
96:12, 108:10,
125:18, 126:12,
136:14, 175:11,
176:9, 179:15,
179:16
**believes**
83:1
**belong**
50:20
**below**
25:3, 89:18
**benefit**
68:1
**besides**
48:11
**best**
5:14, 8:6,
28:12, 28:16,
29:4, 79:6,
89:22, 91:12
**bet**
8:10
**between**
50:7, 54:4,

60:25, 95:25,
112:24, 117:19,
125:25, 126:5,
127:19, 140:13,
141:4, 171:3,
171:18, 173:8,
174:11
**big**
81:23, 158:13
**birth**
5:19
**bissoon**
3:21, 78:15,
78:19, 78:24,
81:6
**bit**
17:17, 32:12,
35:19, 48:15
**black**
102:20
**blood**
174:25
**blossom**
54:24
**blur**
127:1
**board**
64:1, 64:3,
64:18
**boat**
28:3
**bolded**
19:3, 21:16,
24:17, 24:18,
25:7, 25:8
**bona**
15:1
**books**
108:14, 108:20,
108:25, 109:17,
110:7, 110:13,
116:25, 119:23,
121:17, 148:6,
148:14, 148:18,
150:4
**born**
5:21, 9:11,
9:13, 9:14,

Transcript of Angela Svonavec
Conducted on November 4, 2024

195

10:24, 11:1,
11:2, 11:4,
11:5, 51:11,
55:21, 71:23
**both**
4:19, 4:21,
86:19, 111:1,
145:6, 151:6,
170:12, 184:4,
184:6, 184:7
**bottom**
34:2, 94:8,
101:13, 144:15,
152:16
**bought**
25:23, 25:24,
26:2, 26:3,
27:1, 28:10,
30:19, 35:16,
56:15, 62:21,
144:25
**bound**
167:16
**bowling**
142:19
**box**
145:18
**boy**
126:21, 128:12
**brain**
11:6
**branch**
50:7
**break**
51:4, 51:6,
58:17, 124:14,
174:21, 181:11
**breaks**
44:25
**brief**
58:17
**broad**
80:18
**brodman**
106:21
**brothers**
43:2, 43:16
**build**
11:20, 27:10,

65:16
**building**
37:3, 59:19
**buildings**
37:4, 37:15,
37:18
**built**
12:13, 16:5,
17:10, 30:13,
30:20, 32:17
**burkett**
87:4, 87:6,
87:8, 87:15
**business**
41:1, 42:4,
44:15, 45:6,
45:13, 46:13,
58:9, 58:10,
68:15, 68:18,
68:21, 75:25,
80:6, 104:21,
105:24, 106:3,
107:3, 107:11,
107:14, 108:1,
108:10, 112:23,
117:21, 117:24,
118:3, 126:22,
127:3, 180:15,
182:5, 182:22,
183:1
**businesses**
6:15, 36:24,
38:6, 38:22,
63:8, 68:14,
68:17, 69:14,
69:16, 76:1,
79:15, 112:4,
150:21
**buy**
42:17, 42:20

**C**

**calendar**
127:18, 127:22
**call**
34:2, 34:3,
75:21, 75:22,
95:17, 100:8,

125:7, 173:19
**called**
47:7, 47:12,
47:13, 47:21,
135:4, 155:21
**calling**
152:5, 182:5
**cambria**
75:13, 75:14
**came**
8:12, 16:5,
26:6, 59:22,
63:2, 83:25,
130:11, 131:8,
132:21, 135:18,
139:5, 140:19,
162:18, 163:5,
177:12
**can't**
10:8, 16:4,
16:15, 62:19,
63:2, 103:9,
103:10, 123:15,
123:19, 126:24,
127:16, 128:12,
129:12, 133:22,
139:23, 140:25,
141:19, 141:23,
142:21, 152:18,
153:21, 155:9,
156:10, 175:15
**cannot**
162:23, 183:9
**capacity**
11:22, 12:23
**capital**
3:14, 19:3
**capitalized**
21:16, 24:17,
24:18, 24:19,
25:7, 25:8
**card**
184:21, 184:23
**care**
69:4
**career**
54:11, 54:12
**carry**
65:15

**case**
4:9, 33:24,
82:21, 83:2,
83:7, 89:9,
90:10, 160:2,
160:8, 184:11
**cases**
4:19, 5:9
**casey**
6:4
**cash**
35:16
**cat**
43:22, 43:24,
43:25
**cattle**
45:17
**cause**
1:41
**caused**
112:7, 117:5,
120:3
**cautioned**
188:41
**cdls**
7:13
**cell**
58:4, 58:13
**center**
2:12
**certain**
52:18, 111:5,
129:8
**certificate**
3:8, 3:27
**certification**
188:32
**certified**
38:2, 188:36
**certify**
188:37, 189:4,
189:14
**cetera**
77:6
**chadd**
2:3, 4:17,
13:12, 27:6,
50:14

Transcript of Angela Svonavec
Conducted on November 4, 2024

chance
58:3
change
52:10, 186:4
changed
11:15, 25:15,
45:11, 52:8,
52:12, 144:20,
145:1, 145:10
changes
3:7, 119:14,
186:1, 189:9,
189:10
changing
144:9
chapel
142:20
character
83:11, 83:21,
84:9, 84:17
characterized
100:15
characterizing
88:19, 100:19,
100:20, 181:2
charters
125:11, 125:12,
125:13
check
28:19, 96:10,
163:16, 182:15
checking
3:39, 50:3,
50:10
checklist
29:11
checks
20:18, 155:6
child
9:8, 10:19
choose
97:1
choosing
97:13
chosen
95:21
christmas
131:6, 134:1

church
3:23, 85:11,
85:17, 85:19,
85:20, 85:23,
86:2, 86:3,
86:7, 86:8,
86:15, 86:19,
86:22, 87:6,
87:13
churches
86:4
city
111:22
civil
1:12, 1:25,
1:45, 3:24,
88:12, 89:11,
90:3, 90:15,
188:12, 188:25
claim
33:11, 71:11
claimed
120:15, 120:18,
120:23, 122:12,
122:16
claiming
90:11
clarendon
12:18, 12:21,
12:25, 13:4,
57:22, 61:20,
62:3, 62:22,
63:5
clarified
91:14
clarify
29:19, 84:15,
155:15, 159:1,
165:19
clarifying
61:17, 89:1,
158:15
clayton
7:8
clean
165:20
clear
20:7, 71:14,

84:20, 88:21,
133:1, 166:10,
178:12
clerk
14:4
close
103:13, 155:1
closed
11:5
closing
27:10, 76:11
club
50:25
clubs
50:21
co-industries
66:10
co-own
12:7, 12:9
co-owned
30:1
co-owner
30:22
coaching
181:4
coal
1:27, 4:7,
37:22, 41:4,
76:4, 76:18,
80:17, 80:18,
80:19, 80:20,
80:22, 81:3,
81:7, 81:22,
117:20, 117:22,
144:10, 144:20,
144:25, 145:7,
180:24, 188:27
coast
26:5, 26:14,
28:4
code
58:7, 89:24,
119:17, 119:19
cold
72:17
collected
44:12

collection
92:9
collective
18:2
collects
92:4
college
7:8, 7:11,
55:5, 55:6
column
19:18, 21:9,
94:21, 133:12
come
54:23, 72:16,
84:2, 130:13,
130:20, 131:1,
143:16, 162:19,
182:8
comes
31:18, 31:22,
99:12, 99:14,
130:4
coming
65:6, 130:5
commenced
4:3
commercial
128:6, 128:7
committee
3:17, 3:18,
63:18, 63:21,
64:4, 64:19,
64:24, 69:10,
70:6, 70:15,
71:21
commonwealth
73:13, 73:22,
144:8, 145:20,
167:7, 172:24
communication
102:8
communications
114:6, 166:25,
167:1
communities
67:2, 68:17,
68:23, 69:1,
69:4, 79:14

Transcript of Angela Svonavec
Conducted on November 4, 2024

197

| | | | |
|---|---|---|---|
| community | company's | confusion | convinced |
| 66:20, 66:23, | 124:25 | 145:2, 166:8 | 107:7 |
| 68:4, 69:19, | compare | connection | copies |
| 79:9, 79:12, | 173:9 | 66:14, 72:13, | 101:4 |
| 79:17, 80:4, | compensated | 78:15, 82:20, | copy |
| 80:7, 80:14, | 117:21, 117:23 | 87:9, 87:16 | 3:40, 58:2, |
| 80:15, 80:16, | compensation | consideration | 63:16, 184:20 |
| 80:17, 80:18, | 178:5, 178:14, | 167:14, 167:18, | corn |
| 80:19, 80:20, | 179:8, 179:10, | 167:24, 168:1, | 37:22 |
| 80:23, 81:4, | 179:24 | 168:15, 169:19 | corner |
| 81:6, 81:7, | compilation | consistent | 88:25 |
| 81:10, 81:12, | 3:13, 91:24 | 27:8, 71:8 | corporate |
| 81:13, 81:16, | complaint | construction | 34:12, 148:6, |
| 81:18, 81:20, | 3:24, 40:6, | 12:15 | 148:14, 148:18 |
| 81:21, 81:24, | 88:12, 89:11, | consultants | corporations |
| 82:1, 82:3, | 89:15, 89:21, | 128:25, 135:5, | 124:6, 147:8 |
| 82:7, 82:8, | 90:3, 90:15, | 136:21 | correct |
| 86:9, 86:17, | 90:21, 91:1, | contain | 10:20, 12:3, |
| 86:19, 86:21, | 91:12, 91:21, | 14:23 | 13:23, 15:18, |
| 86:23 | 91:22 | contains | 15:25, 19:11, |
| companies | complete | 189:10 | 20:9, 20:23, |
| 41:17, 41:22, | 5:14, 63:23, | contend | 21:24, 22:24, |
| 48:8, 66:19, | 142:4 | 103:21, 104:11, | 22:25, 24:22, |
| 67:1, 68:22, | completed | 104:18, 105:2, | 25:11, 25:12, |
| 68:24, 123:11, | 64:1, 137:7 | 112:22 | 25:21, 26:1, |
| 123:13, 123:23, | completely | contended | 29:6, 29:24, |
| 157:18, 181:10, | 44:17, 106:11 | 104:2, 105:3 | 30:2, 30:17, |
| 183:5 | completion | context | 31:1, 31:6, |
| company | 189:7, 189:13 | 110:24, 111:1, | 37:17, 38:7, |
| 1:7, 1:21, | computer | 111:2, 137:18, | 39:23, 51:25, |
| 46:14, 46:15, | 72:6, 154:18 | 155:14, 161:24 | 55:15, 57:16, |
| 47:7, 47:10, | concluded | continue | 58:6, 58:9, |
| 47:11, 47:17, | 185:2 | 17:7, 30:7 | 59:14, 59:24, |
| 47:21, 47:25, | concludes | continued | 60:7, 61:21, |
| 48:3, 48:21, | 184:8 | 17:18, 99:4, | 64:9, 70:12, |
| 56:15, 58:12, | conclusive | 99:18 | 70:25, 71:6, |
| 72:24, 74:5, | 154:14, 154:16 | continuously | 71:13, 73:3, |
| 76:4, 104:19, | conemaugh | 11:9 | 73:13, 73:14, |
| 105:11, 107:20, | 9:14 | contradictory | 74:1, 74:10, |
| 107:21, 107:25, | conferences | 3:43 | 75:4, 79:1, |
| 108:18, 109:1, | 53:4 | contradicts | 83:19, 83:20, |
| 114:23, 116:11, | conformity | 136:11 | 83:22, 83:23, |
| 122:18, 123:9, | 14:2, 14:7 | contribution | 89:12, 89:16, |
| 145:1, 150:5, | confuse | 3:33, 66:20, | 89:21, 91:2, |
| 177:24, 178:7, | 145:8 | 171:2, 173:1 | 91:3, 91:12, |
| 178:16, 180:18, | confused | control | 91:19, 92:15, |
| 182:1, 182:11, | 116:13 | 136:21 | 92:24, 96:1, |
| 188:7, 188:21 | confusing | conversation | 96:11, 98:2, |
| | 125:3 | 97:13 | |

Transcript of Angela Svonavec
Conducted on November 4, 2024

198

98:4, 109:6,
110:20, 115:16,
133:22, 137:1,
137:19, 137:20,
140:14, 141:7,
148:10, 154:2,
159:9, 163:3,
164:18, 164:21,
164:24, 165:5,
169:21, 174:1,
178:3, 187:3
**correcting**
11:7
**correctly**
20:24
**correspondence**
40:3
**corroborate**
143:20, 144:3
**could**
22:19, 23:12,
32:4, 36:16,
37:8, 60:23,
65:12, 69:7,
70:18, 75:25,
76:20, 79:6,
79:23, 86:22,
86:23, 89:18,
90:25, 91:23,
102:18, 103:19,
106:12, 109:22,
112:13, 133:23,
135:24, 152:12,
156:9, 159:13,
162:8, 175:7
**couldn't**
152:3, 177:8
**counsel**
4:15, 133:14,
136:16, 189:14
**count**
28:24, 143:24,
181:9
**counties**
68:13
**country**
50:20
**county**
5:23, 5:25,

6:12, 66:1,
68:11, 68:20,
69:18, 70:21,
71:20, 71:22,
71:24, 75:12,
75:13, 81:15,
83:1, 84:4,
84:7, 165:4
**couple**
35:1, 92:21
**course**
184:10
**courses**
7:12
**court**
1:1, 4:8, 4:22,
52:11, 52:12,
87:9, 87:16,
90:16, 188:1
**crane**
45:9, 47:8,
47:13, 47:16,
112:22
**crc**
1:42
**crimes**
89:24
**criminal**
82:21
**crr**
1:42
**csr**
1:42, 189:24
**cumberland**
3:17, 3:18,
63:18, 63:20,
64:3, 64:19,
69:9, 69:18,
70:6, 70:15,
71:21
**current**
35:2, 126:2
**currently**
12:17, 12:18,
56:9, 61:19,
123:11, 123:22
**curt**
4:20, 5:8

**curtis**
2:10
**custody**
9:18, 9:21,
9:22, 9:23,
9:24, 10:2,
10:11, 52:4
**customers**
42:18, 182:7,
182:8, 182:12,
182:13, 182:19
**cyber**
60:2, 60:4,
60:7, 60:14,
60:18, 60:20,
60:21

**D**

**dad**
51:21
**data**
129:2, 142:4
**date**
4:10, 13:22,
25:22, 35:2,
62:13, 64:8,
71:5, 88:18,
88:24, 89:3,
129:16, 132:22,
143:17, 144:15,
145:21, 145:24,
146:4, 169:25,
176:12, 186:3,
189:8, 189:25
**dated**
33:19, 70:8,
74:25, 161:11,
176:10
**dates**
3:42, 126:21,
127:17, 143:23
**daughter**
52:23
**day**
6:16, 44:24,
83:17, 130:23,
130:25, 131:2,
131:6, 131:8,

147:13, 147:21,
151:8, 162:16,
164:20, 170:1,
171:14, 171:19,
176:1
**days**
133:8, 143:25,
162:23, 189:8
**deal**
50:8, 91:25,
129:1
**dealer**
43:22, 43:24,
43:25
**deals**
43:23
**deceased**
21:20
**december**
129:22, 130:3,
131:6, 132:20
**decided**
28:20
**decision**
97:22, 113:14,
113:25, 114:13,
157:16, 157:20,
167:1, 170:4,
172:21
**decisions**
114:22, 123:7,
180:21
**declaration**
3:11, 13:19,
13:25, 14:6,
14:24, 14:25,
15:15, 15:16,
15:22, 15:23,
16:19, 17:19,
17:22, 29:23,
31:5
**deducted**
108:13, 110:7,
110:12, 116:25,
119:21, 121:16
**deductible**
122:10
**deduction**
33:12, 109:16,

Transcript of Angela Svonavec
Conducted on November 4, 2024

199

| | | | |
|---|---|---|---|
| 122:5 | 189:12 | 97:15, 116:15, | **diverse** |
| **deductions** | **depos** | 149:7, 150:11, | 7:5 |
| 120:1 | 4:12, 4:24 | 164:2, 164:3, | **divorce** |
| **deed** | **deposition** | 164:4, 168:24, | 9:25 |
| 3:16, 12:8, | 1:33, 1:38, | 173:13, 174:3 | **divorced** |
| 12:10, 26:22, | 4:3, 4:5, 4:13, | **difficult** | 9:16 |
| 28:17, 62:3, | 13:14, 14:12, | 32:25 | **doc** |
| 62:16, 63:5 | 18:3, 33:6, | **diploma** | 129:7 |
| **deeded** | 50:16, 56:20, | 59:25, 60:4 | **dock** |
| 49:3 | 61:22, 63:13, | **direct** | 26:17 |
| **deep** | 70:1, 72:21, | 21:8, 24:10, | **doctorate** |
| 66:1, 66:5 | 74:22, 78:12, | 34:21, 70:18, | 7:7 |
| **defendant** | 82:17, 85:3, | 76:24, 89:18, | **document** |
| 1:15, 1:30, | 88:10, 101:2, | 93:13, 101:12, | 3:43, 13:17, |
| 1:39, 34:11, | 124:10, 144:5, | 103:19, 160:9, | 22:16, 22:20, |
| 82:25, 188:15, | 146:17, 146:24, | 175:8, 183:2 | 33:7, 33:17, |
| 188:30 | 157:1, 159:23, | **direction** | 34:19, 35:23, |
| **defendants** | 166:1, 170:24, | 166:21, 189:3 | 36:2, 36:19, |
| 2:9, 4:21, 5:9 | 174:17, 184:9, | **directly** | 73:5, 73:10, |
| **definitely** | 184:11, 184:16, | 43:23, 66:11 | 73:12, 73:17, |
| 66:5, 75:6, | 185:2, 186:3, | **disclosing** | 73:25, 82:25, |
| 76:13, 93:13, | 187:2, 188:33, | 166:24 | 101:5, 101:6, |
| 96:25, 98:19, | 188:38, 189:7, | **discoverable** | 101:12, 101:21, |
| 99:16, 100:12, | 189:13 | 137:23 | 128:16, 128:17, |
| 146:6, 158:10 | **desantis** | **discussed** | 129:7, 132:6, |
| **definition** | 28:24, 29:1 | 23:4, 65:2, | 134:19, 134:21, |
| 20:12 | **describe** | 97:8, 97:9, | 135:4, 136:10, |
| **delaware** | 79:5 | 145:4, 145:5, | 136:13, 137:13, |
| 46:10, 46:11, | **description** | 149:8, 149:16 | 137:15, 138:7, |
| 107:21, 116:11, | 3:10, 3:37 | **discussion** | 139:4, 139:8, |
| 118:25 | **designation** | 97:3, 97:17, | 139:14, 140:11, |
| **delivered** | 169:24 | 97:25, 111:2 | 140:23, 143:5, |
| 44:11 | **desire** | **discussions** | 143:24, 144:7, |
| **democrat** | 66:18 | 157:23 | 145:11, 152:13, |
| 3:20, 74:25, | **details** | **display** | 153:2, 153:10, |
| 75:3 | 136:12 | 87:12 | 154:12, 159:4, |
| **demonstrate** | **determined** | **dispute** | 159:12, 176:22, |
| 68:23 | 112:12, 179:12 | 135:18, 153:16 | 178:5 |
| **deny** | **died** | **disputed** | **documentation** |
| 158:9 | 131:8 | 120:18, 139:13 | 3:41, 60:12 |
| **department** | **difference** | **distance** | **documented** |
| 56:25, 57:10, | 12:9, 95:24 | 31:16 | 29:20, 134:12, |
| 73:23, 144:9, | **different** | **distinction** | 134:13, 134:14 |
| 145:20 | 31:9, 41:21, | 50:4 | **documents** |
| **depiction** | 43:12, 44:19, | **district** | 3:36, 33:23, |
| 136:7 | 44:24, 52:22, | 1:1, 1:2, 4:8, | 34:10, 137:23, |
| **deponent** | 67:15, 69:15, | 82:20, 188:1, | 146:19, 153:22, |
| 189:5, 189:6, | 85:1, 97:14, | 188:2 | 154:25, 155:2, |

Transcript of Angela Svonavec
Conducted on November 4, 2024

200

155:4, 173:10,
173:11
**docusign**
20:18, 98:9,
153:14, 170:11,
170:15, 171:7,
173:16, 175:19,
176:21
**doing**
69:4, 69:10,
75:24, 98:11,
99:24
**domicile**
3:11, 13:19,
14:15, 15:15,
15:22, 17:20,
17:23, 26:8,
29:23, 31:5
**donated**
87:13
**donations**
86:14
**done**
38:17, 38:19,
45:2, 45:5,
45:7, 66:10,
116:19, 124:5,
171:21, 171:23,
172:8, 172:13,
181:19, 183:5
**double**
101:4
**down**
18:21, 25:25,
27:23, 32:5,
35:1, 43:22,
44:25, 69:14,
76:23, 77:2,
94:22, 95:13,
111:12, 125:11,
126:19, 126:23,
132:21, 163:14,
163:21, 167:13,
172:14, 181:2
**dozen**
54:12, 123:18
**drive**
6:18, 12:19,

12:21, 12:25,
13:2, 13:4,
30:3, 57:22,
61:20, 62:4,
62:22, 62:23,
63:5, 63:7,
66:18, 126:11,
128:3
**driver's**
27:14, 27:19,
27:22, 28:1,
28:22, 54:14,
54:19, 55:1,
55:11, 55:14,
55:19, 56:14
**dropbox**
154:4, 154:5
**duly**
1:40, 5:3,
188:41
**duquesne**
55:6
**during**
9:3, 11:12,
32:17, 127:5

**E**

**e-tran**
185:1
**each**
66:19, 92:1,
94:14, 138:24,
147:12, 150:5
**earlier**
26:3, 31:3,
51:10, 52:4,
53:23, 55:21,
58:23, 92:2,
93:16, 102:19,
111:13, 124:23,
175:11, 180:23
**early**
56:17
**earned**
122:17
**east**
4:14
**easy**
109:24

**education**
6:23
**effect**
98:3
**effective**
157:9, 170:1,
170:2, 170:17,
171:2, 171:9,
175:13, 175:25,
176:6, 176:9,
176:12
**effort**
63:22, 87:21
**eight**
29:1, 77:6,
124:5
**either**
49:4, 51:8,
107:21, 131:22,
153:8, 161:5,
172:24, 174:10
**election**
28:23, 179:10
**elections**
28:24
**electronically**
154:2
**electronics**
154:18
**elementary**
59:16
**eligible**
54:22
**else**
6:14, 46:25,
68:12, 71:15,
116:17, 130:4,
155:8, 169:11,
182:23
**embarrassed**
11:3
**employed**
189:15
**employee**
181:19
**employees**
39:7, 39:8,
39:13, 39:20,

41:16, 41:18,
41:21, 41:25,
44:18, 77:6,
181:16, 183:3
**enabled**
106:4, 107:4,
107:12, 107:16,
108:2
**end**
51:20, 52:21,
53:21, 55:25,
56:6, 61:11,
62:15, 79:8,
103:8, 106:14,
109:23, 109:24,
114:19, 120:8,
170:12, 181:12,
184:16
**ended**
171:19
**ends**
101:13, 103:16
**enforcement**
83:3
**enough**
154:17, 166:11
**enrolled**
60:18
**entire**
54:12, 76:21,
92:12
**entirely**
34:13, 34:14,
113:13
**entities**
147:25
**entitled**
179:10
**entity**
145:9
**entity's**
110:9
**entry**
143:5, 143:10,
152:16
**equipment**
42:6, 42:17,
42:21, 42:23,

Transcript of Angela Svonavec
Conducted on November 4, 2024

43:9, 43:19,
44:25, 47:21,
81:22, 125:5,
127:6
**erection**
47:8, 47:16
**error**
74:19, 78:7,
85:2, 133:23,
133:24, 134:17,
134:19
**established**
26:7, 63:23,
164:16
**et**
77:6
**ethic**
66:2, 66:6
**even**
89:5, 119:17,
127:22, 129:12,
130:18, 130:25,
132:1, 139:23,
139:24, 153:14,
155:1, 160:25,
176:13
**eventually**
30:9
**ever**
11:24, 32:13,
47:23, 53:3,
68:15, 70:17,
97:12, 97:17,
100:15, 102:7,
102:13, 128:3,
128:6, 131:17,
136:1, 148:24,
149:17, 149:21,
150:2
**every**
6:16, 28:22,
31:20, 31:22,
31:23, 44:24,
72:15, 73:16,
85:22, 87:21,
98:10, 119:14,
126:25, 130:3,
132:6, 142:16,

163:15
**everybody**
33:1, 44:12,
65:2, 86:20,
130:4
**everybody's**
164:13, 182:15
**everyone**
72:5, 81:12
**everything**
11:17, 20:23,
28:21, 63:10,
78:25, 92:9,
98:9, 99:24,
114:21, 117:15,
124:2, 145:18,
178:24, 180:20,
181:15
**everywhere**
67:1, 79:15,
80:6, 80:11,
80:13
**evidence**
134:17, 137:13,
138:3, 143:20,
144:3
**evidencing**
14:15
**evidently**
76:14
**ex'ing**
162:11
**ex-husband's**
9:1
**exact**
25:22, 28:16,
62:24, 126:21,
141:24, 143:17
**exactly**
8:4, 16:15,
17:11, 53:1,
56:13, 98:10
**exam**
102:9
**examination**
3:5, 5:4
**examiner**
3:25, 102:7,

106:2
**examiner's**
101:7, 101:22,
102:11, 103:25
**except**
52:6, 83:2,
187:3
**excerpt**
128:15
**excerpts**
3:25, 101:6
**exchange**
167:19, 168:3,
168:11, 169:6
**excuse**
30:19, 57:17,
85:6, 100:2,
129:23, 152:20,
168:14
**execute**
174:9
**executed**
151:12, 170:8,
170:10, 171:8,
175:20, 176:7
**exhibit**
3:43, 13:10,
13:14, 13:16,
14:11, 14:12,
15:22, 18:2,
18:3, 18:5,
21:1, 25:13,
33:5, 33:6,
56:20, 56:22,
61:22, 62:3,
63:13, 63:15,
64:7, 70:1,
70:3, 70:11,
72:20, 72:21,
74:22, 74:24,
78:12, 78:14,
82:16, 82:17,
85:3, 85:5,
88:9, 88:10,
91:24, 92:4,
101:2, 101:4,
124:10, 124:12,
128:11, 144:5,

144:7, 146:17,
146:24, 151:12,
152:13, 156:3,
156:25, 157:1,
159:23, 159:25,
160:10, 160:11,
160:17, 160:19,
160:20, 160:23,
161:3, 161:8,
161:16, 165:21,
166:1, 166:13,
170:24, 171:1,
173:5, 173:7,
173:12, 174:1,
174:3, 174:6,
174:17, 174:19,
175:8, 176:16,
177:17
**exhibits**
3:9
**expect**
73:24, 144:4
**expense**
116:25, 119:22,
121:17
**expenses**
108:13, 108:19,
109:15, 109:16,
110:6, 110:12,
120:15, 120:23,
178:7, 178:15,
178:17, 178:19,
178:20, 178:22,
179:5
**expiration**
189:25
**explain**
114:17
**exposed**
129:9, 129:16
**expression**
100:21
**extension**
19:19
**extent**
81:6
**extremely**
81:25

Transcript of Angela Svonavec
Conducted on November 4, 2024

**eyes**
128:12, 128:15

**F**

**f) (1**
189:5
**f1**
125:7, 125:9
**f2**
125:7, 125:10
**fact**
133:17
**facts**
89:20, 91:1,
91:11, 91:15,
91:21, 91:22,
119:18
**fair**
16:20, 20:21,
51:13, 61:1,
73:15, 75:11,
78:24, 85:16,
101:1, 166:11,
180:1
**fall**
53:13
**falsification**
89:25
**familiar**
33:20, 95:20,
95:23, 98:22
**familiarity**
87:15
**family**
6:15, 80:6,
86:7, 86:16
**far**
104:17, 115:11
**farm**
11:19, 11:20,
36:23, 37:1,
37:2, 37:13,
38:13, 38:16,
45:5, 45:7,
45:8, 45:9,
45:10, 45:15,
45:16, 47:12,
47:13, 49:7,

49:10, 76:3,
183:23
**farming**
45:20, 66:10
**farms**
36:23, 45:8,
45:12, 45:14,
45:21, 46:1,
49:10
**father**
60:9
**fax**
88:17
**fear**
125:2
**fearless**
38:25, 41:9,
41:15, 42:1,
42:5, 42:6,
42:7, 42:10,
42:16, 44:4,
44:7, 45:24,
46:7, 46:9,
46:13, 47:2,
47:5, 101:21,
103:22, 104:4,
104:12, 104:23,
105:4, 105:12,
105:16, 105:21,
107:13, 108:14,
108:20, 109:5,
109:10, 109:16,
110:8, 110:13,
112:7, 112:22,
112:24, 113:9,
114:12, 115:1,
115:5, 115:13,
115:19, 116:24,
117:5, 117:20,
117:21, 117:24,
118:4, 119:21,
121:16, 121:23,
122:5, 123:3,
123:10, 124:24,
125:1, 125:4,
125:5, 125:7,
125:8, 125:15,
126:6, 129:4,

129:5
**fearlesses**
125:3
**february**
62:13, 64:8,
70:24, 74:25,
76:14, 129:23,
132:22
**fed**
162:11
**federal**
1:45, 18:14,
21:1, 22:21,
23:6, 24:4,
92:13, 92:20,
92:22, 93:3,
93:9, 96:21,
97:5, 97:13
**fee**
117:6, 118:7,
118:10, 118:14,
119:22, 121:22,
179:14, 180:8,
183:14
**feel**
53:11, 68:19,
76:20, 96:9,
101:11, 120:16
**feels**
182:4
**feet**
31:24
**few**
10:7, 51:4,
53:9, 54:9,
55:9, 141:14
**fide**
15:1
**fifth**
59:6
**file**
24:4, 31:4,
96:21, 97:22,
98:7, 99:4,
99:18, 137:14,
145:25
**filed**
13:20, 13:25,

14:9, 16:18,
17:19, 17:23,
18:14, 18:19,
21:2, 23:5,
23:8, 73:5,
73:8, 73:10,
73:12, 73:22,
88:13, 88:19,
89:9, 89:11,
90:15, 92:13,
92:18, 93:4,
93:18, 94:2,
94:5, 94:25,
95:1, 95:18,
96:22, 96:23,
97:5, 97:6,
98:5, 98:6,
99:1, 99:4,
99:18, 121:10,
144:8, 144:14,
146:3, 146:13,
157:25, 167:6,
172:23, 173:2
**files**
144:16
**filing**
14:6, 14:19,
17:22, 20:14,
21:2, 21:16,
21:18, 22:2,
23:2, 23:15,
23:16, 25:6,
25:7, 74:4,
88:23, 92:14,
93:3, 93:9,
95:3, 97:5,
97:6, 145:19,
145:24, 160:1,
160:4
**fill**
50:16
**final**
21:20, 95:2,
175:8
**financially**
189:17
**financing**
3:19, 72:23

Transcript of Angela Svonavec
Conducted on November 4, 2024

203

find
12:1, 102:23
fine
34:17, 48:19,
51:8, 71:10,
101:1, 146:10,
181:7
finish
20:6, 152:20
firm
162:2, 162:4,
162:13, 162:25,
163:5, 163:13,
164:17
firmly
107:7
first
5:3, 7:5, 9:15,
11:21, 14:1,
14:3, 14:4,
18:5, 34:21,
49:16, 50:1,
62:15, 62:25,
65:13, 93:25,
101:13, 106:19,
113:6, 124:16,
129:15, 129:24,
134:20, 147:11,
156:13, 157:6,
167:17, 175:24,
179:18, 188:41
fl
1:44
flew
129:20, 142:6,
142:9, 142:23,
142:25, 143:7
flight
3:26, 127:9,
129:24, 130:8,
131:12, 131:14,
132:6, 132:14,
133:6, 133:16,
133:18, 134:9,
139:18, 141:2,
143:6
flights
3:41, 129:4,

129:23, 132:4,
133:15, 135:1,
141:10, 141:12
flip
92:6
flown
128:7
fly
128:6, 163:14,
163:15, 163:21
fnb
3:39, 50:2,
50:10
focus
126:2
focused
127:24
focuses
182:20
focusing
126:17, 127:13
followed
94:14, 114:25
following
188:37
follows
5:3, 167:17
foregoing
187:1, 188:38
formally
52:10
formed
147:9, 147:17,
147:21, 148:1,
148:3
formerly
15:24
forming
124:6
forms
180:24
forth
89:21, 91:1,
91:12, 130:4
forward
63:10, 166:4
four
167:13

fourth
59:6, 94:18,
94:19
frame
166:5
framed
166:6
frcp
189:4
free
50:25, 76:20,
96:9, 101:11,
120:16
frequently
31:18
friday
52:6
fridays
10:14
friedens
129:17, 129:18,
129:21, 130:8,
130:12, 130:21,
131:13, 132:15,
134:10, 138:11,
139:16, 139:17
front
95:8, 112:15,
112:16, 161:14,
162:17, 165:1,
165:7
fulfilling
115:8, 115:14
full
5:14, 5:16,
12:23
full-time
104:8
fully
107:18
funeral
134:3
further
94:4, 179:7,
179:9, 189:4,
189:14, 189:16

**G**

gabby
109:12, 124:1,

157:23, 166:23,
172:16, 172:20
games
53:8, 54:3,
54:8, 54:12
gates
2:11, 2:12,
4:20
gave
86:20, 131:15,
168:14, 169:6,
169:18
geez
102:22
general
136:6
generated
108:21, 109:17,
110:8, 110:13
generously
87:13
getting
28:22, 32:21,
73:16, 152:4,
166:7, 175:1
gift
169:15, 169:20
girls
53:10
give
79:4, 113:16,
114:10, 146:22,
167:19, 167:24,
168:3, 179:1
given
155:20, 189:20
gives
81:25
giving
76:25, 77:3,
122:4
go
6:20, 20:8,
22:8, 27:3,
28:4, 28:14,
32:15, 52:16,
53:3, 53:8,
54:3, 56:4,

Transcript of Angela Svonavec
Conducted on November 4, 2024

58:16, 58:17,
77:2, 86:4,
92:1, 96:13,
109:8, 129:6,
134:3, 135:13,
142:16, 144:23,
152:7
**god**
81:12
**goes**
53:14, 58:11,
113:3, 167:17
**going**
27:5, 32:22,
37:10, 50:13,
51:3, 51:7,
51:9, 58:18,
63:14, 64:2,
64:23, 93:22,
94:1, 97:4,
97:19, 101:3,
101:12, 106:16,
114:18, 116:20,
124:18, 127:5,
127:13, 130:7,
131:7, 134:1,
146:18, 166:4,
168:21, 175:2,
181:8
**gone**
141:10
**good**
5:6, 5:7,
16:23, 33:3,
79:4, 165:14,
167:14, 167:18
**goodman**
1:42, 4:23,
188:36, 189:23
**goods**
46:17, 46:20
**google**
75:9
**gotcha**
42:2
**government**
83:3
**grade**
51:17, 59:7

**graduate**
55:20
**graduated**
56:15, 56:17,
56:18
**grain**
37:22, 45:19
**grandma's**
9:5
**grandmother**
8:13
**granted**
168:4, 168:15,
169:7
**great**
5:16, 65:17
**greater**
3:17, 3:18,
63:18, 63:20,
64:3, 64:19,
69:9, 69:18,
70:6, 70:15,
71:21
**green**
142:20
**grew**
6:11
**ground**
31:24, 81:3
**groups**
92:1
**grow**
6:8
**guess**
8:5, 52:2,
65:4, 74:21
**guesstimate**
28:16

**H**

**hair**
37:7
**half**
77:4, 77:5,
77:7, 77:8,
102:20, 102:21
**halfway**
101:17

**hand**
189:20
**handle**
40:5, 49:21,
98:20, 106:11,
148:8, 168:6,
169:3, 169:21
**handled**
23:21, 113:12,
146:7, 172:16,
180:6
**hands**
23:25
**handwritten**
89:19, 153:3,
159:16
**hang**
67:17
**happened**
30:6, 91:8,
91:9, 119:18,
149:17
**happy**
137:24
**harbour**
26:6
**hard**
65:16, 101:15,
102:21
**harder**
102:19
**harvest**
6:18
**hate**
8:5
**hay**
45:18
**head**
25:25, 38:24,
44:3, 111:12,
172:14
**header**
128:22
**heading**
76:25, 77:3,
102:25, 103:3,
120:13, 178:5,
178:14

**heard**
33:14, 172:11
**hearing**
78:16, 83:19,
84:12, 85:12
**heating**
41:4, 180:24,
182:20, 182:24
**heavily**
139:10
**held**
84:12, 149:21,
150:18
**helene**
143:15
**help**
64:7, 102:23,
129:13, 133:9,
174:5
**helped**
61:4, 65:16
**helpful**
166:3, 166:4
**helping**
153:22, 159:1
**herbal**
7:11
**here**
4:4, 11:21,
11:24, 12:18,
17:6, 26:10,
27:18, 27:23,
27:25, 28:1,
28:7, 28:8,
28:20, 28:21,
29:3, 31:22,
32:8, 42:14,
42:15, 43:5,
43:22, 54:23,
54:24, 56:1,
60:20, 68:15,
69:14, 75:22,
78:25, 80:20,
80:24, 81:4,
86:3, 91:10,
94:1, 96:12,
102:2, 103:1,
103:14, 111:7,

Transcript of Angela Svonavec
Conducted on November 4, 2024

111:8, 111:10,
112:4, 123:8,
123:19, 125:11,
126:16, 126:23,
127:12, 130:4,
130:12, 130:21,
132:6, 134:4,
134:12, 134:22,
137:18, 138:13,
138:15, 138:17,
141:11, 143:13,
143:14, 156:11,
163:12, 168:13,
176:12, 181:2,
181:10, 181:20,
183:6
**here's**
132:20
**hereby**
167:15, 167:16,
177:23, 187:2,
188:37
**hereinbefore**
188:39
**hereto**
1:46
**heritage**
1:4, 1:27, 4:6,
4:7, 34:15,
47:25, 48:3,
72:24, 73:2,
74:4, 76:8,
76:9, 76:18,
117:20, 117:22,
122:18, 123:9,
144:9, 144:20,
144:25, 145:6,
145:7, 188:4,
188:27
**high**
6:20, 6:23,
51:20, 52:2,
52:21, 53:5,
53:6, 53:13,
55:25, 56:7,
56:18, 61:12,
66:18
**highly**
61:5, 153:21

**highway**
63:25, 69:15
**hill**
142:20
**hired**
41:18, 183:4
**hires**
44:18
**hiring**
181:17
**hold**
138:23, 148:20
**holding**
1:4, 4:6,
46:14, 46:15,
47:25, 48:3,
72:24, 74:4,
122:18, 123:9,
188:4
**holdings**
34:15
**hole**
141:18, 142:9
**home**
11:25, 33:11,
56:5, 56:6,
59:22, 60:1,
61:8, 100:2,
100:5, 100:10,
100:16, 100:19,
100:22, 100:23,
101:24, 102:4,
102:15, 102:16,
104:3, 104:12,
105:3, 105:11,
110:6, 112:1
**homes**
111:7, 111:9
**homesteaded**
100:3, 100:8
**honest**
23:22, 48:22,
126:25
**honestly**
39:3
**hospital**
11:2, 11:4
**hour**
51:4

**house**
9:5, 12:2,
12:5, 12:6,
12:7, 12:13,
16:4, 17:9,
26:11, 26:13,
26:15, 28:11,
37:20, 37:21,
37:25, 41:3,
62:9, 62:22,
100:1, 100:2,
100:4, 100:15,
100:19, 102:3,
104:10, 108:7,
108:9, 108:13,
108:20, 109:15,
109:16, 110:12,
144:9, 144:20,
145:7
**however**
22:14
**hub**
181:17
**huge**
81:24
**huh-uh**
165:11, 167:23,
168:2
**hundred**
116:14
**hurricanes**
143:15
**husband**
23:8, 24:6,
31:10, 31:17,
62:9, 70:20,
78:15, 79:5,
82:20, 83:12,
83:22, 85:11,
88:12, 114:13,
115:19
**husband's**
87:10, 87:16

**I**

**idea**
97:1, 97:18,
99:21, 119:15,

119:24, 120:1,
121:10, 121:20,
122:2, 123:6,
135:20, 139:24,
145:10, 151:3,
151:5, 158:23,
170:5, 177:12,
183:16
**identified**
36:2, 40:7,
74:4
**identifies**
36:4, 36:11,
62:16
**identify**
4:15, 168:13
**identifying**
90:16
**immediately**
59:1
**impact**
67:2, 68:17
**impacted**
69:15
**important**
68:22, 69:2
**impossible**
134:11, 159:17,
159:18
**in-florida**
129:23
**inaccuracy**
138:3
**inaccurate**
136:10, 138:13,
140:2, 140:4,
140:8, 140:16,
142:2, 143:13
**inc**
44:5, 46:7,
46:13, 47:3,
47:5, 103:22,
104:4, 104:13,
104:23, 105:4,
105:12, 105:16,
105:21, 107:13,
109:11, 109:17,
110:8, 110:13,

Transcript of Angela Svonavec
Conducted on November 4, 2024

206

112:7, 115:2,
115:6, 115:13,
115:19, 116:25,
117:5, 121:16,
122:5, 123:10,
125:8, 125:15,
126:6, 129:5
**include**
44:21, 81:7
**included**
68:10, 68:12
**includes**
68:13, 82:8
**including**
80:12, 80:13,
80:14, 84:11,
84:16
**income**
18:6, 18:18,
22:21, 23:7,
23:13, 23:15,
24:5, 92:13,
93:18, 96:21,
98:12, 98:23,
98:24, 99:5,
99:10, 99:15,
99:20, 108:21,
109:17, 110:8,
110:13, 115:20,
115:25, 116:7,
116:8, 118:17,
118:23, 118:24,
119:4, 119:6,
119:10, 121:8,
121:9, 121:13,
121:24, 122:4,
122:14, 122:17,
122:19, 122:22,
122:23, 122:24,
180:4
**incorrect**
74:11, 136:25,
139:7, 139:22
**incredulous**
164:9, 164:11
**incurred**
178:7, 178:15,
179:5

**index**
3:1
**indicate**
141:4
**indicating**
56:25
**individual**
18:6
**industrial**
39:17, 39:18,
39:21, 48:14,
48:19, 183:19,
184:2
**industries**
1:19, 3:35,
4:7, 39:2, 39:6,
39:7, 39:8,
39:21, 39:25,
40:4, 40:8,
40:13, 40:14,
41:2, 41:3,
41:18, 42:1,
44:18, 49:1,
123:9, 144:10,
144:21, 145:12,
145:16, 145:21,
146:4, 157:4,
157:13, 160:3,
160:7, 166:14,
166:19, 170:20,
171:5, 171:15,
176:18, 176:24,
177:9, 178:2,
179:20, 180:15,
183:4, 183:24,
183:25, 184:1,
188:19
**industry**
65:14, 81:22,
81:23, 81:24
**inform**
71:20
**information**
3:14, 3:15,
3:36, 20:20,
50:19, 64:21,
65:9, 73:17,
73:22, 89:22,

90:3, 91:13,
94:21, 109:21,
110:24, 129:8,
129:10, 131:11,
135:13, 141:7
**ingenuity**
65:16
**initial**
177:24
**initials**
95:17
**insight**
94:4
**instance**
1:39
**instances**
155:10
**instead**
20:4, 171:17,
176:1
**instructed**
171:21, 172:13
**instruction**
33:3
**integrity**
66:2
**intend**
20:20, 132:3,
137:12, 137:14
**intended**
80:9, 81:6,
82:2
**intending**
71:15, 167:16
**intention**
73:16, 80:10,
81:10, 81:12,
82:7, 90:22
**intercompany**
41:19
**interest**
3:28, 3:29,
3:30, 3:32,
33:8, 33:12,
34:22, 34:23,
35:2, 35:6,
35:21, 47:20,
63:25, 69:10,

147:4, 147:5,
148:5, 148:9,
148:12, 148:13,
148:14, 148:18,
148:20, 148:23,
149:3, 149:11,
149:21, 149:24,
150:1, 150:3,
150:6, 150:13,
150:23, 151:2,
151:7, 151:10,
151:11, 151:18,
152:9, 152:21,
153:15, 155:24,
157:3, 157:4,
157:5, 157:8,
157:12, 157:14,
157:21, 160:16,
166:13, 166:15,
166:19, 170:19,
171:3, 171:4,
171:10, 171:11,
171:14, 171:15,
171:16, 171:17,
171:18, 172:25,
173:2, 173:6,
173:7, 173:9,
174:9, 174:11,
174:12, 176:6,
177:6, 177:10
**interested**
189:17
**interests**
73:1
**internal**
106:20
**interrupt**
38:3, 48:25,
104:11
**intervention**
52:16
**interview**
76:13
**interviewed**
70:17, 75:20,
76:15
**inventory**
134:23

Transcript of Angela Svonavec
Conducted on November 4, 2024

207

involved
110:17
ir
101:6
irs
3:25, 101:7,
102:9, 103:25
island
141:17, 142:6
isles
26:6
issue
114:15, 137:24,
166:8

**J**

jack
43:11, 43:14,
43:16
jackson
141:18, 142:9
january
131:4
jason
8:19, 8:23,
10:20, 11:9,
11:13, 17:7,
17:18, 18:9,
18:15, 18:19,
19:14, 22:23,
23:14, 31:4,
31:13, 39:4,
57:1, 60:8,
61:3, 62:9,
70:20, 71:20,
74:5, 74:8,
79:9, 79:17,
81:13, 81:18,
81:20, 82:3,
87:12, 89:14,
91:5, 92:14,
93:4, 93:19,
99:10, 99:23,
103:20, 109:9,
112:21, 130:11,
144:16, 152:10,
152:22, 153:10,
153:14, 153:24,

154:12, 155:2,
155:5, 155:18,
155:21, 156:3,
156:13, 157:4,
157:7, 157:13,
158:4, 159:4,
159:11, 160:12,
160:24, 161:3,
161:9, 161:16,
162:7, 165:6,
165:12, 165:22,
170:12, 173:8,
173:12, 173:25,
174:8, 174:11
jason's
3:29, 49:9,
62:17, 78:15,
81:21, 82:20,
84:9, 85:12,
86:7, 92:23,
147:5, 148:17,
149:21, 151:1,
151:7, 151:18,
152:9, 152:20,
152:21, 153:3,
153:7, 153:15,
155:24, 156:1,
157:5, 157:14,
157:21, 160:16,
166:15, 166:19,
171:10, 171:16,
171:18, 172:25,
173:8, 174:6,
174:11, 174:12
jennifer
6:3, 6:4
jobs
32:1
jodi
1:42, 4:23,
188:36, 189:23
johnstown
9:14, 11:5,
49:24, 50:2,
75:4, 75:11,
75:13, 83:4
joiner
51:1

joint
22:10
jointly
21:2, 21:16,
22:4, 23:2,
23:8, 23:16,
25:6, 49:9,
92:14, 93:4,
93:19, 95:1,
95:3, 95:18,
96:22, 97:5,
99:4, 99:18
judge
3:21, 78:15,
78:18, 78:23,
81:6
july
32:9, 32:10,
54:1, 73:5,
140:19, 141:4,
141:13
june
70:8, 70:24,
71:11, 88:24,
89:8, 89:9,
89:12, 131:3,
131:5, 133:10,
134:9, 138:11,
138:12, 140:13,
170:1, 170:2,
170:9, 170:17,
171:2, 171:9,
171:12, 175:13,
176:1, 176:7,
176:19, 177:1
jurisdiction
184:9

**K**

k
59:18, 59:20
k&l
2:11, 2:12,
4:20
keep
28:15, 51:7,
51:9, 106:16,
178:25

keeps
179:2
kept
150:19
kind
35:23, 91:25,
106:15
kinds
182:18
kissimmee
43:6, 43:10,
127:7, 127:9
knew
72:9, 72:11,
90:9, 162:22
knowing
87:8, 136:9
knowledge
34:16, 35:14,
87:15, 89:22,
91:13, 91:15,
96:20, 99:8,
109:21, 121:15,
181:18, 181:21
knows
57:11, 147:24
krasik's
71:4
kripalu
7:10
ktrv
1:13, 4:6,
144:24, 145:9,
188:13

**L**

land
48:15
landscaping
90:9
lane
12:2, 12:3,
30:14, 30:20,
30:23, 32:13,
32:14, 48:12,
61:7, 74:9,
74:17, 89:7,
89:15, 90:17,

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    208

91:5
**larger**
81:20
**largest**
43:3, 43:4
**last**
15:5, 29:3,
65:13, 65:24,
66:17, 70:19,
79:8, 79:25,
124:5, 129:15,
143:5, 143:10,
143:15, 152:13,
153:2, 165:21,
175:21
**later**
40:24, 92:21,
95:10, 95:11,
171:19, 176:14,
177:5, 184:11
**laura**
161:22, 161:23,
165:1, 165:7
**law**
83:2, 119:14,
162:2, 162:4,
162:13, 162:25,
163:5, 163:13,
164:17
**laws**
121:15
**lawsuit**
40:6, 183:21
**lawyer**
148:7, 183:15
**lawyers**
34:2, 44:11,
84:9, 99:22,
101:9, 112:12,
114:20, 168:5,
182:2, 182:3
**lease**
42:22, 42:23,
43:17, 112:23,
113:6
**leases**
46:23, 46:24,
113:11

**leasing**
38:25, 41:9,
41:15, 42:1,
42:5, 42:6,
42:7, 42:10,
42:16, 44:7,
45:24, 123:4,
123:10, 124:24,
125:4
**least**
7:17, 23:7,
29:2, 71:10
**leave**
24:9, 50:15,
130:3, 130:23,
130:24
**leaving**
176:1
**left**
59:15, 59:21,
128:22, 130:2,
139:15
**legally**
31:16, 167:16
**leisurely**
50:25
**less**
161:11
**let's**
11:20, 22:19,
39:6, 58:16,
61:11, 64:6,
94:6, 104:15,
117:8, 134:8,
136:17, 162:9,
176:16, 178:7
**letter**
3:21, 3:23,
20:10, 78:14,
78:18, 78:23,
79:8, 81:11,
81:17, 83:12,
83:16, 83:22,
85:7, 85:10,
86:6, 95:21,
106:18, 106:19,
120:9, 120:17
**letters**
19:3, 83:25,

84:1, 84:17,
97:1
**levitate**
143:14
**lewis**
106:21, 106:23
**liability**
1:6, 1:21,
188:6, 188:21
**license**
27:14, 27:19,
27:22, 28:1,
28:22, 54:15,
54:19, 55:1,
55:11, 55:14,
55:19, 56:14
**life**
66:11, 131:25
**light**
137:24
**likely**
130:22, 133:23,
133:24
**limited**
1:6, 1:20,
68:11, 68:19,
91:16, 96:20,
188:6, 188:20
**line**
18:9, 18:10,
18:21, 19:19,
19:20, 21:9,
21:23, 24:11,
24:16, 25:3,
25:10, 77:25,
79:8, 129:15,
133:11, 134:8,
186:4
**lines**
35:1, 94:22,
95:13
**list**
74:17, 92:23,
120:17, 123:8
**listed**
24:22, 24:24,
63:6, 74:9,
74:11, 89:14,

133:16, 134:9,
141:2, 144:16
**listing**
129:22, 140:19,
140:22
**lists**
22:23, 23:13,
35:1, 129:16,
133:18, 145:11
**litigation**
34:8, 128:16,
136:15
**little**
8:12, 9:6,
17:17, 32:12,
35:19, 102:19,
102:21, 142:22
**live**
6:19, 8:11,
8:14, 9:3, 9:24,
17:7, 17:18,
27:25, 58:25,
59:22, 61:19,
105:19, 111:7
**lived**
7:22, 8:12,
8:13, 9:5, 10:6,
11:18, 16:3,
16:6, 16:19,
17:9, 17:24,
18:14, 26:5,
27:25, 31:9,
51:21, 53:23,
58:24, 72:2,
72:11
**lives**
31:8, 112:2,
112:3
**living**
60:13, 62:22
**llc**
1:5, 1:13,
1:19, 1:28,
3:28, 3:29,
3:35, 4:6,
39:21, 39:25,
40:4, 41:2,
41:10, 41:15,

Transcript of Angela Svonavec
Conducted on November 4, 2024

209

42:5, 42:7,
42:10, 42:16,
44:7, 45:10,
45:24, 47:8,
47:16, 47:21,
72:24, 73:3,
74:5, 123:4,
123:10, 124:24,
128:25, 129:5,
135:5, 144:10,
144:20, 144:21,
145:12, 145:16,
147:4, 147:5,
148:6, 148:10,
148:13, 148:14,
148:18, 148:20,
148:23, 149:3,
149:11, 149:21,
149:24, 150:2,
150:3, 150:7,
150:13, 151:2,
151:7, 151:11,
151:18, 152:9,
152:22, 153:15,
155:24, 157:5,
157:13, 157:14,
157:21, 160:4,
160:7, 160:16,
166:14, 166:15,
166:19, 170:20,
171:3, 171:5,
171:11, 171:15,
171:17, 171:18,
171:19, 172:25,
173:2, 173:9,
174:12, 174:13,
176:18, 176:24,
177:9, 177:10,
178:2, 188:5,
188:13, 188:19,
188:28
**llp**
2:11
**loan**
33:8, 34:22,
35:12, 35:21,
35:22, 35:23
**local**
43:23, 66:2,

66:20, 66:23,
67:1, 68:4,
68:23, 69:1,
69:19, 79:9,
79:12, 79:17,
80:4, 81:6,
81:7, 81:10,
81:17, 82:3,
86:23
**location**
80:16, 90:10,
90:12, 91:9,
103:22, 104:4,
104:12, 105:4,
105:12, 181:10,
184:2
**locations**
44:19, 44:20
**log**
131:15, 131:16,
131:17, 131:18,
131:23, 131:24,
133:4, 133:7,
141:14
**logged**
142:17, 142:25
**logs**
141:20, 142:15,
143:1, 143:18
**long**
16:2, 16:17,
20:12
**longer**
55:4, 55:13,
71:21, 72:1,
101:5
**look**
14:1, 14:22,
15:22, 18:5,
18:17, 18:20,
19:18, 20:25,
21:7, 21:15,
22:11, 22:19,
28:16, 33:17,
35:19, 64:8,
65:24, 73:8,
75:9, 84:8,
88:24, 89:6,

92:19, 94:20,
95:16, 101:11,
103:2, 106:18,
106:25, 109:8,
113:20, 117:8,
123:14, 127:17,
127:18, 127:22,
129:15, 131:22,
132:2, 133:11,
134:8, 136:5,
144:15, 152:15,
153:1, 156:1,
167:12, 170:11,
173:5, 176:16,
177:16, 179:7
**looked**
70:11, 174:13,
175:19
**looking**
21:10, 33:1,
93:25, 120:9,
130:18, 131:11,
151:10, 154:21,
155:24, 155:25,
160:17, 169:25
**looks**
19:4, 20:8,
88:14, 132:22,
154:23, 165:15
**lookup**
3:15
**loopy**
158:13
**lot**
7:2, 20:8,
32:5, 36:24,
37:4, 45:17,
45:18, 54:13,
60:12, 78:4,
80:20, 83:25,
85:1, 103:1,
110:24, 111:1,
124:6, 129:9,
142:4, 166:8
**lots**
150:4
**low**
175:1

**lucky**
54:12
**lynn**
5:18, 5:20
**lyons**
43:11, 43:14,
43:16

---

**M**

**ma'am**
5:10, 5:21,
6:8, 6:21,
18:22, 24:20,
63:14
**machine**
1:43
**mack**
126:24
**made**
15:14, 72:5,
74:19, 77:25,
78:3, 89:23,
90:25, 97:22,
113:14, 113:25,
114:13, 160:1,
160:4, 160:8,
170:4, 171:9,
172:20
**mail**
36:25, 39:2,
39:3, 39:5,
44:10, 178:23,
179:3
**mailbox**
36:25, 40:2
**mailed**
83:13, 83:16,
145:18
**mailing**
36:24, 38:5,
38:23, 39:24,
40:4, 41:12,
44:5, 44:8,
46:8, 46:9,
47:25, 48:9,
63:9, 64:25,
65:4, 74:9,
145:17, 184:3

Transcript of Angela Svonavec
Conducted on November 4, 2024

210

mailings
65:3
main
36:25
maintain
148:6, 148:14
maintained
10:16
maintains
148:18
maintenance
107:7
make
14:20, 25:16,
32:22, 36:15,
50:4, 52:18,
87:20, 114:22,
134:5, 134:6,
166:10, 180:21,
181:22, 182:21
makes
42:3, 96:3,
181:24
making
14:24, 14:25,
15:16, 73:16,
157:23
manage
112:4, 117:21,
117:23, 118:3,
181:9, 181:16
management
49:18, 49:20,
49:21, 50:1,
50:2, 50:8,
113:1, 115:3,
117:6, 117:19,
118:6, 118:9,
118:14, 119:22,
121:22, 177:20,
177:21, 179:11,
179:13, 180:7,
181:8, 181:9,
181:19, 183:5,
183:13
manager
177:24, 178:1,
178:6, 178:14,

178:15, 179:8,
179:9
managing
40:22, 178:7,
178:16, 179:5
manifesting
14:15
many
65:14, 82:6,
86:8, 86:13,
86:15, 127:15,
133:8, 142:15,
152:23
map
80:16
march
138:11, 140:13
mark
13:10, 170:22
marked
13:14, 13:16,
14:11, 14:12,
18:1, 18:3,
33:5, 33:6,
34:5, 56:20,
56:21, 61:22,
62:2, 63:13,
63:15, 70:1,
70:2, 72:20,
72:21, 74:22,
74:24, 78:12,
78:13, 82:15,
82:17, 85:3,
85:4, 88:8,
88:10, 94:7,
101:2, 101:4,
124:10, 124:11,
128:10, 144:5,
144:6, 146:17,
146:24, 156:25,
157:1, 159:23,
159:25, 166:1,
170:24, 171:1,
174:17, 174:19
marks
184:16
marriage
9:4, 9:9,

10:20, 11:13,
31:13
married
8:18, 8:23,
11:9, 16:12,
21:2, 21:16,
22:4, 23:16,
25:6, 92:14,
93:4, 93:18,
94:25, 95:1,
95:3, 95:14,
95:17, 95:18,
96:22, 96:23,
97:5, 97:6,
98:6, 99:4,
99:18, 156:6
marrying
8:23
maryland
6:15, 6:16,
63:24, 68:14,
68:25, 69:24,
80:14
massachusetts
7:10
math
16:23, 16:24
matter
4:6, 34:12,
184:9
maturity
35:2
maybe
8:5, 13:7,
16:13, 39:2,
44:25, 53:15,
77:9, 103:9,
130:11, 130:25,
137:7, 137:8,
152:4
mcintosh
88:13
mcintosh's
89:6
mean
19:25, 21:2,
23:14, 43:8,
44:23, 47:12,

49:20, 50:6,
54:9, 54:11,
55:19, 64:20,
69:8, 71:2,
77:9, 84:24,
86:19, 96:15,
129:21, 129:25,
136:20, 136:25,
147:21, 147:22,
149:7, 154:11,
154:18, 156:8,
156:18, 157:17,
165:14, 176:4,
177:20, 178:21
meaning
20:8, 49:21,
86:7, 87:24,
112:21, 175:16
means
18:21, 20:7,
25:19, 46:24,
60:23, 86:25,
87:3, 95:2,
95:3, 100:6,
131:19, 131:22,
132:1, 133:17,
154:13, 154:20,
168:1, 179:2
meant
86:22
mechanic
7:12
mechanics
7:11
media
4:4
medicine
7:8
meeting
72:16, 148:24,
149:2, 149:11,
149:20, 150:13
meetings
65:1, 72:7,
72:10, 148:21,
148:25, 149:9,
149:24, 150:2,
150:18, 151:4

mejia
2:18
mejio
4:12
member
40:22, 85:21,
144:16, 151:12,
177:23, 179:10,
179:12
members
86:9, 86:16
membership
3:30, 3:32,
157:3, 157:7,
157:8, 157:12,
166:13, 170:19,
171:4, 171:10,
171:16, 173:6,
173:7, 174:9,
176:6, 177:6
memorialized
132:7
memorializes
62:8
memory
29:4, 110:16
menopausal
11:6
mentioned
41:9, 44:4
merits
184:11
metz
106:21, 106:23,
120:9
meyersdale
5:22, 5:23,
39:10, 39:11,
39:13, 39:15,
145:7, 183:20,
184:5
michelle
2:18, 4:12
middle
15:23, 59:17,
89:19, 90:25,
101:20, 106:15,
106:18, 107:2,

120:12
might
53:20, 87:25,
88:3, 92:8,
96:20, 135:5,
149:10, 169:11
milford
15:25
milton
143:15
mind
52:18
mine
32:4, 49:8,
49:24, 154:24,
181:13, 181:21
minimize
71:17
mining
68:22, 68:25,
80:24, 81:2,
181:23
minuscule
156:11
minute
150:4, 161:2
minutes
51:5, 149:23,
150:2, 150:12,
150:19, 151:4
misidentified
103:16
missing
142:4
mobile
39:10
mom
11:3, 86:13
mom's
85:19, 85:20
moment
25:14, 160:17,
172:12
money
119:3, 119:10,
121:21
monitor
4:11

montana
119:2
month
32:9, 32:10,
112:8, 112:25,
113:10, 113:25,
114:12, 115:17,
161:12
months
124:5, 134:12,
136:6, 140:10,
176:14
moorings
13:1
more
10:18, 16:19,
40:24, 76:24,
82:6, 89:5,
110:24, 111:1,
111:2, 112:16,
161:24, 176:3
morella
2:4, 4:17,
74:1, 162:2,
162:4, 162:12,
162:25, 163:5,
163:13, 164:17,
172:20
morning
5:6, 5:7,
77:18, 77:19
mornings
10:14
mortgage
33:11, 35:6,
35:17
most
10:13
mostly
6:13, 7:9,
45:17, 56:1
mother's
130:24, 130:25,
131:2
motion
3:22, 3:31,
82:19, 84:16,
137:14, 160:11,

160:12, 162:10
move
26:11, 28:20,
37:7
moved
8:14, 10:7,
11:21, 13:3,
17:6, 28:1,
28:20, 56:15,
62:25, 96:4,
96:12
moving
25:25, 111:12,
172:14
much
50:25, 52:5,
71:9, 81:20,
82:1, 101:11,
118:9, 120:16,
134:16, 179:21
mud
8:15, 9:6,
11:18, 15:24,
16:3, 17:4,
17:8, 17:19,
18:15, 22:24,
30:2, 30:6,
30:17, 61:16
mulch
41:3
multistate
63:22
must
76:12, 106:21
myself
65:23, 102:24,
152:5

**N**

name
5:8, 5:16,
5:19, 6:2, 9:1,
10:22, 36:1,
47:11, 48:20,
49:9, 49:23,
49:25, 89:7,
92:23, 114:8,
114:10, 133:18,

Transcript of Angela Svonavec
Conducted on November 4, 2024

212

144:9, 144:19,
145:1, 145:7,
186:2
**named**
188:39
**names**
89:6, 113:16,
114:6, 123:20,
133:12, 134:22,
141:20
**naples**
1:44, 4:14,
12:18, 26:7,
26:10, 42:14,
42:16, 77:5,
77:8, 111:23,
111:24, 127:9,
127:10, 129:17,
129:20, 130:8,
130:20, 131:13,
132:15, 132:21,
132:25, 134:10,
139:15, 139:17,
140:23, 141:3,
143:6
**narrative**
89:19
**nation**
65:17
**national**
49:16, 50:1
**native**
65:25, 71:2
**natives**
70:21, 71:20
**natural**
1:27, 73:2,
76:18, 144:25,
188:27
**nature**
41:1, 42:4
**naturopathic**
7:8
**nd**
13:22
**necessarily**
65:1, 147:20
**necessary**
111:5, 115:10

**need**
27:5, 50:13,
79:15, 96:13,
105:15, 105:18,
105:20, 105:24,
123:14, 137:15,
143:21, 144:4,
161:24, 168:21,
175:12
**needed**
107:20, 115:12,
155:11
**needs**
45:1, 79:9,
79:17, 81:13,
81:18, 82:3
**neither**
189:14
**network**
80:15
**never**
33:14, 33:25,
34:20, 36:20,
39:3, 47:17,
50:24, 82:22,
92:17, 97:8,
97:9, 102:7,
102:9, 102:12,
104:7, 128:18,
129:11, 131:16,
131:25, 134:20,
134:25, 135:25,
136:1, 139:19,
162:14
**new**
12:15
**newly**
145:9
**newport**
141:18
**news**
57:14
**newsletter**
64:25
**newspaper**
75:3, 75:6,
77:13, 77:22,
77:23

**next**
19:10, 19:20,
19:21, 19:22,
21:23, 23:12,
24:14, 24:25,
25:5, 25:10,
63:3, 64:2,
97:19, 107:9,
107:10, 134:8,
134:9, 140:19,
140:22, 141:2
**ninth**
51:16
**noble**
65:15
**nobody**
44:14, 112:3,
134:23, 136:1
**none**
118:25, 177:15
**nonresident**
18:24, 19:5,
20:2, 24:18
**normally**
65:23
**north**
127:6
**notary**
160:25, 161:1,
162:15, 163:4,
163:21, 165:2
**note**
34:10, 35:1,
35:2
**noted**
187:3
**nothing**
117:17, 189:1
**november**
1:35, 1:41,
4:2, 4:10, 54:7,
186:3, 188:34,
188:40, 189:20
**number**
4:4, 4:9, 34:2,
35:1, 37:15,
38:5, 64:6,
91:24, 94:8,

101:13, 102:20,
173:14
**numbered**
1:41
**numbers**
34:3, 101:15
**nursing**
7:5, 7:21

---

### O

**o'keefe**
106:21
**oath**
5:10, 15:8,
15:23, 20:15,
67:5, 67:10,
68:4, 77:24,
79:16, 80:22,
81:11, 113:24,
114:11, 153:9,
163:23, 164:6
**ob**
11:5
**objection**
84:22, 139:12,
140:5, 148:15,
151:21, 152:7,
156:17, 161:18,
163:1, 163:25,
168:17
**objections**
68:9
**obligations**
5:10
**obviously**
26:24, 54:4,
94:1, 115:8,
131:20, 132:12,
136:20, 141:10
**occasion**
44:22, 44:23,
85:18
**occupants**
136:24
**occurred**
110:19
**october**
53:15, 54:7,

Transcript of Angela Svonavec
Conducted on November 4, 2024

213

161:11, 162:5,
162:13, 162:16,
162:25, 163:5,
163:8, 163:14,
163:18, 164:17,
164:20, 165:7
**office**
34:9, 34:14,
34:15, 37:19,
38:8, 38:9,
39:15, 42:14,
42:15, 45:3,
45:4, 62:17,
74:19, 103:22,
104:4, 104:12,
104:21, 105:4,
105:11, 105:16,
105:18, 105:21,
105:25, 106:4,
107:4, 107:7,
107:11, 107:15,
108:1, 108:10,
113:9, 115:13,
155:7, 164:17,
181:2, 181:3,
181:7, 183:17,
183:19, 184:2,
189:20
**officer**
106:20
**offices**
1:43, 44:13,
49:2, 63:10,
145:6, 162:4,
162:12, 162:14,
162:24
**official**
11:22, 15:8,
40:3
**offset**
108:20, 109:17,
110:8, 110:13
**often**
28:4, 28:5,
31:17, 43:1,
52:25, 53:2,
53:9
**oh**
10:4, 15:5,

19:7, 25:2,
34:25, 36:12,
53:1, 59:20,
71:10, 88:23,
89:8, 94:19,
101:5, 108:15,
110:1, 113:5,
126:14, 126:21,
127:15, 128:12,
142:21, 144:15,
152:18, 158:23,
175:18, 177:19
**ohio**
142:19
**one**
4:5, 6:1,
36:16, 37:11,
37:18, 43:12,
43:23, 44:5,
44:12, 44:14,
46:7, 46:9,
46:13, 47:2,
47:5, 49:4,
50:14, 53:3,
59:25, 60:13,
63:2, 63:9,
65:20, 70:8,
81:11, 83:6,
92:1, 92:7,
94:14, 94:21,
95:7, 101:16,
102:19, 103:22,
104:4, 104:12,
104:23, 105:4,
105:12, 105:16,
105:21, 107:13,
107:20, 108:14,
108:20, 109:5,
109:10, 109:16,
110:8, 110:13,
110:23, 110:25,
112:3, 112:7,
112:17, 112:22,
113:9, 114:8,
114:12, 115:2,
115:6, 115:13,
115:19, 115:22,
116:24, 117:5,

117:20, 118:12,
118:20, 119:21,
120:8, 120:23,
121:16, 122:5,
123:10, 123:25,
125:1, 125:4,
125:8, 125:15,
126:6, 126:11,
126:21, 126:22,
129:5, 132:23,
135:15, 142:16,
150:17, 164:13,
167:12, 173:16,
176:3, 182:22,
184:5
**ones**
142:17
**online**
60:21
**only**
29:1, 49:11,
50:8, 81:19,
110:23, 110:25,
126:9, 131:9,
131:11, 135:13
**oops**
120:11
**open**
152:18, 160:15
**opened**
154:18
**operate**
69:14, 180:11,
180:15
**operates**
125:8, 125:14
**operating**
3:28, 3:29,
3:34, 124:24,
147:4, 147:12,
147:20, 151:6,
151:11, 151:17,
151:22, 152:8,
152:19, 152:21,
153:15, 153:24,
160:16, 174:12,
176:18, 176:23,
177:8

**operations**
41:5, 41:7,
42:7, 42:10,
42:13, 46:1,
46:4, 47:21,
180:22, 181:3,
181:6
**opposed**
63:6
**opposition**
137:14
**options**
21:15, 21:21,
25:6, 94:24
**oral**
1:33, 1:38,
137:18
**orange**
54:24
**order**
7:14, 94:10,
94:11, 177:12,
184:19
**ordinary**
107:8
**organize**
178:23
**originally**
40:1
**orlando**
127:12
**other**
12:1, 14:24,
26:5, 26:14,
28:4, 31:20,
31:22, 31:23,
38:19, 40:18,
40:24, 48:7,
48:8, 48:12,
49:5, 77:5,
86:1, 86:4,
87:23, 90:12,
107:3, 107:10,
111:14, 111:16,
115:22, 118:21,
123:9, 123:11,
123:13, 123:22,
126:6, 126:14,

Transcript of Angela Svonavec
Conducted on November 4, 2024

214

126:18, 127:20,
130:5, 133:3,
134:12, 136:12,
137:4, 137:13,
138:24, 141:10,
141:12, 142:1,
146:12, 147:17,
153:22, 154:3,
155:10, 155:20,
180:24
**others**
43:21, 44:2,
65:14, 132:24,
132:25, 145:18
**otherwise**
189:17
**out**
42:14, 42:15,
43:2, 49:24,
64:7, 65:7,
75:3, 75:5,
75:7, 75:11,
94:11, 99:12,
99:14, 126:23,
135:15, 137:11,
138:2, 141:23,
173:7, 174:25,
181:11
**outcome**
189:18
**outside**
7:18, 7:22
**over**
26:5, 28:9,
28:15, 53:12,
78:5, 83:25,
133:11, 138:24,
141:15
**own**
30:8, 47:17,
48:3, 48:12,
48:15, 49:5,
52:18, 56:15,
61:8, 92:17,
104:24, 111:16,
114:23, 115:1,
123:11, 123:22,
125:15

**owned**
8:14, 9:6,
11:19, 25:20,
26:24, 27:12,
29:24, 30:1,
30:25, 41:24,
48:20, 49:9,
62:25, 68:24,
73:2, 76:8,
103:20, 129:4
**owner**
40:17, 40:18,
40:19, 40:22,
40:23, 45:21,
45:22, 45:23,
45:24, 45:25,
47:2, 47:5,
48:5, 49:6,
68:19, 68:21,
76:16, 104:25,
105:10, 107:13,
107:24, 108:18,
109:1, 109:3,
109:4, 109:10,
148:9, 148:13,
148:23, 150:1,
180:18, 182:1,
182:11
**owners**
40:24
**ownership**
145:8, 166:18
**owning**
12:10
**owns**
46:16, 49:13,
126:7

| P |
| --- |

**pa**
2:6, 2:14,
6:18, 15:25,
18:21, 18:24,
19:4, 19:25,
24:6, 24:17,
50:2, 55:6,
60:20, 62:18,
66:1, 70:21,

71:20, 71:22,
85:24, 92:7,
99:4, 99:18,
129:17, 129:21,
134:2
**packet**
94:18
**page**
3:2, 3:10,
18:5, 18:17,
20:25, 21:7,
22:20, 23:12,
50:19, 64:8,
65:12, 70:19,
76:23, 89:19,
90:25, 92:20,
94:6, 94:7,
101:20, 101:21,
103:10, 103:16,
106:12, 106:17,
106:19, 106:25,
107:1, 109:23,
110:5, 112:13,
113:22, 117:8,
117:18, 120:7,
120:13, 129:16,
135:15, 151:15,
152:13, 153:1,
153:2, 154:21,
154:22, 154:23,
155:25, 156:3,
158:3, 165:21,
167:12, 175:21,
178:9, 178:11,
178:13, 186:4,
189:10
**pages**
92:21, 94:14,
95:6, 95:8,
95:10, 129:7,
135:16, 135:22,
138:22
**paid**
35:15, 90:7,
110:7, 114:12,
115:18, 118:10,
118:14, 118:23,
119:4, 119:6,

119:22, 121:8,
121:21, 121:23,
179:13, 179:18,
179:20, 180:1,
180:4
**pam**
87:4, 87:6,
87:8, 87:15
**paper**
36:14, 94:18,
101:21, 158:19,
158:22
**papers**
146:13
**paperwork**
137:1, 137:5,
162:11, 172:17
**paragraph**
14:1, 14:3,
14:4, 14:22,
15:6, 62:15,
65:13, 65:24,
70:20, 77:3,
82:24, 84:8,
91:4, 91:7,
91:8, 107:1,
107:2, 112:19,
147:11, 157:6,
175:24, 177:16,
177:17, 178:4,
178:10, 178:11,
178:13, 179:7,
179:9
**paragraphs**
167:13
**parent**
53:3, 60:13
**parents**
6:19
**park**
39:17, 39:18,
39:21, 48:14,
48:19, 183:19,
184:2
**part**
18:24, 19:5,
20:2, 24:19,
104:2, 110:4,

Transcript of Angela Svonavec
Conducted on November 4, 2024

115:2, 120:9,
144:24, 157:16,
157:20, 166:25,
181:3, 183:1,
183:13
**parties**
34:13, 74:3,
167:16, 189:15
**party**
34:12, 189:6,
189:13
**passenger**
133:12, 133:15,
133:17, 133:18
**passport**
3:40, 57:18,
57:21, 58:3
**past**
50:23
**pay**
99:5, 99:10,
99:12, 99:14,
99:15, 99:20,
100:12, 112:7,
113:25, 115:20,
116:1, 116:8,
117:6, 118:16,
119:10, 120:3,
121:12
**paying**
112:24, 113:9,
115:17, 121:5,
121:24, 122:4
**pdf**
184:24
**penalties**
15:16, 20:15,
89:23
**pending**
137:10
**people**
63:11, 80:16,
83:25, 85:1,
87:23, 130:5,
163:15, 169:3
**people's**
126:14, 126:18
**period**
92:9, 92:12,

122:23
**periodic**
64:25
**perjury**
15:12, 15:16,
20:15
**permit**
84:21
**permitted**
15:7
**person**
14:24, 67:19,
68:8, 90:6,
102:12, 161:14
**personal**
49:19
**personally**
58:15, 157:5,
157:21, 166:15,
166:20, 170:20,
171:11, 171:17,
172:25, 173:1,
177:7
**perspective**
169:14, 169:16,
176:5
**phone**
53:2, 58:4,
58:9, 58:10,
58:13, 75:21,
75:22, 78:5,
152:18, 152:24
**physical**
184:1
**physically**
159:3, 159:11
**picked**
10:4, 10:5,
127:12, 174:8
**piece**
44:24, 94:18
**pike**
8:15, 9:7,
11:18, 15:24,
16:3, 17:5,
17:8, 17:19,
18:15, 22:24,
30:2, 30:6,

30:17, 61:16
**pilots**
134:23
**pittsburgh**
2:6, 2:14,
7:21, 55:7,
75:7, 84:13,
130:13, 163:21,
164:25, 165:3
**place**
4:13, 26:19,
113:2
**places**
133:3, 141:10,
141:15, 142:1,
142:21
**plaintiff**
1:9, 1:23,
4:18, 188:9,
188:23
**plaintiff's**
3:31
**plaintiffs**
2:2, 4:18
**plane**
46:23, 46:24,
108:21, 109:18,
124:25, 125:8,
125:15, 125:22,
126:6, 126:19,
126:20, 126:23,
127:2, 127:16,
127:20, 129:4,
130:12, 130:19,
132:15, 132:21,
132:24, 134:24,
136:2, 136:3,
136:23, 142:2,
142:7, 142:9,
142:10, 142:24
**planes**
46:16, 126:14,
126:19
**planet**
4:12, 4:23
**please**
4:15, 7:3,
50:19, 58:17,

67:25, 70:19,
72:16, 79:24,
82:24, 106:13,
112:14, 120:7,
137:22, 165:19,
178:4
**plus**
52:17
**point**
8:18, 30:16,
71:8, 145:22,
183:9
**pony**
37:8
**ponytail**
37:9
**portion**
49:18, 108:9
**portside**
3:38, 13:2,
26:9, 27:1,
27:9, 28:11,
29:19, 30:3,
58:1, 62:22,
63:1, 63:7
**position**
40:13, 40:19,
74:13
**positive**
66:20, 67:3,
68:18
**possible**
34:13, 34:14,
153:19, 153:23,
159:15, 161:8,
163:4, 163:7,
166:10
**possibly**
61:3
**post**
62:17
**practices**
136:22
**preceding**
168:24
**preparation**
64:15, 93:25,
110:17, 135:6

Transcript of Angela Svonavec
Conducted on November 4, 2024

216

| | | | |
|---|---|---|---|
| prepare<br>84:23, 98:18,<br>106:11, 116:17<br>prepared<br>20:17, 22:10,<br>22:14, 23:23,<br>78:7, 92:17,<br>93:6, 93:8,<br>134:21, 139:19,<br>139:25, 140:3<br>preparer<br>96:25, 97:3,<br>97:4, 97:24,<br>98:1, 113:20<br>preparers<br>93:15, 102:8,<br>104:6, 105:9,<br>106:10, 117:17<br>preselected<br>173:21, 174:1,<br>174:8<br>present<br>2:17, 98:7<br>pretty<br>31:18, 52:5,<br>52:15, 84:20,<br>109:24, 111:5<br>prevent<br>5:13, 145:1<br>previously<br>27:18, 59:10<br>principal<br>125:24<br>printed<br>76:12, 76:14,<br>102:20<br>prior<br>9:4, 9:8, 16:8,<br>17:22, 26:13,<br>63:1, 129:22,<br>129:25, 143:25<br>priority<br>66:18<br>private<br>129:17, 142:9,<br>142:10, 142:24<br>privileged<br>137:23 | probably<br>26:23, 51:15,<br>51:18, 53:21,<br>54:8, 54:11,<br>55:9, 56:17,<br>61:3, 76:11,<br>109:8, 139:23,<br>141:21, 157:22,<br>182:2<br>problem<br>11:7<br>procedure<br>1:45<br>proceeding<br>189:16<br>proceedings<br>184:12<br>process<br>104:3, 106:23<br>produce<br>94:9, 137:25,<br>181:13<br>produced<br>1:39, 33:8,<br>33:24, 34:8,<br>34:10, 34:15,<br>101:9, 128:14,<br>128:16, 129:8,<br>136:15, 136:20,<br>137:16, 138:7,<br>138:21<br>production<br>45:18, 144:4<br>products<br>41:4, 180:24,<br>181:14<br>professionals<br>20:17, 23:25<br>proof<br>3:39, 3:42,<br>78:4, 78:5,<br>138:17, 138:20,<br>139:1<br>propane<br>41:4<br>proper<br>44:13, 63:11,<br>106:3, 107:3, | 107:14, 107:25<br>properly<br>99:25, 116:19<br>property<br>3:38, 8:13,<br>9:6, 12:4, 12:5,<br>25:21, 26:15,<br>26:16, 26:18,<br>26:21, 26:22,<br>27:1, 27:6,<br>27:18, 27:21,<br>28:9, 29:18,<br>29:24, 30:6,<br>30:14, 31:1,<br>32:13, 35:5,<br>35:12, 35:16,<br>35:20, 37:3,<br>37:16, 48:12,<br>49:5, 49:6,<br>49:8, 49:13,<br>73:2, 98:19,<br>100:12, 103:1,<br>103:3, 103:19,<br>103:20, 107:10,<br>111:14, 111:16,<br>111:24, 112:20<br>proudly<br>66:9<br>provide<br>33:23, 33:25,<br>48:18, 128:19<br>provided<br>90:8, 91:4,<br>92:5, 131:12,<br>135:14, 135:16,<br>143:3, 143:6<br>providing<br>90:13<br>provisions<br>1:46<br>public<br>41:4, 160:25,<br>161:1, 165:2<br>publication<br>64:25, 66:15,<br>70:5, 70:10<br>publications<br>70:16 | published<br>64:17, 64:21<br>pull<br>141:14, 152:25,<br>153:22, 173:7<br>pulled<br>152:23<br>pulling<br>81:23<br>pulls<br>141:19, 142:11,<br>142:13, 142:15<br>purchase<br>62:13, 63:5<br>purchased<br>27:11, 30:3,<br>49:7, 62:8<br>purpose<br>78:24, 106:2,<br>106:3, 107:3,<br>107:11, 107:15,<br>108:1, 149:2<br>purposes<br>135:2, 135:6<br>pursuant<br>1:44, 189:4<br>pursue<br>6:23<br>put<br>15:19, 19:4,<br>19:5, 19:6,<br>23:25, 25:13,<br>72:19, 94:14,<br>176:3<br><br>**Q**<br>qualified<br>60:10<br>qualifies<br>104:20, 105:6<br>question<br>12:21, 22:16,<br>24:8, 25:18,<br>27:20, 29:15,<br>29:16, 35:21,<br>36:8, 36:10,<br>36:17, 46:22,<br>48:24, 51:2, |

Transcript of Angela Svonavec
Conducted on November 4, 2024

63:4, 64:2,
66:7, 67:15,
67:24, 68:1,
71:4, 79:24,
79:25, 87:14,
93:2, 93:21,
96:25, 97:19,
99:16, 100:11,
100:16, 104:20,
105:8, 109:13,
115:21, 116:12,
116:21, 119:12,
123:3, 125:20,
127:8, 137:9,
139:14, 140:6,
146:2, 146:12,
148:12, 150:6,
150:11, 151:1,
152:20, 155:15,
158:16, 158:21,
161:2, 164:3,
164:16, 165:20,
166:6, 168:18,
168:22, 171:13,
172:7, 175:9,
176:4, 179:16,
181:9, 182:1,
182:4, 182:9,
183:7, 183:16
**questions**
23:20, 78:5,
107:18, 107:22,
168:24, 184:13
**quite**
48:15, 141:13
**quote**
101:22

**R**

**rate**
35:2
**read**
14:8, 79:23,
79:25, 107:9,
117:13, 120:16,
129:12, 130:17,
140:25, 167:17,
168:19, 172:2,

184:14, 187:1
**reading**
103:5, 140:25,
179:9
**ready**
32:22
**real**
26:21, 48:24,
149:13
**really**
8:4, 23:20,
29:20, 43:2,
50:25, 107:19,
111:4, 153:6,
165:14, 165:15
**reason**
19:24, 63:8,
105:24, 145:17,
153:22, 170:2,
170:6, 175:12,
175:16, 175:17,
175:18, 186:4
**reasons**
189:10
**recall**
7:4, 7:16, 8:4,
10:8, 14:8,
22:9, 26:23,
34:19, 35:15,
35:18, 53:1,
54:1, 54:18,
65:5, 65:8,
65:18, 65:19,
67:18, 70:17,
75:19, 75:23,
97:3, 97:9,
97:12, 97:17,
97:25, 100:9,
100:17, 100:18,
100:25, 104:2,
104:17, 106:1,
108:19, 113:23,
115:7, 115:11,
117:10, 117:17,
118:2, 118:5,
118:6, 118:8,
118:12, 120:2,
123:15, 123:20,

131:7, 131:10,
141:24, 149:4,
149:5, 149:6,
149:8, 149:14,
149:16, 150:8,
150:10, 150:14,
152:23, 153:12,
153:18, 154:7,
154:20, 155:9,
155:10, 155:11,
155:12, 155:23,
159:14, 163:16,
164:7, 175:16,
175:17, 176:22,
177:1, 183:9
**receipt**
167:14, 170:12,
170:15, 171:7,
176:21, 189:8
**receipts**
131:18, 134:15,
136:11, 178:23,
178:25
**receive**
65:4, 179:16
**received**
75:21, 75:22,
115:25, 122:23,
168:7, 168:14
**receiving**
118:6, 118:12,
119:3
**recently**
49:7
**recess**
58:20, 124:20,
175:4
**recognize**
13:16, 63:17,
72:23, 74:24,
78:14, 82:18,
85:10, 88:11,
153:6
**recollection**
22:2, 22:17,
23:8, 66:14,
70:14, 102:3,
102:15, 110:11,

113:8, 121:4,
149:19, 174:5
**recommendations**
157:23
**record**
1:46, 3:26,
5:17, 22:12,
34:11, 56:24,
58:19, 58:22,
88:16, 96:16,
103:15, 117:18,
124:19, 124:22,
129:1, 139:18,
154:6, 165:20,
175:3, 175:6
**recording**
73:1
**recordkeeping**
136:22
**records**
3:38, 27:6,
28:19, 29:18,
148:6, 148:14,
148:18
**redacted**
92:4, 94:13,
110:5, 129:9,
129:10, 132:8,
133:16
**redactions**
132:6
**reduced**
189:2
**refer**
67:10, 68:5,
80:9, 82:24,
84:9, 87:1,
90:25, 91:23,
140:18
**reference**
68:4
**referred**
35:23, 100:1,
100:4, 102:2,
102:3, 102:15
**referring**
19:17, 29:14,
67:5, 69:19,

79:12, 79:18,
80:5, 80:8,
84:16, 138:20,
139:1
**refers**
65:14, 66:23,
80:23, 102:10
**refresh**
22:1, 22:17,
23:7, 66:13,
70:13, 76:20,
102:2, 102:14,
110:11, 110:16,
113:8, 121:4,
174:5
**regarding**
9:19, 84:1,
167:7
**region**
69:1
**registered**
29:5, 57:1,
57:4, 57:6,
57:7, 57:11,
57:15, 112:23
**registering**
28:21
**regus**
1:43, 4:13
**reimbursed**
178:6, 178:15,
178:17
**reimbursement**
179:4
**reiterate**
143:19
**related**
81:7, 89:24,
189:15
**relation**
10:15
**relationship**
104:22
**relaxed**
10:18, 52:15
**relocate**
51:25
**rely**
137:12, 137:14,

140:25
**relying**
137:15, 139:4,
140:11
**remand**
3:31, 137:15,
160:11, 160:12,
162:10
**remember**
16:4, 17:11,
30:10, 30:12,
62:24, 63:2,
71:25, 72:12,
72:13, 72:15,
90:9, 126:25,
127:3, 132:13,
132:14, 132:18,
132:19, 134:1,
140:21, 142:21,
148:2, 150:5,
150:17, 161:12,
161:13, 162:11,
162:23, 163:18,
163:20, 163:22,
181:17
**remoted**
65:2
**remotely**
60:20, 155:1
**rendered**
179:11
**rent**
42:22, 42:23,
112:7, 112:11,
112:24, 113:9,
114:1, 114:12,
115:18, 116:25,
117:4, 120:3,
120:24, 121:2,
121:5, 121:22,
121:23
**rental**
42:6, 112:3
**rented**
26:24
**rents**
113:11
**reorganization**
124:6

**reorganized**
124:2
**reorganizing**
157:18
**repairs**
45:1
**report**
3:25, 101:7,
101:22, 102:11,
103:25, 129:11
**reported**
1:43
**reporter**
4:23, 4:25,
79:25, 138:23,
164:13, 172:4,
172:7, 184:19,
184:23, 185:1,
188:36
**reporter's**
3:8, 188:32
**represent**
4:16, 5:9,
34:7, 40:10,
92:8, 162:1
**representatives**
103:21
**represented**
104:6
**representing**
4:12, 4:18,
4:21, 4:23
**repute**
67:22
**request**
138:19, 138:25
**requested**
3:36, 189:6,
189:12
**required**
121:12
**reserve**
184:10
**reside**
8:2, 12:17,
12:24, 24:1,
28:7, 51:19,
55:24, 77:7,

83:3, 90:11
**resided**
11:12, 15:24,
32:14, 32:15,
32:17, 36:20,
51:23, 52:22,
70:23, 71:4,
71:9, 71:22,
72:1, 74:14
**residence**
6:17, 55:18
**residency**
19:10, 19:21,
21:10, 24:11,
24:16, 24:25,
26:7
**resident**
15:1, 18:21,
18:24, 18:25,
19:4, 19:5,
19:25, 20:2,
20:3, 24:6,
24:17, 24:19,
25:16, 31:21,
54:20, 54:23,
55:10, 60:9,
60:14, 71:17,
81:18, 83:1,
84:4, 99:23,
99:24, 115:24,
116:7, 119:9,
121:13, 122:13,
122:17
**residents**
66:2
**resides**
14:20, 56:9,
77:4
**residing**
12:20, 12:22,
17:4, 64:11,
71:12
**resources**
1:28, 73:2,
76:18, 144:25,
188:28
**respect**
66:1, 66:5,

Transcript of Angela Svonavec
Conducted on November 4, 2024

171:4
**respond**
29:15
**rest**
124:13
**restate**
67:25, 69:7
**restated**
3:34, 176:18,
176:23, 177:8
**retired**
80:20
**return**
8:2, 18:6,
18:14, 18:18,
19:19, 19:20,
20:21, 21:1,
21:8, 21:20,
23:7, 23:13,
24:10, 25:11,
92:7, 92:21,
95:2, 95:13,
120:13, 120:16,
120:24, 139:16,
143:12
**returned**
7:25, 10:14,
139:5, 140:18,
189:8, 189:9
**returns**
3:13, 17:23,
18:2, 20:14,
23:2, 23:15,
24:5, 33:12,
91:25, 92:5,
92:13, 92:22,
93:3, 93:10,
93:17, 93:18,
96:10, 96:21,
96:22, 97:5,
97:6, 98:6,
99:19, 120:17
**revenue**
106:20
**reversed**
11:3
**review**
75:8, 75:17

**rhode**
141:17, 142:6
**rick**
28:23, 28:25
**rid**
55:5
**ridge**
12:2, 12:3,
12:12, 17:10,
17:14, 30:14,
30:20, 30:23,
32:13, 32:14,
48:12, 61:6,
61:16, 74:9,
74:17, 89:15,
90:17, 91:5
**right-hand**
21:9
**rights**
168:4, 168:15,
169:6
**ritchie**
43:2, 43:16
**rn**
7:7
**road**
2:5, 8:15,
33:22, 36:5,
36:14, 36:20,
36:22, 37:1,
37:13, 38:5,
38:23, 39:17,
39:18, 39:22,
40:11, 41:13,
44:8, 44:21,
45:5, 46:8,
48:1, 48:9,
48:11, 48:14,
48:19, 49:13,
62:17, 63:6,
145:12, 183:17,
183:19, 183:22,
184:2, 184:3
**rochester**
2:5
**rockwood**
3:23, 6:18,
6:22, 8:13,

8:16, 8:17,
15:24, 36:5,
36:14, 52:3,
59:11, 59:12,
59:18, 59:19,
59:21, 62:18,
63:6, 74:10,
77:4, 77:7,
84:4, 85:11,
85:17, 85:23,
86:6, 89:16,
90:17, 145:13,
183:18, 184:4,
184:5
**role**
115:5, 115:8,
115:14
**roles**
42:1
**ron**
28:25, 88:13
**room**
124:13
**roughly**
123:18
**route**
63:23
**rpr**
1:42
**rule**
189:4
**rules**
1:45, 99:21

---
**S**
---

**s**
109:17
**said**
5:8, 16:7,
26:3, 38:4,
51:10, 55:21,
58:24, 67:13,
67:17, 68:7,
71:9, 77:5,
78:25, 81:10,
91:11, 103:24,
118:11, 152:4,
156:18, 156:22,

159:6, 161:19,
161:21, 171:25,
172:9, 172:12,
175:11, 181:1
**sale**
109:17, 110:9,
110:14
**sales**
42:6
**same**
14:25, 30:15,
30:21, 58:12,
59:18, 63:8,
84:5, 98:25,
99:3, 105:24,
113:1, 123:3,
123:6, 145:17,
145:18, 147:21,
151:1, 151:8,
160:19, 170:22,
171:14, 171:19,
187:2, 189:1
**saona**
111:17, 111:19,
111:20, 111:25,
112:2
**saturday**
10:14, 52:6
**savings**
106:4, 107:4,
107:12, 107:16,
108:2
**say**
8:5, 16:20,
17:17, 20:21,
25:1, 32:23,
36:25, 37:10,
43:7, 44:17,
51:13, 59:4,
61:1, 61:4,
61:11, 62:20,
65:4, 66:11,
69:18, 73:15,
75:11, 77:10,
77:15, 78:3,
78:24, 80:17,
85:16, 86:20,
87:9, 87:15,

Transcript of Angela Svonavec
Conducted on November 4, 2024

220

87:23, 91:7,
93:22, 96:16,
96:17, 104:22,
105:8, 113:3,
113:21, 116:21,
125:14, 128:4,
132:14, 132:20,
134:2, 152:3,
159:18, 159:19,
160:3, 166:6,
175:25, 176:5,
180:1, 181:6
**saying**
17:23, 18:14,
28:15, 33:15,
50:4, 72:9,
78:8, 80:3,
91:16, 97:14,
101:23, 102:12,
110:18, 127:21,
132:12, 133:14,
134:19, 135:22,
136:8, 136:10,
136:24, 137:1,
137:19, 138:14,
138:16, 139:21,
143:13, 154:2,
154:3, 159:7,
159:10, 163:4
**says**
14:23, 18:9,
18:10, 19:19,
19:20, 20:2,
20:9, 22:23,
24:11, 36:14,
65:13, 65:25,
66:17, 70:20,
77:4, 79:9,
81:17, 82:22,
82:25, 85:15,
86:7, 87:7,
89:9, 89:20,
90:8, 91:1,
91:3, 91:8,
96:5, 96:6,
96:9, 101:21,
102:25, 103:3,
103:20, 107:6,

110:4, 112:21,
117:9, 117:11,
117:16, 117:18,
118:1, 121:3,
128:22, 133:12,
140:12, 140:16,
140:17, 147:11,
147:12, 152:16,
153:14, 154:6,
154:8, 162:15,
164:19, 165:22,
167:13, 170:1,
170:12, 170:15,
177:23, 178:5,
179:8
**scale**
37:20, 37:21,
37:25
**scales**
38:2
**schedule**
10:16
**school**
6:20, 6:24,
8:3, 51:20,
52:2, 52:22,
53:5, 53:6,
53:13, 55:25,
56:7, 56:18,
59:10, 59:15,
59:16, 59:17,
60:2, 60:4,
60:7, 60:15,
60:18, 60:21,
61:12
**schooled**
56:5, 56:6,
59:23
**schooling**
16:6, 60:1,
61:2
**schools**
52:1, 56:4
**schrift**
6:4
**scott**
28:23, 28:25
**screen**
72:16

**scribbler**
156:9
**scribbles**
160:22
**searchable**
184:24
**season**
53:10, 53:22
**second**
18:10, 18:17,
24:11, 64:8,
65:12, 70:19,
110:6, 112:20,
152:15, 158:3
**secretary**
146:14
**section**
14:2, 14:14,
15:7, 89:24
**secured**
74:3
**seeing**
22:16, 23:6,
34:19, 66:13,
101:15, 102:14
**seek**
52:16
**seem**
103:7
**seems**
75:9, 85:2,
152:5
**seen**
33:25, 34:20,
60:5, 62:6,
73:20, 77:17,
82:22, 85:7,
128:18, 129:11,
131:16, 131:25,
134:15, 134:20,
134:25, 135:25,
139:19, 150:2,
150:4
**segment**
182:22
**sell**
30:7, 42:17,
43:16, 43:18,

43:19, 43:20,
45:16, 46:17,
46:20, 181:21,
182:24, 183:8,
183:11
**selling**
46:23, 108:21,
182:21
**sells**
41:3, 180:23,
180:24, 181:24
**send**
20:18, 63:9,
180:20
**sense**
42:3, 96:3,
134:5, 134:6,
182:21
**sent**
44:12, 86:14,
106:20, 126:23,
172:19
**sentence**
65:13, 66:17,
81:5, 107:9,
107:10, 110:23,
110:25, 112:20
**sentencing**
78:16, 83:19,
84:12, 85:12,
87:10, 87:17
**separate**
50:5, 58:13,
117:4
**separated**
31:13
**separately**
21:18, 25:7,
95:1, 95:18,
96:23, 97:7,
98:7
**september**
32:8, 32:10,
53:24, 54:4,
56:14, 57:7,
57:8, 57:9,
140:23, 141:3,
141:5, 143:7,

Transcript of Angela Svonavec
Conducted on November 4, 2024

143:8, 143:9,
143:25
**serve**
66:18, 177:24
**served**
64:1, 64:3
**service**
106:20, 117:6,
118:7, 118:9,
118:14, 121:22,
180:7, 183:13
**services**
46:18, 46:21,
117:19, 179:11,
179:13
**set**
41:17, 89:21,
91:1, 91:11
**several**
11:18
**shall**
14:23, 15:7,
178:6, 178:15
**shared**
9:23, 9:24,
10:2, 10:11,
52:5
**shareholder's**
101:23, 102:1,
102:11
**shares**
65:15
**shed**
137:24
**shelter**
108:7
**shorthand**
1:43, 188:36
**shots**
143:4
**should**
49:10, 49:12,
65:4, 74:21,
90:8, 96:11,
101:16, 103:24,
109:23, 109:24
**show**
13:10, 18:1,

32:20, 56:21,
63:14, 70:2,
72:17, 74:23,
78:13, 101:3,
139:15, 139:20,
146:18, 166:2,
170:25
**showing**
14:11, 14:20,
33:4, 62:2,
72:6, 72:19,
82:15, 85:4,
88:8, 124:11,
128:10, 144:6,
144:7, 147:3,
156:24, 157:2,
159:24, 174:18
**shown**
13:15, 166:12
**shows**
136:18, 139:4,
139:8, 175:21
**sibling**
6:6
**siblings**
5:25
**sic**
65:22, 69:18
**side**
37:7, 50:9,
128:22
**sided**
101:5
**sign**
152:19, 152:21,
153:10, 160:23,
161:3, 161:4
**signature**
3:7, 151:15,
153:3, 153:8,
154:22, 154:23,
155:12, 155:18,
155:21, 155:25,
156:1, 156:4,
156:7, 156:14,
158:4, 158:6,
158:8, 158:10,
158:17, 158:22,

158:24, 159:8,
159:16, 160:15,
160:19, 165:12,
165:13, 165:21,
165:22, 166:7,
173:13, 173:25,
174:6, 177:13,
186:1, 187:2,
189:5, 189:10
**signature-mig2k**
189:21
**signatures**
166:5, 173:9
**signed**
15:8, 92:18,
136:2, 146:6,
151:17, 151:22,
152:8, 152:17,
153:16, 153:23,
154:1, 154:2,
154:8, 154:11,
154:19, 154:25,
155:2, 155:5,
155:6, 159:3,
159:11, 161:8,
161:16, 163:14,
170:13, 170:16,
175:20, 176:13,
176:23, 177:8
**signing**
98:10, 155:12,
155:14
**signs**
134:24
**similar**
65:19, 156:8
**simplicity**
44:10, 63:9
**since**
11:24, 16:7,
27:12, 30:25,
31:4, 31:9,
31:12, 55:19,
57:22, 57:25,
60:21, 116:6,
135:4
**single**
25:6, 94:25,

150:13
**sit**
123:19, 143:14,
168:13
**site**
43:4, 43:7,
43:10, 44:12,
44:14, 44:25
**six**
124:5
**sixth**
2:13
**sleep**
26:19
**slept**
26:20
**small**
156:9
**snacks**
174:25
**snapped**
143:4
**snippetted**
65:22
**snowy**
72:18
**so-called**
121:17
**soccer**
53:7, 53:8,
53:10, 53:11,
53:13, 54:3,
54:6
**social**
50:21
**sold**
30:9, 30:10,
30:11, 30:16,
63:1, 76:13,
181:15
**sole**
48:5
**solid**
131:7
**some**
7:13, 7:17,
8:18, 13:3,
30:16, 38:22,

Transcript of Angela Svonavec
Conducted on November 4, 2024

39:10, 39:20,
49:7, 49:8,
49:9, 50:6,
53:21, 61:1,
71:5, 113:16,
115:8, 126:19,
137:13, 141:19,
141:21, 142:2,
142:25, 145:22,
163:19, 183:5,
183:12, 184:11
**somebody**
65:6, 74:19,
79:6, 116:17,
130:21, 131:8,
139:18, 163:13
**somehow**
66:6, 66:12,
77:9
**someone**
70:14
**somerset**
5:24, 5:25,
6:12, 11:2,
11:4, 11:5,
49:17, 58:7,
66:1, 66:23,
67:5, 67:11,
68:5, 68:10,
68:11, 68:19,
70:21, 71:20,
71:22, 71:23,
72:1, 72:18,
75:12, 79:13,
79:18, 79:22,
80:3, 81:15,
83:1, 84:4, 84:7
**something**
23:4, 37:23,
55:17, 59:25,
65:19, 75:24,
87:16, 90:7,
90:13, 93:13,
114:15, 156:11,
173:2
**sometimes**
86:4, 134:3,
155:21

**somewhere**
61:13, 113:20,
130:20, 139:19
**soon**
124:13, 174:21
**sooner**
71:9
**sorry**
11:6, 20:6,
37:6, 37:8,
38:3, 48:18,
48:25, 70:24,
71:14, 96:6,
96:8, 101:5,
104:11, 122:15,
125:2, 128:13,
162:22, 166:4,
172:1, 176:20,
177:19, 178:10
**sort**
84:3, 137:10
**sought**
179:4
**sounds**
7:17, 22:15,
55:23, 96:20
**space**
26:24, 50:15
**speak**
65:23, 66:9,
75:25, 76:3,
83:17
**speaking**
67:18, 69:19,
69:23
**specific**
81:15, 81:16,
89:5, 123:21,
139:23, 146:12,
150:6, 150:22,
155:9, 155:23
**specifically**
29:14, 66:16,
76:25, 79:21,
80:3, 86:25,
104:21, 150:8,
150:10, 150:24,
160:9, 175:15,

177:17
**speculation**
152:6
**spencer**
10:23, 10:24,
11:1, 11:4,
55:21, 56:9,
56:25, 58:24,
61:6, 61:8
**spend**
52:17
**spent**
6:16
**spoke**
53:1, 66:14,
70:14, 102:7,
102:9, 102:12,
104:7
**spring**
53:17
**stamp**
88:17, 155:7,
155:11, 155:14,
155:18, 159:13
**stamped**
88:24, 89:3
**stamps**
173:16
**standing**
162:17, 165:7
**start**
12:20, 12:22,
39:6, 53:20,
56:12, 103:7,
104:15
**started**
27:9, 46:6
**starts**
53:11, 53:14
**state**
4:16, 5:16,
15:1, 28:2,
31:9, 56:25,
57:10, 60:14,
60:17, 69:1,
73:23, 97:13,
98:5, 98:8,
98:10, 99:5,

99:10, 99:15,
106:4, 107:4,
107:12, 107:15,
108:2, 115:20,
116:1, 116:7,
118:16, 118:23,
118:24, 121:8,
121:12, 121:24,
122:14, 141:23,
144:9, 145:20,
145:24, 145:25,
146:3, 146:14,
158:1, 173:3,
179:23, 180:1,
180:2
**stated**
1:46
**statement**
3:19, 14:20,
14:23, 15:1,
15:7, 33:9,
34:23, 72:23,
74:4, 78:8,
78:10, 86:12,
89:23, 106:8
**states**
1:1, 4:7,
52:22, 63:24,
84:1, 85:2,
101:22, 122:18,
122:24, 179:23,
182:18, 188:1
**stating**
102:11
**status**
19:11, 19:21,
21:10, 24:12,
24:16, 24:25,
93:9
**statuses**
18:20
**statute**
14:2, 14:9,
14:23, 15:6
**statutes**
3:12, 14:14
**stay**
32:15, 54:23,

Transcript of Angela Svonavec
Conducted on November 4, 2024                                    223

| | | | |
|---|---|---|---|
| 130:4, 130:19 | **submitted** | **supporting** | 10:3, 11:4, |
| **stayed** | 29:23, 73:25, | 80:7 | 51:11, 51:19, |
| 8:22 | 84:17 | **supposedly** | 52:17, 53:6, |
| **stenograph** | **subparagraph** | 161:14 | 54:14, 55:4 |
| 188:40 | 14:19 | **sure** | **symbols** |
| **step** | **substance** | 10:1, 12:14, | 95:17 |
| 136:19 | 166:24 | 31:4, 32:22, | **T** |
| **still** | **substantial** | 36:15, 46:22, | **take** |
| 29:24, 57:4, | 106:3, 107:3, | 47:6, 48:2, | 10:3, 15:8, |
| 57:15, 58:4, | 107:11, 107:14, | 48:22, 49:12, | 49:4, 51:4, |
| 62:25, 76:8, | 108:1 | 49:15, 57:10, | 51:6, 96:12, |
| 84:5, 145:15 | **sued** | 60:6, 62:1, | 124:13, 134:23, |
| **stipulate** | 90:13 | 71:18, 73:16, | 136:19, 174:20, |
| 36:13, 92:10, | **sufficiency** | 76:19, 84:3, | 177:19, 178:22, |
| 96:16 | 167:15 | 86:22, 95:2, | 184:10 |
| **stone** | **sugar** | 98:11, 98:20, | **taken** |
| 12:2, 12:3, | 174:25 | 124:2, 124:17, | 1:40, 35:6, |
| 12:12, 17:10, | **suggest** | 125:16, 125:18, | 35:12, 120:1, |
| 17:14, 30:13, | 71:15 | 128:5, 142:3, | 188:40, 189:16 |
| 30:20, 30:22, | **suggested** | 143:3, 148:4, | **takes** |
| 32:13, 32:14, | 170:21 | 153:7, 156:5, | 129:24 |
| 41:3, 48:11, | **suggesting** | 175:18, 180:14 | **taking** |
| 61:6, 61:16, | 36:21 | **surprise** | 4:13, 72:9, |
| 74:9, 74:17, | **suite** | 110:21 | 132:14 |
| 89:15, 90:16, | 1:44, 4:14 | **svonavec's** | **talk** |
| 91:5 | **summer** | 3:40, 143:21, | 40:23, 64:14, |
| **stop** | 53:12, 133:1, | 155:18, 156:3, | 68:8, 113:3, |
| 17:4, 71:3, | 141:15, 141:24, | 156:14, 159:8, | 137:22, 154:1, |
| 100:14, 139:11, | 142:5 | 173:13, 184:10 | 170:23 |
| 158:14, 158:15, | **sunbiz** | **svonavecs** | **talked** |
| 164:12, 178:7, | 98:19 | 112:24 | 32:12, 48:7, |
| 178:16 | **sunday** | **swearing** | 72:13, 180:23 |
| **straight** | 85:22 | 90:2 | **talking** |
| 130:23 | **sunny** | **switched** | 65:6, 84:2, |
| **strain** | 26:6 | 55:6, 55:11, | 92:2, 93:16, |
| 128:15 | **super** | 56:13 | 99:1, 117:4, |
| **studied** | 175:1 | **swore** | 124:24, 138:23, |
| 7:9, 7:10, 7:11 | **supplies** | 15:23 | 164:13, 166:5, |
| **style** | 182:20, 182:24 | **sworn** | 180:22, 183:23 |
| 173:21, 174:1, | **supply** | 1:40, 4:24, | **tamiami** |
| 174:9 | 90:7 | 5:1, 5:3, 14:20, | 1:44, 4:14 |
| **subject** | **support** | 14:23, 15:7, | **tax** |
| 15:11, 15:16, | 3:31, 68:23, | 28:10, 67:4, | 3:13, 3:14, |
| 20:15, 68:8, | 83:22, 85:11, | 67:9, 162:15, | 17:23, 18:2, |
| 84:22, 89:23, | 160:10, 160:12, | 164:20, 188:41 | 18:6, 18:14, |
| 184:9 | 162:10 | **sydney** | 18:18, 20:14, |
| **submit** | **supported** | 9:10, 9:11, | 21:1, 21:8, |
| 83:11, 83:21 | 86:14 | 9:13, 9:19, | |

Transcript of Angela Svonavec
Conducted on November 4, 2024

22:21, 23:2,
23:7, 23:13,
23:15, 24:5,
24:8, 33:12,
91:24, 92:5,
92:13, 92:20,
92:22, 93:3,
93:18, 93:24,
96:21, 97:3,
97:4, 98:5,
98:8, 98:12,
98:19, 98:23,
98:24, 99:5,
99:8, 99:10,
99:15, 99:16,
99:19, 99:20,
100:2, 100:5,
100:9, 100:12,
100:16, 101:23,
102:4, 102:8,
102:16, 103:25,
104:20, 105:8,
106:2, 106:4,
106:10, 107:4,
107:12, 107:15,
107:21, 107:22,
108:2, 108:7,
113:20, 115:20,
115:21, 116:1,
116:8, 117:16,
118:17, 118:24,
119:4, 119:6,
119:10, 119:12,
119:14, 119:17,
119:19, 121:8,
121:12, 121:15,
121:24, 122:4,
123:6, 128:25,
135:2, 135:4,
135:5, 136:21,
180:2, 180:4,
183:15

**taxes**
17:25, 23:23,
92:17, 93:11,
98:11, 98:16,
98:17, 99:21,
100:12, 106:11,

116:14, 121:10,
180:2

**taxpayer**
110:7

**taxpayers**
107:6

**teacher**
53:3

**teeny**
141:1

**tell**
8:6, 11:16,
66:4, 77:6,
77:15, 101:6,
127:16, 130:18,
133:22, 134:23,
141:19, 188:41

**telling**
5:14, 65:18,
66:8, 71:25,
72:12, 106:2

**ten**
29:3, 156:22

**tend**
63:9

**tennessee**
142:20

**tenth**
51:17, 51:18

**term**
100:7, 100:9,
100:23

**terrible**
61:23

**test**
54:24

**testified**
5:3

**testify**
84:3

**testimony**
5:14, 8:6,
26:25, 28:10,
34:18, 35:20,
55:13, 57:11,
59:21, 65:5,
67:4, 67:10,
68:3, 71:8,

77:12, 77:24,
79:16, 80:22,
113:24, 114:11,
131:1, 131:13,
135:17, 137:18,
138:3, 138:6,
142:6, 142:23,
143:21, 144:1,
153:9, 153:12,
154:15, 154:16,
154:22, 155:17,
163:2, 163:23,
164:6

**tests**
54:24

**texas**
126:23, 127:3,
189:24

**th**
62:13, 64:8,
74:25, 88:24,
89:8, 89:9,
89:12, 130:3,
131:6, 134:9,
144:17

**thank**
4:19, 4:22,
4:25, 11:7,
13:13, 15:20,
38:3, 49:4,
56:23, 61:17,
61:25, 70:4,
88:25, 112:5,
125:14, 146:21,
147:2, 158:25,
166:11, 184:15,
184:18

**themselves**
4:15

**thereafter**
189:2

**thereby**
106:4, 107:5,
107:12, 107:16,
108:2

**therefor**
189:11

**therefore**
167:13

**thing**
15:6, 37:11

**things**
14:24, 53:22,
61:24, 65:2,
146:6, 149:7

**think**
10:7, 12:11,
18:21, 20:7,
26:2, 26:6,
29:3, 29:10,
29:20, 33:1,
41:9, 43:3,
46:6, 49:19,
50:6, 52:18,
68:10, 68:18,
69:2, 75:16,
82:13, 86:11,
87:7, 87:12,
87:20, 87:23,
87:25, 88:3,
90:22, 91:24,
94:24, 95:3,
100:16, 102:1,
103:12, 103:16,
103:17, 111:4,
115:3, 119:4,
119:6, 123:18,
133:6, 133:14,
142:14, 149:13,
153:21, 154:13,
154:14, 156:12,
159:7, 161:13,
166:7, 166:9,
177:4, 179:15,
181:1, 181:5

**thinking**
155:4

**third**
18:21, 22:20,
77:2

**thorough**
133:4

**thought**
75:6, 111:13,
135:5, 148:2,
158:23, 172:10

**thousands**
135:15, 135:22,

Transcript of Angela Svonavec
Conducted on November 4, 2024

138:21, 182:13
**three**
56:16, 56:17,
94:21, 94:22,
95:13, 125:3,
161:15, 162:21,
162:23, 163:18,
167:13, 168:24,
173:11
**through**
7:8, 10:16,
11:15, 32:8,
39:15, 41:18,
45:19, 48:21,
51:20, 52:21,
54:7, 55:24,
56:6, 58:11,
60:2, 92:1,
92:5, 92:6,
92:20, 94:25,
96:13, 98:6,
98:7, 99:1,
99:3, 101:11,
114:3, 114:25,
122:13, 122:23,
129:6, 133:1,
143:14, 160:1,
160:8, 177:13,
183:4
**throw**
179:2
**tie**
37:11
**till**
11:22, 17:9,
130:24, 131:4,
132:20, 133:1,
134:1, 138:11,
181:11
**time**
4:11, 7:22,
8:11, 9:4,
10:13, 10:17,
11:20, 12:24,
13:1, 13:3,
14:9, 14:25,
15:5, 15:14,
16:2, 16:17,

16:18, 17:19,
29:23, 30:1,
30:3, 30:15,
30:16, 30:21,
31:12, 32:6,
32:17, 50:25,
52:16, 52:17,
58:19, 58:22,
59:5, 59:16,
62:21, 64:1,
64:12, 71:17,
74:13, 74:18,
76:8, 88:19,
93:25, 100:22,
101:15, 105:3,
114:24, 115:15,
124:19, 124:22,
126:11, 126:19,
127:3, 133:1,
141:9, 149:1,
164:14, 170:23,
175:3, 175:6,
177:19, 179:12,
182:8, 184:11,
184:17, 188:39
**timeframe**
96:12
**times**
10:2, 10:7,
30:25, 82:6,
127:15, 152:23,
155:11, 156:22
**timing**
62:25, 76:19
**tiny**
142:22
**title**
40:20
**titled**
48:22, 49:2,
49:11
**today**
4:12, 4:23,
5:14, 35:20,
73:20, 77:24,
104:14, 104:18,
105:2, 123:19,
137:19, 168:13

**today's**
4:10
**together**
24:5, 92:23,
94:14, 146:19,
147:3, 170:23
**told**
52:4, 53:23,
57:13, 106:6,
134:1, 156:10,
176:11
**tomah**
142:21, 142:22
**took**
5:11, 7:12,
54:23, 54:24,
66:11, 72:7,
109:15, 127:12,
130:21, 132:4,
145:8
**top**
18:9, 38:24,
44:3, 88:17,
107:1
**topic**
72:15
**totally**
101:1
**toward**
95:8, 95:9,
106:14, 109:23
**towards**
120:8
**towns**
141:20, 142:22
**tr**
1:44
**track**
53:7, 53:9,
53:16, 135:1,
178:18, 178:20,
178:25, 179:2
**track's**
53:17
**tracking**
129:4
**tractor**
81:23, 141:19,

142:11, 142:12,
142:15
**tradition**
65:16
**trail**
4:14
**trailers**
126:24
**transaction**
145:4
**transcript**
189:9
**transfer**
3:22, 82:19,
146:1
**transferred**
145:22
**travel**
125:25, 126:5,
127:19, 131:15,
131:16, 131:17,
131:18, 131:23,
131:24, 141:14,
141:20, 142:1,
142:14, 143:1,
143:18
**traveled**
133:3
**travels**
32:5
**travis**
9:2, 9:3, 9:16,
9:24, 16:12,
51:21
**treasurer**
87:6
**trees**
90:8
**tri**
69:1
**trib**
3:20, 74:25,
75:3
**tribune**
75:8, 75:16
**trick**
16:22, 182:4
**trip**
140:21

Transcript of Angela Svonavec
Conducted on November 4, 2024

**tristate**
3:14
**trucking**
7:13
**true**
77:11, 89:21,
90:14, 91:1,
91:3, 91:12,
108:12, 112:6,
117:5, 118:16,
161:22, 187:3
**truly**
156:20
**trust**
62:19, 116:19
**truth**
188:41, 189:1
**truthful**
90:23
**try**
76:24, 94:6,
111:1, 133:9,
166:10
**trying**
11:25, 16:22,
62:24, 63:25,
87:12, 137:10,
148:2
**turn**
14:18, 22:19,
23:12, 65:12,
76:20, 79:7,
94:6, 95:6,
102:18, 106:12,
109:22, 112:13,
117:11, 120:7,
152:12, 153:1,
158:3, 162:9,
175:21, 178:4
**turned**
171:13
**turning**
15:21
**turns**
138:2
**twice**
28:25, 29:1
**two**
29:2, 76:1,

76:2, 94:21,
95:6, 95:7,
95:8, 95:10,
111:7, 111:9,
129:7, 130:23,
131:8, 143:15,
146:18, 149:7,
167:12, 173:10,
176:13
**type**
26:17, 111:24,
128:17
**typewriting**
189:2
**typically**
32:7

---
**U**
---

**ucc1**
3:19, 72:23,
74:3
**uh-huh**
7:6, 7:15,
8:20, 9:17,
10:21, 12:6,
15:2, 17:21,
19:15, 21:12,
21:19, 22:22,
31:11, 32:2,
32:11, 32:19,
32:23, 33:10,
34:4, 37:14,
39:1, 39:12,
41:20, 42:24,
43:13, 43:15,
46:12, 49:22,
50:18, 52:7,
52:9, 53:25,
54:16, 55:8,
56:8, 58:11,
60:2, 60:11,
64:5, 69:17,
76:6, 79:7,
79:11, 81:14,
83:5, 84:6,
84:10, 85:21,
94:3, 97:16,
99:13, 105:1,

108:12, 111:21,
112:18, 129:19,
142:8, 145:14,
152:15, 158:7,
172:22, 173:22,
175:10, 175:23
**unable**
84:11
**unbelievable**
82:1
**under**
9:21, 15:8,
15:23, 20:14,
21:9, 24:16,
67:5, 67:10,
68:3, 76:25,
77:3, 77:24,
79:16, 80:22,
81:11, 102:25,
103:3, 103:18,
112:20, 113:24,
114:11, 114:21,
120:13, 153:9,
154:15, 163:23,
164:6, 168:4,
168:15, 169:9,
177:21, 178:5,
178:14, 179:7,
189:2, 189:20
**underneath**
89:6
**understand**
5:10, 15:11,
23:1, 23:23,
25:18, 27:20,
33:1, 54:14,
57:4, 64:20,
64:23, 69:7,
69:8, 90:2,
100:11, 107:14,
107:18, 107:19,
107:23, 108:5,
108:6, 119:19,
120:20, 122:9,
122:21, 145:23,
154:17
**understanding**
12:10, 69:3,

74:16, 93:9,
93:11, 107:25,
109:14, 121:11,
122:12, 122:14,
132:5, 132:11,
147:18, 148:11,
171:23, 172:8,
176:15
**understood**
15:15, 20:13,
137:17, 137:18,
139:2, 143:22,
147:16
**unfortunately**
128:14
**united**
1:1, 4:7, 84:1,
188:1
**unless**
131:7, 162:18
**unlikely**
61:5
**unredacted**
103:2
**unsworn**
89:24
**until**
130:24, 131:2,
139:17, 141:13,
176:7, 177:7
**unusual**
153:21
**update**
74:21
**updated**
58:1, 137:7,
175:25
**upper**
88:25, 128:22
**use**
38:23, 44:7,
44:25, 63:9,
108:7, 108:10
**using**
100:9, 106:23,
129:4, 155:14
**usually**
31:23, 32:9

Transcript of Angela Svonavec
Conducted on November 4, 2024

227

**V**

**vaguely**
75:21, 90:9
**valuable**
66:19, 167:14,
167:18
**value**
168:9, 168:14,
169:6, 169:19
**vancouver**
43:3
**varies**
45:19
**various**
133:3, 141:15
**vendors**
42:19, 42:20
**venue**
3:22, 82:19
**ver**
90:18
**verification**
90:24
**verified**
90:15, 91:10
**verify**
89:20, 91:11
**verifying**
90:3, 90:21,
91:17
**versus**
12:10
**vested**
63:25
**vicariously**
72:5
**vicinity**
13:9
**video**
4:11, 4:13
**videographer**
2:18, 4:4,
4:11, 4:22,
37:6, 58:18,
58:21, 124:18,
124:21, 175:2,
175:5, 184:15

**videotaped**
1:33, 1:38,
4:5, 184:16
**view**
79:4
**viewed**
170:13
**virginia**
63:24, 68:14,
68:25, 69:23,
80:14
**vis-a-vis**
136:23
**vision**
65:15
**visit**
31:18
**vitally**
69:2
**vote**
28:8, 28:21,
29:5, 57:1,
57:5, 57:12,
57:15
**voted**
28:23, 29:3
**voter**
3:15
**voting**
28:22
**vs**
1:11, 1:25,
188:11, 188:25

**W**

**wait**
29:14, 177:18
**want**
8:5, 36:15,
51:4, 51:25,
67:2, 68:17,
71:16, 71:17,
73:21, 88:21,
91:25, 113:3,
114:6, 114:9,
120:17, 124:3,
124:15, 124:16,
126:2, 128:4,

129:6, 172:3,
184:19
**wanted**
11:19, 75:25,
78:25, 79:4,
96:19, 145:1,
170:2
**wants**
181:6
**warranty**
3:16, 62:16,
63:5
**washing**
45:1
**way**
41:17, 51:8,
65:23, 68:18,
97:23, 115:22,
118:20, 121:24,
125:10, 125:24,
126:6, 126:9,
127:20, 166:6,
171:23, 172:5,
172:8, 172:13,
181:5
**ways**
49:11, 116:15
**we'll**
22:11, 28:18,
28:19, 29:18,
29:19, 35:19,
40:23, 50:15,
51:9, 92:10,
111:1, 128:15,
131:22, 132:2,
137:24, 161:2,
170:22, 184:13
**we're**
27:5, 50:13,
86:4, 86:22,
88:18, 98:25,
117:14, 129:22,
146:2, 166:7,
175:2
**we've**
48:7, 51:3,
86:14, 164:16
**wealth**
49:18, 49:20,

49:21, 49:25,
50:2, 50:7, 50:8
**website**
64:22
**websites**
65:20
**week**
31:20, 31:22,
52:6, 127:1,
163:15
**weekend**
31:20, 31:23,
142:16
**weeks**
161:15, 162:21,
163:18
**weighed**
37:22, 37:23
**weighing**
45:1
**welcome**
92:6
**went**
53:9, 55:5,
94:24, 127:2,
127:17, 130:11,
131:8, 132:22,
132:24, 139:16,
140:23, 142:17
**weren't**
22:11, 83:6,
109:4, 131:13,
143:3, 157:16,
157:20, 162:17,
175:11
**west**
15:24, 16:3,
17:4, 17:8,
17:18, 18:15,
22:24, 30:2,
30:6, 30:17,
63:24, 68:14,
68:25, 69:23,
80:14
**western**
1:2, 4:8, 6:11,
188:2
**wet**
155:20

Transcript of Angela Svonavec
Conducted on November 4, 2024

228

| | | | |
|---|---|---|---|
| **whatever** | 137:18, 189:8 | 45:7, 64:18, | **yacht** |
| 45:1, 49:3, | **without** | 64:24, 65:16, | 26:17, 26:20, |
| 59:15, 94:1, | 34:16, 36:17, | 66:1, 66:5, | 26:24, 27:23, |
| 95:17, 95:21, | 66:8, 121:24, | 100:19, 100:20, | 125:13 |
| 114:25, 117:15, | 122:4, 166:24 | 100:23, 101:21, | **yeah** |
| 132:21, 138:19, | **witness** | 101:24, 104:7, | 11:15, 13:5, |
| 138:25 | 1:39, 4:24, | 104:19, 105:18, | 14:7, 17:1, |
| **whatsoever** | 5:1, 13:11, | 105:19, 105:25 | 17:3, 20:2, |
| 136:7 | 29:11, 29:17, | **worked** | 20:10, 25:22, |
| **whenever** | 32:24, 37:7, | 6:16, 54:13 | 27:11, 31:23, |
| 58:3, 72:16, | 37:8, 37:10, | **working** | 32:5, 32:8, |
| 124:15, 174:22 | 51:8, 68:2, | 38:12, 44:15, | 39:19, 47:15, |
| **whereabouts** | 83:12, 83:16, | 100:22, 105:7 | 49:1, 51:22, |
| 136:6, 140:8, | 83:18, 83:21, | **works** | 52:20, 53:14, |
| 140:10 | 84:17, 103:13, | 161:25 | 54:2, 55:17, |
| **wherever** | 112:17, 124:13, | **wouldn't** | 59:6, 59:9, |
| 67:2 | 124:16, 131:24, | 44:17, 78:3, | 59:18, 61:10, |
| **whether** | 132:17, 137:6, | 121:23, 133:7, | 61:18, 68:2, |
| 61:16, 99:19, | 137:20, 138:21, | 145:25 | 72:2, 75:13, |
| 107:25, 133:22, | 139:10, 151:25, | **write** | 76:12, 84:23, |
| 150:18, 154:15 | 152:2, 152:11, | 67:8, 67:13, | 86:24, 89:4, |
| **white** | 165:23, 174:20, | 67:18, 68:7, | 89:8, 90:9, |
| 101:16, 102:21 | 174:24, 181:5, | 77:14, 84:21, | 92:11, 96:6, |
| **whiteboard** | 186:2, 188:39 | 86:24, 139:12, | 96:15, 96:18, |
| 123:14 | **witnesses** | 139:15, 158:22, | 98:14, 106:24, |
| **whoever** | 83:2, 83:3, | 165:20, 165:22, | 112:11, 113:23, |
| 130:21 | 83:6, 83:17, | 166:7 | 120:22, 126:18, |
| **whole** | 84:2, 84:9, | **writing** | 127:10, 127:15, |
| 54:11, 66:11, | 84:11, 84:16 | 71:19, 78:6, | 130:9, 131:3, |
| 132:25, 189:1 | **women** | 78:23, 79:16, | 133:13, 139:24, |
| **wife** | 75:24 | 81:5, 81:11, | 141:17, 150:21, |
| 101:23, 102:1, | **word** | 82:2 | 151:25, 153:13, |
| 102:11 | 46:15, 49:3, | **written** | 156:2, 159:2, |
| **williams** | 96:13 | 117:16 | 159:10, 159:22, |
| 161:22, 161:23, | **wording** | **wrong** | 172:5, 172:16, |
| 164:19, 165:1, | 166:8 | 77:13, 78:9, | 173:18, 173:24, |
| 165:7 | **words** | 78:10, 84:3, | 174:24, 177:12, |
| **wisconsin** | 67:22, 87:24, | 114:10, 124:3, | 184:21 |
| 142:21, 142:22 | 103:2 | 134:18, 172:3 | **year** |
| **wish** | **work** | **wrote** | 8:5, 12:14, |
| 162:22 | 28:8, 31:25, | 70:15, 78:14, | 16:4, 18:24, |
| **withdraw** | 32:4, 38:10, | 78:21, 85:2, | 19:5, 20:3, |
| 12:21, 152:6 | 38:12, 38:16, | 107:2, 108:9, | 24:19, 29:10, |
| **withdrawn** | 38:19, 39:9, | 108:19, 109:15, | 30:12, 32:6, |
| 44:6, 73:11, | 39:10, 39:13, | 158:16, 174:6 | 33:14, 55:19, |
| 92:3, 99:2, | 39:14, 39:21, | | 77:4, 77:7, |
| 122:15 | 41:21, 44:19, | **Y** | 92:7, 112:9, |
| **within** | 44:24, 45:5, | **y'all** | 113:17, 115:18, |
| 82:1, 82:19, | | 138:23 | |

Transcript of Angela Svonavec
Conducted on November 4, 2024

119:14, 123:21,
126:3, 126:18,
127:4, 127:16,
130:3, 130:24,
131:3, 148:3,
181:12
**year's**
119:17
**years**
11:10, 11:15,
11:19, 16:20,
22:10, 29:2,
29:3, 31:24,
45:11, 45:19,
55:9, 56:16,
56:17, 86:8,
86:13, 86:15,
92:5, 93:4,
93:10, 98:5,
98:25, 99:3,
103:25, 118:13,
122:12, 122:16,
156:6
**yep**
10:21, 120:11
**youngen**
5:20
**yourself**
76:21, 84:18

**Z**

**zoom**
65:2, 65:3

**$**

**$111,216**
121:2, 121:5
**$2,000**
112:8, 112:25,
113:10, 113:25,
114:12, 115:17
**$24,000**
115:18

**.**

**.186**
3:7
**.188**
3:8

**0**

**0016**
58:5, 58:10
**01**
124:19, 124:20
**01797**
94:7
**01844**
34:5
**03**
59:4
**0kay**
67:25

**1**

**1**
1:42, 175:3,
175:4, 175:6,
184:17, 185:2
**1.2**
101:22
**10**
3:20, 58:19,
58:20, 58:22,
64:8, 74:22,
74:24, 84:8,
88:18, 189:25
**100**
23:22, 31:4,
47:6, 102:8,
124:2, 124:9,
131:18, 138:9,
138:13, 140:8,
140:10, 144:2,
148:9, 152:11
**101**
3:25
**1015**
104:15
**11**
3:21, 55:22,
59:5, 78:12,
78:14
**12**
3:22, 29:1,
59:18, 59:20,
82:16, 82:17,

124:19, 124:20,
124:22
**124**
3:26
**13**
3:11, 3:23,
85:3, 85:5, 96:5
**14**
3:12, 3:24,
17:1, 88:9,
88:10, 144:17,
146:14
**144**
3:27
**1448**
1:13, 4:9,
188:13
**146**
3:28, 3:29
**15**
3:25, 16:19,
51:14, 51:16,
101:2, 101:4
**150**
143:25
**15222**
2:14
**15237**
2:6
**155**
36:14
**1557**
15:25
**157**
3:30
**159**
3:31
**16**
3:26, 3:43,
124:10, 124:12,
128:11
**1616**
102:20, 103:4
**1634**
103:7
**1646**
103:9, 103:16,
112:14, 117:12,

117:19
**166**
3:32
**1695**
106:18
**1696**
106:13, 106:17,
106:25, 120:7,
120:11
**17**
3:27, 103:8,
144:5, 144:7
**170**
3:33
**1703**
101:14
**174**
3:34
**1762**
109:23, 110:5
**1797**
94:15, 94:16
**18**
3:13, 3:28,
10:17, 89:8,
89:9, 89:12,
146:17, 146:19,
147:5, 151:12
**184**
15:24, 16:3,
17:4, 17:8,
17:18, 18:15,
22:24, 30:1,
30:6, 30:16
**186**
50:19
**19**
3:29, 32:15,
146:22, 146:23,
146:24, 147:5,
152:13, 152:14,
156:2, 156:3,
160:17, 160:18,
160:20
**192**
12:2, 12:12,
30:13, 30:20,
30:22, 32:13,

Transcript of Angela Svonavec
Conducted on November 4, 2024

230

32:14, 48:11,
61:6, 74:9,
74:17, 89:15,
90:16, 91:5
**1999**
51:11
**1st**
170:1, 171:12,
176:1

---

**2**

**20**
3:30, 156:25,
157:1, 159:21,
159:22, 173:7,
174:3, 174:6
**2000**
8:7, 8:8, 8:9,
8:22, 16:7
**2002**
8:22
**2003**
10:25, 55:22
**2012**
11:21, 18:6,
18:13, 18:18,
19:11, 22:4,
24:1, 26:4,
26:5, 92:2,
92:5, 92:13,
92:21, 93:17,
96:5
**2013**
22:21, 23:2,
23:6, 23:13,
23:18, 24:1,
24:10, 92:21,
93:17, 95:25
**2014**
11:22, 12:23,
13:20, 13:22,
16:19, 17:1,
25:16, 25:24,
26:2, 26:7,
26:12, 27:1,
27:17, 27:21,
27:25, 28:11,
29:3, 29:5,

30:25, 31:9,
31:12, 51:13,
51:19, 52:21,
55:22, 55:24,
56:6, 57:23,
57:25, 58:24,
59:2, 59:22,
61:11, 92:22,
95:12, 95:25,
96:8, 96:12,
98:7, 99:1,
99:3, 99:19,
122:13, 122:17,
122:23
**2015**
103:25, 104:3,
108:21, 109:5,
110:6, 110:12,
112:6, 112:10,
113:18, 113:19,
114:7, 114:9,
115:2, 115:6,
115:7, 119:14,
121:1, 121:6
**2016**
103:25, 104:3,
104:16
**2017**
55:20
**2018**
17:14
**2019**
17:14, 33:8,
33:12, 33:18,
33:19, 34:22,
88:24, 89:9,
89:12
**2020**
13:5
**2021**
13:7, 62:13,
64:9, 70:8,
70:24, 71:5,
71:11
**2023**
92:6, 92:13,
99:1, 99:3,
122:13, 122:17,

122:23, 131:6,
144:17, 145:4,
147:14, 147:17,
151:8, 157:9
**2024**
1:35, 1:41,
3:12, 4:2, 4:10,
57:8, 73:6,
75:1, 76:14,
78:21, 126:2,
126:17, 126:20,
127:19, 127:24,
128:8, 129:5,
129:16, 129:25,
130:14, 131:2,
131:5, 131:12,
133:18, 134:9,
135:19, 137:6,
139:5, 139:6,
140:13, 140:18,
140:20, 140:24,
141:3, 141:5,
143:7, 143:8,
143:10, 162:13,
162:16, 162:25,
163:6, 165:8,
170:1, 170:3,
170:9, 170:13,
170:17, 171:3,
171:9, 175:13,
175:21, 176:1,
176:7, 176:8,
176:19, 177:2,
177:5, 177:7,
186:3, 188:34,
188:40, 189:20
**21**
3:31, 62:12,
159:23, 159:24,
159:25, 160:19,
160:23, 161:3,
161:8, 161:16,
165:21
**210**
2:13
**219**
63:23
**22**
1:41, 3:32,

4:3, 4:11,
13:22, 166:1,
166:2, 166:13,
173:5, 173:12,
173:15, 173:16,
174:1, 175:8
**222.17**
14:2, 14:9,
14:14
**23**
3:33, 11:9,
99:19, 146:14,
170:24, 171:1
**233**
1:26, 58:5,
58:10, 188:26
**24**
1:13, 1:26,
3:34, 4:9,
88:18, 88:24,
132:15, 139:16,
139:17, 156:6,
170:16, 174:17,
174:19, 176:16,
177:17, 188:13,
188:26
**25**
55:17, 74:25,
130:3, 131:6
**26**
62:13, 189:25
**2:-cv**
1:13, 4:9,
188:13
**2nd**
170:13, 170:16,
175:21, 176:7,
177:5, 177:7

---

**3**

**3**
129:20, 130:10
**3-**
129:16, 129:25,
130:14, 131:12,
132:15, 133:18,
135:19, 139:5,
139:16

Transcript of Angela Svonavec
Conducted on November 4, 2024

**30**
134:9, 139:6,
139:17, 140:13,
140:18, 189:5,
189:8
**301**
1:44, 4:14
**3080**
1:44, 4:13
**31**
58:19, 58:20,
124:20, 124:22,
129:16, 129:20,
129:25, 130:10,
130:14, 131:12,
132:15, 133:18,
135:19, 139:5,
139:16, 140:13,
157:9, 189:25
**32**
175:3, 175:4
**33**
3:14
**338**
39:17, 39:18,
39:21, 48:14,
48:19, 183:19,
184:2
**34112**
1:44, 4:14
**355**
2:15
**360**
72:6
**369**
2:7
**39**
58:20, 58:22
**3:-cv**
1:26, 188:26
**3a**
177:17, 177:23

**4**

**405**
101:22
**412**
2:7, 2:15

**45**
175:4, 175:6
**47**
62:3
**4904**
89:24
**4th**
4:10, 141:4

**5**

**550**
36:4, 36:14,
36:20, 36:21,
37:1, 37:13,
38:4, 38:23,
40:10, 41:12,
44:5, 44:7,
44:21, 45:5,
46:8, 48:1,
48:9, 48:11,
49:13, 62:17,
63:6, 145:12,
183:17, 183:22,
184:3
**5557**
16:1
**56**
1:42, 3:15,
184:17, 185:2
**5792**
12:18, 12:20,
12:24, 13:3,
57:22, 61:20,
62:3, 62:21,
63:5
**5th**
76:14, 143:7

**6**

**6-**
139:6, 139:17,
140:18
**61**
3:16
**63**
3:17
**6500**
2:15

**6th**
189:20

**7**

**70**
3:18
**7033**
189:24
**706**
2:5
**72**
3:19
**7209**
111:19, 111:20,
111:24, 112:2
**74**
3:20
**78**
3:21
**796**
3:38, 13:1,
26:9, 27:1,
27:9, 28:11,
29:19, 62:22,
63:6
**7th**
147:13, 147:17,
151:8

**8**

**8-**
146:14
**814**
58:5, 58:7,
58:10
**82**
3:22
**85**
3:23
**88**
3:24
**8th**
70:8, 70:24,
71:11, 161:11,
162:5, 162:13,
162:16, 162:25,
163:5, 163:8,
163:14, 163:18,

**164:17, 164:20,**
165:7

**9**

**9**
1:41, 4:3, 4:11
**9696**
2:7
**97**
16:15
**98**
8:10, 16:10,
16:13
**99**
8:10, 9:12