# Exhibit 7

BANS001634

Department of the Treasury
Internal Revenue Service



| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br>FEA-0008 |
|---|---|---|

| To: *(Name of Taxpayer and Company Division or Branch)*<br>Fearless One Inc | Subject<br>Revised report and procedures to follow |
|---|---|

| Form **4564**<br>(Rev. September 2006) | Department of the Treasury – Internal Revenue Service<br>**Information Document Request** | Request Number<br><br>FEA-0008 |
| --- | --- | --- |

To: *(Name of Taxpayer and Company Division or Branch)*
Fearless One Inc

Subject
Revised report and procedures to follow

# Examination Changes - Partnerships, Fiduciaries, S Corporations, and Interest Charge Domestic International Sales Corporations

Name and address

Fearless One Inc
1232 Choptank Road
Middleton, Delaware 19709

| Form **886-X** (July 2016) | Department of the Treasury — Internal Revenue Service **Shareholders' Share of Income, Deductions, and Credits** | Schedule Number 1120S |
|---|---|---|

Name of Corporation

Fearless One Inc

Form **886-X**
(July 2016)

Department of the Treasury — Internal Revenue Service

**Shareholders' Share of Income, Deductions, and Credits**

Schedule Number
1120S

Name of Corporation

Fearless One Inc

| Page | of |

| Form **4549-B**<br>(Rev. October 1976) | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Return Form No.<br>1120S |

**Name and Address of Taxpayer**

Fearless One Inc

1232 Choptank Road
Middleton, Delaware 19709

## Examination Changes - Partnerships, Fiduciaries, S Corporations, and Interest Charge Domestic International Sales Corporations

Name and address

Fearless One Inc
1232 Choptank Road
Middleton, Delaware 19709

| Form **886-X** (July 2016) | Department of the Treasury — Internal Revenue Service **Shareholders' Share of Income, Deductions, and Credits** | Schedule Number 1120S |

Name of Corporation

Fearless One Inc

Form **886-X**
(July 2016)

Department of the Treasury — Internal Revenue Service

**Shareholders' Share of Income, Deductions, and Credits**

Schedule Number
1120S

Name of Corporation

Fearless One Inc

Page ____ of ____

| Form **4549-B**<br>(Rev. October 1976) | Department of the Treasury - Internal Revenue Service<br>**Income Tax Examination Changes** | Return Form No.<br>1120S |

**Name and Address of Taxpayer**

Fearless One Inc

1232 Choptank Road
Middleton, Delaware 19709

**Taxpayer Name:** Fearless One Inc
**TIN:**
**Tax Form:** 1120S
**Tax Year (s):** 201512, 201612

**Examiner:** Pesi, Stephanie

**Date:** 9/18/19; 9/24/19;9/25/19

## Additional Facts and Argument Lead Sheet



| Taxpayer Name: | Fearless One Inc | Examiner: | Pesi, Stephanie |
|---|---|---|---|
| TIN: | ▮▮▮▮▮ | | |
| Tax Form: | 1120S | Date: | 9/18/19; 9/24/19;9/25/19 |
| Tax Year (s): | 201512, 201612 | | |

## Additional Facts and Argument Lead Sheet

"Bootlegger"

Florida property

The property is owned by Jason & Angela Svonavec.  The representatives contend it is an office location for Fearless One Inc.  They also contend that Fearless One and Banshee Crane are registered to do business in Florida, there was a lease agreement between the Svonavecs and Fearless paying rent of $2,000/mo.,and there was a management services agreement between Fearless One and Heritage Coal that Mrs. Svonavec was compensated to manage the business for Fearless.

The taxpayer registered Fearless One and Banshee Crane September 9, 2016 with the state of Florida. The income reported in 2015 and 2016 for Banshee are from customers in PA, not Florida.  Fearless has no customers.  The principal place of business is located in PA, not Florida regardless of where Mrs.

| Taxpayer Name: | Fearless One Inc | Examiner: | Pesi, Stephanie |
| --- | --- | --- | --- |
| TIN: | | Date: | 9/18/19; 9/24/19;9/25/19 |
| Tax Form: | 1120S | | |
| Tax Year (s): | 201512, 201612 | | |

## Additional Facts and Argument Lead Sheet

Svonavec lives. Invoicing, banking, bill paying, etc is done in PA, not Florida.

Civil Fraud Penalty

| | | | |
|---|---|---|---|
| **Taxpayer Name:** | Fearless One Inc | **Examiner:** | Pesi, Stephanie |
| **TIN:** | ▮ | | |
| **Tax Form:** | 1120S | **Date:** | 9/18/19; 9/24/19;9/25/19 |
| **Tax Year (s):** | 201512, 201612 | | |

## Additional Facts and Argument Lead Sheet

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Agreements for office rent, management fees, broker fees were made between the entities and the individuals; however, they weren't followed but are being used to demonstrate there are agreements in place to justify an office in Florida and deduct all the expenses of the personal residence of the Svonavecs.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Cooperation: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Diversion of funds: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Fabricating invoices: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Travel logs: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Taxpayer Name:** Fearless One Inc
**TIN:**
**Tax Form:** 1120S
**Tax Year (s):** 201512, 201612

**Examiner:** Pesi, Stephanie

**Date:** 9/18/19; 9/24/19;9/25/19

| Additional Facts and Argument Lead Sheet |
|---|

Allocation of Income:

Reliance on return preparer:

Indicators of fraud:

Conclusion:
All the information provided by the representatives was considered. The report has been revised to reflect a recomputation of the distributions in excess of basis. There was no new information presented, only self-serving statements and blame placed on the return preparer. The Government's position has not changed.

**Law:** *(Tax Law, Regulations, court cases, and other authorities. If Unagreed, add Argument)*

IRC Section: §

Specific citations:

**Taxpayer Position:** *(If applicable)*

# Your Appeal Rights and How To Prepare a Protest If You Don't Agree



**IRS**
Department of the Treasury
Internal Revenue Service

www.irs.ustreas.gov

Publication 5 (Rev. 01-1999)
Catalog Number 46074I

## Introduction

This Publication tells you how to appeal your tax case if you don't agree with the Internal Revenue Service (IRS) findings.

## If You Don't Agree

If you don't agree with any or all of the IRS findings given you, you may request a meeting or a telephone conference with the supervisor of the person who issued the findings. If you still don't agree, you may appeal your case to the Appeals Office of IRS.

**If you decide to do nothing** and your case involves an examination of your income, estate, gift, and certain excise taxes or penalties, you will receive a formal Notice of Deficiency. The Notice of Deficiency allows you to go to the Tax Court and tells you the procedure to follow. If you do not go to the Tax Court, we will send you a bill for the amount due.

**If you decide to do nothing** and your case involves a trust fund recovery penalty, or certain employment tax liabilities, the IRS will send you a bill for the penalty. If you do not appeal a denial of an offer in compromise or a denial of a penalty abatement, the IRS will continue collection action.

If you don't agree, we urge you to appeal your case to the Appeals Office of IRS. The Office of Appeals can settle most differences without expensive and time-consuming court trials. [Note: Appeals can not consider your reasons for not agreeing if they don't come within the scope of the tax laws (for example, if you disagree solely on moral, religious, political, constitutional, conscientious, or similar grounds.)]

The following general rules tell you how to appeal your case.

## Appeals Within the IRS

Appeals is the administrative appeals office for the IRS. You may appeal most IRS decisions with your local Appeals Office. The Appeals Office is separate from - and independent of - the IRS Office taking the action you disagree with. The Appeals Office is the only level of administrative appeal within the IRS.

Conferences with Appeals Office personnel are held in an informal manner by correspondence, by telephone or at a personal conference. There is no need for you to have representation for an Appeals conference, but if you choose to have a representative, see the requirements under *Representation.*

If you want an Appeals conference, follow the instructions in our letter to you. Your request will be sent to the Appeals Office to arrange a conference at a convenient time and place. You or your representative should prepare to discuss all issues you don't agree with at the conference. Most differences are settled at this level.

**In most instances, you may be eligible to take your case to court if you don't reach an agreement at your Appeals conference, or if you don't want to appeal your case to the IRS Office of Appeals. See the later section *Appeals To The Courts.***

## Protests

When you request an appeals conference, you may also need to file a formal written protest or a small case request with the office named in our letter to you. Also, see the special appeal request procedures in Publication 1660, Collection Appeal Rights, if you disagree with lien, levy, seizure, or denial or termination of an installment agreement.

### You need to file a written protest:

- In all employee plan and exempt organization cases without regard to the dollar amount at issue.

- In all partnership and S corporation cases without regard to the dollar amount at issue.

- In all other cases, unless you qualify for the small case request procedure, or other special appeal procedures such as requesting Appeals consideration of liens, levies, seizures, or installment agreements. See Publication 1660.

### How to prepare a protest:

When a protest is required, **send it within the time limit specified in the letter you received.** Include in your protest:

1) Your name and address, and a daytime telephone number,

2) A statement that you want to appeal the IRS findings to the Appeals Office,

3) A copy of the letter showing the proposed changes and findings you don't agree with (or the date and symbols from the letter),

4) The tax periods or years involved,

5) A list of the changes that you don't agree with, and why you don't agree.

6) The facts supporting your position on any issue that you don't agree with,

7) The law or authority, if any, on which you are relying.

8) You must sign the written protest, stating that it is true, under the penalties of perjury as follows:

"Under the penalties of perjury, I declare that I examined the facts stated in this protest, including any accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete."

**If your representative prepares and signs the protest for you, he or she must substitute a declaration stating:**

1) That he or she submitted the protest and accompanying documents and

2) Whether he or she knows personally that the facts stated in the protest and accompanying documents are true and correct.

We urge you to provide as much information as you can, as this will help us speed up your appeal. This will save you both time and money.

### Small Case Request:

If the total amount for any tax period is not more than $25,000, you may make a small case request instead of filing a formal written protest. In computing the total amount, include a proposed increase or decrease in tax (including penalties), or claimed refund. For an offer in compromise, in calculating the total amount, include total unpaid tax, penalty and interest due. For a small case request, follow the instructions in our letter to you by: sending a letter requesting Appeals consideration, indicating the changes you don't agree with, and the reasons why you don't agree.

## Representation

You may represent yourself at your appeals conference, or you may have an attorney, certified public accountant, or an individual enrolled to practice before the IRS represent you. Your representative must be qualified to practice before the IRS. If you want your representative to appear without you, you must provide a properly completed power of attorney to the IRS before the representative can receive or inspect confidential information. Form 2848, Power of Attorney and Declaration of Representative, or any other properly written power of attorney or authorization may be used for this



**Department of the Treasury**
**Internal Revenue Service**
**Independent Office of Appeals**
1000 Liberty Avenue
Room 816
Pittsburgh, PA 15222

Date:
 12/13/2021
Person to contact:
 Name: Nina M Miklos
 Employee ID Number: 0349386
 Phone: (412) 404-9205
 Fax: (412) 404-9210/ (855)548-1499
 Hours: 8:30 - 5:00
Taxpayer ID number (last 4 digits):
 ▮▮▮▮

Taxpayer name:
 BANSHEE CRANCE AND FARM
 LLC
Form number:
 1120S
Years:
 12/2015 12/2016

JEREMY HARTZELL, ESQ.
HBK CPAs & CONSULTANTS
100 PINEWOOD LANE, STE 201
WARRENDALE, PA 15086

Dear Mr. Hartzell:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

Sincerely,

Matthew S.
Holden
Digitally signed by Matthew
S. Holden
Date: 2021.12.13 09:55:13
-05'00'

Christopher Keenan
Appeals Team Manager

Enclosures:

Letter 913

**Letter 937 (Rev. 3-2017)**
Catalog Number 30760X



**Department of the Treasury**
**Internal Revenue Service**
**Independent Office of Appeals**
1000 Liberty Avenue
Room 816
Pittsburgh, PA 15222

**Date:**
12/13/2021
**Person to contact:**
Name: Nina M Miklos
Employee ID Number: 0349386
Phone: (412) 404-9205
Fax: (412) 404-9210/ (855)548-1499
Hours: 8:30 - 5:00
**Re:**
Income
**Tax periods ended:**
12/2015 12/2016

BANSHEE CRANE AND FARM LLC
550 BEAGLE RD
ROCKWOOD, PA 15557-7104

**Letter 913 (Rev. 10-2021)**
Catalog Number 15858S

BANS001653

# HOW DID WE DO?

**Tell the Independent Office of Appeals about your experience with the Appeals process.**

The IRS Independent Office of Appeals wants to improve its interactions with taxpayers. One way we do this is by asking taxpayers and tax professionals who've recently appealed a tax issue, to complete a Customer Satisfaction Survey. We'll use the results of the survey to improve taxpayers' experiences during the Appeals process and we'd really appreciate your help.

Participation is **voluntary, anonymous** and should take only a **few minutes to complete.** You can complete the survey on a computer or smart device with a browser.

ICF, an independent research company, manages the survey for us. They'll collect data and supply survey results to us without information that could trace answers to the survey back to any person or entity. They are legally bound to protect the information they collect under the Privacy Act, 5 USC Section 552a, and Internal Revenue Code Section 6103. We will not ask for personal or financial information of any kind.

If you have any questions or want to verify the IRS sponsorship of the survey, you can visit **www.irs.gov/css,** call the ICF Survey Help Desk at **800-427-4275,** or email ICF at **IRSAppealsSurvey@icfsurvey.com.**

The Independent Office of Appeals is committed to serving the public in the best way possible. Your opinions play a very important role in improving the services we offer.

Thank you for your participation!

Sincerely,

Andrew J. Keyso

Chief, IRS Independent Office of Appeals

---

**We provide 2 easy ways to get started:**

Visit
**www.IRSAppealsSurvey.com**
and enter the following password:

**7319345004**

- or -

Scan this QR code



Using your smartphone or tablet's camera app and enter the password above.

---

**Letter 913 (Rev. 10-2021)**
Catalog Number 15858S

## Examination Changes - Partnerships, Fiduciaries, S Corporations, and Interest Charge Domestic International Sales Corporations

Name and address

BANSHEE CRANE & FARM LLC
550 BEAGLE RD
ROCKWOOD, Pennsylvania 15557

Date 12/08/2021    Page _____ of _____

Form **4549-B**
(August 2019)

Department of the Treasury - Internal Revenue Service
**Report of Income Tax Examination Changes**

Name and address of taxpayer

BANSHEE CRANE & FARM LLC
550 BEAGLE RD
ROCKWOOD, Pennsylvania 15557

Taxpayer  BANSHEE CRANE & FARM LLC

Page    of



Page  1  of  1

Form **886-X**
(July 2016)

Department of the Treasury — Internal Revenue Service

**Shareholders' Share of Income, Deductions, and Credits**

Schedule Number
1120S

Name of Corporation

BANSHEE CRANE & FARM LLC

Page  1  of  1

Form **886-X**
(July 2016)

Department of the Treasury — Internal Revenue Service

**Shareholders' Share of Income, Deductions, and Credits**

Schedule Number
1120S

Name of Corporation

BANSHEE CRANE & FARM LLC



**Department of the Treasury**
**Internal Revenue Service**
**Independent Office of Appeals**
1000 Liberty Avenue
Room 816
Pittsburgh, PA 15222

**Date:**
 10/13/2021
**Person to contact:**
 Name: Nina M Miklos
 Employee ID Number: 0349386
 Phone: (412) 404-9205
 Fax: (412) 404-9210/ (855)548-1499
 Hours: 8:30 - 5:00
**Re:**
 Income

JASON R & ANGELA L SVONAVEC
192 STONE RIDGE LANE
ROCKWOOD, PA 15557-6943

Dear Mr. & Mrs. Svonavec:



Sincerely,

Nina M. Miklos  Digitally signed by Nina M.
Miklos
Date: 2021.10.13 13:48:26
-04'00'

Nina M Miklos
Appeals Officer

Enclosures:
Agreement Form (2)
Form 5278 and Schedules
Form 4605-Banshee and Fearless
Tentative Interest Calculation
Mailing Instructions

cc: Leroy L Metz II
    Jeremy Hartzell

| Form **870-AD** (May 2021) | Department of the Treasury - Internal Revenue Service **Offer to Waive Restrictions on Assessment and Collection of Tax Deficiency and to Accept Overassessment** |
|---|---|
| Symbols AP:EX:PA:PIT:NMM | Name of taxpayer Jason R & Angela L Svonavec |



## Examination Changes - Partnerships, Fiduciaries, S Corporations, and Interest Charge Domestic International Sales Corporations

Name and address

BANSHEE CRANE & FARM LLC
550 BEAGLE RD
ROCKWOOD, Pennsylvania 15557

Date  09/21/2021    Page ___ of ___

Form **4549-B**
(August 2019)

Department of the Treasury - Internal Revenue Service
**Report of Income Tax Examination Changes**

Name and address of taxpayer

BANSHEE CRANE & FARM LLC
550 BEAGLE RD
ROCKWOOD, Pennsylvania 15557

Taxpayer   BANSHEE CRANE & FARM LLC                                          Page      of



Page 1 of 1

| Form **886-X** | Department of the Treasury -- Internal Revenue Service | Schedule Number |
| (July 2016) | **Shareholders' Share of Income, Deductions, and Credits** | 1120S |

Name of Corporation

BANSHEE CRANE & FARM LLC

SANS001667

Page 1 of 1

| Form **886-X** | Department of the Treasury — Internal Revenue Service | Schedule Number |
|---|---|---|
| (July 2016) | **Shareholders' Share of Income, Deductions, and Credits** | 1120S |

Name of Corporation

BANSHEE CRANE & FARM LLC

## Examination Changes - Partnerships, Fiduciaries, S Corporations, and Interest Charge Domestic International Sales Corporations

Name and address

Fearless One Inc
1232 Choptank Road
Middleton, Delaware 19709

Date  09/21/2021        Page        of

| Form **4549-B**<br>(August 2019) | Department of the Treasury - Internal Revenue Service<br>**Report of Income Tax Examination Changes** |
|---|---|

Name and address of taxpayer

Fearless One Inc
1232 Choptank Road
Middleton, Delaware 19709

Form **886-X**
(July 2016)

Department of the Treasury — Internal Revenue Service

**Shareholders' Share of Income, Deductions, and Credits**

Page 1 of 1

Schedule Number
1120S

Name of Corporation

Fearless One Inc

Page 1 of 1

| Form **886-X** | Department of the Treasury — Internal Revenue Service | Schedule Number |
| (July 2016) | **Shareholders' Share of Income, Deductions, and Credits** | 1120S |

Name of Corporation

Fearless One Inc

| Form **5278**<br>(Rev. June 2011) | **Statement - Income Tax Changes** | Schedule<br>A |
|---|---|---|

**1. Name(s) of taxpayer(s)**
JASON R & ANGELA L SVONAVEC

Date  10/06/2021          Page  1  of  1

| Form **4549-B** (August 2019) | Department of the Treasury - Internal Revenue Service **Report of Income Tax Examination Changes** |

Name and address of taxpayer

JASON R & ANGELA L SVONAVEC

Name of Taxpayer:    JASON R & ANGELA L SVONAVEC                                      10/06/2021
Identification Number:                                  Total                          22.20.00

Name of Taxpayer:    JASON R & ANGELA L SVONAVEC                    10/06/2021
Identification Number                         Total                  22.20.00

Name of Taxpayer:    JASON R & ANGELA L SVONAVEC                    10/06/2021

Identification Number:                        Total                    22.20.00

2015  - **PERSONAL EXEMPTION WORKSHEET**



Name of Taxpayer:    JASON R & ANGELA L SVONAVEC                                    10/06/2021
Identification Number: ███████████              Total                              22.20.00



**ITEMIZED DEDUCTIONS WORKSHEET - PER EXAM**



Name of Taxpayer:   JASON R & ANGELA L SVONAVEC                    10/06/2021
Identification Number: ▮▮▮▮▮▮                    Total                    22.20.00

2015 - SCHEDULE D - CAPITAL GAINS AND LOSSES



| | |
|---|---|
| Name of Taxpayer: | JASON R & ANGELA L SVONAVEC |
| Identification Number: | |

10/06/2021

Total                                    22.20.00

2015   - SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX



| | | |
|---|---|---|
| Name of Taxpayer: | JASON R & ANGELA L SVONAVEC | 10/06/2021 |
| Identification Number: | Total | 22.20.00 |

### 2016 - Form 8959 - Additional Medicare Tax



| Name of Taxpayer: | JASON R & ANGELA L SVONAVEC | | 10/06/2021 |
| Identification Number: | | Total | 22.20.00 |

2016 - **Form 8960 - Net Investment Income Tax**



| Name of Taxpayer: | JASON R & ANGELA L SVONAVEC | 10/06/2021 |
| Identification Number: | Total | 22.20.00 |

## 2016 - Qualified Dividends and Capital Gain Tax Worksheet



Name of Taxpayer:    JASON R & ANGELA L SVONAVEC                    10/06/2021
Identification Number:                              Total                    22.20.00

2016  - **PERSONAL EXEMPTION WORKSHEET**



Name of Taxpayer:    JASON R & ANGELA L SVONAVEC                                      10/06/2021
Identification Number: ▮▮▮▮▮▮▮▮                           Total                        22.20.00

Name of Taxpayer:    JASON R & ANGELA L SVONAVEC                                    10/06/2021
Identification Number:                                    Total                                    22.20.00

2016  - **SCHEDULE D - CAPITAL GAINS AND LOSSES**



| Name of Taxpayer: | JASON R & ANGELA L SVONAVEC | | 10/06/2021 |
| Identification Number: | | Total | 22.20.00 |

2016  - **SCHEDULE SE - COMPUTATION OF SELF-EMPLOYMENT TAX**



| Name of Taxpayer: | JASON R & ANGELA L SVONAVEC | Page | of |
|---|---|---|---|
| Identification Number: | Total | Tax Period Ending: 12/31/2015 |

## Accuracy-Related Penalties under IRC 6662

**20 Percent Penalty -- Internal Revenue Code Section 6662(a)**



**40 Percent Penalty -- Internal Revenue Code Section 6662(h); 6662(i); 6662(j)**



RGS Version 22.20.00          Date Tax Computation Last Generated 10/06/2021

| Name Of Taxpayer: | JASON R & ANGELA L SVONAVEC | | 10/06/2021 |
|---|---|---|---|
| Identification Number: | | Total | 22.20.00 |

**2015  -  Adjustments Subject to Accuracy-Related Penalty - IRC 6662**



| Name of Taxpayer: | JASON R & ANGELA L SVONAVEC | Page | of |
|---|---|---|---|
| Identification Number: | Total | | Tax Period Ending: 12/31/2016 |

## Accuracy-Related Penalties under IRC 6662

**20 Percent Penalty -- Internal Revenue Code Section 6662(a)**



**40 Percent Penalty -- Internal Revenue Code Section 6662(h); 6662(i); 6662(j)**

Name Of Taxpayer:       JASON R & ANGELA L SVONAVEC                    10/06/2021
Identification Number:                                    Total          22.20.00

### 2016 - Adjustments Subject to Accuracy-Related Penalty - IRC 6662



| Name Of Taxpayer: | JASON R & ANGELA L SVONAVEC | | 10/06/2021 |
| Identification Number: | | Total | 22.20.00 |

## 2016 - Adjustments Subject to Accuracy-Related Penalty - IRC 6662



Name Of Taxpayer:   JASON R & ANGELA L SVONAVEC                                    10/06/2021
Identification Number: ▓▓▓▓▓▓▓                        ESTIMATE                      22.20.00

## 2016  TAX YEAR INTEREST COMPUTATION

| Name Of Taxpayer: | JASON R & ANGELA L SVONAVEC | 10/06/2021 |
|---|---|---|
| Identification Number: | ESTIMATE | 22.20.00 |

## 2015 TAX YEAR INTEREST COMPUTATION

SANS001694

INSTRUCTIONS FOR RETURNING SIGNED

CONSENTS OR OTHER AGREEMENTS DURING THE

COVID 19 CRISIS

The ability to submit a signed form to IRS-Appeals electronically is an available option. You may send the signed (original signature) form to my e-fax number (855) 548-1499. When submitting the signed form by fax please provide a cover page indicating the taxpayer/representative (list name) wish to submit the signed form by fax.

List the taxpayer's name on the cover page.

You may also submit the signed form by email. If you decide to do so you must use encrypted software and the document must be password protected. The subject line and body of the email must not contain any personal identifiable information of the taxpayer. Please contact the Appeals Officer before returning the signed form by email to discuss.

## METZ LEWIS BRODMAN MUST O'KEEFE LLC

535 Smithfield Street  Suite 800  Pittsburgh, Pennsylvania 15222
T: 412.918.1100  F: 412.918.1199  www.metzlewis.com





**ATTORNEYS AT LAW**

LeRoy L. Metz, II

April 28, 2021

**VIA FACSIMILE AND FIRST CLASS MAIL**
Ms. Nina M. Miklos
Appeals Officer
Internal Revenue Service
1000 Liberty Avenue
Room 816
Pittsburgh, PA  15222

      Re:    Jason and Angela Svonavec
             Heritage Coal & Natural Resources, LLC
             Banshee Crane and Farm, LLC
             Fearless One, Inc.

Dear Ms. Miklos:

      On behalf of the above captioned taxpayers, Jeremy Hartzell and myself, I want to thank you for the time and attention you devoted to the appeals hearing we held on April 6, 2021 to attempt to resolve the various issues involved in the IRS examining agent's reports concerning the 2015 and 2016 federal income tax returns of the taxpayers.

      This letter will set forth the terms on which the taxpayers are willing to resolve these issues.  As you know, nothing in this letter is an admission or waiver of any of the issues we have been discussing, the letter is solely for purposes of settlement and no part of this letter may be used as evidence of any aspect of the case and is not admissible into court.

      The taxpayers propose that the following elements of deductions, which the examining agent has proposed to disallow, be permitted deductions in respect of advertising in the year indicated:

| Return | 2015 | 2016 |
|---|---|---|
| Svonavec (Bootlegger suv) | $99,282 | $18,000 |
| Banshee (Zero Turn Mower and Engine) | 106,380 | |
| Banshee (Other Cost) | | 5,728 |
| Banshee (Repairs & Maintenance) | | 8,042 |
| Banshee (Fuel) | 9,993 | 2,057 |
| Banshee (Insurance) | 1,077 | 1,077 |
| Banshee (Advertising) | | 6,485 |
| Banshee (Repairs & Maintenance) | | 5,605 |
| Totals | $216,732 | $46,994 |

Direct Dial: 412.918.1111

e-mail: lmetz@metzlewis.com

Ms. Nina M. Miklos
April 28, 2021
Page 2

As you know, taxpayers are firmly convinced that maintenance of an office in Florida is an ordinary and necessary business expense for managing the businesses for which Mrs. Svonavec is responsible. Among other proper and substantial business purpose of the Florida office is the state tax savings enabled thereby. Recognizing that the examining agent is of a different opinion, even though taxpayers disagree with that opinion, taxpayers propose settlement that would allow fifty (50%) percent of the expense of maintaining the Florida office which would be applied per the below table.

| Return | 2015 | 2016 |
|---|---|---|
| Fearless One (Repairs & Maintenance) | $116,299 | $71,087 |
| Fearless Aircraft Operating | 5,008 | |
| Fearless Insurance | | 5,007 |
| Fearless Other Deductions – Small Tools | | 20,129 |
| Fearless Depreciation | 26,481 | 7,004 |
| Banshee Rent | 111,216 | 4,000 |
| Total | $259,004 | $107,227 |
| Proposed Allowance at 50% | $129,502 | $53,613.50 |

All of the above are items about which we had considerable discussion, but if further detail is needed, please let us know.

| Return | 2015 | 2016 |
|---|---|---|
| Fearless One (Charter Fees) | $54,600 | $19,125 |
| Fearless One (Legal and Prof. Pilot Salary) | 32,728 | |
| Totals | $87,328 | $19,125 |

As we discussed, these are out-of-pocket expenses paid by Fearless One to third parties which are well substantiated.

Beyond these deductions there is the issue of the civil fraud penalty asserted by the examining agent. We believe the civil fraud penalty is inapplicable and you indicated that you leaned away from that penalty as well. You also indicated that you thought the accuracy penalty under IRC Section 6662 may apply to some portion of the underpayment.

As we have discussed, neither Mr. nor Mrs. Svonavec is at all well versed in the complexities of the Internal Revenue Code. They hired a Certified Public Accountant to handle the books of the business and then hired an independent Certified Public Accountant to prepare the tax returns. They relied exclusively on the expertise of the trained professionals to whom they had given complete access to their books and records. We firmly believe such reliance was

Ms. Nina M. Miklos
April 28, 2021
Page 3

justified, demonstrates good faith of the taxpayers and clearly vindicates them from any negligence or disregard of the applicable rules and regulations.

We propose that no penalty of any description be applied in this case.

If for any reason you feel obligated to apply a penalty, clearly the civil fraud penalty would not apply and the Section 6662 penalty should not apply to those aspects of the tax returns which were entirely the province of the tax return preparer including any disallowance related to the question of travel expenses, the Florida office, the $500,000 basis adjustment to the airplane or the adjustment relating to the conversion of cash accounting to accrual accounting.

More particularly the proposed adjustment in the below indicated amounts for "distributions in excess of basis," are very clearly items that only experienced, sophisticated tax practitioners and Internal Revenue Service agents and appeals officers would understand.

| Return | 2015 | 2016 |
|---|---|---|
| Svonavec Capital Gains | 2,807,249 | 231,741 |

Just as clearly any mistake related to distributions in excess of basis should not be the subjects of any form of penalty against these taxpayers, who in no manner would have knowingly understated their taxable income on account of such an issue.

We appreciate your willingness to help resolve this matter fairly and promptly.

Very truly yours,

LeRoy L. Metz, II

LLM/js

 **IRS** **Department of the Treasury
Internal Revenue Service
Independent Office of Appeals**
1000 Liberty Avenue
Room 816
Pittsburgh, PA 15222

**Date:**
  October 13, 2021
**Person to contact:**
  Name: Nina M Miklos
  Employee ID Number: 0349386
  Phone: (412) 404-9205
  Fax: (855)548-1499
  Hours: 8:30 - 5:00
**Taxpayer ID number (last 4 digits):**

**Taxpayer name:**
  Jason R & Angela L Svonavec
**Form number:**
  1040
**Years:**
  12/2015 12/2016

HBK CPAS & CONSULTANTS
JEREMY G. HARTELL, JD
100 PINEWOOD LANE, STE 201
WARRENDALE, PA  15086

Dear Mr. Hartzell:

We are sending the enclosed material under the provisions of your power of attorney or other authorization we have on file. For your convenience, we have listed the name of the taxpayer to whom this material relates in the heading above.

If you have any questions, please call the contact person at the telephone number shown in the heading of this letter.

Thank you for your cooperation.

                                   Sincerely,

                                   Nina M. Miklos  Digitally signed by Nina M.
                                                   Miklos
                                                   Date: 2021.10.13 13:50:22
                                                   -04'00'

                                   Nina M Miklos
                                   Appeals Officer

Enclosures:
Letter 969

**Letter 937 (Rev. 3-2017)**
Catalog Number 30760X



**METZ LEWIS BRODMAN MUST O'KEEFE LLC**

535 Smithfield Street  Suite 800  Pittsburgh, Pennsylvania 15222
T: 412.918.1100  F: 412.918.1199  www.metzlewis.com

November 1, 2019

ATTORNEYS AT LAW
LEROY L. METZ, II

**Via Fax and FedEx Overnight**
Department of the Treasury
Internal Revenue Service
Attn: Stephanie Pesi, Revenue Agent
319 Washington Street, Suite 100
Johnstown, PA 15901

Re:   Protest and Request for Appeals Conference for Jason R. Svonavec
      ████████ Angela L. Svonavec ████████████ and
      related entities

Dear Ms. Pesi:

Jason R. and Angela L. Svonavec on behalf of themselves individually and
on behalf of wholly owned businesses Heritage Coal & Natural Resources, LLC
(EIN: ████████) ("Heritage"), Banshee Crane and Farm, LLC (EIN: ███
███████) ("Banshee"), and Fearless One, Inc. (EIN: ███████████) ("Fearless")
(each a "Taxpayer", and collectively the "Taxpayers"), protest the adjustments
proposed in IRS Form 4549 Income Tax Examination Changes issued to them on
September 25, 2019, which propose to adjust the Taxpayers' and businesses
income tax returns for the tax years 2015 and 2016.

A.    **Appeal to the IRS Appeals Office**

The Taxpayers request a conference in person with a representative of the
Internal Revenue Service Appeals Office to address the disputed adjustments
identified and described in this protest.

The Forms 4549 were issued to the Taxpayers on September 25, 2019.
Pursuant to an agreed-upon extension of time, this formal written protest response
is timely filed.

B.    **Taxable Years Involved**

For all Taxpayers, the taxable periods at issue are the tax years ended
December 31, 2015 and December 31, 2016.

C.    **Adjustments Protested**

Taxpayers take exception to the following proposed adjustments:

Direct Dial: 412.918.1111                                     e-mail: lmetz@metzlewis.com

Internal Revenue Service
November 1, 2019
Page 2

    1)     Disallowance of "Bootlegger" advertising expense
    2)     Disallowance of "ATV" expense
    3)     Banshee Distributions to Shareholders
    4)     Penalty for failure to file and failure to provide Forms 1099
    5)     Disallowance of expense attributable to business use of Florida property
    6)     Disallowance of $500,000 airplane basis adjustment
    7)     Assumption that Fearless was not a company operating to make a profit
    8)     Assertion of the Civil Fraud Penalty

**D.**    **Form of Protest**

This protest, on behalf of the Taxpayers and their wholly owned businesses, consists of the following parts: this cover letter; a background of the Taxpayers and their businesses; and an analysis of the adjustments protested including relevant facts that support the Taxpayers' position and the law upon which the Taxpayers rely.

**E.**    **Statement of Counsel**

This protest was prepared by the undersigned, LeRoy L. Metz, II, counsel for Taxpayers.

**F.**    **Declaration**

Declaration of taxpayers Jason R. and Angela L. Svonavec is attached.

Respectfully submitted,

LeRoy L. Metz, II

LLM/rlh

Enclosures

cc:    Jeremy Hartzell, Esq.
       Jason & Angela Svonavec

**BACKGROUND AND ANALYSIS OF ADJUSTMENTS PROTESTED**

**JASON R. AND ANGELA L. SVONAVEC**

**2015 AND 2016 TAX YEARS**

## A. BACKGROUND

Jason R. and Angela L. Svonavec collectively own Heritage Coal & Natural Resources, LLC ("Heritage"), Banshee Crane and Farm, LLC ("Banshee"), and Fearless One, Inc. ("Fearless"). The primary business operation of Heritage is surface mining. Heritage is a single member limited liability company, owned 100% by Mrs. Svonavec. Mr. Svonavec is thoroughly involved in the business, working day-to-day in the coal fields. The primary business operation of Banshee is farming, but to more fully utilize its equipment it occasionally bids small excavation and construction jobs. Banshee is a limited liability company, taxed as an S Corporation, owned 100% by Mrs. Svonavec. Mr. Svonavec is involved in this business, always bidding jobs and occasionally operating farm equipment to make hay and plant crops. The primary business operation of Fearless is charter plane services. Fearless is an S Corporation owned 100% by Mr. Svonavec. Mrs. Svonavec is actively involved in the management and business development of Fearless. Mr. Svonavec's residence and mailing address is 192 Stone Ridge Lane, Rockwood, PA 15557. Mrs. Svonavec's residence and mailing address is 796 Portside Drive, Naples, FL 34103. The best daytime telephone number for the Taxpayers is (814) 634-0626.

## B. ANALYSIS OF ADJUSTMENTS PROTESTED

1.  **Disallowance of "Bootlegger" Advertising Expense**



1

SANS001702



**2.     Disallowance of "ATV" Expense**

**3.     Banshee Distributions to Shareholders**

**4.     Penalty for Failure to File and Failure to Provide Forms 1099**



**5.    Disallowance of Expense Attributable to Business Use of Florida Property**

Angela Svonavec's proper residency is Florida and expenses attributable to the Florida business space are properly deductible under the Internal Revenue Code of 1986, as amended, (the "Code"), for the tax years 2015 and 2016 in respect of the S Corporation income tax returns of Fearless One, Inc.

Fearless Workpaper 405-1.2 of the examiner's report states:

> "The shareholder's wife is saying that Florida is her tax and work home.  She is not an owner of the business.  She is not an employee of the business.  She "manages" the business through her other business Heritage Coal.  The shareholder performs no services for this business.  He does not receive a salary."

> further

> "The principal business for this entity was to be transportation services; however, the plane and charter fees have been used exclusively for the benefit of the shareholder and wife.  The plane was sold.  The company is basically idle.  The income and expenses that are generated for this entity are to write off the expenses of the second home.  The charter fees are incurred by the shareholder's wife to travel between PA and Florida."

As addressed below, there are many discrepancies with the positions taken and the conclusions drawn in the examiner's report.

3

<u>796 Portside Drive, Naples, FL is Angela Svonavec's principal place of residence</u>

The determination of a taxpayer's principal residence is based on facts and circumstances. If a taxpayer alternates between two residences, the one used the majority of the time during each relevant year will be considered the principal residence for that year. 26 C.F.R. §1.121-1(b)(2).

Factors in determining a taxpayer's principal residence, include, but are not limited to –

(i)     The taxpayer's place of employment;

(ii)    The principal place of abode of the taxpayer's family members;

(iii)   The address listed on the taxpayer's federal and state returns, driver's license, automobile registration, and voter registration card;

(iv)    The taxpayer's mailing address for bills and correspondence;

(v)     The location of the taxpayer's banks; and

(vi)    The location of religious organizations and recreational clubs with which the taxpayer is affiliated.

Fearless and Banshee are properly registered to do business in Florida (see attachments from Florida Division of Corporations). Angela Svonavec has a Florida driver's license and has been registered to vote solely in Florida, not Pennsylvania, since 2014 (see attached photo of driver's license and voter registration). Mrs. Svonavec's mailing address for bills and correspondence is 796 Portside Drive, Naples, FL and she keeps her personal bank account in Florida (see attachments from Florida Division of Corporations where Mrs. Svonavec's address as "registered agent" is 796 Portside).

See attached 2014 and 2016 PA-40 returns where her husband, Jason Svonavec, files without Mrs. Svonavec because, as a resident of Florida, she is not subject to Pennsylvania personal income tax. At this time the POA does not have a copy of Jason Svonavec's 2015 PA-40 but can obtain the return upon request. Florida does not have an income tax requirement which would require Mrs. Svonavec to file there. Based on all of the relevant factors, Mrs. Svonavec is unquestionably a resident of Florida.

4

<u>Whether via the rental agreement or as a home office, deducting the business use of the Florida office space is allowed under the Code.</u>

Code § 162(a)(3) provides that

> There shall be allowed as a deduction all the ordinary and necessary expenses paid or incurred during the taxable year in carrying on any trade or business, including - rentals or other payments required to be made as a condition to the continued use or possession, for purposes of the trade or business, of property to which the taxpayer has not taken or is not taking title or in which he has no equity.

A valid lease agreement is in existence between the Svonavec's (Lessor) and Fearless One, Inc. (Tenant) as of January 1, 2015. On Page 3, number 11 "Maintenance and Repair" of the lease agreement, "Tenant shall, at Tenant's sole expense, keep and maintain the Leased Space and appurtenances in good and sanitary condition and repair during the term of this Lease Agreement." Fearless, as Tenant, properly followed the agreement by paying for those expenses. Both the rentals and other payments required to be made, in this case repairs and maintenance, are properly deductible under Code § 162(a)(3).

In the alternative, if it is the stance of the IRS that a valid rental agreement was not in place, Code § 280A allows the deduction of the expenses for business use of part of a residence. Code § 280A(c) exempts from the general disallowance rule those expenses attributable to a dwelling unit used for business for the following enumerated activities:

> (1) Certain business use.
>
> > (A) as the principal place of business for any trade or business of the taxpayer,
> >
> > (B) as a place of business which is used by patients, clients, or customers in meeting or dealing with the taxpayer in the normal course of his trade or business, or
> >
> > (C) in the case of a separate structure which is not attached to the dwelling unit, in connection with the taxpayer's trade or business.

5

According to the terms of the Management Services Agreement between Fearless One, Inc. and Heritage Coal dated January 1, 2011, Mrs. Svonavec was retained and compensated to manage the business for Fearless. This is properly reflected on the 2015 returns where a management fee was paid to Heritage when the airplane was sold and properly included in income on the Heritage returns as "other income." As Heritage is a single member LLC, it is a disregarded entity, making Heritage and Mrs. Svonavec one in the same.

The exemption from general disallowance of expense under Treas. Reg. § 1.280A-2(c) includes that "[p]roperty is so used only if the patients, clients, or customers are physically present on the premises. . . . This exception applies only if the use of the dwelling unit by patients, clients, or customers is substantial and integral to the conduct of the taxpayer's business."

As stated on numerous occasions, Mrs. Svonavec uses 796 Portside to meet with clients, customers, and potential new clients/customers for Fearless, Banshee, and Heritage. Repairs and maintenance were necessary to keep the home office in an acceptable manner to physically receive customers and clients as provided under Code § 280A(c). Physically meeting with these clients and customers was integral to the business of Fearless, Banshee, and Heritage.

Paying a management fee for bookkeeping and business management is an ordinary and necessary business expense under Code § 162. Paying rent for an office space to do that bookkeeping and business running is also an ordinary and necessary business expense under Code § 162. The Svonavecs are in the process of expanding their charter business to the sea, requiring an office space in Florida. Further, as Mrs. Svonavec's principal place of residence is in Florida, she needed an office space in Florida to conduct business. The most economic choice in this case was to use a home office, rather than pay extreme prices for a commercial space. Using a home office is an allowable expense under Code § 280A(c). The Svonavecs went further by signing a lease agreement to ensure that the separate businesses expenses were properly documented.

6.    **Disallowance of $500,000 Airplane Basis Adjustment**



7.    **Assumption That Fearless Was Not a Company Operating to Make a Profit**



8.    **Assertion of the Civil Fraud Penalty**

7

SANS001708



8

Understatement of Income



As an additional justification for asserting that Taxpayers committed fraud, the examiner wrote:

> "3.    Deducting rent expense to a related entity to offset personal living expenses
> for the personal residence in Florida."

As discussed above, whether via the rental agreement or as a home office, deducting the business use of the Florida office space is allowed under the Code. Mrs. Svonavec's primary place of residence is Florida and she provided management services to Fearless for a fee. When Fearless sold an airplane in 2015, a management fee was paid which was acknowledged by the examiner as properly reported as income on Schedule C of the Taxpayers 2015 Form 1040. In <u>Langer v. C.I.R.</u>, the Petitioners were denied deductions for using methods of determination that had "no basis in the law." 980 F.2d 1198 (8th Cir. 1992). That is not the case here. Mrs. Svonavec's primary place of residence is Florida per Code § 121. Rental expense is an ordinary and necessary business expense per Code § 162. In the alternative, the business use of a home office is deductible

per Code § 280A. The Taxpayers' deduction of business expense attributable to the Florida property was reasonable, was well grounded in the law, was never concealed, and is not fraud.

Further, it is the government's position that any unsubstantiated business expenses are automatically classified as personal expenses. "Fraud does not include negligence, carelessness, misunderstanding or unintentional understatement of income." Pechenik, 236 F.2d at 846 (internal quotations omitted). Negligence and carelessness of maintaining receipts does not indicate an intention to evade taxes. The Taxpayers were simply not good at maintaining organized books and records. Knowing this about themselves, they employed an "in-house" Certified Public Accountant ("CPA") as a bookkeeper upon whom they relied. They further relied upon a second independent CPA as their tax return preparer to take the books, as provided, apply the CPA's tax knowledge, and properly deduct what was allowed to be deducted per the tax laws in which a CPA would be an expert.

On Banshee Workpaper 532 "Additional Facts and Argument Lead Sheet" the examiner wrote:

> "On August 6, 2019 a fax was received from Jeremy Hartzell addressing the disallowance of the topsoil purchased from Joseph B Fay and expensed on Banshee Crane & Farm for 2015 and 2016. The representative provided documentation showing that it was sold on 1/11/17 for a significant profit. It is being disallowed in 2015 and 2016 to be reflected against the income when it was sold on 1/11/17. It will be considered on the 2017 return. The issue was addressed in work paper section 501 of Banshee Crane & Farm"

The examiner recognizes that the purchase of topsoil was properly substantiated with invoices and that the purchase thereof will be reflected in 2017 when the topsoil was subsequently sold. The sole issue here is timing of reporting, which is an accounting error by the CPA and not indicative of fraud. As such, the amounts in contention should be removed from consideration of imposing the fraud penalty.

As seen in Svonavec Workpapers 510-513, among others, Taxpayers did not provide enough documentation to substantiate business expenses for 2016 and for this reason alone is the government disallowed the deductions. The Commissioner bears the burden of showing the taxpayer's fraudulent intent by clear and convincing evidence. I.R.C. § 7454(a). It is further the

10

Commissioner's burden to show the taxpayer's fraudulent intent applies separately for each of the years. I.R.C. § 6663(a & b); I.R.C. § 7454(a). For purposes of imposing a fraud penalty, "fraud is not proven when a court is left with only a suspicion of fraud, and even a strong suspicion is not sufficient to establish a taxpayer's liability for the fraud penalty." Branson, 103 T.C.M. (CCH) 1680. In this case the government does not have clear and convincing evidence that these expenses were personal in nature, only a suspicion, which is not enough to meet the burden of clear and convincing evidence. Id.; but see Rahall v. C.I.R., 101 T.C.M. (CCH) 1486 (Tax 2011) (where Petitioner intentionally claimed nondeductible and obvious personal expenditures as business expenses, and concealed personal expenditures as "theft losses"); see also Kohn v. C.I.R., 114 T.C.M. (CCH) 200 (Tax 2017) (where Petitioners intentionally claimed $144,600 of casualty loss on their tax return for assets that were subsequently sold for $142,000 just over one week after they signed their tax returns).

Further, there was not a single disallowance of expense for the tax year 2015 in Svonavec Workpapers 509 through 519, and the revenue agent repeatedly states that "the issue is not present in 2015." In most cases a repeated, pattern of understatement is required to show intent by the taxpayers enough to warrant the assessment of fraud penalty. In Langer v. C.I.R., the Petitioners had a **history** of claiming business expense deductions for "many obvious" personal expenses, as they had understatements of income for tax years 1983, 2001, 2011, 2012, and 2013. 113 T.C.M. (CCH) 1426 (Tax 2017); see also Laciny v. C.I.R., 105 T.C.M. (CCH) 1645 (Tax 2013) (where Petitioners failed to report income for tax years 1996, 1997, 1998, and 1999).

<u>Failure to Keep Adequate Records</u>

11

SANS001712



Allocations of Income

SANS001713



Concealment

Filing of Tax Returns

Dealing in Cash

Engaging in Illegal Activities

Conduct of Taxpayers

SANS001714



Reliance on Tax Return Preparer



SANS001715





Business Owners, with no Specialized Tax Knowledge



16

SANS001717



TRANS001718

## Declaration

"Under the penalties of perjury, I declare that I examined the facts stated in this protest, including any accompanying documents, and, to the best of my knowledge and belief, they are true, correct, and complete."

_____          10-31-19
Jason R. Svonavec                        Date

_____          10-31-19
Angela L. Svonavec                       Date

TRANS001719



**Internal Revenue Service**
Independent Office of Appeals
1000 Liberty Avenue
Room 816
Pittsburgh, PA 15222

**Department of the Treasury**

**Person to Contact:**
Nina M Miklos
Employee ID Number: 0349386
Tel: (412) 404-9205
Fax: (412) 404-9210/ (855)548-1499
Contact Hours: 8:30 - 5:00

Date: January 11, 2021

**Refer Reply to:**
AP:EX:PA:PIT:NMM

Jeremy Hartzell, CPA
HBK
100 Pinewood Lane, Suite 201
Warrendale, PA 15086

**In Re:**
Jason R & Angela L.Svonavec
Fearless One
Banshee Crane & Farm LLC
**Tax Period(s) Ended:**
12/2015 12/2016

Dear Mr. Hartzell:

Thank you for participating in an IRS Independent Office of Appeals WebEx conference. We've attached the link needed for the conference (see TO JOIN YOUR MEETING below) along with other helpful information.

Your conference is scheduled for January 19, 2021, at 10 a.m., Eastern Time Zone.

You must download the Cisco WebEx client to join the conference. To test your operating system's compatibility with WebEx and download the necessary WebEx plug-in, visit www.webex.com/test-meeting.html. You don't need to download or purchase the software, or download a trial, to attend the meeting. To assist you in joining the meeting, please review this YouTube video prior to the conference.

We'll only use the videoconference, document viewing, and chat features of WebEx. We won't use additional features such as recording and document transmittal. Please note that you're not authorized to audio or video record this conference. Although the IRS has approved the use of WebEx, we recognize that any internet application has some inherent risks associated with its use. We consider your agreement to participate in a WebEx conference to be an acceptance of those risks.

If you need to reschedule the conference or if you experience technical issues on the day of the conference, please call me at [enter your telephone number].

You've been invited to a WebEx meeting which allows Appeals to collaborate with taxpayers and their representatives.
• Only visual application and file sharing is permitted.
• It's best to have WebEx call attendees at a designated phone number.
• We don't recommend calling in using a computer as the quality of the meeting may be affected.

TO JOIN YOUR MEETING
• Go to: **Join the meeting**

Note: when you connect to WebEx, the system should provide the audio connection. If it doesn't, you can dial in by phone at the number below, using the access code.
Audio connection:
855-865-6792 (IRS WebEx external)
304-579-6720 (Alternate number)
Access code:
**999 811 693**

WARNING! THE SYSTEM IS FOR AUTHORIZED USE ONLY!

Sincerely,

Nina M Miklos
Appeals Officer

Enclosures:
 How to join Web-ex meeting

cc: Leroy L. Metz II

# How to Join a WebEx Meeting

Updated 6/1/2020

WebEx meetings will work with a variety of computer system setups. WebEx is compatible with Windows, Mac, or Linux operating systems, although there are known issues with the each operating system's compatibility. However, like a chain, the WebEx meeting is only as strong as it's weekest link (i.e. your connection can affect the performance of others).

> To test your operating system's compatibility with WebEx and download the necessary WebEx plug-in, visit www.webex.com/test-meeting.html.

It has been observed that WebEx does not currently work with the Microsoft Edge browser. Browsers that work with WebEx include Windows Explorer, Firefox, Chrome and Safari.

Additionally, if you reside outside the United States, skip from Step 5 to Step 7 for the information you need to join the audio portion of the conference.

With respect to WebEx performance:

- Wireless connections have lower performance. Wired connections are recommended.
- High-speed cable has higher performance than a DSL connection.
- If you're using a antiquated dial-up connection, you probably won't be able to join.

Please follow the steps below to ensure an optimal connection to your WebEx conference. Although the email invitation includes a phone number and access code to join the meeting, you should only use that information to call-in to the meeting if the other options do not work.

**Step 1:** From the Outlook Calendar invitation you received, click on the meeting invitation link provided…



**Step 2:** When the next screen appears, enter your name/email address and select "Join".



**Step 3:** If you have not downloaded the WebEx software or encounter other issues, you will
likely receive a notification that you need to download the software now. As an alternative,
you can select the "Run a temporary application" link to initiate your WebEx conference.



**Step 4:** When the pop-up item displays, select "Run" (your actual screen view may be
somewhat different)



**Step 5:** You should now be in the WebEx session. To activate your audio, make sure you're on
the "Quick Start" tab and select the "More Options" link.

**Step 6:** The preferred method to join WebEx audio is to have the WebEx system call you by selecting the "Call Me" option. Participants located outside the United States or those who wish to join audio through their computer should go to step 7 for instructions on joining the audio portion of the meeting. It is not recommended that you select the "I Will Call In" option unless the other two do not work. However, if you must use this option, you will need to enter the phone number and access code provided in the bottom section of the email you received.



After clicking the "Call Me" selection, enter your phone number when prompted.



Once the connection is made, you will be prompted to "Press 1" to join the meeting.

**Step 7:** If located outside the United States, the Call Me option will not work as the WebEx server is not currently capable of dialing international calling codes. Instead, you can join the audio portion of the meeting by selecting the "More Options" link as shown in Step 5 and selecting the "Call Using Computer" option.



Call Using Computer is the only method that works for people located outside the United States because this method employs Voice Over internet protocol (VOIP) and is not reliant upon the public switched telephone network. However, the codec used sometimes results in a loss of clarity.

If using your computer for audio, it is best if a headset is employed as use of the computer's embedded microphone and speakers may cause feedback.

**Step 8:** To activate your video, simply select the Start My Video button found on the right side of the meeting screen, under the Participants. If you do not wish to activate your camera right away, you can simply click on the small "x" as shown in the blue circle:



**Step 9:** After your initial entry to the conference, you can activate or deactivate your camera by clicking on the camera icon. When activated, the icon will be displayed in blue. When deactivated, it will be displayed in gray.

Page 4 of 5



When you enter a WebEx session, you can mute yourself at any time by clicking on the microphone icon next to your name as displayed below:



Now muted, it displays in the color red with a line through the microphone and there is also a small red "x" next to your name.



You can unmute yourself in the same fashion by clicking on the icon again, causing the icon to revert to the grayed status.



# HBK®

100 Pinewood Lane, Ste 201
Warrendale, PA 15086
Phone (724) 934-5300
Fax    (724) 934-3762
www.hbkcpa.com

**OFFERING THESE
PROFESSIONAL SERVICES:**

**ACCOUNTING & AUDITING**
❖ Comprehensive Business Advice
   and Consultation
❖ Audits/Reviews/Compilations
❖ Small Business Services

**TAX SERVICES**
❖ Tax Planning & Consulting
❖ Corporate, Partnership and
   Individual Tax Return Preparation
❖ Estate/Fiduciary Planning and
   Returns
❖ Retirement Planning

**INFORMATION TECHNOLOGY**
❖ Systems Development and
   Implementation
❖ Software Consulting and
   Implementation for Various
❖ Accounting Packages, Including
   Peachtree and Quickbooks

**HUMAN RESOURCE MANAGEMENT**
❖ Record Retention/Compliance
❖ Recruitment/Retention
❖ Training/Team Development
❖ Performance Evaluations
❖ Job Descriptions
❖ Policies/Procedures/Employee
   Handbooks

**BUSINESS VALUATIONS**
❖ Buy/Sell Agreements
❖ Purchase/Sale of a Business
❖ Structuring Divorce Settlements
❖ Litigation Support
❖ Estates and Gift Taxes

# FAX TRANSMISSION SHEET

**Date**:  January 19, 2021

**To**:  Nina Miklos          **Fax**:  (855) 548-1499

**From**:  Jeremy Hartzell      **# of Pages**:  25

**Subject**:  Svonavec

Preliminary information, subject to change, for our call.

**CONFIDENTIALITY NOTICE**

This transmittal is intended only for the use of the individual or entity to which it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law.  If the reader of this transmittal is not the intended recipient, or the employee or agent responsible for delivering the transmittal to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately.

To insure compliance with requirements imposed by The Department of Treasury, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Combined Protest for an Appeal for Svonavec, Banshee and Fearless



SANS001729

BANS001730

# Banshee

**2015**    **2016**

**#5 Florida Home**
Sch. F Rent Expense - 503-1.1

**#3 Banshee Distributions**
Other Assets - Shareholder Loans
Distributions in Excess of Basis 530-1.1
Depreciation 529-1.3

**#1 Bootlegger**
Advertising Expense - 517
Repairs 504-4.2
Repairs 504-4.3
Repairs 504-4.4
Cost of Good Sold - Other 507-4.3
Cost of Good Sold - Other 507-4.4
Cost of Good Sold - Other 507-4.5
Cost of Good Sold - Other 507-4.6
Cost of Good Sold - Other 507-4.7
Cost of Good Sold - Other 507-5.1
Fuel Expense Lead 510
Insurance Lead 511-1.2
Advertising 517-2.1
Advertising 517-2.2
Advertising 517-2.2

Repairs 526-1.1

**ATV**
Repairs 504-4.2

BANS001731

**Fearless One**



**#5 Disallowance of Expense attributable to business use of Florida Property**

Workpaper 403-1.1  Repairs & Maintenance
Workpaper 404-1.1 Other Deductions Aircraft Operating Expense
Workpaper 405-1.1 Other Deductions Charter Fee

Workpaper 501-1.1 Other Deductions Insurance
Workpaper 506-1.1 Rental Expenses - Cleaning & Maintenance
Workpaper 507-1.1 Rental - Insurance Expense
Workpaper 508-1.1 Rental - Repairs Expense
Workpaper 509-1.1 Rental - Taxes Expense
Workpaper 510-1.1 Rental - Utilities

**#7 Assumption that Fearless was not a company operating to make a profit**

Workpaper 502-1.1 Other Deductions Small Tools
Workpaper 503-1.1 Other Deductions Community Relations

Workpaper 513-1.1 S Corporation Loans from Shareholders
Workpaper 519-1.1 Distributions Leadsheet
Workpaper 401-1.1 Gross Receipts
Workpaper 504-1.1 Travel, Meals and Entertainment
Workpaper 505-1.1 Entertainment
Workpaper 511-1.1 Depreciation
Workpaper 512-1.1 Legal & Professional Fees

**#8 Civil Fraud Penalty**

**#6 Disallowance of $500,000 airplane basis**

Workpaper 402-1.1

**Fearless One** **Year End:** 12/31/2015 **Year End:** 12/31/2016

| | | 2015<br>Amount in Dispute or N if no dispute | 2016<br>Amount in Dispute or N if no dispute |
|---|---|---|---|
| A. | Gross receips or sales | | |
| B. | Net gain (loss) from Form 4797, Part II | | |
| C. | Repairs & maintenance | | |
| D. | Other deductions - Aircraft Operating Expense | | |
| E. | Other deductions - Charter Fees | | |
| F. | Insurance expenses | | |
| G. | Other Deductions - Small Tools | | |
| H. | Other Deductions - Community Relations | | |
| I. | Meals & entertainment | | |
| J. | Other Deductions - Business Entertainment | | |
| K. | Depreciation | | |
| → L. | Legal & professional fees | | |
| M. | Interest | | |
| N. | Supplies - Office | | |
| O. | Automobile expense | | |
| P. | Fuel expense | | |
| Q. | Travel expense | | |
| | **Total Adjustments** | | |

* Can't have dist in excess of Basis + not be a business.

BANS001733



SLP 8/30/18
SLP 9/4/18;
SLP 5/13/19

BANSHEE CRANE AND FARM LLC
201612/1120S
COST OF GOODS SOLD - OTHER COSTS

WORK PAPER 507-4.2

BANSHEE CRANE AND FARM LLC
201612/1120S
COST OF GOODS SOLD - OTHER COSTS

SLP 8/30/18
SLP 9/4/18;
SLP 5/13/19

BANSHEE CRANE AND FARM LLC
201612/1120S
COST OF GOODS SOLD
OTHER COSTS

SLP 8/30/18
SLP 9/4/18



WORK PAPER 507-5.1

| Taxpayer Name: | BANSHEE CRANE & FARM LLC | Examiner: | Pesi, Stephanie |
|---|---|---|---|
| TIN: | ████████ | | |
| Tax Form: | 1120S | Date: | 9/5/18; 9/7/18; 5/15/19 |
| Tax Year (s): | 201512, 201612 | | |

## Sch F Insurance Lead Sheet



BANS001737

BANSHEE CRANE AND FARM LLC
201612/1120S
ADVERTISING

SLP 9/5/18
SLP 5/15/19

WORK PAPER 517-2.1

BANSHEE CRANE AND FARM LLC
201612/1120S
ADVERTISING

SLP 9/5/18
SLP 5/15/19



BANSHEE CRANE AND FARM LLC
201612/1120S
REPAIRS EXPENSE

SLP 9/6/18
SLP 9/7/18



WORK PAPER 526-2.1

BANSHEE CRANE AND FARM LLC
201612/1120S
REPAIRS EXPENSE

SLP 9/6/18
SLP 9/7/18



WORK PAPER 526-2.2

BANS001741



**Internal Revenue Service**
Independent Office of Appeals
1000 Liberty Avenue
Room 816
Pittsburgh, PA  15222

**Department of the Treasury**

**Person to Contact:**
 Nina M Miklos
 Employee ID Number: 0349386
 Tel:   (412) 404-9205
 Fax: (412) 404-9210/ (855)548-1499
 Contact Hours: 8:30 - 5:00

Date:  April 6, 2021

**Refer Reply to:**
AP:EX:PA:PIT:NMM
**In Re:**

Jeremy Hartzell, CPA
HBK
100 Pinewood Lane, Suite 201
Warrendale, PA  15086

Jason R & Angela L.
Fear.........
Ban.............. LLC
 **Tax Period(s) Ended:**
12/2015 12/2016

Dear Mr. Hartzell:

Thank you for participating in an IRS Independent Office of Appeals Zoom meeting gov conference. We've attached the link needed for the conference (see TO JOIN YOUR MEETING below) along with other helpful information.

Your conference is scheduled for April 6, 2021, at 10 a.m., Eastern Time Zone.

To join the zoom meeting gov
https://irs.zoomgov.com/j/1601624445?pwd=TUROaUo3RHRTRmxGY3AxYi8xNDdudz09

Meeting ID: 160 162 4445
Passcode: 3U?Pva6b
One tap mobile
+16692545252,,1601624445# US (San Jose)
+16468287666,,1601624445# US (New York)

Dial by your location
      +1 669 254 5252 US (San Jose)
      +1 646 828 7666 US (New York)
Meeting ID: 160 162 4445
Find your local number: https://irs.zoomgov.com/u/arr33givq

**Test your system**

Prior to our meeting go to https://zoom.us/test  to test the compatibility of your system you may need to download some software.

You may also try going the meeting prior to the actual day to make sure your link is correct.    You should receive a message indicating the date and time of the actual zoom meeting. (4/6/21 – 10 am).

We'll only use the videoconference, document viewing, and chat features of Zoom. We won't use additional features such as recording and document transmittal. Please note that you're not authorized to audio or video record this conference. Although the IRS has approved the use of zoom meeting gov, we recognize that any internet application has some inherent risks associated with its use. We consider your agreement to participate in a zoom meeting conference to be an acceptance of those risks.

If you need to reschedule the conference or if you experience technical issues on the day of the conference, please call me at (412) 404-9205. .

You've been invited to a virtual conference meeting which allows Appeals to collaborate with taxpayers and their representatives.

• Only visual application and file sharing is permitted.

Sincerely,

Nina M. Miklos
Digitally signed by Nina M. Miklos
Date: 2021.04.02 13:59:23 -04'00'

Nina M. Miklos
Appeals Officer

cc: Leroy L. Metz II

Page    of

# Examination Changes - Partnerships, Fiduciaries, S Corporations, and Interest Charge Domestic International Sales Corporations

Name and address

BANSHEE CRANE & FARM LLC
550 BEAGLE RD
ROCKWOOD, Pennsylvania 15557

Taxpayer   BANSHEE CRANE & FARM LLC



Page 1 of 1

| Form **886-X**<br>(July 2016) | Department of the Treasury — Internal Revenue Service<br>**Shareholders' Share of Income, Deductions, and Credits** | Schedule Number<br>1120S |
|---|---|---|

Name of Corporation

BANSHEE CRANE & FARM LLC

| Form **886-X** (July 2016) | Department of the Treasury — Internal Revenue Service **Shareholders' Share of Income, Deductions, and Credits** | Schedule Number 1120S |
|---|---|---|

Name of Corporation

BANSHEE CRANE & FARM LLC

Issues:    Banshee

| Issue# | description | yr 2015 | yr 2016 | Appeals Dispute? | Appeals 2015 | Appeals 2016 |
|--------|-------------|---------|---------|------------------|--------------|--------------|
| A | Gross receipts | | | | | |
| B | Purchases | | | | | |
| C | **Sch F Rent Expense** | | | | | |
| D | Sch F Repairs & maintenance | | | | | |
| E | Sch F Supplies | | | | | |
| F | **Other costs** | | | | | |
| G | Employee benefit programs | | | | | |
| H | Cost of labor | | | | | |
| I | **Sch F Fuel expense** | | | | | |
| J | **Sch F Insurance expenses** | | | | | |
| K | Sch F Utility expense | | | | | |
| L | Sch F Livestock Supplies | | | | | |
| M | Sch F Other expenses - Permits | | | | | |
| N | Sch F Other - Travel expense | | | | | |
| O | Other expenses - Uniform Expense | | | | | |
| P | **Advertising** | | | | | |
| Q | Other expenses - Office Expense | | | | | |
| R | Meals & entertainment | | | | | |
| S | Travel expense | | | | | |
| T | Automobile expense | | | | | |
| U | Rents | | | | | |
| V | Utility expense | | | | | |
| W | Insurance expenses | | | | | |
| X | Gifts & awards expenses | | | | | |
| Y | **Repairs & maintenance** | | | | | |
| Z | Sch F Depreciation | | | | | |
| | Total | | | | | |

**5b**    **179 adjustment**

BANS001749

| Taxpayer Name: | BANSHEE CRANE & FARM LLC | Examiner: | Pesi, Stephanie |
|---|---|---|---|
| TIN: | | | |
| Tax Form: | 1120S | Date: | 9/7/18; 5/16/19 |
| Tax Year (s): | 201512, 201612 | | |

## S Corporation IRC §179 Expense Deduction Lead Sheet

529 S_Corp-IRC_179_Expense_Deduction_ Lead_Sheet
Rev 09/2014

Workpaper #:    529    -1.3

| | | | |
|---|---|---|---|
| **Taxpayer Name:** | BANSHEE CRANE & FARM LLC | **Examiner:** | Pesi, Stephanie |
| **TIN:** | ▓▓▓▓▓▓▓ | | |
| **Tax Form:** | 1120S | **Date:** | 9/7/18; 5/16/19 |
| **Tax Year (s):** | 201512, 201612 | | |

## S Corporation IRC §179 Expense Deduction Lead Sheet

| | | | |
|---|---|---|---|
| **Taxpayer Name:** | BANSHEE CRANE & FARM LLC | **Examiner:** | Pesi, Stephanie |
| **TIN:** | ▮▮▮▮▮▮ | | |
| **Tax Form:** | 1120S | **Date:** | 9/7/18; 5/16/19 |
| **Tax Year (s):** | 201512, 201612 | | |

## S Corporation IRC §179 Expense Deduction Lead Sheet

BANS001752

| | | | |
|---|---|---|---|
| **Taxpayer Name:** | BANSHEE CRANE & FARM LLC | **Examiner:** | Pesi, Stephanie |
| **TIN:** | | | |
| **Tax Form:** | 1120S | **Date:** | 9/7/18; 5/16/19 |
| **Tax Year (s):** | 201512, 201612 | | |

## S Corporation IRC §179 Expense Deduction Lead Sheet



| Taxpayer Name: | BANSHEE CRANE & FARM LLC | Examiner: | Pesi, Stephanie |
|---|---|---|---|
| TIN: | | | |
| Tax Form: | 1120S | Date: | 9/7/18; 5/16/19 |
| Tax Year (s): | 201512, 201612 | | |

## S Corporation IRC §179 Expense Deduction Lead Sheet



| | |
|---|---|
| **Taxpayer Name:** | BANSHEE CRANE & FARM LLC |
| **TIN:** | ███████ |
| **Tax Form:** | 1120S |
| **Tax Year (s):** | 201512, 201612 |

| | |
|---|---|
| **Examiner:** | Pesi, Stephanie |
| **Date:** | 9/20/18; 5/16/19 |

## Distributions in Excess of Basis Lead Sheet



530 Distributions In Excess of Basis_Lead_Sheet
Rev. 01/2005

Workpaper #   530   -1.1

| | |
|---|---|
| **Taxpayer Name:** BANSHEE CRANE & FARM LLC | **Examiner:** Pesi, Stephanie |
| **TIN:** ▉▉▉▉▉▉ | |
| **Tax Form:** 1120S | **Date:** 9/20/18; 5/16/19 |
| **Tax Year (s):** 201512, 201612 | |

## Distributions in Excess of Basis Lead Sheet

| Taxpayer Name: | BANSHEE CRANE & FARM LLC | Examiner: | Pesi, Stephanie |
|---|---|---|---|
| **TIN:** |  |  |  |
| **Tax Form:** | 1120S | **Date:** | 9/20/18; 5/16/19 |
| **Tax Year (s):** | 201512, 201612 |  |  |

## Distributions in Excess of Basis Lead Sheet

530 Distributions in Excess of Basis_Lead_Sheet
Rev. 01/2005

Workpaper #    530    -1.3

| Taxpayer Name: | BANSHEE CRANE & FARM LLC | Examiner: | Pesi, Stephanie |
|---|---|---|---|
| TIN: |  | | |
| Tax Form: | 1120S | Date: | 9/20/18; 5/16/19 |
| Tax Year (s): | 201512, 201612 | | |

## Distributions in Excess of Basis Lead Sheet

BANS001758

| Taxpayer Name: | BANSHEE CRANE & FARM LLC | Examiner: | Pesi, Stephanie |
|---|---|---|---|
| TIN: | ▮▮▮▮▮▮ | | |
| Tax Form: | 1120S | Date: | 9/20/18; 5/16/19 |
| Tax Year (s): | 201512, 201612 | | |

## Distributions in Excess of Basis Lead Sheet



530 Distributions In Excess of Basis_Lead_Sheet
Rev. 01/2005

Workpaper #    530       -1.5

BANS001759

| **Taxpayer Name:** | BANSHEE CRANE & FARM LLC | **Examiner:** | Pesi, Stephanie |
|---|---|---|---|
| **TIN:** | | | |
| **Tax Form:** | 1120S | **Date:** | 9/20/18; 5/16/19 |
| **Tax Year (s):** | 201512, 201612 | | |

## Distributions in Excess of Basis Lead Sheet



530 Distributions In Excess of Basis_Lead_Sheet
Rev. 01/2005

Workpaper #    530    -1.6

| Taxpayer Name: | BANSHEE CRANE & FARM LLC | Examiner: | Pesi, Stephanie |
|---|---|---|---|
| TIN: | ▮▮▮▮▮▮ | | |
| Tax Form: | 1120S | Date: | 9/20/18; 5/16/19 |
| Tax Year (s): | 201512, 201612 | | |

## Distributions in Excess of Basis Lead Sheet



| | |
|---|---|
| **Taxpayer Name:** | BANSHEE CRANE & FARM LLC |
| **TIN:** | ████████ |
| **Tax Form:** | 1120S |
| **Tax Year (s):** | 201512, 201612 |

**Examiner:** Pesi, Stephanie

**Date:** 5/16/19

## Fraud Penalty - IRC § 6663 Lead Sheet

**531 Civil Fraud Penalty_Lead_Sheet**
Rev. 01/2005

**Workpaper #** 531    -1.1

| **Taxpayer Name:** | BANSHEE CRANE & FARM LLC | **Examiner:** | Pesi, Stephanie |
|---|---|---|---|
| **TIN:** ▮▮▮▮▮ | | | |
| **Tax Form:** | 1120S | **Date:** | 5/16/19 |
| **Tax Year (s):** | 201512, 201612 | | |

## Fraud Penalty - IRC § 6663 Lead Sheet

5. Shifting income between related entities
   a. Mr. and Mrs. Svonavec have a second home in Florida.  In 2015 all the expenses were paid by the taxpayer but deducted on the books of Fearless One Inc to offset income generated from the sale of that entity's airplane.  In 2016 the taxpayer took a deduction for rent which were payments to Fearless One Inc. for rental of the Florida property. Fearless One Inc. reported some of the payments as rent to offset the personal living expenses.  Some were posted as loan payments on the books of Fearless but not on the taxpayer's books.

| Taxpayer Name: | BANSHEE CRANE & FARM LLC | Examiner: | Pesi, Stephanie |
|---|---|---|---|
| TIN: | ▇▇▇▇▇▇ | | |
| Tax Form: | 1120S | Date: | 5/16/19 |
| Tax Year (s): | 201512, 201612 | | |

## Fraud Penalty - IRC § 6663 Lead Sheet

| | | | |
|---|---|---|---|
| **Taxpayer Name:** | BANSHEE CRANE & FARM LLC | **Examiner:** | Pesi, Stephanie |
| **TIN:** | ▮▮▮▮▮▮ | | |
| **Tax Form:** | 1120S | **Date:** | 5/16/19 |
| **Tax Year (s):** | 201512, 201612 | | |

## Fraud Penalty - IRC § 6663 Lead Sheet



BANS001765



TRANS001766



BANS001767

