# Exhibit 19



# Transcript of Jason Svonavec

**Date:** November 5, 2024
**Case:** Heritage Holding Co. -v- KTRV, LLC / Banshee Industries -v- Heritage Coal

**Planet Depos**
**Phone:** 888.433.3767 **| Email:** transcripts@planetdepos.com
**www.planetdepos.com**
**Michigan #8598 | Nevada #089F | New Mexico #566**

**WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY**

```
1              IN THE UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF PENNSYLVANIA

3     - - - - - - - - - - - x
      HERITAGE HOLDING CO.,    :
4     LLC, a Pennsylvania       :
      limited liability         :
5     company,                  :
               Plaintiff,       :    Civil Action No.
6        v.                     :    2:24-cv-1448
      KTRV, LLC,                :
7              Defendant.       :
      _____       :
8     BANSHEE INDUSTRIES,       :
      LLC, a Pennsylvania       :
9     limited liability         :
      company,                  :
10             Plaintiff,       :    Civil Action No.
         v.                     :    3:24-cv-233
11    HERITAGE COAL &           :
      NATURAL RESOURCES,        :
12    LLC,                      :
               Defendant.       :
13    - - - - - - - - - - - x

14

15            Deposition of JASON SVONAVEC

16             Somerset, Pennsylvania

17           Tuesday, November 5, 2024

18                  9:56 a.m.

19

20

21

22

23    Job No.: 559369

24    Pages: 1 - 61

25    Reported By: Maria M. Siatkowski, RDR, CRR, CRC
```

Transcript of Jason Svonavec
Conducted on November 5, 2024                    2

```
1      Deposition of JASON SVONAVEC, held at the

2  offices of:

3

4

5          Law Office of Matthew R. Zatko

6          202 East Union Street

7          Somerset, PA  15501

8          814-443-1631

9

10

11

12

13      Pursuant to notice, before Maria M. Siatkowski,

14  Registered Diplomate Reporter, Certified Realtime

15  Reporter, Certified Realtime Captioner, and Notary

16  Public in and for the Commonwealth of

17  Pennsylvania.

18

19

20

21

22

23

24

25
```

Transcript of Jason Svonavec
Conducted on November 5, 2024                                  3

```
 1               A P P E A R A N C E S
 2      ON BEHALF OF THE PLAINTIFFS, HERITAGE HOLDING
 3   CO., LLC AND BANSHEE INDUSTRIES:
 4         DEAN R. PHILLIPS, ESQUIRE
 5         MORELLA & ASSOCIATES
 6         706 Rochester Road
 7         Pittsburgh, PA  15237
 8         412-369-9696
 9
10      ON BEHALF OF THE PLAINTIFFS, HERITAGE HOLDING
11   CO., LLC AND BANSHEE INDUSTRIES:
12         MATTHEW R. ZATKO, ESQUIRE
13         LAW OFFICE OF MATTHEW R. ZATKO
14         202 East Union Street
15         Somerset, PA  15501
16         814-443-1631
17
18      ON BEHALF OF DEFENDANTS KTRV, LLC AND HERITAGE
19   COAL:
20         T. NATHAN TOWNSEND, ESQUIRE
21         K&L GATES, LLP
22         K&L Gates Center
23         210 Sixth Avenue
24         Pittsburgh, PA  15222-2613
25         412-355-6500
```

Transcript of Jason Svonavec
Conducted on November 5, 2024                                    4

1    ALSO PRESENT:

2           Dylan Kiesler, Videographer

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Jason Svonavec
Conducted on November 5, 2024                    5

```
1                    C O N T E N T S

2    EXAMINATION OF JASON SVONAVEC              PAGE

3    BY MR. TOWNSEND                              7

4    BY MR. PHILLIPS                             59

5

6

7                      EXHIBITS

8              (Attached to transcript)

9    EXHIBIT NO.                                PAGE

10   EXHIBIT 1      Signature                     8

11   EXHIBIT 2      Request for Bureau of Prisons

12                  location                     16

13   EXHIBIT 3      Membership Interest Assignment 23

14                  Agreement

15   EXHIBIT 4      Operating Agreement of Jason's 25

16                  Interest, LLC

17   EXHIBIT 5      Dropbox Sign document         29

18   EXHIBIT 6      Membership Interest Assignment 38

19                  Agreement

20   EXHIBIT 7      2022 tax return              43

21   EXHIBIT 8      2019 tax return              46

22   EXHIBIT 9      2019 Loan Interest Statement 49

23

24

25
```

Transcript of Jason Svonavec
Conducted on November 5, 2024                              6

| 1 | P R O C E E D I N G S | |
|---|---|---|
| 2 | THE VIDEOGRAPHER:  Here begins Media No. 1 | 09:55:34 |
| 3 | in the videotaped deposition of Jason Svonavec in | 09:55:36 |
| 4 | the matter of Heritage Holding Co., LLC v. KTRV, | 09:55:43 |
| 5 | LLC and Banshee Industries, LLC v. Heritage Coal & | 09:55:48 |
| 6 | Natural Resources, LLC, in the United States | 09:55:53 |
| 7 | District Court for the Western District of | 09:55:56 |
| 8 | Pennsylvania, Case Numbers 2:24-cv-1448 and | 09:56:00 |
| 9 | 3:24-cv-233. | 09:56:08 |
| 10 | Today's date is November 5, 2024, and the | 09:56:11 |
| 11 | time on the video monitor is 9:56 a.m. Eastern | 09:56:17 |
| 12 | Standard Time.  The videographer today is Dylan | 09:56:21 |
| 13 | Keisler, representing Planet Depos, and the video | 09:56:24 |
| 14 | deposition is taking place at 202 East Union | 09:56:30 |
| 15 | Street, Somerset, PA, 15501. | 09:56:33 |
| 16 | Would counsel please voice identify | 09:56:37 |
| 17 | themselves and state whom they represent. | 09:56:39 |
| 18 | MR. TOWNSEND:  Nathan Townsend of K&L | 09:56:41 |
| 19 | Gates representing both Defendants. | 09:56:44 |
| 20 | MR. PHILLIPS:  Dean Phillips of Morella & | 09:56:47 |
| 21 | Associates, representing both Plaintiffs. | 09:56:50 |
| 22 | MR. ZATKO:  Matt Zatko of Zatko Law, | 09:56:52 |
| 23 | representing both Plaintiffs. | 09:56:55 |
| 24 | THE VIDEOGRAPHER:  The court reporter | 09:56:57 |
| 25 | today is Maria Siatkowski, representing Planet | 09:56:58 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    7

| | | |
|---|---|---|
| 1 | Depos, and the witness will now be sworn. | 09:57:00 |
| 2 | Thereupon-- | |
| 3 | JASON SVONAVEC | |
| 4 | was called as a witness by the Defendants and, | |
| 5 | having been first duly sworn, testified as | |
| 6 | follows: | |
| 7 | EXAMINATION | 09:57:14 |
| 8 | BY MR. TOWNSEND: | 09:57:15 |
| 9 | Q  Good morning, Mr. Svonavec.  My name is | 09:57:15 |
| 10 | Nathan Townsend.  I have a few questions to ask | 09:57:17 |
| 11 | you today here in this deposition. | 09:57:19 |
| 12 | Do you understand that the oath you just | 09:57:20 |
| 13 | gave means that you need to answer every question | 09:57:21 |
| 14 | I have of you truthfully? | 09:57:25 |
| 15 | A  Yes. | 09:57:26 |
| 16 | Q  Is there any reason that you would not be | 09:57:26 |
| 17 | able to answer questions truthfully today? | 09:57:28 |
| 18 | A  No. | 09:57:30 |
| 19 | Q  Thank you. | 09:57:31 |
| 20 | Mr. Svonavec, I'd like you to take this | 09:57:32 |
| 21 | piece of paper and if you can sign and produce | 09:57:35 |
| 22 | your signature on it, please. | 09:57:40 |
| 23 | Thank you, Mr. Svonavec.  This will be | 09:57:45 |
| 24 | marked as Exhibit 1. | 09:57:47 |
| 25 | (Exhibit 1 was marked for identification | 09:57:51 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    8

| | | |
|---|---|---|
| 1 | and is attached to the transcript.) | 09:57:59 |
| 2 | Q   We'll leave that there. | 09:57:59 |
| 3 |     How long have you been married to Angela | 09:58:06 |
| 4 | Svonavec? | 09:58:10 |
| 5 | A   22 years. | 09:58:11 |
| 6 | Q   Do you remember the year you were married? | 09:58:13 |
| 7 | A   Yeah.  '02. | 09:58:15 |
| 8 | Q   Have you had any children with Angela | 09:58:19 |
| 9 | Svonavec? | 09:58:23 |
| 10 | A   Yes. | 09:58:24 |
| 11 | Q   How many? | 09:58:24 |
| 12 | A   One. | 09:58:26 |
| 13 | Q   What's his name? | 09:58:26 |
| 14 | A   Spencer. | 09:58:27 |
| 15 | Q   Last name? | 09:58:28 |
| 16 | A   Svonavec. | 09:58:30 |
| 17 | Q   Do you have any stepchildren? | 09:58:30 |
| 18 | A   Yes. | 09:58:34 |
| 19 | Q   How many? | 09:58:34 |
| 20 | A   One. | 09:58:35 |
| 21 | Q   What is this person's name? | 09:58:36 |
| 22 | A   Sydney Beam. | 09:58:38 |
| 23 | Q   When was Spencer born? | 09:58:41 |
| 24 |     MR. PHILLIPS:  Objection.  Relevance. | 09:58:44 |
| 25 | Q   You can answer, Mr. Svonavec. | 09:58:47 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    9

| | | | |
|---|---|---|---|
| 1 | A | Well, he's 21, so I don't know the year. | 09:58:50 |
| 2 | Q | That was my next question.  So he's 21? | 09:58:55 |
| 3 | A | Yep. | 09:58:57 |
| 4 | Q | What does Spencer do for a living? | 09:58:57 |
| 5 | | MR. PHILLIPS:  Objection.  Relevance. | 09:59:00 |
| 6 | Q | You can answer. | 09:59:05 |
| 7 | A | Mines coal. | 09:59:06 |
| 8 | Q | Does he own a coal company? | 09:59:09 |
| 9 | A | Yes. | 09:59:12 |
| 10 | | MR. PHILLIPS:  Objection.  Relevance. | 09:59:12 |
| 11 | Q | How did he learn how to mine coal? | 09:59:16 |
| 12 | | MR. PHILLIPS:  Objection.  Relevance. | 09:59:18 |
| 13 | | Nathan, where are we going with this? | 09:59:20 |
| 14 | | MR. TOWNSEND:  Dean, I appreciate the | 09:59:22 |
| 15 | | objections and the questions.  We'll be moving | 09:59:27 |
| 16 | | quickly.  You don't need to worry.  We're just | 09:59:29 |
| 17 | | moving through some preliminary things. | 09:59:32 |
| 18 | Q | Mr. Svonavec, you can -- you can answer, | 09:59:35 |
| 19 | | if you remember the question. | 09:59:37 |
| 20 | A | What was the question? | 09:59:38 |
| 21 | Q | The question was how did Spencer learn how | 09:59:40 |
| 22 | | to mine coal? | 09:59:42 |
| 23 | A | I guess he just picked it up. | 09:59:43 |
| 24 | Q | Who did he pick it up from? | 09:59:45 |
| 25 | A | Probably myself, my wife, my father. | 09:59:46 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    10

| | | |
|---|---|---|
| 1 | Q  Did he ever work for you? | 09:59:50 |
| 2 | MR. PHILLIPS:  I'm going to object again | 09:59:54 |
| 3 | to this whole line of questioning, just so it's on | 09:59:56 |
| 4 | the record, as to relevance. | 09:59:59 |
| 5 | A  A little bit out of high school. | 10:00:01 |
| 6 | Q  Did he work for you in high school? | 10:00:05 |
| 7 | A  Maybe on the farm. | 10:00:07 |
| 8 | Q  What's the farm? | 10:00:11 |
| 9 | A  Banshee Farms. | 10:00:13 |
| 10 | Q  Where is that? | 10:00:15 |
| 11 | A  Rockwood. | 10:00:16 |
| 12 | Q  In Somerset County? | 10:00:17 |
| 13 | A  Yes. | 10:00:22 |
| 14 | Q  Did he ever do coal mining in high school? | 10:00:22 |
| 15 | A  I don't know if he was out of high school | 10:00:26 |
| 16 | or not.  I don't -- I don't remember if he was | 10:00:31 |
| 17 | still in high school. | 10:00:33 |
| 18 | Q  Where did Spencer go to high school? | 10:00:34 |
| 19 | A  He did cyber school online. | 10:00:39 |
| 20 | Q  What was the name of the school? | 10:00:44 |
| 21 | A  I don't know. | 10:00:47 |
| 22 | Q  Did you ever attend any sort of | 10:00:47 |
| 23 | parent/teacher meetings for this school? | 10:00:53 |
| 24 | MR. PHILLIPS:  Objection.  Relevance. | 10:00:55 |
| 25 | A  Not that I recall. | 10:00:56 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                          11

| | | |
|---|---|---|
| 1 | Q   Did Angela? | 10:00:57 |
| 2 | A   I don't know. | 10:00:59 |
| 3 | Q   Did he graduate from this cyber school? | 10:01:00 |
| 4 | MR. PHILLIPS:  Objection.  Relevance. | 10:01:06 |
| 5 | A   Yes. | 10:01:08 |
| 6 | Q   Where did Spencer sit when he was | 10:01:10 |
| 7 | attending the cyber school? | 10:01:17 |
| 8 | MR. PHILLIPS:  Object to the form of the | 10:01:19 |
| 9 | question.  What do you mean by where did he sit? | 10:01:23 |
| 10 | Q   So to clarify, did Spencer -- where did | 10:01:28 |
| 11 | Spencer log on from on the computer when he | 10:01:30 |
| 12 | attended this cyber school? | 10:01:33 |
| 13 | A   Florida. | 10:01:35 |
| 14 | Q   The entire time? | 10:01:36 |
| 15 | A   As far as I know, yes. | 10:01:39 |
| 16 | Q   Did he ever log on and attend the cyber | 10:01:40 |
| 17 | school in Pennsylvania? | 10:01:45 |
| 18 | A   Not that I'm aware of, but I have no idea. | 10:01:45 |
| 19 | I wasn't involved in any schooling. | 10:01:51 |
| 20 | Q   Did you ever see any report cards? | 10:01:53 |
| 21 | A   No. | 10:01:56 |
| 22 | Q   Where is Spencer a resident of now?  What | 10:01:57 |
| 23 | state? | 10:02:04 |
| 24 | A   He's a resident of Pennsylvania now. | 10:02:04 |
| 25 | Q   Mr. Svonavec, when did you first purchase | 10:02:14 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    12

| | | |
|---|---|---|
| 1 | real estate in Florida? | 10:02:19 |
| 2 | A  I'm gonna say probably 12 to 15 years ago. | 10:02:23 |
| 3 | Q  Can you give me a year? | 10:02:28 |
| 4 | A  No.  I said 12 to 15 years, so I -- I | 10:02:30 |
| 5 | don't know exactly when. | 10:02:33 |
| 6 | Q  What was the name of the address of the | 10:02:34 |
| 7 | property? | 10:02:36 |
| 8 | A  It was Portside Drive.  I don't remember | 10:02:37 |
| 9 | the numbers, though. | 10:02:39 |
| 10 | Q  And where is that located? | 10:02:41 |
| 11 | A  Naples, Florida. | 10:02:42 |
| 12 | Q  Do you own that property still? | 10:02:44 |
| 13 | A  No. | 10:02:49 |
| 14 | Q  Did you ever own it? | 10:02:49 |
| 15 | A  Did I ever own it? | 10:02:52 |
| 16 | Q  Yes. | 10:02:54 |
| 17 | A  I mean, my wife Angela and I did. | 10:02:54 |
| 18 | Q  When did you sell it? | 10:02:57 |
| 19 | A  I want to say three or four years ago. | 10:02:59 |
| 20 | Q  Mr. Svonavec, I'm handing you something | 10:03:18 |
| 21 | from your criminal case.  We're not going to dwell | 10:03:21 |
| 22 | on this subject very long.  We are going -- I do | 10:03:25 |
| 23 | have a few questions for you about it.  You can | 10:03:28 |
| 24 | review this document and let me know when you're | 10:03:30 |
| 25 | done. | 10:03:33 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                          13

```
 1        A   (Witness reviews document.)              10:03:35

 2            All right.                               10:03:41

 3        Q   Have you seen this document before?      10:03:41

 4        A   Yes.                                    10:03:43

 5        Q   When did you see this document?          10:03:43

 6        A   I don't know.                           10:03:46

 7        Q   Does this document show that you're      10:03:48

 8    requesting to be housed at FPC Morgantown,       10:03:57

 9    Morgantown, West Virginia --                     10:04:02

10            MR. PHILLIPS:   Objection to the form of 10:04:03

11    the question.   The document speaks for itself.  10:04:06

12        Q   You can answer, Mr. Svonavec.            10:04:09

13        A   That's what the document shows.          10:04:10

14        Q   Why did you request FPC Morgantown?      10:04:12

15        A   It's just what we requested.             10:04:17

16        Q   Did you ever consider a place in         10:04:19

17    California?                                      10:04:24

18        A   No.                                      10:04:25

19        Q   Did you ever consider a place in Florida? 10:04:26

20        A   No.                                      10:04:29

21        Q   Why did you not consider a place in      10:04:31

22    Florida?                                         10:04:35

23        A   I don't know.                           10:04:37

24        Q   Where does Angela reside?                10:04:39

25        A   Florida.                                10:04:47
```

Transcript of Jason Svonavec
Conducted on November 5, 2024                                    14

| | | |
|---|---|---|
| 1 | Q  Are you -- strike that. | 10:04:48 |
| 2 | Are you and Angela still living together? | 10:05:01 |
| 3 | A  We're still married. | 10:05:06 |
| 4 | MR. PHILLIPS:  Objection as to asked and | 10:05:08 |
| 5 | answered. | 10:05:10 |
| 6 | Q  That wasn't an answer to my question, | 10:05:13 |
| 7 | Mr. Svonavec.  Are you and Angela still residing | 10:05:16 |
| 8 | in the same house? | 10:05:19 |
| 9 | A  Angela resides in Florida.  She's a | 10:05:21 |
| 10 | Florida resident.  I reside in Pennsylvania.  So | 10:05:25 |
| 11 | when I go see her or when she comes to see me, | 10:05:28 |
| 12 | then we do reside in the same house.  But | 10:05:32 |
| 13 | when we -- when she's in Florida and I'm in | 10:05:37 |
| 14 | Pennsylvania, then we do not. | 10:05:39 |
| 15 | Q  Why would you request a prison location | 10:05:46 |
| 16 | that is not near the residency of your wife? | 10:05:53 |
| 17 | MR. ZATKO:  Objection. | 10:05:56 |
| 18 | MR. PHILLIPS:  I object.  Sorry.  This is | 10:05:58 |
| 19 | invading attorney-client privilege. | 10:06:00 |
| 20 | MR. TOWNSEND:  Okay.  And I would -- I | 10:06:01 |
| 21 | would request that only one of you -- | 10:06:03 |
| 22 | MR.  PHILLIPS:  I'm sorry. | |
| 23 | MR. TOWNSEND:  -- make the objections. | 10:06:05 |
| 24 | MR. ZATKO:  Okay.  I'll lay the objection | 10:06:05 |
| 25 | with that, given that I was counsel for | 10:06:07 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    15

| | | |
|---|---|---|
| 1 | Mr. Svonavec in the criminal case. | 10:06:09 |
| 2 | MR. TOWNSEND:  All right.  So which one of | 10:06:10 |
| 3 | you is going to be asking the question?  I just | 10:06:12 |
| 4 | need to be clear.  We need a clean record. | 10:06:15 |
| 5 | MR. PHILLIPS:  Sure.  Matt will speak to | 10:06:18 |
| 6 | this objection. | 10:06:19 |
| 7 | MR. TOWNSEND:  And going forward, who is | 10:06:20 |
| 8 | going to be doing the objections? | 10:06:22 |
| 9 | MR. PHILLIPS:  I will be making speaking | 10:06:22 |
| 10 | objections moving forward. | 10:06:24 |
| 11 | MR. ZATKO:  With respect to the objection | 10:06:25 |
| 12 | to the question of -- | 10:06:27 |
| 13 | MR. TOWNSEND:  I haven't asked you to lay | 10:06:28 |
| 14 | a record, Mr. Zatko.  So your objection is noted | 10:06:30 |
| 15 | and I can clarify, but we don't need to hear any | 10:06:33 |
| 16 | more from you.  Thank you. | 10:06:36 |
| 17 | MR. ZATKO:  That's fine.  It's a protected | 10:06:37 |
| 18 | answer. | 10:06:44 |
| 19 | MR. TOWNSEND:  So -- well, are you | 10:06:46 |
| 20 | instructing Mr. Svonavec -- | 10:06:48 |
| 21 | MR. PHILLIPS:  We are instructing him not | 10:06:49 |
| 22 | to answer questions that invade on the | 10:06:51 |
| 23 | attorney-client privilege. | 10:06:53 |
| 24 | BY MR. TOWNSEND: | 10:07:00 |
| 25 | Q  Mr. Svonavec, did you want to be located | 10:07:01 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                              16

| | | |
|---|---|---|
| 1 | near your home when you requested FPC Morgantown? | 10:07:03 |
| 2 | MR. PHILLIPS:  Objection as to | 10:07:08 |
| 3 | attorney-client privilege. | 10:07:10 |
| 4 | MR. TOWNSEND:  Dean, I'm not asking him | 10:07:17 |
| 5 | for any contents of any conversations that he's | 10:07:19 |
| 6 | had with counsel.  I understand that's a | 10:07:22 |
| 7 | well-established rule.  I'm not looking for that. | 10:07:25 |
| 8 | But that is a fact that would exist outside of his | 10:07:29 |
| 9 | conversations with counsel. | 10:07:34 |
| 10 | MR. PHILLIPS:  I would ask you to rephrase | 10:07:36 |
| 11 | the question because to the extent his choice as | 10:07:38 |
| 12 | to where he would request to serve his prison | 10:07:42 |
| 13 | sentence was a conversation that he had amongst | 10:07:46 |
| 14 | his legal counsel on that particular matter.  So | 10:07:48 |
| 15 | any questions about the decision-making as to | 10:07:50 |
| 16 | where he would be serving his prison sentence are | 10:07:52 |
| 17 | privileged. | 10:07:55 |
| 18 | BY MR. TOWNSEND: | 10:07:58 |
| 19 | Q  Mr. Svonavec, was it a personal decision | 10:07:58 |
| 20 | of yours to request FPC Morgantown? | 10:08:02 |
| 21 | A  My counsel recommended it. | 10:08:07 |
| 22 | MR. TOWNSEND:  Okay.  I'm going to mark | 10:08:11 |
| 23 | this as Exhibit 2. | 10:08:18 |
| 24 | (Exhibit 2 was marked for identification | 10:08:20 |
| 25 | and is attached to the transcript.) | 10:08:24 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    17

| | | |
|---|---|---|
| 1 | MR. PHILLIPS:  I would object to this | 10:08:24 |
| 2 | exhibit as to relevance. | 10:08:26 |
| 3 | Q  All right.  Mr. Svonavec, I'm handing you | 10:08:43 |
| 4 | a document.  The first page of which is marked | 10:08:44 |
| 5 | as -- with Bates label Number 6. | 10:08:48 |
| 6 | MR. PHILLIPS:  Thank you. | 10:08:52 |
| 7 | Q  And please review this and let me know | 10:08:55 |
| 8 | when you're done reviewing it. | 10:08:57 |
| 9 | A  (Witness reviews document.) | 10:09:09 |
| 10 | Okay. | 10:09:12 |
| 11 | Q  Have you seen this document before, | 10:09:21 |
| 12 | Mr. Svonavec? | 10:09:25 |
| 13 | A  Yes. | 10:09:26 |
| 14 | Q  What is Jason's Interest, LLC? | 10:09:27 |
| 15 | A  It's what my counsel and accounting firm | 10:09:32 |
| 16 | set up. | 10:09:38 |
| 17 | Q  Does it own any businesses? | 10:09:41 |
| 18 | A  I think it still does, but I'm not real | 10:09:47 |
| 19 | sure what it owns. | 10:09:52 |
| 20 | Q  You say "it still does."  Did it own | 10:09:56 |
| 21 | something in the past that it doesn't own anymore? | 10:10:00 |
| 22 | A  Yes. | 10:10:03 |
| 23 | Q  What was that? | 10:10:03 |
| 24 | A  Banshee Industries.  I believe Fearless | 10:10:04 |
| 25 | Leasing, but I'm not 100 percent sure.  I leave | 10:10:14 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    18

| | | |
|---|---|---|
| 1 | all that up to my legal and my accountant. | 10:10:17 |
| 2 | Q  This says in this first paragraph that | 10:10:24 |
| 3 | this is entered into between Jason Svonavec and | 10:10:29 |
| 4 | Jason's Interest, LLC; is that right? | 10:10:32 |
| 5 | A  Yes. | 10:10:34 |
| 6 | Q  And that's you, Jason? | 10:10:35 |
| 7 | A  Yes. | 10:10:37 |
| 8 | Q  And did you own Jason's Interest, LLC? | 10:10:37 |
| 9 | A  Yes. | 10:10:41 |
| 10 | Q  Were you the sole owner of Jason's | 10:10:41 |
| 11 | Interest, LLC on the date of this document? | 10:10:43 |
| 12 | A  Yes. | 10:10:46 |
| 13 | Q  So you were -- well, let me back up. | 10:10:47 |
| 14 | And this document purports to assign your | 10:11:02 |
| 15 | membership interest in Banshee Industries, LLC to | 10:11:05 |
| 16 | Jason's Interest, LLC; is that correct? | 10:11:07 |
| 17 | MR. PHILLIPS:  I would object to the form | 10:11:10 |
| 18 | of the question and state that the document speaks | 10:11:12 |
| 19 | for itself. | 10:11:13 |
| 20 | But you can answer, Jason. | 10:11:14 |
| 21 | A  You know, that's -- that's how it says. | 10:11:16 |
| 22 | Q  So why did you transfer property from | 10:11:20 |
| 23 | yourself to an LLC that you owned? | 10:11:24 |
| 24 | MR. PHILLIPS:  Objection.  Attorney-client | 10:11:28 |
| 25 | privilege.  Jason states that he relied on his | 10:11:29 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    19

| 1 | accountants and attorneys in regards to this | 10:11:33 |
| 2 | matter and the information as to why is | 10:11:36 |
| 3 | privileged. | 10:11:38 |
| 4 | MR. TOWNSEND:  So are you instructing | 10:11:41 |
| 5 | Mr. Svonavec not to answer that question, Dean? | 10:11:43 |
| 6 | MR. PHILLIPS:  Could you restate it for | 10:11:47 |
| 7 | me? | 10:11:48 |
| 8 | MR. TOWNSEND:  Well, you just objected to | 10:11:50 |
| 9 | it.  I think -- | 10:11:51 |
| 10 | MR. PHILLIPS:  If you want to restate the | 10:11:51 |
| 11 | question that was asked, no, I'm not -- I'm | 10:11:52 |
| 12 | requesting him not to answer that.  But if you | 10:11:55 |
| 13 | want to -- | 10:11:56 |
| 14 | MR. TOWNSEND:  Okay.  Just being clear. | 10:11:56 |
| 15 | So you're instructing him not to answer? | 10:11:58 |
| 16 | MR. PHILLIPS:  Yes. | 10:12:01 |
| 17 | MR. TOWNSEND:  Okay. | 10:12:01 |
| 18 | BY MR. TOWNSEND: | 10:12:02 |
| 19 | Q  Mr. Svonavec, you can flip to the second | 10:12:03 |
| 20 | page of this document.  Do you see where there's a | 10:12:06 |
| 21 | signature below the word "signor"? | 10:12:10 |
| 22 | A  Yes. | 10:12:15 |
| 23 | Q  Is that your signature? | 10:12:15 |
| 24 | A  Yes. | 10:12:16 |
| 25 | Q  And did you affix your signature to this | 10:12:17 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    20

| | | |
|---|---|---|
| 1 | document? | 10:12:21 |
| 2 | MR. PHILLIPS:  Objection.  Asked and | 10:12:22 |
| 3 | answered. | 10:12:23 |
| 4 | A  Did -- did I sign it? | 10:12:26 |
| 5 | Q  Yes. | 10:12:27 |
| 6 | A  Yes. | 10:12:28 |
| 7 | Q  And did you also sign underneath the words | 10:12:28 |
| 8 | "Jason Interests" -- "Jason's Interest, LLC"? | 10:12:33 |
| 9 | A  Yes. | 10:12:36 |
| 10 | Q  What is Banshee Industries, LLC? | 10:12:37 |
| 11 | A  A company that sells house coal and mulch | 10:12:48 |
| 12 | and stone and does repairs on equipment and stuff. | 10:12:56 |
| 13 | Q  And did it have -- correct me if I'm | 10:13:02 |
| 14 | wrong, it's off the top of my head, but it had the | 10:13:06 |
| 15 | name Heritage House Coal, LLC previously; is that | 10:13:10 |
| 16 | right? | 10:13:14 |
| 17 | A  I believe so.  Several years ago. | 10:13:14 |
| 18 | Q  Why did you create Heritage House Coal, | 10:13:15 |
| 19 | LLC? | 10:13:21 |
| 20 | A  That would be a question for my legal and | 10:13:22 |
| 21 | my accountants. | 10:13:25 |
| 22 | Q  Why did you choose to sell house coal out | 10:13:27 |
| 23 | of Heritage House Coal, LLC? | 10:13:31 |
| 24 | MR. PHILLIPS:  I would object to the form | 10:13:34 |
| 25 | of the question.  I believe it's vague. | 10:13:36 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    21

| | | |
|---|---|---|
| 1 | Q  You can answer if -- | 10:13:40 |
| 2 | MR. PHILLIPS:  If you understand. | 10:13:42 |
| 3 | A  I -- I don't really understand.  It was | 10:13:43 |
| 4 | just something we've always done. | 10:13:47 |
| 5 | Q  So you sold house coal before you created | 10:13:48 |
| 6 | Heritage House Coal, LLC? | 10:13:52 |
| 7 | A  Yes. | 10:13:54 |
| 8 | Q  Did you sell house coal to make money? | 10:13:54 |
| 9 | A  Yes. | 10:13:56 |
| 10 | Q  Okay.  Do you work for Banshee Industries, | 10:13:57 |
| 11 | LLC today? | 10:14:04 |
| 12 | A  Yes. | 10:14:05 |
| 13 | Q  What do you do for Banshee Industries, | 10:14:05 |
| 14 | LLC? | 10:14:10 |
| 15 | A  Just oversee all the operations. | 10:14:10 |
| 16 | Q  Can -- what sort of operations? | 10:14:14 |
| 17 | A  The selling of the coal, the repairs on | 10:14:17 |
| 18 | equipment.  Mulch.  Just -- just overseeing | 10:14:21 |
| 19 | everything with the company. | 10:14:27 |
| 20 | Q  Does Banshee Industries, LLC have any | 10:14:28 |
| 21 | employees? | 10:14:32 |
| 22 | A  Yes. | 10:14:33 |
| 23 | Q  How many, approximately? | 10:14:33 |
| 24 | A  I think around a dozen. | 10:14:34 |
| 25 | Q  Does Angela work for Banshee Industries, | 10:14:39 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                          22

| | | |
|---|---|---|
| 1 | LLC? | 10:14:43 |
| 2 | A   Yes. | 10:14:43 |
| 3 | Q   What does Angela do? | 10:14:44 |
| 4 | A   She -- she's the owner of Banshee.  Takes | 10:14:45 |
| 5 | care of all the -- like oversees the office and | 10:14:51 |
| 6 | all the finance part of it.  Financial part of it. | 10:14:54 |
| 7 | Q   When you say "oversees the office," what | 10:14:58 |
| 8 | does that mean? | 10:15:01 |
| 9 | A   I -- I don't really know.  I just know | 10:15:02 |
| 10 | she -- if somebody at the office has a question or | 10:15:07 |
| 11 | they have to run something by her, they -- they | 10:15:11 |
| 12 | get ahold of her. | 10:15:13 |
| 13 | Q   Does she collect the mail for Banshee | 10:15:16 |
| 14 | Industries, LLC? | 10:15:19 |
| 15 | A   No. | 10:15:19 |
| 16 | Q   Who does that? | 10:15:20 |
| 17 | A   I'll either get it or another employee | 10:15:21 |
| 18 | will get it. | 10:15:25 |
| 19 | Q   What is -- if you know, what is the | 10:15:25 |
| 20 | mailing address of Banshee Industries, LLC? | 10:15:30 |
| 21 | A   550 Beagle Road, Rockwood. | 10:15:33 |
| 22 | Q   Why would Angela who oversees the office | 10:15:39 |
| 23 | not collect the mail for Banshee Industries, LLC? | 10:15:45 |
| 24 | MR. PHILLIPS:  I would object as to | 10:15:50 |
| 25 | relevance. | 10:15:51 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    23

| | | |
|---|---|---|
| 1 | A   I don't know.  I do not know.  I don't | 10:15:54 |
| 2 | think anybody's ever talked about who's collecting | 10:15:57 |
| 3 | the mail. | 10:16:00 |
| 4 | MR. TOWNSEND:  We're going to mark this | 10:16:09 |
| 5 | copy as Exhibit 3. | 10:16:11 |
| 6 | (Exhibit 3 was marked for identification | 10:16:12 |
| 7 | and is attached to the transcript.) | 10:16:23 |
| 8 | Q   Who -- whose idea was it to create Jason's | 10:16:23 |
| 9 | Interest, LLC? | 10:16:36 |
| 10 | MR. PHILLIPS:  Objection.  Impeding on the | 10:16:36 |
| 11 | attorney-client privilege. | 10:16:39 |
| 12 | MR. TOWNSEND:  So are you instructing him | 10:16:42 |
| 13 | not to answer that question? | 10:16:44 |
| 14 | MR. PHILLIPS:  Yes. | 10:16:45 |
| 15 | Q   All right.  Mr. Svonavec, I'm going to be | 10:17:22 |
| 16 | handing you a document with the Bates label | 10:17:23 |
| 17 | beginning at 8. | 10:17:27 |
| 18 | MR. PHILLIPS:  Thank you. | 10:17:30 |
| 19 | Q   And please review this document for me and | 10:17:33 |
| 20 | let me know when you're done. | 10:17:35 |
| 21 | A   (Witness reviews document.) | 10:17:37 |
| 22 | All right. | 10:17:38 |
| 23 | Q   Have you seen this document before, | 10:18:07 |
| 24 | Mr. Svonavec? | 10:18:10 |
| 25 | A   Yes. | 10:18:10 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                               24

| | | |
|---|---|---|
| 1 | Q  Did -- when did you -- when was the last | 10:18:11 |
| 2 | time you saw this document? | 10:18:15 |
| 3 | A  I don't recall. | 10:18:16 |
| 4 | Q  And it says here in Paragraph 2 that the | 10:18:17 |
| 5 | name and address of the member is Jason Svonavec; | 10:18:24 |
| 6 | is that right? | 10:18:28 |
| 7 | A  Yes. | 10:18:28 |
| 8 | Q  All right.  And the date of this -- this | 10:18:30 |
| 9 | was adopted on the 7th of August, 2023; is that | 10:18:32 |
| 10 | right? | 10:18:36 |
| 11 | A  Yes. | 10:18:36 |
| 12 | Q  So as of that date, you were the sole | 10:18:37 |
| 13 | member of Jason's Interest, LLC; is that correct? | 10:18:41 |
| 14 | A  That's what it says. | 10:18:46 |
| 15 | Q  Okay.  Turn to the last page.  Below the | 10:18:47 |
| 16 | word "member" there, is that your signature? | 10:18:57 |
| 17 | A  Yes. | 10:19:00 |
| 18 | Q  Did you sign this document? | 10:19:00 |
| 19 | A  Yes. | 10:19:02 |
| 20 | Q  Okay.  Mr. Svonavec, do you see down at | 10:19:02 |
| 21 | the bottom right-hand corner of that last page | 10:19:09 |
| 22 | it's Bates label page 12, a doc ID? | 10:19:12 |
| 23 | A  Yep. | 10:19:17 |
| 24 | Q  So was this signed via DocuSign? | 10:19:18 |
| 25 | A  I don't remember.  It might have been. | 10:19:22 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    25

| | | |
|---|---|---|
| 1 | MR. TOWNSEND:  Okay.  We'll mark this as | 10:19:30 |
| 2 | Exhibit 4.  We'll put it aside for a moment. | 10:19:31 |
| 3 | (Exhibit 4 was marked for identification | 10:19:32 |
| 4 | and is attached to the transcript.) | |
| 5 | Q  Mr. Svonavec, I'm handing you a page | 10:19:54 |
| 6 | that's marked as Bates label 13. | 10:19:56 |
| 7 | MR. PHILLIPS:  Thank you. | 10:19:59 |
| 8 | Q  Review it and let me know when you're done | 10:20:04 |
| 9 | reviewing. | 10:20:06 |
| 10 | A  (Witness reviews document.) | 10:20:08 |
| 11 | Okay. | 10:20:09 |
| 12 | Q  Okay.  So do you see at the top it says | 10:20:15 |
| 13 | Title, Jason's Operating Agreement?  Do you see | 10:20:19 |
| 14 | that? | 10:20:23 |
| 15 | A  Yes. | 10:20:23 |
| 16 | Q  And down in the section titled Document | 10:20:23 |
| 17 | History, we have a "sent for signature to Angela | 10:20:27 |
| 18 | Svonavec on August 14, 2023." | 10:20:34 |
| 19 | Do you see that? | 10:20:36 |
| 20 | A  Yes. | 10:20:37 |
| 21 | Q  And then the next line says "viewed by | 10:20:37 |
| 22 | Angela Svonavec on August 14, 2023." | 10:20:41 |
| 23 | You see that? | 10:20:45 |
| 24 | A  Yes. | 10:20:46 |
| 25 | Q  And finally it says "signed by Angela | 10:20:46 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    26

| | | |
|---|---|---|
| 1 | Svonavec on August 14, 2023." | 10:20:50 |
| 2 | Do you see that? | 10:20:51 |
| 3 | A  Yes. | 10:20:52 |
| 4 | Q  So did Angela Svonavec sign Jason's | 10:20:53 |
| 5 | Operating Agreement? | 10:20:58 |
| 6 | A  No.  Angela don't sign for me. | 10:21:00 |
| 7 | Q  Why does it say "signed by Angela | 10:21:07 |
| 8 | Svonavec" on this Dropbox sign audit trail? | 10:21:09 |
| 9 | A  I would say I was probably somewhere and I | 10:21:16 |
| 10 | didn't have my laptop and I had them send it to | 10:21:20 |
| 11 | her laptop so I could sign it. | 10:21:21 |
| 12 | Q  Where were you? | 10:21:25 |
| 13 | A  I have no idea.  I might have been in | 10:21:27 |
| 14 | Florida.  I -- I don't recall where I was, but I | 10:21:29 |
| 15 | don't travel with my laptop. | 10:21:33 |
| 16 | Q  How often do you travel down to Florida? | 10:21:36 |
| 17 | A  Usually every weekend.  Sometimes every | 10:21:39 |
| 18 | other. | 10:21:44 |
| 19 | Q  But you don't travel with your laptop? | 10:21:46 |
| 20 | A  No. | 10:21:47 |
| 21 | Q  So if we were to go back and look and see | 10:21:48 |
| 22 | if August 14, 2023, is on a weekend, would that be | 10:21:58 |
| 23 | the reason why you didn't have your laptop on that | 10:22:01 |
| 24 | day? | 10:22:03 |
| 25 | A  That's very well possible. | 10:22:04 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    27

| | | |
|---|---|---|
| 1 | Q  Did you have your phone on you? | 10:22:10 |
| 2 | A  Yes. | 10:22:13 |
| 3 | Q  Do you have DocuSign on your phone? | 10:22:14 |
| 4 | A  I normally don't use my phone because I | 10:22:16 |
| 5 | can't see it.  I always sign -- I always do the | 10:22:18 |
| 6 | DocuSign on a computer. | 10:22:23 |
| 7 | Q  Do you use your phone for work? | 10:22:26 |
| 8 | A  A little bit.  Very little. | 10:22:28 |
| 9 | Q  Do you use your E-mail on your phone for | 10:22:36 |
| 10 | work? | 10:22:38 |
| 11 | A  Very little.  I use my phone to call. | 10:22:39 |
| 12 | That's -- that's how I conduct work.  I do very, | 10:22:43 |
| 13 | very little E-mails. | 10:22:47 |
| 14 | Q  Do you know your -- well, let me back up. | 10:22:58 |
| 15 | Do you have a Gmail? | 10:23:05 |
| 16 | MR. PHILLIPS:  Objection as to relevance. | 10:23:07 |
| 17 | A  I don't know.  I have one E-mail. | 10:23:10 |
| 18 | Q  What's that E-mail? | 10:23:17 |
| 19 | A  Jason@fearlessleasing.com. | 10:23:18 |
| 20 | Q  Why would this document have to be signed | 10:23:24 |
| 21 | on a weekend? | 10:23:28 |
| 22 | MR. PHILLIPS:  I would object that it | 10:23:29 |
| 23 | calls for speculation. | 10:23:30 |
| 24 | A  I -- I don't know. | 10:23:36 |
| 25 | Q  Why couldn't it have waited till you | 10:23:37 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                              28

| | | |
|---|---|---|
| 1 | returned to Pennsylvania to use your computer? | 10:23:39 |
| 2 | MR. PHILLIPS: I object again that it | 10:23:42 |
| 3 | calls for speculation. | 10:23:43 |
| 4 | A I don't know. | 10:23:44 |
| 5 | Q We saw previously, and you're -- you're | 10:23:54 |
| 6 | welcome to look at the document, that this was | 10:23:56 |
| 7 | adopted on August 7, 2023; is that right? | 10:23:57 |
| 8 | A That's what it says. | 10:24:03 |
| 9 | Q But here it says it was signed on August | 10:24:04 |
| 10 | 14, 2023; right? | 10:24:07 |
| 11 | A Yes. | 10:24:09 |
| 12 | Q So there was a whole week between the | 10:24:10 |
| 13 | adoption date and the signing date; right? | 10:24:14 |
| 14 | MR. PHILLIPS: Objection. Asked and | 10:24:15 |
| 15 | answered. | 10:24:16 |
| 16 | A Yes. | 10:24:18 |
| 17 | Q Why wasn't it signed before you left for | 10:24:20 |
| 18 | Florida? | 10:24:23 |
| 19 | MR. PHILLIPS: Objection. Calls for | 10:24:24 |
| 20 | speculation. | |
| 21 | A I guess that's just when I got to it. | 10:24:26 |
| 22 | Q Who sent this document to you? | 10:24:35 |
| 23 | A My counsel. | 10:24:37 |
| 24 | Q Who is your counsel? | 10:24:38 |
| 25 | A Morella. Gabby Morella. | 10:24:40 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    29

| | | |
|---|---|---|
| 1 | MR. TOWNSEND:  We will mark this as | 10:24:54 |
| 2 | Exhibit 5. | 10:24:57 |
| 3 | (Exhibit 5 was marked for identification | 10:25:01 |
| 4 | and is attached to the transcript.) | 10:25:15 |
| 5 | Q  Mr. Svonavec, where is Morella & | 10:25:15 |
| 6 | Associates located? | 10:25:21 |
| 7 | MR. PHILLIPS:  Objection.  Relevance. | 10:25:22 |
| 8 | A  Pittsburgh. | 10:25:26 |
| 9 | Q  What's -- when was the last time you were | 10:25:27 |
| 10 | there? | 10:25:29 |
| 11 | MR. PHILLIPS:  Objection.  Relevance. | 10:25:30 |
| 12 | A  I don't know. | 10:25:34 |
| 13 | Q  Have you been there in the last two | 10:25:36 |
| 14 | months? | 10:25:38 |
| 15 | MR. PHILLIPS:  Objection.  Relevance. | 10:25:39 |
| 16 | A  I don't recall. | 10:25:42 |
| 17 | Q  Do you recall signing a declaration in | 10:25:48 |
| 18 | this case? | 10:25:51 |
| 19 | A  I -- I don't.  I don't know if I did or I | 10:25:53 |
| 20 | didn't. | 10:25:58 |
| 21 | Q  So your testimony is you don't know if you | 10:25:58 |
| 22 | did or didn't sign the declaration in the matter | 10:26:02 |
| 23 | of Banshee Industries, LLC versus Heritage Coal & | 10:26:04 |
| 24 | Natural Resources, LLC? | 10:26:12 |
| 25 | A  I don't even know what that is. | 10:26:13 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                         30

```
1        Q   Well, have you signed any document in      10:26:15
2    relation to this case, Mr. Svonavec?                10:26:17
3        A   No.                                         10:26:19
4        Q   Did Angela sign any documents in this       10:26:19
5    case?                                               10:26:32
6        A   That would be a question for Angela.        10:26:32
7        Q   Mr. Svonavec, I understand that you         10:26:50
8    purported to transfer your interests -- ownership   10:26:56
9    interests in Banshee Industries, LLC to Angela; is  10:26:59
10   that right?                                         10:27:03
11       A   Yes.                                        10:27:03
12       MR. PHILLIPS:   I would object to that as       10:27:04
13   argumentative.                                      10:27:07
14       Q   When did this transfer take place?          10:27:11
15       A   I don't recall the date.                    10:27:17
16       Q   Was it in the last year?                    10:27:19
17       A   Yes.                                        10:27:21
18       Q   Was it warm out when you -- if you recall?  10:27:22
19       A   I don't remember.                           10:27:27
20       Q   Why did you transfer the interest in        10:27:28
21   Banshee LL -- Industries, LLC?                      10:27:34
22       MR. PHILLIPS:   I would object that it          10:27:37
23   impedes on the attorney-client privilege.  I'm      10:27:39
24   instructing Jason not to answer the question.       10:27:44
25       Q   Was it a gift to Angela, the transfer?      10:27:52
```

Transcript of Jason Svonavec
Conducted on November 5, 2024                    31

| | | |
|---|---|---|
| 1 | MR. PHILLIPS:  Objection.  Calls for a | 10:27:54 |
| 2 | legal conclusion. | 10:27:55 |
| 3 | Q  You can answer. | 10:27:59 |
| 4 | MR. PHILLIPS:  I would also object that | 10:27:59 |
| 5 | it's spousal privilege, asking questions about | 10:28:01 |
| 6 | conversations between a married couple. | 10:28:04 |
| 7 | MR. TOWNSEND:  Are you instructing him not | 10:28:10 |
| 8 | to answer, Dean? | 10:28:11 |
| 9 | MR. PHILLIPS:  Yes. | 10:28:12 |
| 10 | Q  Did Angela give you anything in exchange | 10:28:20 |
| 11 | for you giving her Banshee Industries, LLC? | 10:28:23 |
| 12 | MR. PHILLIPS:  I would object again on the | 10:28:25 |
| 13 | issue of the spousal privilege that it's asking | 10:28:26 |
| 14 | for communications between a married couple. | 10:28:29 |
| 15 | MR. TOWNSEND:  Not asking for | 10:28:32 |
| 16 | communications. | 10:28:35 |
| 17 | Q  Was there any property you gave her?  You | 10:28:35 |
| 18 | can answer. | 10:28:39 |
| 19 | A  Not -- not that I can remember.  But I | 10:28:40 |
| 20 | don't recall. | 10:28:47 |
| 21 | Q  All right.  So I'm handing you a document | 10:28:53 |
| 22 | that's marked with Bates label page 14. | 10:28:55 |
| 23 | MR. PHILLIPS:  Thank you. | 10:29:04 |
| 24 | Q  Have you seen this document before -- | 10:29:10 |
| 25 | well, I'm sorry, Mr. Svonavec.  Go ahead and | 10:29:12 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                              32

| | | |
|---|---|---|
| 1 | review it and let me know when you're done. | 10:29:14 |
| 2 | A  (Witness reviews document.) | 10:29:19 |
| 3 | Yes. | 10:29:20 |
| 4 | Q  All right.  In this first paragraph it | 10:29:32 |
| 5 | says that the membership interest assignment | 10:29:37 |
| 6 | agreement is between Jason's Interest, LLC and | 10:29:40 |
| 7 | Angela Svonavec; is that right? | 10:29:44 |
| 8 | A  Yes. | 10:29:45 |
| 9 | Q  And it's effective 1st day of June 2024; | 10:29:46 |
| 10 | right? | 10:29:50 |
| 11 | A  That's what it says. | 10:29:50 |
| 12 | Q  Were you the sole owner of Jason's | 10:29:52 |
| 13 | Interest, LLC on June 1st of 2024? | 10:29:57 |
| 14 | MR. PHILLIPS:  I would object that that's | 10:29:59 |
| 15 | been asked and answered. | 10:30:00 |
| 16 | A  That's what it says here. | 10:30:03 |
| 17 | Q  Well, I understand that that's what it | 10:30:05 |
| 18 | says on this document, but do you recall if you | 10:30:07 |
| 19 | were the owner on that date?  Is this document | 10:30:10 |
| 20 | correct? | 10:30:13 |
| 21 | A  If that's what the document says, then | 10:30:13 |
| 22 | yes. | 10:30:15 |
| 23 | Q  Okay.  In about the middle of this page | 10:30:16 |
| 24 | it's marked as Paragraph 2, you can see that.  It | 10:30:28 |
| 25 | says "Assignor hereby assigns, transfers and | 10:30:31 |

| | | |
|---|---|---|
| 1 | conveys a membership" -- "membership interest of | 10:30:35 |
| 2 | the company to assignee and assignee hereby | 10:30:37 |
| 3 | accepts the membership interest of the company | 10:30:40 |
| 4 | from assignor." | 10:30:42 |
| 5 | Did I read that right? | 10:30:43 |
| 6 | A  That's what it says. | 10:30:46 |
| 7 | Q  So this document is purporting to cause | 10:30:47 |
| 8 | Jason's Interest, LLC to transfer Banshee | 10:30:54 |
| 9 | Industries, LLC to Angela Svonavec; is that right? | 10:30:58 |
| 10 | A  It seems like it to me.  I -- this is all | 10:31:02 |
| 11 | stuff that my attorneys take care of. | 10:31:07 |
| 12 | Q  But you -- you've seen this document | 10:31:13 |
| 13 | before; correct? | 10:31:14 |
| 14 | A  Yes. | 10:31:15 |
| 15 | Q  Did you read it? | 10:31:15 |
| 16 | A  Yes. | 10:31:16 |
| 17 | Q  And on the second page of this document, | 10:31:17 |
| 18 | below "Jason's Interest, LLC," there's a signature | 10:31:23 |
| 19 | there. | 10:31:26 |
| 20 | Do you see that? | 10:31:27 |
| 21 | A  Yes. | 10:31:27 |
| 22 | Q  And did you sign this document on that | 10:31:28 |
| 23 | signature line? | 10:31:31 |
| 24 | A  Yes. | 10:31:33 |
| 25 | Q  Flipping back to Page 14.  It says in | 10:31:33 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                              34

| | | |
|---|---|---|
| 1 | about the very middle "Now, therefore, for good | 10:31:37 |
| 2 | and valuable consideration, the receipt and | 10:31:41 |
| 3 | sufficiency of which is hereby acknowledged, and | 10:31:43 |
| 4 | intending to be legally bound, the parties agree | 10:31:45 |
| 5 | as follows." | 10:31:48 |
| 6 | Do you see that language? | 10:31:50 |
| 7 | A  Yes. | 10:31:51 |
| 8 | Q  What was the good and valuable | 10:31:51 |
| 9 | consideration? | 10:31:53 |
| 10 | MR. PHILLIPS:  Objection.  It calls for a | 10:31:53 |
| 11 | legal conclusion. | 10:31:55 |
| 12 | A  From my attorney.  I don't know.  From my | 10:31:59 |
| 13 | attorneys and my -- my accountants. | 10:32:02 |
| 14 | Q  But you entered this agreement; right? | 10:32:05 |
| 15 | A  I didn't write the agreement. | 10:32:07 |
| 16 | Q  But you signed it; right? | 10:32:09 |
| 17 | A  Yes. | 10:32:10 |
| 18 | Q  So you agree to follow the contract you | 10:32:10 |
| 19 | signed; correct? | 10:32:16 |
| 20 | MR. PHILLIPS:  Objection.  Asked and | 10:32:16 |
| 21 | answered. | 10:32:18 |
| 22 | A  Correct. | 10:32:19 |
| 23 | Q  So what was the consideration you were | 10:32:22 |
| 24 | going to give Angela? | 10:32:31 |
| 25 | MR. PHILLIPS:  I object, that it calls for | 10:32:33 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    35

| | | |
|---|---|---|
| 1 | a legal conclusion.  Object that it calls for | 10:32:34 |
| 2 | information protected by the spousal privilege. | 10:32:37 |
| 3 | MR. TOWNSEND:  Dean, the consideration is | 10:32:42 |
| 4 | not a communication.  It's a piece of property or | 10:32:45 |
| 5 | non-property.  So I would disagree with your | 10:32:49 |
| 6 | objection that anything is privileged that would | 10:32:54 |
| 7 | fall under this iteration. | 10:32:56 |
| 8 | MR. PHILLIPS:  The issue of consideration | 10:32:59 |
| 9 | is a legal conclusion, whether consideration is or | 10:33:02 |
| 10 | is not present in a contract -- | 10:33:06 |
| 11 | MR. TOWNSEND:  Well and good, but that's | 10:33:07 |
| 12 | not a spousal question.  You're -- you're changing | 10:33:08 |
| 13 | your objection.  Which one are you -- | 10:33:11 |
| 14 | MR. PHILLIPS:  There's two objections. | 10:33:12 |
| 15 | There is an objection as to calling for a legal | 10:33:13 |
| 16 | conclusion and there's an objection in that it | 10:33:15 |
| 17 | seeks to invade upon a communication between a | 10:33:17 |
| 18 | husband and wife. | 10:33:19 |
| 19 | MR. TOWNSEND:  Sure.  But you can't | 10:33:20 |
| 20 | instruct him not to answer based on an objection | 10:33:23 |
| 21 | over a legal conclusion. | 10:33:26 |
| 22 | MR. PHILLIPS:  I've -- I've not instructed | 10:33:27 |
| 23 | him not to answer.  I'm stating my objections. | 10:33:28 |
| 24 | BY MR. TOWNSEND: | 10:33:31 |
| 25 | Q  All right.  Well, then, Mr. Svonavec, if | 10:33:31 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    36

| | | |
|---|---|---|
| 1 | you could get off your phone and if you could | 10:33:32 |
| 2 | answer my question.  What was the consideration | 10:33:35 |
| 3 | that you gave to Angela Svonavec in this contract? | 10:33:38 |
| 4 |     A  It looks like Jason's Interest. | 10:33:43 |
| 5 |     Q  What did Jason's Interest give as | 10:33:45 |
| 6 | consideration of this contract? | 10:33:48 |
| 7 |     A  Whatever Jason's Interest owned. | 10:33:50 |
| 8 |     Q  What did Jason's Interest own? | 10:33:53 |
| 9 |     A  That -- I'd have to get all that info from | 10:33:55 |
| 10 | my attorneys because I don't have that off the top | 10:33:59 |
| 11 | of my head. | 10:34:02 |
| 12 |     Q  So you signed this contract not knowing | 10:34:03 |
| 13 | what Jason's Interest, LLC was giving Angela | 10:34:04 |
| 14 | Svonavec.  Is that your testimony? | 10:34:09 |
| 15 |     MR. PHILLIPS:  I would object that that's | 10:34:10 |
| 16 | argumentative. | 10:34:12 |
| 17 |     A  When I signed this contract, my attorneys | 10:34:13 |
| 18 | would have told me what all Jason's Interest | 10:34:15 |
| 19 | owned.  And so at that time, yes, I would have | 10:34:16 |
| 20 | known, but I don't memorize that in my head. | 10:34:20 |
| 21 |     Q  So this contract was -- has an effective | 10:34:23 |
| 22 | date of the 1st of June; right? | 10:34:26 |
| 23 |     A  Yes. | 10:34:30 |
| 24 |     Q  So that's about four months ago? | 10:34:31 |
| 25 |     A  Yes. | 10:34:33 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                                    37

| | | |
|---|---|---|
| 1 | Q  And so you don't remember what Jason's | 10:34:34 |
| 2 | Interest, LLC transferred to Angela from four | 10:34:38 |
| 3 | months ago? | 10:34:40 |
| 4 | MR. PHILLIPS:  Objection.  Asked and | 10:34:41 |
| 5 | answered. | 10:34:42 |
| 6 | A  Whatever Jason's Interest owned, like I've | 10:34:44 |
| 7 | told you.  I know -- I know one of them was | 10:34:47 |
| 8 | Banshee Industries.  I think it's Fearless | 10:34:49 |
| 9 | Leasing, but I don't have all -- for me to | 10:34:53 |
| 10 | honestly truthfully answer you the exact question, | 10:34:57 |
| 11 | I can't.  I know there's some things in there, but | 10:34:59 |
| 12 | I don't know what they all are. | 10:35:02 |
| 13 | Q  So for clarification, was it everything | 10:35:04 |
| 14 | that Jason's Interest owned was transferred to | 10:35:07 |
| 15 | Angela? | 10:35:09 |
| 16 | A  That is correct. | 10:35:10 |
| 17 | Q  Okay. | 10:35:11 |
| 18 | A  I believe I said that.  Everything that | 10:35:12 |
| 19 | Jason's Interest owned. | 10:35:14 |
| 20 | Q  What did Angela Svonavec give to Jason's | 10:35:18 |
| 21 | Interest, LLC? | 10:35:23 |
| 22 | MR. PHILLIPS:  I would object in that it | 10:35:23 |
| 23 | calls for a legal conclusion.  I would also state | 10:35:25 |
| 24 | that I object that it invades upon the spousal | 10:35:27 |
| 25 | privilege, but I'm not instructing Jason not to | 10:35:31 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    38

| | | |
|---|---|---|
| 1 | answer. | 10:35:33 |
| 2 | So Jason, you can answer. | 10:35:33 |
| 3 | A   Nothing. | 10:35:36 |
| 4 | MR. TOWNSEND:   Okay.   We can mark this as | 10:35:36 |
| 5 | Exhibit 6. | 10:35:43 |
| 6 | (Exhibit 6 was marked for identification | 10:35:44 |
| 7 | and is attached to the transcript.) | 10:35:49 |
| 8 | Q   Mr. Svonavec, I'm marking -- giving you | 10:35:49 |
| 9 | the document with Bates label 363, starting with | 10:36:08 |
| 10 | 363. | 10:36:13 |
| 11 | MR. PHILLIPS:   Thank you. | 10:36:14 |
| 12 | Q   And I'll represent to you, Mr. Svonavec, | 10:36:23 |
| 13 | that these are not consecutive pages.   The rest of | 10:36:25 |
| 14 | the pages were redacted and just to save a tree, I | 10:36:29 |
| 15 | didn't print them all out. | 10:36:33 |
| 16 | Can you please review what I've handed you | 10:36:35 |
| 17 | and let me know when you're done. | 10:36:37 |
| 18 | A   Yes.   (Witness reviews document.) | 10:36:39 |
| 19 | Q   So do you recognize the non-redacted | 10:36:42 |
| 20 | portion of this first page? | 10:36:44 |
| 21 | A   I mean, it looks like a tax return. | 10:36:45 |
| 22 | Q   Is it the 2022 income tax return filed by | 10:36:53 |
| 23 | you and Angela? | 10:36:59 |
| 24 | A   Yes. | 10:37:00 |
| 25 | Q   And do you see that it says the box | 10:37:00 |

| | | |
|---|---|---|
| 1 | towards the top left-hand corner is marked X for | 10:37:04 |
| 2 | married, filed jointly. | 10:37:08 |
| 3 |     Do you see that? | 10:37:10 |
| 4 | A  Yes. | 10:37:10 |
| 5 | Q  Why did you file a tax return jointly with | 10:37:11 |
| 6 | Angela? | 10:37:16 |
| 7 | A  You'd have to ask my accountants. | 10:37:16 |
| 8 | Q  Did you ever discuss that with your | 10:37:19 |
| 9 | accountants? | 10:37:27 |
| 10 | A  I don't recall. | 10:37:29 |
| 11 | Q  Did you discuss the contents of this tax | 10:37:30 |
| 12 | return with your accountants? | 10:37:34 |
| 13 | A  I don't recall. | 10:37:35 |
| 14 | Q  Did you review your tax return with your | 10:37:36 |
| 15 | accountants? | 10:37:40 |
| 16 | A  I don't recall. | 10:37:40 |
| 17 | Q  Did you sign this tax return? | 10:37:41 |
| 18 | A  I'm sure I did. | 10:37:45 |
| 19 | Q  So you signed it, but you don't recall if | 10:37:46 |
| 20 | you reviewed it? | 10:37:49 |
| 21 |     MR. PHILLIPS:  Objection.  Asked and | 10:37:50 |
| 22 | answered. | |
| 23 | A  Yes. | |
| 24 | Q  The address here is 192 Stone Ridge Lane. | 10:37:58 |
| 25 |     Do you see that? | 10:38:01 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    40

| | | |
|---|---|---|
| 1 | A   Yes. | 10:38:01 |
| 2 | Q   And is that where you presently live? | 10:38:02 |
| 3 | A   Yes. | 10:38:08 |
| 4 | Q   How long have you lived there? | 10:38:09 |
| 5 | A   Since 2017 or 2018.  Right around there. | 10:38:13 |
| 6 | Q   Did you ever take out a mortgage on this | 10:38:19 |
| 7 | property? | 10:38:31 |
| 8 | A   No. | 10:38:31 |
| 9 | Q   Have you taken out a mortgage on -- well, | 10:38:32 |
| 10 | we'll strike that for now. | 10:38:40 |
| 11 | If you could flip to the third page, | 10:38:42 |
| 12 | Mr. Svonavec.  Do you recognize the non-redacted | 10:38:47 |
| 13 | portion of this page? | 10:38:53 |
| 14 | A   Yes. | 10:38:54 |
| 15 | Q   And is this document your 2022 | 10:38:57 |
| 16 | Pennsylvania income tax return that you filed with | 10:39:00 |
| 17 | Angela? | 10:39:03 |
| 18 | A   Yes. | 10:39:03 |
| 19 | Q   Okay.  And it says -- on the right-hand | 10:39:04 |
| 20 | column, there's a few different letters. | 10:39:12 |
| 21 | Do you see those different letters? | 10:39:15 |
| 22 | A   Yes. | 10:39:17 |
| 23 | Q   Y, R, M, N?  The third one down, if you | 10:39:18 |
| 24 | see it, is marked as M. | 10:39:23 |
| 25 | Do you see that? | 10:39:25 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                                41

| | | |
|---|---|---|
| 1 | A   Yes. | 10:39:26 |
| 2 | Q   And if we look at the instructions, it | 10:39:27 |
| 3 | says that M means married, filing separately. | 10:39:30 |
| 4 | Would you agree? | 10:39:36 |
| 5 | A   That's what it says.  Yes. | 10:39:37 |
| 6 | Q   So you filed your Pennsylvania 2022 income | 10:39:38 |
| 7 | tax returns married filing separately? | 10:39:42 |
| 8 | A   That's what it says. | 10:39:45 |
| 9 | Q   But you filed your -- well, I mean, did | 10:39:46 |
| 10 | you do that? | 10:39:49 |
| 11 | A   I don't know.  That's a question for my | 10:39:50 |
| 12 | accountant. | 10:39:51 |
| 13 | Q   So you don't know -- well, did you review | 10:39:52 |
| 14 | this tax return before it was filed? | 10:39:58 |
| 15 | A   I don't recall if I did or not. | 10:40:00 |
| 16 | Q   So where would your accountants get the | 10:40:02 |
| 17 | information for whether or not to mark you as | 10:40:09 |
| 18 | married filing separately if -- | 10:40:13 |
| 19 | MR. PHILLIPS:  Objection.  Calls for | 10:40:14 |
| 20 | speculation. | 10:40:17 |
| 21 | A   Ask my accountants. | 10:40:17 |
| 22 | Q   All right.  It sounds like we will. | 10:40:20 |
| 23 | A   That's good. | 10:40:21 |
| 24 | Q   Great. | 10:40:22 |
| 25 | MR. TOWNSEND:  We will talk about that but | 10:40:24 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    42

| | | |
|---|---|---|
| 1 | we'll be probably issuing a subpoena for the | 10:40:26 |
| 2 | accountants to give their testimony in this case. | 10:40:28 |
| 3 | MR. PHILLIPS:  Understood. | 10:40:31 |
| 4 | Q  Okay.  So you file your federal tax return | 10:40:33 |
| 5 | as married filing joint but your state tax return | 10:40:39 |
| 6 | as married filing separate -- separately; right? | 10:40:43 |
| 7 | MR. PHILLIPS:  I would object.  That's | 10:40:46 |
| 8 | been asked and answered. | 10:40:48 |
| 9 | A  Ask my accountants. | 10:40:49 |
| 10 | Q  I'm asking you, based on what we just | 10:40:53 |
| 11 | read, is that right? | 10:40:55 |
| 12 | A  I'm not gonna answer it because I don't | 10:40:56 |
| 13 | know.  That's why I'm telling you to ask my | 10:40:58 |
| 14 | accountants.  I was told to answer everything | 10:41:00 |
| 15 | truthfully here; correct?  That's why I'm telling | 10:41:03 |
| 16 | you to ask the accountants because I do not know. | 10:41:05 |
| 17 | Q  So, you know, these pages that we just | 10:41:09 |
| 18 | reviewed are not accurate? | 10:41:12 |
| 19 | MR. PHILLIPS:  I would object.  That's | 10:41:14 |
| 20 | argumentative.  Mischaracterizing the answer.  The | 10:41:17 |
| 21 | question's been asked and answered.  I think going | 10:41:19 |
| 22 | down this path any further may borderline on | 10:41:22 |
| 23 | harassment. | 10:41:29 |
| 24 | Q  Why would one tax return be marked as | 10:41:32 |
| 25 | married filing jointly but the other tax return be | 10:41:38 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    43

| | | |
|---|---|---|
| 1 | marked as married filing separately, if you know? | 10:41:41 |
| 2 | A  I don't know. | 10:41:45 |
| 3 | MR. TOWNSEND:  Okay.  We will mark this | 10:41:46 |
| 4 | exhibit that we've been looking at Exhibit 7. | 10:42:03 |
| 5 | (Exhibit 7 was marked for identification | 10:42:06 |
| 6 | and is attached to the transcript.) | 10:42:16 |
| 7 | Q  Okay.  Next one, Mr. Svonavec, is -- I'm | 10:42:16 |
| 8 | handing you what's listed as Bates label 1352 as | 10:42:23 |
| 9 | the first page. | 10:42:30 |
| 10 | MR. PHILLIPS:  Thank you. | 10:42:33 |
| 11 | Q  And if you can review this document and | 10:42:41 |
| 12 | let me know when you're done reviewing it. | 10:42:42 |
| 13 | A  Yes. | 10:42:46 |
| 14 | Q  All right.  Now, I understand your prior | 10:42:47 |
| 15 | testimony regarding your 2022 tax return.  For | 10:42:50 |
| 16 | this tax return, which is 2019, did you review the | 10:42:54 |
| 17 | contents of your 2019 tax return before it was | 10:42:58 |
| 18 | filed? | 10:43:00 |
| 19 | A  I'm sure I probably did. | 10:43:01 |
| 20 | Q  On the second page here, which is Bates | 10:43:02 |
| 21 | label 1359, there's an amount for home mortgage | 10:43:13 |
| 22 | interest and points recorded to you on Form 1098 | 10:43:17 |
| 23 | of 30,794.  Do you see that? | 10:43:21 |
| 24 | A  Yes. | 10:43:25 |
| 25 | Q  So what was the home associated with the | 10:43:25 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    44

| | | |
|---|---|---|
| 1 | home mortgage interest of 30,794? | 10:43:28 |
| 2 | A  I don't know. | 10:43:32 |
| 3 | Q  Did you have any mortgage for the tax year | 10:43:33 |
| 4 | 2019? | 10:43:42 |
| 5 | A  Not that I can recall. | 10:43:44 |
| 6 | Q  Is -- is the amount of 30,794 not | 10:43:45 |
| 7 | accurate? | 10:43:55 |
| 8 | MR. PHILLIPS:  Objection.  Argumentative. | 10:43:56 |
| 9 | A  You'd have to ask my accountants that | 10:43:59 |
| 10 | also. | 10:44:02 |
| 11 | Q  But, Mr. Svonavec, you provided | 10:44:03 |
| 12 | information to your accountants for them to | 10:44:06 |
| 13 | prepare the tax return -- your tax returns; right? | 10:44:10 |
| 14 | A  Yes. | 10:44:12 |
| 15 | Q  So did you provide them the information | 10:44:13 |
| 16 | for the home mortgage interest? | 10:44:17 |
| 17 | A  I don't know what I provided them five | 10:44:19 |
| 18 | years ago.  That's why I said to ask them. | 10:44:21 |
| 19 | Q  About $31,000 in interest is a lot of | 10:44:25 |
| 20 | interest; would you agree? | 10:44:38 |
| 21 | MR. PHILLIPS:  Objection.  Relevance. | 10:44:40 |
| 22 | A  Probably not. | 10:44:43 |
| 23 | Q  That would reflect a loan well over a | 10:44:50 |
| 24 | quarter million dollars? | 10:44:54 |
| 25 | MR. PHILLIPS:  Objection. | 10:44:56 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    45

| | | |
|---|---|---|
| 1 | Q  Under 2019 dollars; would you agree? | 10:44:59 |
| 2 | MR. PHILLIPS:  Objection. | 10:45:03 |
| 3 | A  I don't know. | |
| 4 | Q  So your testimony is you don't know if the | 10:45:07 |
| 5 | home mortgage interest you filed to the IRS is | 10:45:11 |
| 6 | associated with 192 Stone Ridge Lane? | 10:45:17 |
| 7 | MR. PHILLIPS:  Objection.  It's not a | 10:45:21 |
| 8 | question. | 10:45:22 |
| 9 | A  You're going to have to ask my accountants | 10:45:27 |
| 10 | this. | 10:45:29 |
| 11 | Q  Well -- | 10:45:30 |
| 12 | A  You know, I'm lost with all this.  That's | 10:45:30 |
| 13 | why I hire professionals to do this, so I'm not | 10:45:32 |
| 14 | going to answer something because I don't know. | 10:45:35 |
| 15 | Q  How many homes did you own in the tax year | 10:45:39 |
| 16 | of 2019? | 10:45:42 |
| 17 | MR. PHILLIPS:  Objection.  Relevance. | 10:45:43 |
| 18 | A  I don't know if I had two or three at that | 10:45:49 |
| 19 | time. | |
| 20 | Q  Okay.  Can you list them out for me? | 10:45:52 |
| 21 | A  Well, 192 Stone Ridge and the two homes in | 10:45:54 |
| 22 | Florida.  But I don't know if I had both homes in | 10:45:59 |
| 23 | Florida in 2019 or not. | 10:46:03 |
| 24 | Q  And which were those two in Florida? | 10:46:05 |
| 25 | A  Actually, I have three homes in Florida. | 10:46:07 |

| | | |
|---|---|---|
| 1 | Portside.  I don't know the address on the other | 10:46:12 |
| 2 | two.  I -- I don't recall the address. | 10:46:18 |
| 3 | Q   What county were they located -- | 10:46:26 |
| 4 | A   They were in Naples, Florida. | 10:46:28 |
| 5 | Q   Both of them? | 10:46:29 |
| 6 | A   Yeah. | 10:46:30 |
| 7 | Q   But you said there may have been a third | 10:46:31 |
| 8 | in Florida; is that -- | 10:46:35 |
| 9 | A   Now there's a third in Florida, but there | 10:46:36 |
| 10 | wouldn't have been a third in 2019. | 10:46:39 |
| 11 | MR. TOWNSEND:  Okay.  That is all we have | 10:46:41 |
| 12 | for that exhibit.  I'm marking that one. | 10:46:46 |
| 13 | (Exhibit 8 was marked for identification | 10:46:54 |
| 14 | and is attached to the transcript.) | 10:47:13 |
| 15 | Q   Okay.  Mr. Svonavec, I'm handing you a | 10:47:13 |
| 16 | page that's Bates labeled 1844. | 10:47:15 |
| 17 | MR. PHILLIPS:  Thank you. | 10:47:21 |
| 18 | Q   Let me know when you're done reviewing it. | 10:47:30 |
| 19 | A   (Witness reviews document.) | 10:47:33 |
| 20 | Yep. | 10:47:33 |
| 21 | Q   Have you seen this document before, if you | 10:47:34 |
| 22 | recall? | 10:47:38 |
| 23 | A   Not that I recall. | 10:47:38 |
| 24 | Q   Are you familiar with TriState Capital | 10:47:39 |
| 25 | Bank? | 10:47:48 |

| | | |
|---|---|---|
| 1 | A  Not that I recall. | 10:47:48 |
| 2 | Q  And this was sent to Angela Svonavec at | 10:47:49 |
| 3 | 550 Beagle Road; is that right? | 10:47:55 |
| 4 | A  That's what it says. | 10:47:57 |
| 5 | Q  And it's for the 2019 loan interest | 10:47:58 |
| 6 | statement; is that right? | 10:48:02 |
| 7 | A  That's what it says. | 10:48:03 |
| 8 | Q  We have a note date, and you see this | 10:48:05 |
| 9 | towards the middle, of April 3rd of 2019.  Do you | 10:48:08 |
| 10 | see that? | 10:48:11 |
| 11 | A  Yes. | 10:48:11 |
| 12 | Q  Do you remember taking out a note on April | 10:48:11 |
| 13 | 3rd of 2019? | 10:48:16 |
| 14 | A  No. | 10:48:18 |
| 15 | Q  Would Angela have taken out the note? | 10:48:18 |
| 16 | MR. PHILLIPS:  Objection.  Calls for | 10:48:21 |
| 17 | information that's privileged under the spousal | 10:48:23 |
| 18 | privilege. | 10:48:26 |
| 19 | MR. TOWNSEND:  Dean, are you instructing | 10:48:34 |
| 20 | him not to answer? | 10:48:36 |
| 21 | MR. PHILLIPS:  No. | 10:48:37 |
| 22 | You can answer the question, Jason. | 10:48:37 |
| 23 | A  You would have to ask Angela that. | 10:48:39 |
| 24 | Q  Okay.  So Angela -- your testimony is | 10:48:41 |
| 25 | that -- well, I don't know if this is your | 10:48:43 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                     48

| | | |
|---|---|---|
| 1 | testimony.  Let me back up. | 10:48:44 |
| 2 | Would Angela know whether or not there was | 10:48:45 |
| 3 | a note taken out on April 3, 2019? | 10:48:50 |
| 4 | MR. PHILLIPS:  I would object that it | 10:48:53 |
| 5 | calls for speculation. | 10:48:55 |
| 6 | A  I don't know if Angela would know. | 10:49:03 |
| 7 | Q  Do you talk home finances with Angela? | 10:49:05 |
| 8 | MR. PHILLIPS:  Objection.  It's asking for | 10:49:07 |
| 9 | information that's privileged under the spousal | 10:49:08 |
| 10 | privilege.  They're husband and wife.  He does not | 10:49:12 |
| 11 | need to speak to what their communications are. | 10:49:13 |
| 12 | You don't have to answer that question, | 10:49:15 |
| 13 | Jason. | 10:49:17 |
| 14 | MR. TOWNSEND:  We'll mark this as | 10:49:25 |
| 15 | Exhibit 9. | 10:49:27 |
| 16 | MR. PHILLIPS:  I would object to the | 10:49:27 |
| 17 | exhibit that it hasn't been authenticated.  Jason | 10:49:28 |
| 18 | doesn't recognize this document, but otherwise. | 10:49:31 |
| 19 | MR. TOWNSEND:  I mean, Dean, you produced | 10:49:33 |
| 20 | this document to us when we asked for all | 10:49:36 |
| 21 | homeowners interest. | 10:49:38 |
| 22 | MR. PHILLIPS:  Understood. | 10:49:39 |
| 23 | MR. TOWNSEND:  So now you're objecting to | 10:49:39 |
| 24 | the authenticity of a document? | 10:49:41 |
| 25 | MR. PHILLIPS:  At this deposition. | 10:49:44 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    49

| | | |
|---|---|---|
| 1 | MR. TOWNSEND:  Oh, so it's only not | 10:49:46 |
| 2 | authenticated at this deposition; is that your | 10:49:46 |
| 3 | testimony? | 10:49:48 |
| 4 | MR. PHILLIPS:  I'm not testifying. | 10:49:48 |
| 5 | MR. TOWNSEND:  Not testifying.  I'm sorry. | 10:49:52 |
| 6 | Your statement. | 10:49:54 |
| 7 | MR. PHILLIPS:  I just wanted to state that | 10:49:54 |
| 8 | objection on the record. | 10:49:55 |
| 9 | MR. TOWNSEND:  All right.  Well, given | 10:49:56 |
| 10 | that the authenticity of a document you produced | 10:50:00 |
| 11 | to us is then put into question by yourself, we | 10:50:03 |
| 12 | would ask that you go back and consult with your | 10:50:06 |
| 13 | clients to ensure that this document is authentic | 10:50:09 |
| 14 | and we would ask that you review the records again | 10:50:16 |
| 15 | to ensure that all Form 1098s from the tax years | 10:50:20 |
| 16 | that we requested are produced. | 10:50:25 |
| 17 | MR. PHILLIPS:  Understood. | 10:50:26 |
| 18 | (Exhibit 9 was marked for identification | 10:50:27 |
| 19 | and is attached to the transcript.) | |
| 20 | Q  Mr. Svonavec, when was the last time you | 10:50:33 |
| 21 | were in Florida? | 10:50:41 |
| 22 | A  About a week or so ago. | 10:50:44 |
| 23 | Q  How did you return -- how did you go from | 10:50:48 |
| 24 | Florida to here? | 10:50:58 |
| 25 | A  Flew. | 10:50:59 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                      50

```
1       Q  To speed this up a little, is it an        10:50:59

2   aircraft that you and Angela own that you use?     10:51:06

3       A  Yes.                                         10:51:10

4       Q  For the year 2024, did you use any other   10:51:11

5   means of transportation to get to Florida besides  10:51:21

6   that aircraft?                                      10:51:26

7       A  Oh, Lord.  Every once in a while I'll fly  10:51:30

8   with a friend of mine, but not very often.  I      10:51:35

9   don't know if I did in '24 or not.  I don't -- I   10:51:39

10  don't recall if I was with him at all on his        10:51:43

11  aircraft.                                           10:51:45

12      Q  Did you ever drive from Florida to          10:51:45

13  Pennsylvania in 2024?                               10:51:48

14      A  No.                                          10:51:49

15      Q  Did you ever use a commercial airline in    10:51:50

16  2024?                                               10:51:54

17      A  No.                                          10:51:56

18      Q  And we'll repeat these going the other      10:51:57

19  direction.  In 2024, did you exclusively use the    10:52:03

20  aircraft that you and Angela owned to go from       10:52:10

21  Pennsylvania to Florida?                            10:52:12

22      A  As far as I can remember, yes.              10:52:15

23      Q  And did you ever drive from Pennsylvania    10:52:16

24  to Florida?                                         10:52:19

25      A  No.                                          10:52:20
```

Transcript of Jason Svonavec
Conducted on November 5, 2024                51

| | | |
|---|---|---|
| 1 | Q  Did you ever use a commercial airline? | 10:52:20 |
| 2 | A  No. | 10:52:23 |
| 3 | Q  When was, if you recall, the first time | 10:52:23 |
| 4 | you flew down to Florida in the year 2024? | 10:52:34 |
| 5 | A  I don't recall.  The first time I flew | 10:52:37 |
| 6 | back from Florida in '24 would have been January | 10:52:44 |
| 7 | 1st.  I always come back January 1st. | 10:52:47 |
| 8 | Q  Okay.  So you came -- you were down in | 10:52:51 |
| 9 | Florida and you flew back to Pennsylvania on | 10:52:53 |
| 10 | January 1st? | 10:52:55 |
| 11 | A  Yes. | 10:52:57 |
| 12 | Q  Okay.  If you recall from there, when was | 10:52:58 |
| 13 | the next time you went down to Florida? | 10:53:03 |
| 14 | A  I don't recall, but I more or less go -- I | 10:53:06 |
| 15 | don't -- I don't go every weekend.  I at least go | 10:53:11 |
| 16 | every other weekend or at least about three | 10:53:15 |
| 17 | weekends a month or if I skip -- like if I skip a | 10:53:19 |
| 18 | weekend, I'll go down and stay for a week. | 10:53:22 |
| 19 | Q  And this house in Florida, is it on | 10:53:27 |
| 20 | Clarendon Drive? | 10:53:31 |
| 21 | A  Yes. | 10:53:32 |
| 22 | Q  Okay.  Do you keep an office at the house, | 10:53:32 |
| 23 | a personal office? | 10:53:41 |
| 24 | A  Angie has an office there. | 10:53:42 |
| 25 | Q  Do you also have an office at -- at the | 10:53:46 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    52

| | | |
|---|---|---|
| 1 | house in Florida? | 10:53:48 |
| 2 | A  Not really.  I mean, I'll -- I'll use hers | 10:53:50 |
| 3 | if I need to. | 10:53:53 |
| 4 | Q  When was the last time that Angela was in | 10:53:56 |
| 5 | Pennsylvania in the year 2024? | 10:54:06 |
| 6 | A  Well, I don't -- I don't recall.  It was | 10:54:09 |
| 7 | probably -- actually, I think she might have been | 10:54:18 |
| 8 | here for a week or so in October because of the | 10:54:24 |
| 9 | hurricane.  And then after the hurricane she went | 10:54:29 |
| 10 | right back down. | 10:54:31 |
| 11 | Q  Was it -- I forget when the hurricane was. | 10:54:36 |
| 12 | Do you remember when the hurricane was? | 10:54:45 |
| 13 | A  It was around the beginning of October, | 10:54:46 |
| 14 | so somewhere in that neighborhood.  There's been | 10:54:47 |
| 15 | so many of them this year, I don't know. | 10:54:50 |
| 16 | Q  Does Angela -- did Angela in 2024 ever | 10:54:54 |
| 17 | drive from Florida to Pennsylvania? | 10:55:04 |
| 18 | A  No. | 10:55:06 |
| 19 | Q  Did she ever drive from Pennsylvania to | 10:55:07 |
| 20 | Florida? | 10:55:10 |
| 21 | A  No. | 10:55:11 |
| 22 | Q  Did she ever use a commercial airline | 10:55:11 |
| 23 | going from one state to the other? | 10:55:16 |
| 24 | A  Not that I'm aware of. | 10:55:19 |
| 25 | Q  Was the only means of transportation that | 10:55:20 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    53

| | | |
|---|---|---|
| 1 | Angela used the aircraft that you and her own? | 10:55:25 |
| 2 | A  Unless I would have used my friend's, like | 10:55:28 |
| 3 | if -- if our aircraft would have been down for | 10:55:31 |
| 4 | some maintenance or something. | 10:55:34 |
| 5 | Q  Do you recall if you -- well, do you | 10:55:36 |
| 6 | recall if Angela used your friend's in 2024? | 10:55:38 |
| 7 | A  I don't recall. | 10:55:41 |
| 8 | Q  What is the airport that you use when you | 10:55:45 |
| 9 | fly into Pennsylvania? | 10:56:07 |
| 10 | A  Somerset. | 10:56:10 |
| 11 | Q  And what's the airport that you use when | 10:56:12 |
| 12 | you fly into Naples? | 10:56:16 |
| 13 | A  Naples. | 10:56:19 |
| 14 | Q  Are those the same airports that Angela | 10:56:20 |
| 15 | uses when she travels? | 10:56:24 |
| 16 | A  Yes. | 10:56:26 |
| 17 | Q  Do you know at least in 2024 if she used | 10:56:26 |
| 18 | any other airport in Florida? | 10:56:32 |
| 19 | MR. PHILLIPS:  Objection, that it calls | 10:56:36 |
| 20 | for speculation. | |
| 21 | A  I don't know. | 10:56:40 |
| 22 | Q  Do you know for 2024 if Angela used any | 10:56:41 |
| 23 | other airport in Pennsylvania besides the one in | 10:56:44 |
| 24 | Somerset? | 10:56:47 |
| 25 | MR. PHILLIPS:  Restate my objection as to | 10:56:47 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    54

| | | |
|---|---|---|
| 1 | it calls for speculation. | 10:56:49 |
| 2 | A  I -- I don't recall.  There is times that | 10:56:51 |
| 3 | we can't get into Somerset if the weather's bad | 10:56:54 |
| 4 | and we'll have to go somewhere else. | 10:56:57 |
| 5 | Q  When Angela's in Pennsylvania, does she | 10:57:02 |
| 6 | drive a car? | 10:57:08 |
| 7 | A  Yes. | 10:57:10 |
| 8 | Q  Does she own that car? | 10:57:10 |
| 9 | MR. PHILLIPS:  Objection as to relevance. | 10:57:14 |
| 10 | A  I don't know if she owns it or if the | 10:57:19 |
| 11 | company owns it. | 10:57:21 |
| 12 | Q  Who's the company? | 10:57:23 |
| 13 | A  Banshee. | 10:57:23 |
| 14 | Q  Does it have a Pennsylvania license plate? | 10:57:24 |
| 15 | A  Yes. | 10:57:31 |
| 16 | Q  When Angela's in Pennsylvania, does she | 10:57:32 |
| 17 | pay for gas for the car, if you know? | 10:57:46 |
| 18 | A  I don't know. | 10:57:49 |
| 19 | MR. TOWNSEND:  Okay.  We can go off the | 10:58:08 |
| 20 | record. | 10:58:10 |
| 21 | THE VIDEOGRAPHER:  We are going off the | 10:58:10 |
| 22 | record.  The time is 10:58. | 10:58:12 |
| 23 | (A recess was taken.) | 10:58:19 |
| 24 | THE VIDEOGRAPHER:  We are back on the | 11:07:32 |
| 25 | record.  The time is 11:07. | 11:07:43 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                               55

| | | |
|---|---|---|
| 1 | BY MR. TOWNSEND: | 11:07:46 |
| 2 | Q  Mr. Svonavec, when was the last time -- | 11:07:46 |
| 3 | well, hold on.  Is Jason's Interest, LLC still an | 11:07:52 |
| 4 | existing LLC today? | 11:07:56 |
| 5 | A  I think so, but I would want to ask my | 11:07:59 |
| 6 | attorneys and accountant. | 11:08:03 |
| 7 | Q  When was the last time Jason's Interest, | 11:08:05 |
| 8 | LLC held a members meeting? | 11:08:10 |
| 9 | A  I don't recall. | 11:08:13 |
| 10 | Q  Has Jason's Interest, LLC ever held a | 11:08:15 |
| 11 | members meeting? | 11:08:19 |
| 12 | A  I don't recall if we -- if I have or not. | 11:08:20 |
| 13 | Q  When Jason's Interest, LLC assigned | 11:08:24 |
| 14 | Banshee Industries, LLC to Angela Svonavec, did -- | 11:08:38 |
| 15 | did members of Jason's Interest, LLC vote to | 11:08:45 |
| 16 | ratify that agreement? | 11:08:49 |
| 17 | MR. PHILLIPS:  I would object to the form | 11:08:52 |
| 18 | and that suggests there's multiple members.  I | 11:08:54 |
| 19 | don't believe that we testified -- or Jason's | 11:08:57 |
| 20 | testified to that. | 11:09:00 |
| 21 | A  Yeah, I'm the only member. | 11:09:01 |
| 22 | Q  So did you meet to ratify Jason's | 11:09:02 |
| 23 | Interest, LLC -- that ratified the transfer of | 11:09:09 |
| 24 | Banshee Industries, LLC to Angela? | 11:09:12 |
| 25 | A  Did I meet with myself or -- | 11:09:14 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    56

| | | |
|---|---|---|
| 1 | Q  Correct. | 11:09:16 |
| 2 | A  Yeah.  I'm always by myself. | 11:09:16 |
| 3 | Q  Did you memorialize the ratification in | 11:09:19 |
| 4 | any documents for Jason's Interest, LLC? | 11:09:24 |
| 5 | A  I don't understand the question. | 11:09:27 |
| 6 | Q  Does Jason's Interest, LLC keep its own | 11:09:29 |
| 7 | books and records? | 11:09:37 |
| 8 | A  Yes. | 11:09:38 |
| 9 | Q  Who keeps those records? | 11:09:38 |
| 10 | A  I do.  My attorneys. | 11:09:43 |
| 11 | Q  Does Jason's Interest, LLC have its own | 11:09:45 |
| 12 | bank account -- | 11:09:51 |
| 13 | A  No. | 11:09:52 |
| 14 | Q  -- in its name? | 11:09:52 |
| 15 | How often do you update the books and | 11:09:58 |
| 16 | records of Jason's Interest, LLC?  Well, strike | 11:10:00 |
| 17 | that. | 11:10:04 |
| 18 | When was the last time you updated the | 11:10:04 |
| 19 | books and records of Jason's Interest, LLC? | 11:10:06 |
| 20 | A  My accounting firm would have done that. | 11:10:09 |
| 21 | Q  Would you have provided the information to | 11:10:12 |
| 22 | do that? | 11:10:14 |
| 23 | A  I'm sure.  But I -- I don't recall. | 11:10:14 |
| 24 | Q  Do you recall the approximate time when | 11:10:21 |
| 25 | that would have taken place? | 11:10:24 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                          57

| | | | |
|---|---|---|---|
| 1 | A   No. | 11:10:25 |
| 2 | Q   Do you know who Laura Williams is? | 11:10:26 |
| 3 |     MR. PHILLIPS:  Objection as to relevance. | 11:10:31 |
| 4 | A   No, I don't believe so. | 11:10:36 |
| 5 | Q   Have you ever met with a notary from -- | 11:10:41 |
| 6 | and I don't want privileged communications, but | 11:10:44 |
| 7 | have you ever met with a notary from Morella & | 11:10:46 |
| 8 | Associates? | 11:10:50 |
| 9 | A   I don't -- I don't remember if I have or | 11:10:51 |
| 10 | not.  Possibly in signing some stuff, but I don't | 11:10:57 |
| 11 | recall.  A lot of stuff was DocuSign. | 11:11:02 |
| 12 | Q   Have -- do you recall ever meeting in | 11:11:07 |
| 13 | person with a notary from Morella & Associates, | 11:11:11 |
| 14 | LLC -- Morella & Associates? | 11:11:17 |
| 15 | A   I don't remember if I have or not. | 11:11:20 |
| 16 | Q   Did Spencer play any sports in high | 11:11:23 |
| 17 | school? | 11:11:28 |
| 18 |     MR. PHILLIPS:  Objection.  Relevance. | 11:11:28 |
| 19 | A   I don't think so. | 11:11:36 |
| 20 | Q   Does he play any sports now? | 11:11:38 |
| 21 |     MR. PHILLIPS:  Objection.  Relevance. | 11:11:39 |
| 22 | A   No. | 11:11:42 |
| 23 | Q   Did you testify or not -- did you speak | 11:11:42 |
| 24 | approximately ten minutes ago to your attorney | 11:11:45 |
| 25 | right after we went off the record in an answer to | 11:11:47 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    58

| | | |
|---|---|---|
| 1 | his question of whether or not Spencer was a ball | 11:11:51 |
| 2 | player and he is a ball player? | 11:11:53 |
| 3 | MR. PHILLIPS:  Objection.  Asking for | 11:11:55 |
| 4 | attorney-client privilege. | 11:11:57 |
| 5 | MR. TOWNSEND:  Dean, you had that | 11:11:59 |
| 6 | conversation right in front of me. | 11:12:02 |
| 7 | MR. ZATKO:  It was my son Spencer. | 11:12:03 |
| 8 | MR. PHILLIPS:  Just for the record, I'm | 11:12:03 |
| 9 | referring to Matt Zatko's son Spencer. | 11:12:05 |
| 10 | MR. TOWNSEND:  That's what I'm just trying | 11:12:06 |
| 11 | to ask. | 11:12:06 |
| 12 | MR. ZATKO:  That's my son. | 11:12:06 |
| 13 | BY MR. TOWNSEND: | 11:12:09 |
| 14 | Q  So did that or did that not happen? | 11:12:09 |
| 15 | A  I didn't even hear you talk about -- | 11:12:12 |
| 16 | MR. PHILLIPS:  That was a conversation | 11:12:14 |
| 17 | between Matt Zatko and Dean Phillips.  Jason was | 11:12:15 |
| 18 | not a part of that conversation. | 11:12:19 |
| 19 | MR. TOWNSEND:  Understood, Dean.  I | 11:12:20 |
| 20 | appreciate that.  I was trying to get it from our | 11:12:21 |
| 21 | witness. | 11:12:22 |
| 22 | Q  You didn't have that conversation with | 11:12:22 |
| 23 | Dean approximately 15 minutes ago? | 11:12:23 |
| 24 | A  No. | 11:12:25 |
| 25 | MR. TOWNSEND:  Okay.  That is all the | 11:12:28 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    59

| | | |
|---|---|---|
| 1 | questions I have of you, Mr. Svonavec.  We reserve | 11:12:29 |
| 2 | a right to call you back to the extent any of our | 11:12:32 |
| 3 | questions -- my questions weren't answered or your | 11:12:38 |
| 4 | attorney instructed you improperly not to answer a | 11:12:41 |
| 5 | question based on various privileges.  And we can | 11:12:45 |
| 6 | revisit that later. | 11:12:48 |
| 7 |      Otherwise, I have no further questions and | 11:12:50 |
| 8 | I pass the witness. | 11:12:53 |
| 9 |                EXAMINATION | 09:36:44 |
| 10 | BY MR. PHILLIPS: | 09:36:44 |
| 11 |    Q  Jason, I just want to revisit with you | 11:13:00 |
| 12 | briefly.  I won't keep us much longer here, but | 11:13:02 |
| 13 | briefly, in regards to the transfer of Banshee | 11:13:04 |
| 14 | Industries from Jason's Interest, LLC to Angela | 11:13:09 |
| 15 | Svonavec, and if I can, I'll find the exhibit here | 11:13:12 |
| 16 | if you don't mind me pulling through this real | 11:13:16 |
| 17 | quick.  I'm showing you Exhibit 6 here. | 11:13:19 |
| 18 |    A  Okay. | 11:13:25 |
| 19 |    Q  When this transfer -- or, yeah, this | 11:13:25 |
| 20 | agreement was signed, at the time it was before it | 11:13:29 |
| 21 | was signed, Jason's Interest, LLC owned Banshee | 11:13:33 |
| 22 | Industries; correct? | 11:13:36 |
| 23 |    A  Yes. | 11:13:38 |
| 24 |    Q  And this agreement transfers Jason's -- | 11:13:38 |
| 25 | excuse me, Banshee Industries from Jason's | 11:13:41 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    60

| | | |
|---|---|---|
| 1 | Interest to Angela Svonavec; correct? | 11:13:43 |
| 2 | A  Correct. | 11:13:46 |
| 3 | Q  And so thereafter, after this agreement, | 11:13:46 |
| 4 | Jason's Interest, LLC no longer owned Banshee | 11:13:54 |
| 5 | Industries, LLC? | 11:14:00 |
| 6 | A  That is correct. | 11:14:00 |
| 7 | Q  And Angela Svonavec received the | 11:14:01 |
| 8 | membership interest in Banshee Industries, LLC? | 11:14:02 |
| 9 | A  Yes. | 11:14:05 |
| 10 | MR. PHILLIPS:  Okay.  I don't think I have | 11:14:13 |
| 11 | anything further for you, Jason. | 11:14:15 |
| 12 | MR. TOWNSEND:  Okay.  This ends our | 11:14:16 |
| 13 | deposition.  Thank you. | 11:14:17 |
| 14 | THE VIDEOGRAPHER:  Okay.  This will end | 11:14:18 |
| 15 | the deposition of Jason Svonavec.  We are going | 11:14:20 |
| 16 | off the record.  The time is 11:14. | 11:14:23 |
| 17 | THE REPORTER:  Do you want a copy of the | 11:15:22 |
| 18 | transcript? | 11:15:23 |
| 19 | MR. PHILLIPS:  Yes. | 11:15:25 |
| 20 | (At 11:14 a.m., the deposition was | |
| 21 | concluded.) | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    61

```
1    CERTIFICATE OF SHORTHAND REPORTER- E-NOTARY

2    PUBLIC.

3         I, MARIA M. SIATKOWSKI, Registered Diplomate

4    Reporter, Certified Realtime Reporter, Certified

5    Realtime Captioner and Notary Public, the officer

6    before whom the foregoing deposition was taken, do

7    hereby certify that the foregoing transcript is a

8    true and correct record of the testimony given;

9    that said testimony was taken by me

10   stenographically and thereafter reduced to

11   typewriting under my supervision; that reading and

12   signing was not requested; and that I am neither

13   counsel for or related to, nor employed by any of

14   the parties to this case and have no interest,

15   financial or otherwise, in its outcome.

16        IN WITNESS WHEREOF, I have hereunto set my hand

17   and affixed my notarial seal this 7th day of

18   November 2024.

19   My commission expires June 15, 2025.

20

21

22   Maria M. Siatkowski
     _____

23   E-NOTARY PUBLIC IN AND FOR

24   THE STATE OF PENNSYLVANIA

25
```

Transcript of Jason Svonavec
Conducted on November 5, 2024                                          62

| A | | | |
|---|---|---|---|
| **able** | **after** | 37:9, 37:12, | **another** |
| 7:17 | 52:9, 57:25, | 38:15, 41:22, | 22:17 |
| **about** | 60:3 | 43:14, 45:12, | **answer** |
| 12:23, 16:15, | **again** | 46:11, 48:20, | 7:13, 7:17, |
| 23:2, 31:5, | 10:2, 28:2, | 49:9, 49:15, | 8:25, 9:6, 9:18, |
| 32:23, 34:1, | 31:12, 49:14 | 50:10, 58:25 | 13:12, 14:6, |
| 36:24, 41:25, | **ago** | **also** | 15:18, 15:22, |
| 44:19, 49:22, | 12:2, 12:19, | 4:1, 20:7, | 18:20, 19:5, |
| 51:16, 58:15 | 20:17, 36:24, | 31:4, 37:23, | 19:12, 19:15, |
| **accepts** | 37:3, 44:18, | 44:10, 51:25 | 21:1, 23:13, |
| 33:3 | 49:22, 57:24, | **always** | 30:24, 31:3, |
| **account** | 58:23 | 21:4, 27:5, | 31:8, 31:18, |
| 56:12 | **agree** | 51:7, 56:2 | 35:20, 35:23, |
| **accountant** | 34:4, 34:18, | **amongst** | 36:2, 37:10, |
| 18:1, 41:12, | 41:4, 44:20, | 16:13 | 38:1, 38:2, |
| 55:6 | 45:1 | **amount** | 42:12, 42:14, |
| **accountants** | **agreement** | 43:21, 44:6 | 42:20, 45:14, |
| 19:1, 20:21, | 5:14, 5:15, | **angela** | 47:20, 47:22, |
| 34:13, 39:7, | 5:19, 25:13, | 8:3, 8:8, 11:1, | 48:12, 57:25, |
| 39:9, 39:12, | 26:5, 32:6, | 12:17, 13:24, | 59:4 |
| 39:15, 41:16, | 34:14, 34:15, | 14:2, 14:7, | **answered** |
| 41:21, 42:2, | 55:16, 59:20, | 14:9, 21:25, | 14:5, 20:3, |
| 42:9, 42:14, | 59:24, 60:3 | 22:3, 22:22, | 28:15, 32:15, |
| 42:16, 44:9, | **ahead** | 25:17, 25:22, | 34:21, 37:5, |
| 44:12, 45:9 | 31:25 | 25:25, 26:4, | 39:22, 42:8, |
| **accounting** | **ahold** | 26:6, 26:7, | 42:21, 59:3 |
| 17:15, 56:20 | 22:12 | 30:4, 30:6, | **any** |
| **accurate** | **aircraft** | 30:9, 30:25, | 7:16, 8:8, |
| 42:18, 44:7 | 50:2, 50:6, | 31:10, 32:7, | 8:17, 10:22, |
| **acknowledged** | 50:11, 50:20, | 33:9, 34:24, | 11:19, 11:20, |
| 34:3 | 53:1, 53:3 | 36:3, 36:13, | 15:15, 16:5, |
| **action** | **airline** | 37:2, 37:15, | 16:15, 17:17, |
| 1:8, 1:17 | 50:15, 51:1, | 37:20, 38:23, | 21:20, 30:1, |
| **actually** | 52:22 | 39:6, 40:17, | 30:4, 31:17, |
| 45:25, 52:7 | **airport** | 47:2, 47:15, | 42:22, 44:3, |
| **address** | 53:8, 53:11, | 47:23, 47:24, | 50:4, 53:18, |
| 12:6, 22:20, | 53:18, 53:23 | 48:2, 48:6, | 53:22, 56:4, |
| 24:5, 39:24, | **airports** | 48:7, 50:2, | 57:16, 57:20, |
| 46:1, 46:2 | 53:14 | 50:20, 52:4, | 59:2, 61:13 |
| **adopted** | **all** | 52:16, 53:1, | **anybody's** |
| 24:9, 28:7 | 13:2, 15:2, | 53:6, 53:14, | 23:2 |
| **adoption** | 17:3, 18:1, | 53:22, 55:14, | **anymore** |
| 28:13 | 21:15, 22:5, | 55:24, 59:14, | 17:21 |
| **affix** | 22:6, 23:15, | 60:1, 60:7 | **anything** |
| 19:25 | 23:22, 24:8, | **angela's** | 31:10, 35:6, |
| **affixed** | 31:21, 32:4, | 54:5, 54:16 | 60:11 |
| 61:17 | 33:10, 35:25, | **angie** | **appreciate** |
| | 36:9, 36:18, | 51:24 | 9:14, 58:20 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                                    63

| | | | |
|---|---|---|---|
| **approximate** | 16:25, 23:7, | 54:24, 59:2 | 51:6, 52:7, |
| 56:24 | 25:4, 29:4, | **bad** | 52:14, 53:3 |
| **approximately** | 38:7, 43:6, | 54:3 | **before** |
| 21:23, 57:24, | 46:14, 49:19 | **ball** | 2:13, 13:3, |
| 58:23 | **attend** | 58:1, 58:2 | 17:11, 21:5, |
| **april** | 10:22, 11:16 | **bank** | 23:23, 28:17, |
| 47:9, 47:12, | **attended** | 46:25, 56:12 | 31:24, 33:13, |
| 48:3 | 11:12 | **banshee** | 41:14, 43:17, |
| **argumentative** | **attending** | 1:13, 3:3, | 46:21, 59:20, |
| 30:13, 36:16, | 11:7 | 3:11, 6:5, 10:9, | 61:6 |
| 42:20, 44:8 | **attorney** | 17:24, 18:15, | **beginning** |
| **around** | 34:12, 57:24, | 20:10, 21:10, | 23:17, 52:13 |
| 21:24, 40:5, | 59:4 | 21:13, 21:20, | **begins** |
| 52:13 | **attorney-client** | 21:25, 22:4, | 6:2 |
| **aside** | 14:19, 15:23, | 22:13, 22:20, | **behalf** |
| 25:2 | 16:3, 18:24, | 22:23, 29:23, | 3:2, 3:10, 3:18 |
| **asked** | 23:11, 30:23, | 30:9, 30:21, | **being** |
| 14:4, 15:13, | 58:4 | 31:11, 33:8, | 19:14 |
| 19:11, 20:2, | **attorneys** | 37:8, 54:13, | **believe** |
| 28:14, 32:15, | 19:1, 33:11, | 55:14, 55:24, | 17:24, 20:17, |
| 34:20, 37:4, | 34:13, 36:10, | 59:13, 59:21, | 20:25, 37:18, |
| 39:21, 42:8, | 36:17, 55:6, | 59:25, 60:4, | 55:19, 57:4 |
| 42:21, 48:20 | 56:10 | 60:8 | **below** |
| **asking** | **audit** | **based** | 19:21, 24:15, |
| 15:3, 16:4, | 26:8 | 35:20, 42:10, | 33:18 |
| 31:5, 31:13, | **august** | 59:5 | **besides** |
| 31:15, 42:10, | 24:9, 25:18, | **bates** | 50:5, 53:23 |
| 48:8, 58:3 | 25:22, 26:1, | 17:5, 23:16, | **between** |
| **assign** | 26:22, 28:7, | 24:22, 25:6, | 18:3, 28:12, |
| 18:14 | 28:9 | 31:22, 38:9, | 31:6, 31:14, |
| **assigned** | **authentic** | 43:8, 43:20, | 32:6, 35:17, |
| 55:13 | 49:13 | 46:16 | 58:17 |
| **assignee** | **authenticated** | **beagle** | **bit** |
| 33:2 | 48:17, 49:2 | 22:21, 47:3 | 10:5, 27:8 |
| **assignment** | **authenticity** | **beam** | **books** |
| 5:13, 5:18, | 48:24, 49:10 | 8:22 | 56:7, 56:15, |
| 32:5 | **avenue** | **because** | 56:19 |
| **assignor** | 3:23 | 16:11, 27:4, | **borderline** |
| 32:25, 33:4 | **aware** | 36:10, 42:12, | 42:22 |
| **assigns** | 11:18, 52:24 | 42:16, 45:14, | **born** |
| 32:25 | **B** | 52:8 | 8:23 |
| **associated** | | **been** | **both** |
| 43:25, 45:6 | **back** | 7:5, 8:3, | 6:19, 6:21, |
| **associates** | 18:13, 26:21, | 24:25, 26:13, | 6:23, 45:22, |
| 3:5, 6:21, | 27:14, 33:25, | 29:13, 32:15, | 46:5 |
| 29:6, 57:8, | 48:1, 49:12, | 42:8, 42:21, | **bottom** |
| 57:13, 57:14 | 51:6, 51:7, | 43:4, 46:7, | 24:21 |
| **attached** | 51:9, 52:10, | 46:10, 48:17, | **bound** |
| 5:8, 8:1, | | | 34:4 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                                    64

| | | | |
|---|---|---|---|
| **box** 38:25 | **center** 3:22 | **come** 51:7 | **contract** 34:18, 35:10, 36:3, 36:6, 36:12, 36:17, 36:21 |
| **briefly** 59:12, 59:13 | **certificate** 61:1 | **comes** 14:11 | |
| **bureau** 5:11 | **certified** 2:14, 2:15, 61:4 | **commercial** 50:15, 51:1, 52:22 | **conversation** 16:13, 58:6, 58:16, 58:18, 58:22 |
| **businesses** 17:17 | **certify** 61:7 | **commission** 61:19 | |
| **C** | **changing** 35:12 | **commonwealth** 2:16 | **conversations** 16:5, 16:9, 31:6 |
| **california** 13:17 | **children** 8:8 | **communication** 35:4, 35:17 | **conveys** 33:1 |
| **call** 27:11, 59:2 | **choice** 16:11 | **communications** 31:14, 31:16, 48:11, 57:6 | **copy** 23:5, 60:17 |
| **called** 7:4 | **choose** 20:22 | **company** 1:7, 1:16, 9:8, 20:11, 21:19, 33:2, 33:3, 54:11, 54:12 | **corner** 24:21, 39:1 |
| **calling** 35:15 | **civil** 1:8, 1:17 | | **correct** 18:16, 20:13, 24:13, 32:20, 33:13, 34:19, 34:22, 37:16, 42:15, 56:1, 59:22, 60:1, 60:2, 60:6, 61:8 |
| **calls** 27:23, 28:3, 28:19, 31:1, 34:10, 34:25, 35:1, 37:23, 41:19, 47:16, 48:5, 53:19, 54:1 | **clarendon** 51:20 | **computer** 11:11, 27:6, 28:1 | |
| | **clarification** 37:13 | **concluded** 60:21 | |
| | **clarify** 11:10, 15:15 | **conclusion** 31:2, 34:11, 35:1, 35:9, 35:16, 35:21, 37:23 | **could** 19:6, 26:11, 36:1, 40:11 |
| **came** 51:8 | **clean** 15:4 | | **couldn't** 27:25 |
| **can't** 27:5, 35:19, 37:11, 54:3 | **clear** 15:4, 19:14 | | **counsel** 6:16, 14:25, 16:6, 16:9, 16:14, 16:21, 17:15, 28:23, 28:24, 61:13 |
| **capital** 46:24 | **clients** 49:13 | **conduct** 27:12 | |
| **captioner** 2:15, 61:5 | **coal** 1:19, 3:19, 6:5, 9:7, 9:8, 9:11, 9:22, 10:14, 20:11, 20:15, 20:18, 20:22, 20:23, 21:5, 21:6, 21:8, 21:17, 29:23 | **consecutive** 38:13 | |
| **car** 54:6, 54:8, 54:17 | | **consider** 13:16, 13:19, 13:21 | **county** 10:12, 46:3 |
| **cards** 11:20 | | **consideration** 34:2, 34:9, 34:23, 35:3, 35:8, 35:9, 36:2, 36:6 | **couple** 31:6, 31:14 |
| **care** 22:5, 33:11 | | | **court** 1:1, 6:7, 6:24 |
| **case** 6:8, 12:21, 15:1, 29:18, 30:2, 30:5, 42:2, 61:14 | **collect** 22:13, 22:23 | **consult** 49:12 | **crc** 1:35 |
| | **collecting** 23:2 | **contents** 16:5, 39:11, 43:17 | **create** 20:18, 23:8 |
| **cause** 33:7 | **column** 40:20 | | **created** 21:5 |
| | **com** 27:19 | | |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    65

criminal
12:21, 15:1
crr
1:35
cyber
10:19, 11:3,
11:7, 11:12,
11:16

**D**

date
6:10, 18:11,
24:8, 24:12,
28:13, 30:15,
32:19, 36:22,
47:8
day
26:24, 32:9,
61:17
dean
3:4, 6:20,
9:14, 16:4,
19:5, 31:8,
35:3, 47:19,
48:19, 58:5,
58:17, 58:19,
58:23
decision
16:19
decision-making
16:15
declaration
29:17, 29:22
defendant
1:11, 1:22
defendants
3:18, 6:19, 7:4
depos
6:13, 7:1
deposition
1:25, 2:1, 6:3,
6:14, 7:11,
48:25, 49:2,
60:13, 60:15,
60:20, 61:6
different
40:20, 40:21
diplomate
2:14, 61:3

direction
50:19
disagree
35:5
discuss
39:8, 39:11
district
1:1, 1:2, 6:7
doc
24:22
document
5:17, 12:24,
13:1, 13:3,
13:5, 13:7,
13:11, 13:13,
17:4, 17:9,
17:11, 18:11,
18:14, 18:18,
19:20, 20:1,
23:16, 23:19,
23:21, 23:23,
24:2, 24:18,
25:10, 25:16,
27:20, 28:6,
28:22, 30:1,
31:21, 31:24,
32:2, 32:18,
32:19, 32:21,
33:7, 33:12,
33:17, 33:22,
38:9, 38:18,
40:15, 43:11,
46:19, 46:21,
48:18, 48:20,
48:24, 49:10,
49:13
documents
30:4, 56:4
docusign
24:24, 27:3,
27:6, 57:11
doing
15:8
dollars
44:24, 45:1
done
12:25, 17:8,
21:4, 23:20,

25:8, 32:1,
38:17, 43:12,
46:18, 56:20
down
24:20, 25:16,
26:16, 40:23,
42:22, 51:4,
51:8, 51:13,
51:18, 52:10,
53:3
dozen
21:24
drive
12:8, 50:12,
50:23, 51:20,
52:17, 52:19,
54:6
dropbox
5:17, 26:8
duly
7:5
dwell
12:21
dylan
4:2, 6:12

**E**

e-mail
27:9, 27:17,
27:18
e-mails
27:13
e-notary
61:1, 61:23
east
2:6, 3:14, 6:14
eastern
6:11
effective
32:9, 36:21
either
22:17
else
54:4
employed
61:13
employee
22:17

employees
21:21
end
60:14
ends
60:12
ensure
49:13, 49:15
entered
18:3, 34:14
entire
11:14
equipment
20:12, 21:18
esquire
3:4, 3:12, 3:20
estate
12:1
even
29:25, 58:15
ever
10:1, 10:14,
10:22, 11:16,
11:20, 12:14,
12:15, 13:16,
13:19, 23:2,
39:8, 40:6,
50:12, 50:15,
50:23, 51:1,
52:16, 52:19,
52:22, 55:10,
57:5, 57:7,
57:12
every
7:13, 26:17,
50:7, 51:15,
51:16
everything
21:19, 37:13,
37:18, 42:14
exact
37:10
exactly
12:5
examination
5:2, 7:7, 59:9
exchange
31:10

Transcript of Jason Svonavec
Conducted on November 5, 2024

66

**exclusively**
50:19
**excuse**
59:25
**exhibit**
5:9, 5:10,
5:11, 5:13,
5:15, 5:17,
5:18, 5:20,
5:21, 5:22,
7:24, 7:25,
16:23, 16:24,
17:2, 23:5,
23:6, 25:2,
25:3, 29:2,
29:3, 38:5,
38:6, 43:4,
43:5, 46:12,
46:13, 48:15,
48:17, 49:18,
59:15, 59:17
**exhibits**
5:7
**exist**
16:8
**existing**
55:4
**expires**
61:19
**extent**
16:11, 59:2

**F**

**fact**
16:8
**fall**
35:7
**familiar**
46:24
**far**
11:15, 50:22
**farm**
10:7, 10:8
**farms**
10:9
**father**
9:25
**fearless**
17:24, 37:8

**federal**
42:4
**few**
7:10, 12:23,
40:20
**file**
39:5, 42:4
**filed**
38:22, 39:2,
40:16, 41:6,
41:9, 41:14,
43:18, 45:5
**filing**
41:3, 41:7,
41:18, 42:5,
42:6, 42:25,
43:1
**finally**
25:25
**finance**
22:6
**finances**
48:7
**financial**
22:6, 61:15
**find**
59:15
**fine**
15:17
**firm**
17:15, 56:20
**first**
7:5, 11:25,
17:4, 18:2,
32:4, 38:20,
43:9, 51:3, 51:5
**five**
44:17
**flew**
49:25, 51:4,
51:5, 51:9
**flip**
19:19, 40:11
**flipping**
33:25
**florida**
11:13, 12:1,
12:11, 13:19,

13:22, 13:25,
14:9, 14:10,
14:13, 26:14,
26:16, 28:18,
45:22, 45:23,
45:24, 45:25,
46:4, 46:8,
46:9, 49:21,
49:24, 50:5,
50:12, 50:21,
50:24, 51:4,
51:6, 51:9,
51:13, 51:19,
52:1, 52:17,
52:20, 53:18
**fly**
50:7, 53:9,
53:12
**follow**
34:18
**follows**
7:6, 34:5
**foregoing**
61:6, 61:7
**forget**
52:11
**form**
11:8, 13:10,
18:17, 20:24,
43:22, 49:15,
55:17
**forward**
15:7, 15:10
**four**
12:19, 36:24,
37:2
**fpc**
13:8, 13:14,
16:1, 16:20
**friend**
50:8
**friend's**
53:2, 53:6
**front**
58:6
**further**
42:22, 59:7,
60:11

**G**

**gabby**
28:25
**gas**
54:17
**gates**
3:21, 3:22,
6:19
**gave**
7:13, 31:17,
36:3
**gift**
30:25
**give**
12:3, 31:10,
34:24, 36:5,
37:20, 42:2
**given**
14:25, 49:9,
61:8
**giving**
31:11, 36:13,
38:8
**gmail**
27:15
**go**
10:18, 14:11,
26:21, 31:25,
49:12, 49:23,
50:20, 51:14,
51:15, 51:18,
54:4, 54:19
**going**
9:13, 10:2,
12:21, 12:22,
15:3, 15:7,
15:8, 16:22,
23:4, 23:15,
34:24, 42:21,
45:9, 45:14,
50:18, 52:23,
54:21, 60:15
**gonna**
12:2, 42:12
**good**
7:9, 34:1,
34:8, 35:11,

Transcript of Jason Svonavec
Conducted on November 5, 2024                    67

| | | | |
|---|---|---|---|
| 41:23 | 21:6, 29:23 | 26:13 | 31:7, 37:25, |
| **graduate** | **high** | **identification** | 47:19 |
| 11:3 | 10:5, 10:6, | 7:25, 16:24, | **instructions** |
| **great** | 10:14, 10:15, | 23:6, 25:3, | 41:2 |
| 41:24 | 10:17, 10:18, | 29:3, 38:6, | **intending** |
| **guess** | 57:16 | 43:5, 46:13, | 34:4 |
| 9:23, 28:21 | **hire** | 49:18 | **interest** |
| **H** | 45:13 | **identify** | 5:13, 5:16, |
| **hand** | **history** | 6:16 | 5:18, 5:22, |
| 61:16 | 25:17 | **impedes** | 17:14, 18:4, |
| **handed** | **hold** | 30:23 | 18:8, 18:11, |
| 38:16 | 55:3 | **impeding** | 18:15, 18:16, |
| **handing** | **holding** | 23:10 | 20:8, 23:9, |
| 12:20, 17:3, | 1:4, 3:2, 3:10, | **improperly** | 24:13, 30:20, |
| 23:16, 25:5, | 6:4 | 59:4 | 32:5, 32:6, |
| 31:21, 43:8, | **home** | **income** | 32:13, 33:1, |
| 46:15 | 16:1, 43:21, | 38:22, 40:16, | 33:3, 33:8, |
| **happen** | 43:25, 44:1, | 41:6 | 33:18, 36:4, |
| 58:14 | 44:16, 45:5, | **industries** | 36:5, 36:7, |
| **harassment** | 48:7 | 1:13, 3:3, | 36:8, 36:13, |
| 42:23 | **homeowners** | 3:11, 6:5, | 36:18, 37:2, |
| **head** | 48:21 | 17:24, 18:15, | 37:6, 37:14, |
| 20:14, 36:11, | **homes** | 20:10, 21:10, | 37:19, 37:21, |
| 36:20 | 45:15, 45:21, | 21:13, 21:20, | 43:22, 44:1, |
| **hear** | 45:22, 45:25 | 21:25, 22:14, | 44:16, 44:19, |
| 15:15, 58:15 | **honestly** | 22:20, 22:23, | 44:20, 45:5, |
| **held** | 37:10 | 29:23, 30:9, | 47:5, 48:21, |
| 2:1, 55:8, | **house** | 30:21, 31:11, | 55:3, 55:7, |
| 55:10 | 14:8, 14:12, | 33:9, 37:8, | 55:10, 55:13, |
| **here** | 20:11, 20:15, | 55:14, 55:24, | 55:15, 55:23, |
| 6:2, 7:11, | 20:18, 20:22, | 59:14, 59:22, | 56:4, 56:6, |
| 24:4, 28:9, | 20:23, 21:5, | 59:25, 60:5, | 56:11, 56:16, |
| 32:16, 39:24, | 21:6, 21:8, | 60:8 | 56:19, 59:14, |
| 42:15, 43:20, | 51:19, 51:22, | **info** | 59:21, 60:1, |
| 49:24, 52:8, | 52:1 | 36:9 | 60:4, 60:8, |
| 59:12, 59:15, | **housed** | **information** | 61:14 |
| 59:17 | 13:8 | 19:2, 35:2, | **interests** |
| **hereby** | **hurricane** | 41:17, 44:12, | 20:8, 30:8, |
| 32:25, 33:2, | 52:9, 52:11, | 44:15, 47:17, | 30:9 |
| 34:3, 61:7 | 52:12 | 48:9, 56:21 | **invade** |
| **hereunto** | **husband** | **instruct** | 15:22, 35:17 |
| 61:16 | 35:18, 48:10 | 35:20 | **invades** |
| **heritage** | **I** | **instructed** | 37:24 |
| 1:4, 1:19, 3:2, | **id** | 35:22, 59:4 | **invading** |
| 3:10, 3:18, 6:4, | 24:22 | **instructing** | 14:19 |
| 6:5, 20:15, | **idea** | 15:20, 15:21, | **involved** |
| 20:18, 20:23, | 11:18, 23:8, | 19:4, 19:15, | 11:19 |
| | | 23:12, 30:24, | **irs** |
| | | | 45:5 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                    68

| | | | |
|---|---|---|---|
| **issue**<br>31:13, 35:8 | **job**<br>1:33 | 46:1, 46:18,<br>47:25, 48:2, | **least**<br>51:15, 51:16, |
| **issuing**<br>42:1 | **joint**<br>42:5 | 48:6, 50:9,<br>52:15, 53:17, | 53:17<br>**leave** |
| **iteration**<br>35:7 | **jointly**<br>39:2, 39:5, | 53:21, 53:22,<br>54:10, 54:17, | 8:2, 17:25<br>**left** |
| **itself**<br>13:11, 18:19 | 42:25<br>**june** | 54:18, 57:2<br>**knowing** | 28:17<br>**left-hand** |
| **J** | 32:9, 32:13,<br>36:22, 61:19 | 36:12<br>**known** | 39:1<br>**legal** |
| **january**<br>51:6, 51:7, | **K** | 36:20<br>**ktrv** | 16:14, 18:1,<br>20:20, 31:2, |
| 51:10<br>**jason** | **k&l**<br>3:21, 3:22, | 1:10, 3:18, 6:4<br>**L** | 34:11, 35:1,<br>35:9, 35:15, |
| 1:25, 2:1, 5:2,<br>6:3, 7:3, 18:3, | 6:18<br>**keep** | **label**<br>17:5, 23:16, | 35:21, 37:23<br>**legally** |
| 18:6, 18:20,<br>18:25, 20:8, | 51:22, 56:6,<br>59:12 | 24:22, 25:6,<br>31:22, 38:9, | 34:4<br>**less** |
| 24:5, 30:24,<br>37:25, 38:2, | **keeps**<br>56:9 | 43:8, 43:21<br>**labeled** | 51:14<br>**letters** |
| 47:22, 48:13,<br>48:17, 58:17, | **keisler**<br>6:13 | 46:16<br>**lane** | 40:20, 40:21<br>**liability** |
| 59:11, 60:11,<br>60:15 | **kiesler**<br>4:2 | 39:24, 45:6<br>**language** | 1:6, 1:15<br>**license** |
| **jason's**<br>5:15, 17:14, | **know**<br>9:1, 10:15, | 34:6<br>**laptop** | 54:14<br>**limited** |
| 18:4, 18:8,<br>18:10, 18:16, | 10:21, 11:2,<br>11:15, 12:5, | 26:10, 26:11,<br>26:15, 26:19, | 1:6, 1:15<br>**line** |
| 20:8, 23:8,<br>24:13, 25:13, | 12:24, 13:6,<br>13:23, 17:7, | 26:23<br>**last** | 10:3, 25:21,<br>33:23 |
| 26:4, 32:6,<br>32:12, 33:8, | 18:21, 22:9,<br>22:19, 23:1, | 8:15, 24:1,<br>24:15, 24:21, | **list**<br>45:20 |
| 33:18, 36:4,<br>36:5, 36:7, | 23:20, 25:8,<br>27:14, 27:17, | 29:9, 29:13,<br>30:16, 49:20, | **listed**<br>43:8 |
| 36:8, 36:13,<br>36:18, 37:1, | 27:24, 28:4,<br>29:12, 29:19, | 52:4, 55:2,<br>55:7, 56:18 | **little**<br>10:5, 27:8, |
| 37:6, 37:14,<br>37:19, 37:20, | 29:21, 29:25,<br>32:1, 34:12, | **later**<br>59:6 | 27:11, 27:13,<br>50:1 |
| 55:3, 55:7,<br>55:10, 55:13, | 37:7, 37:11,<br>37:12, 38:17, | **laura**<br>57:2 | **live**<br>40:2 |
| 55:15, 55:19,<br>55:22, 56:4, | 41:11, 41:13,<br>42:13, 42:16, | **law**<br>2:5, 3:13, 6:22 | **lived**<br>40:4 |
| 56:6, 56:11,<br>56:16, 56:19, | 42:17, 43:1,<br>43:2, 43:12, | **lay**<br>14:24, 15:13 | **living**<br>9:4, 14:2 |
| 59:14, 59:21,<br>59:24, 59:25, | 44:2, 44:17,<br>45:3, 45:4, | **learn**<br>9:11, 9:21 | **llc**<br>1:5, 1:10, |
| 60:4<br>**jason@fearlessle-**<br>**asing**<br>27:19 | 45:12, 45:14,<br>45:18, 45:22, | **leasing**<br>17:25, 37:9 | 1:14, 1:21, 3:3,<br>3:11, 3:18, |

Transcript of Jason Svonavec
Conducted on November 5, 2024

5:16, 6:4, 6:5,
6:6, 17:14,
18:4, 18:8,
18:11, 18:15,
18:16, 18:23,
20:8, 20:10,
20:15, 20:19,
20:23, 21:6,
21:11, 21:14,
21:20, 22:1,
22:14, 22:20,
22:23, 23:9,
24:13, 29:23,
29:24, 30:9,
30:21, 31:11,
32:6, 32:13,
33:8, 33:9,
33:18, 36:13,
37:2, 37:21,
55:3, 55:4,
55:8, 55:10,
55:13, 55:14,
55:15, 55:23,
55:24, 56:4,
56:6, 56:11,
56:16, 56:19,
57:14, 59:14,
59:21, 60:4,
60:5, 60:8
**llp**
3:21
**loan**
5:22, 44:23,
47:5
**located**
12:10, 15:25,
29:6, 46:3
**location**
5:12, 14:15
**log**
11:11, 11:16
**long**
8:3, 12:22,
40:4
**longer**
59:12, 60:4
**look**
26:21, 28:6,

41:2
**looking**
16:7, 43:4
**looks**
36:4, 38:21
**lord**
50:7
**lost**
45:12
**lot**
44:19, 57:11

**M**

**mail**
22:13, 22:23,
23:3
**mailing**
22:20
**maintenance**
53:4
**make**
14:23, 21:8
**making**
15:9
**many**
8:11, 8:19,
21:23, 45:15,
52:15
**maria**
1:35, 2:13,
6:25, 61:3
**mark**
16:22, 23:4,
25:1, 29:1,
38:4, 41:17,
43:3, 48:14
**marked**
7:24, 7:25,
16:24, 17:4,
23:6, 25:3,
25:6, 29:3,
31:22, 32:24,
38:6, 39:1,
40:24, 42:24,
43:1, 43:5,
46:13, 49:18
**marking**
38:8, 46:12

**married**
8:3, 8:6, 14:3,
31:6, 31:14,
39:2, 41:3,
41:7, 41:18,
42:5, 42:6,
42:25, 43:1
**matt**
6:22, 15:5,
58:9, 58:17
**matter**
6:4, 16:14,
19:2, 29:22
**matthew**
2:5, 3:12, 3:13
**maybe**
10:7
**mean**
11:9, 12:17,
22:8, 38:21,
41:9, 48:19,
52:2
**means**
7:13, 41:3,
50:5, 52:25
**media**
6:2
**meet**
55:22, 55:25
**meeting**
55:8, 55:11,
57:12
**meetings**
10:23
**member**
24:5, 24:13,
24:16, 55:21
**members**
55:8, 55:11,
55:15, 55:18
**membership**
5:13, 5:18,
18:15, 32:5,
33:1, 33:3, 60:8
**memorialize**
56:3
**memorize**
36:20

**met**
57:5, 57:7
**middle**
32:23, 34:1,
47:9
**might**
24:25, 26:13,
52:7
**million**
44:24
**mind**
59:16
**mine**
9:11, 9:22,
50:8
**mines**
9:7
**mining**
10:14
**minutes**
57:24, 58:23
**mischaracterizing**
42:20
**moment**
25:2
**money**
21:8
**monitor**
6:11
**month**
51:17
**months**
29:14, 36:24,
37:3
**more**
15:16, 51:14
**morella**
3:5, 6:20,
28:25, 29:5,
57:7, 57:13,
57:14
**morgantown**
13:8, 13:9,
13:14, 16:1,
16:20
**morning**
7:9
**mortgage**
40:6, 40:9,

43:21, 44:1,
44:3, 44:16,
45:5
**moving**
9:15, 9:17,
15:10
**much**
59:12
**mulch**
20:11, 21:18
**multiple**
55:18
**myself**
9:25, 55:25,
56:2

**N**

**name**
7:9, 8:13,
8:15, 8:21,
10:20, 12:6,
20:15, 24:5,
56:14
**naples**
12:11, 46:4,
53:12, 53:13
**nathan**
3:20, 6:18,
7:10, 9:13
**natural**
1:20, 6:6,
29:24
**near**
14:16, 16:1
**need**
7:13, 9:16,
15:4, 15:15,
48:11, 52:3
**neighborhood**
52:14
**neither**
61:12
**next**
9:2, 25:21,
43:7, 51:13
**non-property**
35:5
**non-redacted**
38:19, 40:12

**normally**
27:4
**notarial**
61:17
**notary**
2:15, 57:5,
57:7, 57:13,
61:5
**note**
47:8, 47:12,
47:15, 48:3
**noted**
15:14
**nothing**
38:3
**notice**
2:13
**november**
1:27, 6:10,
61:18
**number**
17:5
**numbers**
6:8, 12:9

**O**

**oath**
7:12
**object**
10:2, 11:8,
14:18, 17:1,
18:17, 20:24,
22:24, 27:22,
28:2, 30:12,
30:22, 31:4,
31:12, 32:14,
34:25, 35:1,
36:15, 37:22,
37:24, 42:7,
42:19, 48:4,
48:16, 55:17
**objected**
19:8
**objecting**
48:23
**objection**
8:24, 9:5,
9:10, 9:12,

10:24, 11:4,
13:10, 14:4,
14:17, 14:24,
15:6, 15:11,
15:14, 16:2,
18:24, 20:2,
23:10, 27:16,
28:14, 28:19,
29:7, 29:11,
29:15, 31:1,
34:10, 34:20,
35:6, 35:13,
35:15, 35:16,
35:20, 37:4,
39:21, 41:19,
44:8, 44:21,
44:25, 45:2,
45:7, 45:17,
47:16, 48:8,
49:8, 53:19,
53:25, 54:9,
57:3, 57:18,
57:21, 58:3
**objections**
9:15, 14:23,
15:8, 15:10,
35:14, 35:23
**october**
52:8, 52:13
**office**
2:5, 3:13,
22:5, 22:7,
22:10, 22:22,
51:22, 51:23,
51:24, 51:25
**officer**
61:5
**offices**
2:2
**often**
26:16, 50:8,
56:15
**oh**
49:1, 50:7
**okay**
14:20, 14:24,
16:22, 17:10,
19:14, 19:17,

21:10, 24:15,
24:20, 25:1,
25:11, 25:12,
32:23, 37:17,
38:4, 40:19,
42:4, 43:3,
43:7, 45:20,
46:11, 46:15,
47:24, 51:8,
51:12, 51:22,
54:19, 58:25,
59:18, 60:10,
60:12, 60:14
**once**
50:7
**one**
8:12, 8:20,
14:21, 15:2,
27:17, 35:13,
37:7, 40:23,
42:24, 43:7,
46:12, 52:23,
53:23
**online**
10:19
**only**
14:21, 49:1,
52:25, 55:21
**operating**
5:15, 25:13,
26:5
**operations**
21:15, 21:16
**other**
26:18, 42:25,
46:1, 50:4,
50:18, 51:16,
52:23, 53:18,
53:23
**otherwise**
48:18, 59:7,
61:15
**out**
10:5, 10:15,
20:22, 30:18,
38:15, 40:6,
40:9, 45:20,
47:12, 47:15,

48:3
**outcome**
61:15
**outside**
16:8
**over**
35:21, 44:23
**oversee**
21:15
**overseeing**
21:18
**oversees**
22:5, 22:7,
22:22
**own**
9:8, 12:12,
12:14, 12:15,
17:17, 17:20,
17:21, 18:8,
36:8, 45:15,
50:2, 53:1,
54:8, 56:6,
56:11
**owned**
18:23, 36:7,
36:19, 37:6,
37:14, 37:19,
50:20, 59:21,
60:4
**owner**
18:10, 22:4,
32:12, 32:19
**ownership**
30:8
**owns**
17:19, 54:10,
54:11

**P**

**pa**
2:7, 3:7, 3:15,
3:24, 6:15
**page**
5:2, 5:9, 17:4,
19:20, 24:15,
24:21, 24:22,
25:5, 31:22,
32:23, 33:17,

33:25, 38:20,
40:11, 40:13,
43:9, 43:20,
46:16
**pages**
1:34, 38:13,
38:14, 42:17
**paper**
7:21
**paragraph**
18:2, 24:4,
32:4, 32:24
**parent**
10:23
**part**
22:6, 58:18
**particular**
16:14
**parties**
34:4, 61:14
**pass**
59:8
**past**
17:21
**path**
42:22
**pay**
54:17
**pennsylvania**
1:2, 1:5, 1:14,
1:26, 2:17, 6:8,
11:17, 11:24,
14:10, 14:14,
28:1, 40:16,
41:6, 50:13,
50:21, 50:23,
51:9, 52:5,
52:17, 52:19,
53:9, 53:23,
54:5, 54:14,
54:16, 61:24
**percent**
17:25
**person**
57:13
**person's**
8:21
**personal**
16:19, 51:23

**phillips**
3:4, 5:4, 6:20,
8:24, 9:5, 9:10,
9:12, 10:2,
10:24, 11:4,
11:8, 13:10,
14:4, 14:18,
14:22, 15:5,
15:9, 15:21,
16:2, 16:10,
17:1, 17:6,
18:17, 18:24,
19:6, 19:10,
19:16, 20:2,
20:24, 21:2,
22:24, 23:10,
23:14, 23:18,
25:7, 27:16,
27:22, 28:2,
28:14, 28:19,
29:7, 29:11,
29:15, 30:12,
30:22, 31:1,
31:4, 31:9,
31:12, 31:23,
32:14, 34:10,
34:20, 34:25,
35:8, 35:14,
35:22, 36:15,
37:4, 37:22,
38:11, 39:21,
41:19, 42:3,
42:7, 42:19,
43:10, 44:8,
44:21, 44:25,
45:2, 45:7,
45:17, 46:17,
47:16, 47:21,
48:4, 48:8,
48:16, 48:22,
48:25, 49:4,
49:7, 49:17,
53:19, 53:25,
54:9, 55:17,
57:3, 57:18,
57:21, 58:3,
58:8, 58:16,
58:17, 59:10,

60:10, 60:19
**phone**
27:1, 27:3,
27:4, 27:7,
27:9, 27:11,
36:1
**pick**
9:24
**picked**
9:23
**piece**
7:21, 35:4
**pittsburgh**
3:7, 3:24, 29:8
**place**
6:14, 13:16,
13:19, 13:21,
30:14, 56:25
**plaintiff**
1:8, 1:17
**plaintiffs**
3:2, 3:10,
6:21, 6:23
**planet**
6:13, 6:25
**plate**
54:14
**play**
57:16, 57:20
**player**
58:2
**please**
6:16, 7:22,
17:7, 23:19,
38:16
**points**
43:22
**portion**
38:20, 40:13
**portside**
12:8, 46:1
**possible**
26:25
**possibly**
57:10
**preliminary**
9:17
**prepare**
44:13

Transcript of Jason Svonavec
Conducted on November 5, 2024                                          72

**present**
4:1, 35:10
**presently**
40:2
**previously**
20:15, 28:5
**print**
38:15
**prior**
43:14
**prison**
14:15, 16:12,
16:16
**prisons**
5:11
**privilege**
14:19, 15:23,
16:3, 18:25,
23:11, 30:23,
31:5, 31:13,
35:2, 37:25,
47:18, 48:10,
58:4
**privileged**
16:17, 19:3,
35:6, 47:17,
48:9, 57:6
**privileges**
59:5
**probably**
9:25, 12:2,
26:9, 42:1,
43:19, 44:22,
52:7
**produce**
7:21
**produced**
48:19, 49:10,
49:16
**professionals**
45:13
**property**
12:7, 12:12,
18:22, 31:17,
35:4, 40:7
**protected**
15:17, 35:2
**provide**
44:15

**provided**
44:11, 44:17,
56:21
**public**
2:16, 61:2,
61:5, 61:23
**pulling**
59:16
**purchase**
11:25
**purported**
30:8
**purporting**
33:7
**purports**
18:14
**pursuant**
2:13
**put**
25:2, 49:11

**Q**

**quarter**
44:24
**question**
7:13, 9:2,
9:19, 9:20,
9:21, 11:9,
13:11, 14:6,
15:3, 15:12,
16:11, 18:18,
19:5, 19:11,
20:20, 20:25,
22:10, 23:13,
30:6, 30:24,
35:12, 36:2,
37:10, 41:11,
45:8, 47:22,
48:12, 49:11,
56:5, 58:1, 59:5
**question's**
42:21
**questioning**
10:3
**questions**
7:10, 7:17,
9:15, 12:23,
15:22, 16:15,

31:5, 59:1,
59:3, 59:7
**quick**
59:17
**quickly**
9:16

**R**

**ratification**
56:3
**ratified**
55:23
**ratify**
55:16, 55:22
**rdr**
1:35
**read**
33:5, 33:15,
42:11
**reading**
61:11
**real**
12:1, 17:18,
59:16
**really**
21:3, 22:9,
52:2
**realtime**
2:14, 2:15,
61:4, 61:5
**reason**
7:16, 26:23
**recall**
10:25, 24:3,
26:14, 29:16,
29:17, 30:15,
30:18, 31:20,
32:18, 39:10,
39:13, 39:16,
39:19, 41:15,
44:5, 46:2,
46:22, 46:23,
47:1, 50:10,
51:3, 51:5,
51:12, 51:14,
52:6, 53:5,
53:6, 53:7,
54:2, 55:9,

55:12, 56:23,
56:24, 57:11,
57:12
**receipt**
34:2
**received**
60:7
**recess**
54:23
**recognize**
38:19, 40:12,
48:18
**recommended**
16:21
**record**
10:4, 15:4,
15:14, 49:8,
54:20, 54:22,
54:25, 57:25,
58:8, 60:16,
61:8
**recorded**
43:22
**records**
49:14, 56:7,
56:9, 56:16,
56:19
**redacted**
38:14
**reduced**
61:10
**referring**
58:9
**reflect**
44:23
**regarding**
43:15
**regards**
19:1, 59:13
**registered**
2:14, 61:3
**related**
61:13
**relation**
30:2
**relevance**
8:24, 9:5,
9:10, 9:12,

Transcript of Jason Svonavec
Conducted on November 5, 2024

10:4, 10:24,
11:4, 17:2,
22:25, 27:16,
29:7, 29:11,
29:15, 44:21,
45:17, 54:9,
57:3, 57:18,
57:21
**relied**
18:25
**remember**
8:6, 9:19,
10:16, 12:8,
24:25, 30:19,
31:19, 37:1,
47:12, 50:22,
52:12, 57:9,
57:15
**repairs**
20:12, 21:17
**repeat**
50:18
**rephrase**
16:10
**report**
11:20
**reported**
1:35
**reporter**
2:14, 2:15,
6:24, 60:17,
61:1, 61:4
**represent**
6:17, 38:12
**representing**
6:13, 6:19,
6:21, 6:23, 6:25
**request**
5:11, 13:14,
14:15, 14:21,
16:12, 16:20
**requested**
13:15, 16:1,
49:16, 61:12
**requesting**
13:8, 19:12
**reserve**
59:1

**reside**
13:24, 14:10,
14:12
**residency**
14:16
**resident**
11:22, 11:24,
14:10
**resides**
14:9
**residing**
14:7
**resources**
1:20, 6:6,
29:24
**respect**
15:11
**rest**
38:13
**restate**
19:6, 19:10,
53:25
**return**
5:20, 5:21,
38:21, 38:22,
39:5, 39:12,
39:14, 39:17,
40:16, 41:14,
42:4, 42:5,
42:24, 42:25,
43:15, 43:16,
43:17, 44:13,
49:23
**returned**
28:1
**returns**
41:7, 44:13
**review**
12:24, 17:7,
23:19, 25:8,
32:1, 38:16,
39:14, 41:13,
43:11, 43:16,
49:14
**reviewed**
39:20, 42:18
**reviewing**
17:8, 25:9,

43:12, 46:18
**reviews**
13:1, 17:9,
23:21, 25:10,
32:2, 38:18,
46:19
**revisit**
59:6, 59:11
**ridge**
39:24, 45:6,
45:21
**right**
13:2, 15:2,
17:3, 18:4,
20:16, 23:15,
23:22, 24:6,
24:8, 24:10,
28:7, 28:10,
28:13, 30:10,
31:21, 32:4,
32:7, 32:10,
33:5, 33:9,
34:14, 34:16,
35:25, 36:22,
40:5, 41:22,
42:6, 42:11,
43:14, 44:13,
47:3, 47:6,
49:9, 52:10,
57:25, 58:6,
59:2
**right-hand**
24:21, 40:19
**road**
3:6, 22:21,
47:3
**rochester**
3:6
**rockwood**
10:11, 22:21
**rule**
16:7
**run**
22:11

**S**

**said**
12:4, 37:18,

44:18, 46:7,
61:9
**same**
14:8, 14:12,
53:14
**save**
38:14
**saw**
24:2, 28:5
**say**
12:2, 12:19,
17:20, 22:7,
26:7, 26:9
**says**
18:2, 18:21,
24:4, 24:14,
25:12, 25:21,
25:25, 28:8,
28:9, 32:5,
32:11, 32:16,
32:18, 32:21,
32:25, 33:6,
33:25, 38:25,
40:19, 41:3,
41:5, 41:8,
47:4, 47:7
**school**
10:5, 10:6,
10:14, 10:15,
10:17, 10:18,
10:19, 10:20,
10:23, 11:3,
11:7, 11:12,
11:17, 57:17
**schooling**
11:19
**seal**
61:17
**second**
19:19, 33:17,
43:20
**section**
25:16
**see**
11:20, 13:5,
14:11, 19:20,
24:20, 25:12,
25:13, 25:19,

Transcript of Jason Svonavec
Conducted on November 5, 2024

74

| | | | |
|---|---|---|---|
| 25:23, 26:2,<br>26:21, 27:5,<br>32:24, 33:20,<br>34:6, 38:25,<br>39:3, 39:25,<br>40:21, 40:24,<br>40:25, 43:23,<br>47:8, 47:10<br>**seeks**<br>35:17<br>**seems**<br>33:10<br>**seen**<br>13:3, 17:11,<br>23:23, 31:24,<br>33:12, 46:21<br>**sell**<br>12:18, 20:22,<br>21:8<br>**selling**<br>21:17<br>**sells**<br>20:11<br>**send**<br>26:10<br>**sent**<br>25:17, 28:22,<br>47:2<br>**sentence**<br>16:13, 16:16<br>**separate**<br>42:6<br>**separately**<br>41:3, 41:7,<br>41:18, 42:6,<br>43:1<br>**serve**<br>16:12<br>**serving**<br>16:16<br>**set**<br>17:16, 61:16<br>**several**<br>20:17<br>**shorthand**<br>61:1<br>**show**<br>13:7 | **showing**<br>59:17<br>**shows**<br>13:13<br>**siatkowski**<br>1:35, 2:13,<br>6:25, 61:3<br>**sign**<br>5:17, 7:21,<br>20:4, 20:7,<br>24:18, 26:4,<br>26:6, 26:8,<br>26:11, 27:5,<br>29:22, 30:4,<br>33:22, 39:17<br>**signature**<br>5:10, 7:22,<br>19:21, 19:23,<br>19:25, 24:16,<br>25:17, 33:18,<br>33:23<br>**signature-mig2k**<br>61:20<br>**signed**<br>24:24, 25:25,<br>26:7, 27:20,<br>28:9, 28:17,<br>30:1, 34:16,<br>34:19, 36:12,<br>36:17, 39:19,<br>59:20, 59:21<br>**signing**<br>28:13, 29:17,<br>57:10, 61:12<br>**signor**<br>19:21<br>**since**<br>40:5<br>**sit**<br>11:6, 11:9<br>**sixth**<br>3:23<br>**skip**<br>51:17<br>**sold**<br>21:5<br>**sole**<br>18:10, 24:12, | **32:12**<br>**some**<br>9:17, 37:11,<br>53:4, 57:10<br>**somebody**<br>22:10<br>**somerset**<br>1:26, 2:7,<br>3:15, 6:15,<br>10:12, 53:10,<br>53:24, 54:3<br>**something**<br>12:20, 17:21,<br>21:4, 22:11,<br>45:14, 53:4<br>**sometimes**<br>26:17<br>**somewhere**<br>26:9, 52:14,<br>54:4<br>**son**<br>58:7, 58:9,<br>58:12<br>**sorry**<br>14:18, 14:22,<br>31:25, 49:5<br>**sort**<br>10:22, 21:16<br>**sounds**<br>41:22<br>**speak**<br>15:5, 48:11,<br>57:23<br>**speaking**<br>15:9<br>**speaks**<br>13:11, 18:18<br>**speculation**<br>27:23, 28:3,<br>28:20, 41:20,<br>48:5, 53:20,<br>54:1<br>**speed**<br>50:1<br>**spencer**<br>8:14, 8:23,<br>9:4, 9:21,<br>10:18, 11:6, | **11:10, 11:11,**<br>**11:22, 57:16,**<br>**58:1, 58:7, 58:9**<br>**sports**<br>57:16, 57:20<br>**spousal**<br>31:5, 31:13,<br>35:2, 35:12,<br>37:24, 47:17,<br>48:9<br>**standard**<br>6:12<br>**starting**<br>38:9<br>**state**<br>6:17, 11:23,<br>18:18, 37:23,<br>42:5, 49:7,<br>52:23, 61:24<br>**statement**<br>5:22, 47:6,<br>49:6<br>**states**<br>1:1, 6:6, 18:25<br>**stating**<br>35:23<br>**stay**<br>51:18<br>**stenographically**<br>61:10<br>**stepchildren**<br>8:17<br>**still**<br>10:17, 12:12,<br>14:2, 14:3,<br>14:7, 17:18,<br>17:20, 55:3<br>**stone**<br>20:12, 39:24,<br>45:6, 45:21<br>**street**<br>2:6, 3:14, 6:15<br>**strike**<br>14:1, 40:10,<br>56:16<br>**stuff**<br>20:12, 33:11,<br>57:10, 57:11 |

Transcript of Jason Svonavec
Conducted on November 5, 2024                           75

subject
12:22
subpoena
42:1
sufficiency
34:3
suggests
55:18
supervision
61:11
sure
15:5, 17:19,
17:25, 35:19,
39:18, 43:19,
56:23
svonavec
1:25, 2:1, 5:2,
6:3, 7:3, 7:9,
7:20, 7:23, 8:4,
8:9, 8:16, 8:25,
9:18, 11:25,
12:20, 13:12,
14:7, 15:1,
15:20, 15:25,
16:19, 17:3,
17:12, 18:3,
19:5, 19:19,
23:15, 23:24,
24:5, 24:20,
25:5, 25:18,
25:22, 26:1,
26:4, 26:8,
29:5, 30:2,
30:7, 31:25,
32:7, 33:9,
35:25, 36:3,
36:14, 37:20,
38:8, 38:12,
40:12, 43:7,
44:11, 46:15,
47:2, 49:20,
55:2, 55:14,
59:1, 59:15,
60:1, 60:7,
60:15
sworn
7:1, 7:5
sydney
8:22

**T**

take
7:20, 30:14,
33:11, 40:6
taken
40:9, 47:15,
48:3, 54:23,
56:25, 61:6,
61:9
takes
22:4
taking
6:14, 47:12
talk
41:25, 48:7,
58:15
talked
23:2
tax
5:20, 5:21,
38:21, 38:22,
39:5, 39:11,
39:14, 39:17,
40:16, 41:7,
41:14, 42:4,
42:5, 42:24,
42:25, 43:15,
43:16, 43:17,
44:3, 44:13,
45:15, 49:15
teacher
10:23
telling
42:13, 42:15
ten
57:24
testified
7:5, 55:19,
55:20
testify
57:23
testifying
49:4, 49:5
testimony
29:21, 36:14,
42:2, 43:15,
45:4, 47:24,

48:1, 49:3,
61:8, 61:9
thank
7:19, 7:23,
15:16, 17:6,
23:18, 25:7,
31:23, 38:11,
43:10, 46:17,
60:13
themselves
6:17
thereafter
60:3, 61:10
therefore
34:1
thereupon-
7:2
things
9:17, 37:11
think
17:18, 19:9,
21:24, 23:2,
37:8, 42:21,
52:7, 55:5,
57:19, 60:10
third
40:11, 40:23,
46:7, 46:9,
46:10
three
12:19, 45:18,
45:25, 51:16
through
9:17, 59:16
till
27:25
time
6:11, 6:12,
11:14, 24:2,
29:9, 36:19,
45:19, 49:20,
51:3, 51:5,
51:13, 52:4,
54:22, 54:25,
55:2, 55:7,
56:18, 56:24,
59:20, 60:16
times
54:2

title
25:13
titled
25:16
today
6:12, 6:25,
7:11, 7:17,
21:11, 55:4
today's
6:10
together
14:2
told
36:18, 37:7,
42:14
top
20:14, 25:12,
36:10, 39:1
towards
39:1, 47:9
townsend
3:20, 5:3,
6:18, 7:8, 7:10,
9:14, 14:20,
14:23, 15:2,
15:7, 15:13,
15:19, 15:24,
16:4, 16:18,
16:22, 19:4,
19:8, 19:14,
19:17, 19:18,
23:4, 23:12,
25:1, 29:1,
31:7, 31:15,
35:3, 35:11,
35:19, 35:24,
38:4, 41:25,
43:3, 46:11,
47:19, 48:14,
48:19, 48:23,
49:1, 49:5,
49:9, 54:19,
55:1, 58:5,
58:10, 58:13,
58:19, 58:25,
60:12
trail
26:8

Transcript of Jason Svonavec
Conducted on November 5, 2024

transcript
5:8, 8:1,
16:25, 23:7,
25:4, 29:4,
38:7, 43:6,
46:14, 49:19,
60:18, 61:7
transfer
18:22, 30:8,
30:14, 30:20,
30:25, 33:8,
55:23, 59:13,
59:19
transferred
37:2, 37:14
transfers
32:25, 59:24
transportation
50:5, 52:25
travel
26:15, 26:16,
26:19
travels
53:15
tree
38:14
tristate
46:24
true
61:8
truthfully
7:14, 7:17,
37:10, 42:15
trying
58:10, 58:20
tuesday
1:27
turn
24:15
two
29:13, 35:14,
45:18, 45:21,
45:24, 46:2
typewriting
61:11

**U**

under
35:7, 45:1,

47:17, 48:9,
61:11
underneath
20:7
understand
7:12, 16:6,
21:2, 21:3,
30:7, 32:17,
43:14, 56:5
understood
42:3, 48:22,
49:17, 58:19
union
2:6, 3:14, 6:14
united
1:1, 6:6
unless
53:2
update
56:15
updated
56:18
use
27:4, 27:7,
27:9, 27:11,
28:1, 50:2,
50:4, 50:15,
50:19, 51:1,
52:2, 52:22,
53:8, 53:11
uses
53:15
usually
26:17

**V**

vague
20:25
valuable
34:2, 34:8
various
59:5
versus
29:23
via
24:24
video
6:11, 6:13

videographer
4:2, 6:2, 6:12,
6:24, 54:21,
54:24, 60:14
videotaped
6:3
viewed
25:21
virginia
13:9
voice
6:16
vote
55:15

**W**

waited
27:25
want
12:19, 15:25,
19:10, 19:13,
55:5, 57:6,
59:11, 60:17
wanted
49:7
warm
30:18
we'll
8:2, 9:15,
25:1, 25:2,
40:10, 42:1,
48:14, 50:18,
54:4
we're
9:16, 12:21,
14:3, 23:4
we've
21:4, 43:4
weather's
54:3
week
28:12, 49:22,
51:18, 52:8
weekend
26:17, 26:22,
27:21, 51:15,
51:16, 51:18
weekends
51:17

welcome
28:6
well-established
16:7
went
51:13, 52:9,
57:25
weren't
59:3
west
13:9
western
1:2, 6:7
whatever
36:7, 37:6
whereof
61:16
whether
35:9, 41:17,
48:2, 58:1
whole
10:3, 28:12
wife
9:25, 12:17,
14:16, 35:18,
48:10
williams
57:2
witness
7:1, 7:4, 13:1,
17:9, 23:21,
25:10, 32:2,
38:18, 46:19,
58:21, 59:8,
61:16
word
19:21, 24:16
words
20:7
work
10:1, 10:6,
21:10, 21:25,
27:7, 27:10,
27:12
worry
9:16
wouldn't
46:10

Transcript of Jason Svonavec
Conducted on November 5, 2024

77

| | | | |
|---|---|---|---|
| write | 100 | 2018 | 29 |
| 34:15 | 17:25 | 40:5 | 5:17 |
| wrong | 1098 | 2019 | 2:-cv |
| 20:14 | 43:22, 49:15 | 5:21, 5:22, | 1:9, 6:8 |

**Y**

yeah
8:7, 46:6,
55:21, 56:2,
59:19
year
8:6, 9:1, 12:3,
30:16, 44:3,
45:15, 50:4,
51:4, 52:5,
52:15
years
8:5, 12:2,
12:4, 12:19,
20:17, 44:18,
49:15
yep
9:3, 24:23,
46:20
yourself
18:23, 49:11

**Z**

zatko
2:5, 3:12,
3:13, 6:22,
14:17, 14:24,
15:11, 15:14,
15:17, 58:7,
58:12, 58:17
zatko's
58:9

**$**

$31,000
44:19

**0**

02
8:7
07
54:25

**1**

10
54:22

11
54:25, 60:16,
60:20
12
12:2, 12:4,
24:22
13
25:6
1352
43:8
1359
43:21
14
25:18, 25:22,
26:1, 26:22,
28:10, 31:22,
33:25, 60:16,
60:20
1448
1:9, 6:8
15
12:2, 12:4,
58:23, 61:19
15222
3:24
15237
3:7
15501
2:7, 3:15, 6:15
16
5:12
1631
2:8, 3:16
1844
46:16
192
39:24, 45:6,
45:21
1st
32:9, 32:13,
36:22, 51:7,
51:10

**2**

2017
40:5

43:16, 43:17,
44:4, 45:1,
45:16, 45:23,
46:10, 47:5,
47:9, 47:13,
48:3
202
2:6, 3:14, 6:14
2022
5:20, 38:22,
40:15, 41:6,
43:15
2023
24:9, 25:18,
25:22, 26:1,
26:22, 28:7,
28:10
2024
1:27, 6:10,
32:9, 32:13,
50:4, 50:13,
50:16, 50:19,
51:4, 52:5,
52:16, 53:6,
53:17, 53:22,
61:18
2025
61:19
21
9:1, 9:2
210
3:23
22
8:5
23
5:13
233
1:18, 6:9
24
1:9, 1:18, 6:8,
6:9, 50:9, 51:6
25
5:15
2613
3:24

**3**

30,794
43:23, 44:1,
44:6
355
3:25
363
38:9, 38:10
369
3:8
38
5:18
3:-cv
1:18, 6:9
3rd
47:9, 47:13

**4**

412
3:8, 3:25
43
5:20
443
2:8, 3:16
46
5:21
49
5:22

**5**

550
22:21, 47:3
559369
1:33
56
1:28, 6:11
58
54:22
59
5:4

**6**

61
1:34

Transcript of Jason Svonavec
Conducted on November 5, 2024                                    78

| | |
|---|---|
| **6500**<br>3:25 | |
| **7** | |
| **706**<br>3:6<br>**7th**<br>24:9, 61:17 | |
| **8** | |
| **814**<br>2:8, 3:16 | |
| **9** | |
| **9**<br>1:28, 6:11<br>**9696**<br>3:8 | |